AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Martin Cody, et. al,
Plaintiffs Individually and as Class
Representatives,
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

The Honorable Donald Rumsfeld and
Timothy C. Cox,
Defendants.

CASE NUMBER:   1:05CV01041

TO: (Name and address of Defendant)

United States Attorney's Office for the District of Columbia
Attn: Civil Process Clerk
Judiciary Center Builting
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Bamberger
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
Washington, D.C. 20036
(202) 861-3900

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                             MAY 2 5 2005

CLERK _[signature: Laura M Chipley]_                                       DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Martin Cody, et al.

vs.

The Honorable Donald Rumsfeld, Secretary of Defense, et al.
No. 1:05CV01041

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons and Complaint for Injunctive Relief in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:50 am on May 26, 2005, I served US Attorney's Office for the District of Columbia at 501 3rd Street, NW, 4th Floor, Washington, DC 20530 by serving Lauri Coa, Clerk, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    36
 HEIGHT-    5'3"
   HAIR-    BLACK
 WEIGHT-    140
  COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on __05-27-05__
               Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 152982

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Martin Cody, et. al,
Plaintiffs Individually and as Class Representatives,
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

The Honorable Donald Rumsfeld and
Timothy C. Cox,
Defendants.

CASE NUMBER:  1:05CV01041

TO: (Name and address of Defendant)

Timothy C. Cox
Chief Operating Officer
Armed Forces Retirement Home
3700 North Capitol Street, N.W.
Washington, D.C. 20317

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Bamberger
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
Washington, D.C. 20036
(202) 861-3900

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                MAY 2 5 2005

_____                         _____
CLERK                                                      DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Martin Cody, et al.

vs.

The Honorable Donald Rumsfeld, Secretary of Defense, et al.
No. 1:05CV01041

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons and Complaint for Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:30 pm on May 26, 2005, I served Timothy C. Cox, Chief Operating Officer at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Donna Dantzler, Clerk, authorized to accept. Described herein:

```
   SEX-   FEMALE
   AGE-   37
HEIGHT-   5'6"
  HAIR-   BLACK
WEIGHT-   155
 COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  05-27-05
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 152981

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Martin Cody, et. al,
Plaintiffs Individually and as Class Representatives,
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

The Honorable Donald Rumsfeld and
Timothy C. Cox,
Defendants.

CASE NUMBER: 1:05CV01041

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Bamberger
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
Washington, D.C. 20036
(202) 861-3900

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 2 5 2005

CLERK    /s/ Laura M Chipley                  DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Martin Cody, et al.

vs.

The Honorable Donald Rumsfeld, Secretary of Defense, et al.
No. 1:05CV01041

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons and Complaint for Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:30 pm on May 26, 2005, I served US Attorney General Alberto Gonzales at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Donna Dantzler, Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    37
HEIGHT-    5'6"
  HAIR-    BLACK
WEIGHT-    155
 COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  05-27-05
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 152980

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Martin Cody, et. al,
Plaintiffs Individually and as Class
Representatives,
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

The Honorable Donald Rumsfeld and
Timothy C. Cox,
Defendants.

CASE NUMBER: 1:05CV01041

TO: (Name and address of Defendant)

The Honorable Donald Rumsfeld
Secretary of Defense
3E880
1000 Defense Pentagon
Washington, D.C. 20301-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Bamberger
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
Washington, D.C. 20036
(202) 861-3900

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 2 5 2005

CLERK  NANCY M. MAYER-WHITTINGTON     DATE

_(signature)_

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Martin Cody, et al.

vs.

The Honorable Donald Rumsfeld, Secretary of Defense, et al.

No. 1:05CV01041

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, NICOLE G. DAVIS, having been duly authorized to make service of the Summons and Complaint for Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 12-26-1979.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526  (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That on June 1, 2005, I served The Honorable Donald Rumsfeld, Secretary of Defense at 3E880, 1000 Defense Pentagon, Washington, DC 20301-1000 by certified mail, return receipt requested (see attached.)

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_Nicole G. Davis_
NICOLE G. DAVIS
Our File#- 152983

SUBSCRIBED and SWORN to before me this 6th day of June, 2005.

_Angela H. Croson_
Notary Public

My commission expires: 03-31-09



The Honorable Donald Rumsfeld
Secretary of Defense
3E880, 1000 Defense Pentagon
Washington, DC 20301-1000