UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400<br><br>LOUIS G. SPIRITO<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400<br><br>WILLIAM A. JENTARRA<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400<br><br>WILLIAM M. MARROW<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400<br><br>WILLIAM D. WOODS<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400<br><br><br>JOHN COLBURN<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400<br><br><br>EUGENE HILL, JR.<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400<br><br><br>FRANKLIN E. COOK, JR.<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  05-1041 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| GRACIE W. CARPENTER<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>) |
| CHARLES E. RECLA<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>) |
| BOYTON H. SNEE<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>) |
| BENDETTO D. RENZI<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>) |
| THEODORE WILSON<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>) |
| MICHAEL R. GEORGE<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>) |
| WARREN D. HELM<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| HOMER C. RUTHERFORD<br>Armed Forces Retirement Home<br>3700 North Capitol Street, N.W.<br>Washington, D.C. 20011-8400 | )<br>)<br>)<br>)<br>) |
|       **Plaintiffs,** | )<br>) |

|                                          |   |
|------------------------------------------|---|
| v.                                       | ) |
|                                          | ) |
| **THE HONORABLE DONALD RUMSFELD**        | ) |
| **Secretary of Defense**                 | ) |
| **3E880**                                | ) |
| **1000 Defense Pentagon**                | ) |
| **Washington, D.C. 20301-1000**          | ) |
|                                          | ) |
| and                                      | ) |
|                                          | ) |
| **TIMOTHY C. COX**                       | ) |
| **Chief Operating Officer**              | ) |
| **Armed Forces Retirement Home**         | ) |
| **3700 North Capitol Street, N.W.**      | ) |
| **Washington, D.C. 20317**               | ) |
|                                          | ) |
|         **Defendants.**                  | ) |
|                                          | ) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin Robitaille, as counsel for Defendants in the above-captioned case.

```
                                   /s/ Kevin Robitaille
                                   KEVIN ROBITAILLE
                                   Special Assistant United States Attorney
                                   Civil Division
                                   555 Fourth Street, N.W.
                                   Washington, D.C. 20530
                                   (202) 393-9895
```