UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE DONALD RUMSFELD** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiffs bring this case alleging that the Armed Forces Retirement Home is violating 24 U.S.C. § 413, which mandates that the home provide health care to its residents in a high quality and cost-effective manner. Defendants respectfully move this Court for a twenty-four (24) day enlargement of time through and including August 18th, 2005, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due July 25, 2005.

2. Defendants have been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiffs.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Plaintiff through counsel has consented to this request.

For these reasons, defendants requests that the Court grant their Motion for Enlargement

of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

                Respectfully submitted,

_____
KENNETH L.  WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R.  CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 353-9895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE DONALD RUMSFELD** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including August 18th, 2005, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2005.

 

_____
Richard J. Leon
United States District Judge

Copies to:

David H. Bamberger, Esquire
1200 Nineteenth Street N.W
Washington, D.C.  20036-2412

Kevin K. Robitaille
Special Assistant U.S. Attorney

555 Fourth Street, N.W.
Washington, D.C. 20530