UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN CODY, et al )
)
    Plaintiff, )
)
v. ) Civil Case No. 05cv1041 (RJL)
)
DONALD RUMSFELD, )
Secretary of Defense, et al, )
)
    Defendant. )
)

## DECLARATION OF TIMOTHY C. COX

I, Timothy C. Cox declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge.

1. I am the Chief Operating Officer of the Armed Forces Retirement Home (AFRH). As the Chief Operating Officer, I am responsible for the overall operation and administration of the AFRH and I serve under the direction of the Secretary of Defense. I have served as the Chief Operating Officer of the AFRH since September 3, 2002.

2. I have 20 years experience operating long-term retirement facilities. I spent 11 years working with 2 non-profit agencies. First, I worked for Holy Family Manor, a long-term care organization operated by the Diocese of Allentown. I helped them grow from 1 nursing home to 14 different facilities that included: HUD housing for the elderly, assisted living homes, adult day care facilities and a certified Medicare/Medicaid home care agency. I then joined Philadelphia Presbytery Homes, Inc., a continuing care retirement community based in

Philadelphia, PA, where I was promoted to Vice President of Administration and General Counsel. Prior to my 3 years in this current position, I spent 6 years in various positions with Sunrise Senior Living. As a Senior Vice President, I supervised 40 homes in 4 states, with over $200 million in revenue. I assisted the company in its expansive growth from 23 homes to over 200 homes. I served on three state committees to draft assisted living legislation and regulations; and advocated for the elderly residents my teams and I served. I am the first administrator at the AFRH to have experience in the private sector operating retirement facilities.

3. The AFRH consists of the Armed Forces Retirement Home – Washington, located in Washington, D.C., and the Armed Forces Retirement Home – Gulfport, in Gulfport, Mississippi. Both homes are continuing care retirement communities, which provide residences and related services for certain retired and former members of the Armed Forces.

4. The AFRH receives its revenues from several sources. These sources include: money collected from monthly active duty payroll deductions from enlisted soldiers (currently fifty cents per month), resident fees, fines and forfeitures from the Armed Forces, gifts, bequeaths, and interest earned on the balance of the AFRH Trust Fund. The revenues produced by the AFRH go directly into the Trust Fund. Each year Congress authorizes money to be expended from the Trust Fund to pay the operating expenses of the AFRH. Each year the Home presents its budget proposal, through the Secretary of Defense, to Congress detailing the amount of money required to operate the ARFH. After a period of discussions, and typically some changes, Congress provides the AFRH with an appropriation from the Trust Fund. This money is provided to the AFRH each year as a lump sum and is used as needed. For example, if we are able to spend less money on health care in a given year, then we would be authorized to use those savings in other areas of financial need.

5. Upon assuming my role as the Chief Operating Officer of the AFRH, I was faced with a Trust Fund balance which had been in a steady decline for several years. The Trust Fund balance had declined from $156 million in 1995 to $94 million dollars in 2003. This decline resulted from operating costs outpacing revenues. More money was coming out of the Trust Fund each year than we were able to replenish with revenues. Thus, the major goal of the AFRH, as I took the job, was to become financially self-sustaining while maintaining or improving the high quality care we provide residents. My main focus was to increase the value of the Trust Fund through increased revenues and decreased costs for the long-term survivability of the AFRH.

6. The AFRH continues to provide quality medical and dental services to its residents. Medical and dental services and benefits have not been eliminated or reduced. However, following the guidance provided in Title 24, Section 413, the Agency has, in certain instances, chosen a more cost effective service delivery model to provide residents quality medical and dental care. These include the following changes of which Plaintiffs complain:

a. <u>Dental</u>: Residents in Independent Living receive check-ups when requested by appointment. Dental care is provided on a routine basis for Assisted and Long Term Care residents. Emergency walk-in clinic is handled every morning on a daily basis. To accommodate the resident's needs, the dental clinic was recently relocated and is now collocated with independent living residents to provide enhanced and more accessible dental services. This new three-chair dental clinic is state-of-the-art and allows dental x-rays to be taken and read on site. Residents in Long-Term Care receive annual dental check-ups. More extensive dental

3

needs are handled by referrals. This model is consistent with military and private Continuing Care Retirement Community models and meets the requirements of Title 24, Section 413.

Additionally, we have recently consolidated our Dentistry, Optometry, Community Health, Ambulatory Care and Medical Records functions and services. By consolidating these operations we have centralized care and made services far more convenient and available for the residents. We anticipate savings of up to $200,000 per year as a result of these consolidations.

b. **Healthcare:**

**Doctors on Staff (Washington):** Currently the Armed Forces Retirement Home has 4 physicians available to see patients, the same number of physicians that have always been available to see patients. All residents are assigned to one of these providers when entering the home. Appointments are set-up with their providers through a centralized in-house appointment system. The Medical Director on staff collaborates with both internal and external providers when needed. Residents have access to physicians at the Walter Reed Medical Center, the Veterans Administration and local hospitals. Residents have freedom of choice in choosing physicians in the private sector. While five physician assistant positions were eliminated, in the current AFRH healthcare model, residents are seen by a physician vice a physician assistant. The former physician assistants were not certified and did not fully comply with required healthcare standards. This lack of certification was specifically cited by the Navy Inspector General during our previous Secretary of Defense Triennial Review.

