UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN CODY, et al.,           )
                               )
    Plaintiffs,                )
                               )
vs.                            )
                               )  Civil Action No. 05-1041 (RJL)
HONORABLE DONALD RUMSFELD, et al.  )
                               )
    Defendants.                )

**PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION
TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiffs respectfully move this Court for an enlargement of time through and including September 19, 2005, in which to respond to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment. Good cause exists to grant this motion:

1. Plaintiffs' response is presently due September 1, 2005.

2. Plaintiffs have been diligently working on this matter; however, plaintiffs need additional time to address the legal and factual claims raised by defendants' Motion.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter by the plaintiffs.

5. Defendants have consented to this request.

6. Plaintiffs, in turn, consent to allow defendants through and including October 6, 2005 for defendants to file a Reply in the event that this Motion for an Enlargement of Time is granted.

For these reasons, plaintiffs request that the Court grant their Motion for an Enlargement of Time Within Which to Respond to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment. A proposed order is included with this Motion.

Respectfully Submitted,

_____/s/_____
David H. Bamberger (D.C. Bar No. 362285)
J. David Folds (D.C. Bar No. 449791)
Dimitra D. Joannou (D.C. Bar No. 488973)
DLA PIPER RUDNICK GRAY CARY U.S. LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Phone: (202) 861-3900
Fax: (202) 223-2085

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2005 a copy of the foregoing Plaintiffs' Motion for an Enlargement of Time Within Which to Respond to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and proposed Order was sent via e-mail to Kevin K. Robitaille, Esquire, U.S. Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

/s/
David H. Bamberger

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARTIN CODY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 05-1041 (RJL) |
| ) | |
| HONORABLE DONALD RUMSFELD, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiffs' Motion for an Enlargement of Time to Respond to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and the entire record of this case, it is hereby

ORDERED that Plaintiff's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Plaintiffs shall have up to and including September 19, 2005, to respond to Defendants' Motion, and Defendants shall have up to and including October 6, 2005 to file any Reply thereto.

Dated this ____ day of _____, 2005.

_____
Richard J. Leon
United States District Judge

2

Copies to:

Kevin K. Robitaille, Esquire
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

David H. Bamberger, Esquire
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
Washington, D.C. 20036-2412