UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE DONALD RUMSFELD** | ) |
| Secretary of Defense et. al. | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S REQUEST FOR CLASS CERTIFICATION

Plaintiffs bring this case alleging that the Armed Forces Retirement Home is violating 24 U.S.C. § 413, which mandates that the home provide health care to its residents in a high quality and cost-effective manner. Defendants respectfully move this Court for a seven (7) day enlargement of time through and including September 13th, 2005, within which to respond to Plaintiff's Motion for Class Certification. Good cause exists to grant this motion:

1. Defendants' response to the motion is presently due September 6th, 2005.

2. Additional Time is needed to adequately address the factual and legal claims raised by plaintiffs' motion.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought regarding this motion.

5. Plaintiff through counsel has consented to this request.

For these reasons, defendants requests that the Court grant their Motion for Enlargement

of Time Within Which to Respond.  A proposed order is included with this Motion.

                Respectfully submitted,

_____
KENNETH L.  WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R.  CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 353-9895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE DONALD RUMSFELD** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Defendants' Motion for an Enlargement of Respond to the Plaintiff's Motion for Class Certification, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including September 13th, 2005, to respond to Plaintiffs' Motion for Class Certification.

Dated this _____ day of _____, 2005.

_____
Richard J. Leon
United States District Judge

Copies to:

David H. Bamberger, Esquire
1200 Nineteenth Street N.W
Washington, D.C. 20036-2412

Kevin K. Robitaille
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530