c. **Treatment Room:** Until 2003, the Home's Washington treatment room was staffed by a physician 24 hours a day. Twenty-four hour coverage is still provided. Currently, a

4

physician is assigned to the Community Health Clinic, Monday through Friday, from 7:30am until 12:00 noon to see all walk-in residents. There are scheduled appointments from 1:00pm to 4:00pm. After hours a Registered Nurse is in the Community Health Clinic from 4:00pm until 12 midnight to assess and assist residents in the independent setting. After midnight a Registered Nurse is available. The Registered Nurse assesses the resident's medical status, treats the resident or calls 911. In case of an emergency, i.e., shortness of breath or chest pain, residents are encouraged to call 911 and not wait for the nurse. A physician is on-call between the hours of 4:00pm until 7:30am seven days a week for consultation with the on duty nurse. This change resulted in a major reduction in costs with minimal impact on residents. A 12 hour, on-call physician service was costing the Agency over $300,000 per year. In an emergency, a registered nurse is capable of providing initial emergency care and notifying emergency services. A physician on site provides the same care as the nurse. These changes are consistent with our dual statutory obligations to provide high quality care in a cost effective manner. These changes have allowed us to make improvements elsewhere including using physicians for patients' primary case as opposed to physician's assistants.

d. **After Hours Transportation:** Effective July 11, 2005, AFRH-Washington residents have after hours non-emergency transportation available to them from 8:00 pm until 8:00 am. The service is available from Monday through Friday, weekends and holidays. If AFRH-Washington residents need non-emergency transportation, in the middle of the night, they need to call the AFRH Security Office. Security notifies the supervisor on duty. The supervisor will come to the resident's room to evaluate their situation and determine if the resident can be transported via regular transportation or if "911" needs to be called. Residents who are unable to

5

get transportation back from the acute care hospital notify AFRH security and a "Dependable" (company name) contract van picks them up. After hours non-emergency transportation will cover transportation to the Walter Reed Army Medical Center, the Veterans Administration, the Washington Hospital Center and Providence Hospital. This service is for *non-emergency* needs that occur between the hours of 8:00 pm and 8:00 am. There is no cost to the resident for this transportation. The home has never provided emergency transportation.

e. **Pharmaceuticals:** Prior to 2003, the AFRH operated a 24 hour a day pharmacy. Operation of the pharmacy was not a cost-effective means of providing Independent Living residents with medications. In the private sector an on-site pharmacy in not available for residents in Independent Living. Independent Living residents have a medication room for medications obtained through prescription from Walter Reed. Independent residents can receive their medication the same day; however, refills take three days, which is consistent with the service delivery model used throughout the military. Residents are responsible for ensuring that they have a seven-day reserve of medications at all times.

Long Term Care residents receive their medication through a contract pharmacy called Neighborcare. Medications come in unit-dose packaging which provide a safe and accurate administration system. Residents' supplemental insurance is billed for the medications monthly. Medication costs for those residents who do not have supplemental insurance are paid by the Home.

Effective July 11, 2005, AFRH-Washington residents have medications available to them after hours in the Community Health Office. The Community Health Nurse calls the physician on-call should residents become ill after hours, on weekends, or holidays. Medications are

6

available during the hours of 4:00 pm and 8:00 am when the clinics are closed. There is no cost to the resident for these medications.

f. **X-Rays and EKGs:** In 2003 AFRH Washington discontinued the use of available in-house x-ray equipment. It was determined at that time that the equipment was very old, could not be repaired, and was unsafe. It was felt that this outdated equipment potentially was a health hazard to residents and staff. On-site X ray services were restored in May 2005. Since May 1, 2005, x-ray services are provided by a contract vendor who comes to the resident's bedside or room. The resident's insurance is billed for the services and those who do not have insurance are paid for by AFRH. During the transition period, x-ray services were available at Walter Reed and the Veterans Administration. EKG services are available, upon physician's request, and are provided by AFRH. This has always been the protocol. EKG services were never eliminated. Residents with chest pain are immediately sent to the Emergency Room.

g. **Psychiatric Services:** On site psychiatric care has not changed. A psychiatrist from Walter Reed Army Medical Center comes to the Home one day per week for the entire day. This has been the schedule for several years. A psychiatrist is available throughout the week at Walter Reed for any mental health needs of the residents. If residents need further psychiatric assistance, they are referred to the VA or Washington Hospital.

7. Plaintiffs allege that reductions in health care services have led to higher death rates amongst the Home's residents. However, the increase in death rates is attributable to a change in policy allowing terminally ill residents the option of remaining in the Home. This change was implemented because many residents would prefer to spend their final days at home. In

7

implementing this policy change, we now allow hospice services to come on the AFRH campus for the benefit of the terminally ill residents.

8. The changes implemented at AFRH regarding resident health care have been implemented to improve the efficiency of health care delivery to residents. These changes have resulted in an anticipated savings of over $ 1 million. AFRH continues to provide residents high quality care, which in many respects is superior to the care provided before the changes were implemented.

_____
TIMOTHY C. COX
Chief Operating Officer
Armed Forces Retirement Home

18 August 2005
DATE

8