UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| DONALD RUMSFELD, | ) |
| Secretary of Defense, et al., | ) |
| | ) |
| Defendants. | ) |

DECLARATION OF DAVID H. BAMBERGER
IN SUPPORT OF PLAINTIFFS' REQUEST FOR DISCOVERY
PURSUANT TO FED. R. CIV. P. 56(f)

Plaintiffs submit this declaration in support of their request for discovery pursuant to Fed. R. Civ. P. 56(f):

1.    My name is David H. Bamberger.  I am over eighteen (18) years of age and have personal knowledge of the facts set forth herein.

2.    I am a Partner at DLA Piper Rudnick Gray Cary US LLP, and I am counsel of record for the Plaintiffs in the above-referenced matter.

3.    I have read and am familiar with Defendants' Motion for Summary Judgment in this action.  As is described below, certain facts relevant to the assertions in the Motion for Summary Judgment have been and remain unavailable to Plaintiffs in the absence of formal discovery.

4.    Plaintiffs' counsel have received informal, unsolicited information from medical personnel with actual knowledge of the medical care provided to the residents at the Armed Forces Retirement Home – Washington, D.C. (the "Home").

5.    Prior to filing this action, Plaintiffs sought to conduct informal discovery through interviewing a former nurse at the Home to discover facts that may be material to this action. On or about December 10, 2004, Plaintiffs' counsel received a letter from the Department of the Army regarding communications with former personnel from the Home. A genuine copy of this letter is attached hereto as Exhibit 1.

6.    In the motion for summary judgment, Defendants make various representations about both the health care services available to residents at the Home and the quality of such services. In so doing, Defendants raise certain questions of fact about the health care at the Home. In order to respond fully to these assertions, Plaintiffs need to have the opportunity to conduct discovery.

7.    Plaintiffs intend to conduct written discovery regarding, among other things, the specific changes in the level of health care that is available to residents at the Home, the policies regarding health care at the Home, information about what health care is actually provided, and reports and investigations as to the health care provided at the Home. Plaintiffs also intend to take deposition testimony from, among others, members of management and policy makers at the Home, health care providers at the Home (or formerly at the Home), and other medical personnel who have knowledge of the health care provided at the Home (such as personnel at Walter Reed).

8.    Denying or continuing Defendants' Motion for Summary Judgment will allow Plaintiffs the opportunity to conduct discovery from Defendants and Defendants' current and former employees and/or agents as to facts material to this action. Plaintiffs have not had an opportunity to conduct such discovery to date.

9.      Attached hereto as <u>Exhibit 2</u> is a genuine copy of the Home's Fiscal Year 2004 Annual Performance and Accountability Report, which was also obtained from the Home's web site (www.afrh.gov).  Attached hereto as <u>Exhibit 3</u> is a document entitled Bulletin which appears to be a copy of a Bulletin issued at the Home on November 14, 2003.  Attached hereto as <u>Exhibit 4</u> is a page entitled "Morning Meeting Minutes 08 July 2004" which appears to be the first page of minutes of a meeting including medical staff at the Home which was conducted on July 8, 2004.

I hereby declare and affirm, subject to the penalties of perjury, that the foregoing statement is true and correct.

Dated: September 26th, 2005

David H. Bamberger

3

# EXHIBIT 1



**DEPARTMENT OF THE ARMY**
NORTH ATLANTIC REGIONAL MEDICAL COMMAND
AND
WALTER REED ARMY MEDICAL CENTER
WASHINGTON, DC 20307-5001
December 10, 2004

REPLY TO
ATTENTION OF

Office of the Center
  Judge Advocate

Alita Dagostino, Esq.                           **BY FACSIMILE ONLY**
Piper Rudnick
Washington, DC

*RE:*  Request for Interview – Ms. Jane Butler

Dear Ms. Dagostino:

    We have learned that you have contacted Ms. Jane Butler, an employee of Walter Reed
Army Medical Center, to interview her concerning conditions at King Health Care Facility in
relation to an unknown civil suit or other legal action.  The identities of the patients or other
information desired, most of which will be subject to the privacy protections of the HIPAA
Privacy Regulation and the Privacy Act (5 USC 552a) has not been disclosed.

    Under 32 C.F.R. §§ 97.6(c), 516.41, and 516.46, you must obtain the Army's
authorization for the appearance of its personnel or the production of official documents in
private litigation.  In this case, the Army cannot authorize the appearance of witnesses or
production of documents unless you comply with the following.

    You must request, in writing the production of documents or the appearance of
witnesses in accordance with Department of Defense directives, 32 C.F.R. § 97.6(c), and Army
regulations, 32 C.F.R. §§ 516-40 - 516-56.  The request must include the nature of the
proceeding, 32 C.F.R. § 516.42(b), and the nature and relevance of the official information
sought.  *Id.* 32 C.F.R. § 516.41(d).  Your request cannot be acted on until we receive the
requested information.  See, *e.g.*, United States *ex rel* Touhy v. Ragen, 340 U.S. 462 (1951);
Boron Oil Company v. Downie, 873 F.2d 67 (4th Cir. 1989); United States v. Bizzard, 674 F.2d
1382 (11th Cir. 1982); United States v. Marino, 658 F.2d 1120 (6th Cir. 1981); United States v.
Allen, 554 F.2d 398 (10th Cir. 1977).

    To overcome federal statutory restrictions on the disclosure of personal information
imposed by the Privacy Act, 5 U.S.C. § 552a, you must provide either a written release
authorization signed by the individual to whom the record pertains, or a court ordered release
by a judge of a court of competent jurisdiction.  A subpoena signed by a clerk of court, notary
or other official is insufficient. See, for example, Doe v. DiGenova, 779 F.2d 74(D.C. Cir.
1985).

Furthermore, the request must comply with the Health Insurance Portability and Accountability Act (H.I.P.A.A.) privacy rule as required by 45 C.F.R. 164.512(e), and, specifically with 45 C.F.R. 164.508, which details the core elements that must be included in an authorization for release protected health information.

In addition to the above requirements, the supervisors of an employee must approve absence from duty. See 32 C. F. R. § 516.43. If an employee appears as a witness, he or she may only give factual testimony, and may not testify as an opinion or expert witness. This limitation is based on Department of Defense and Army policy that generally prohibits Government employees from appearing as expert witnesses in litigation.

The sole concern in this matter is to protect the interests of the United States Army; the Army will not block access to any witnesses or documents to which you are lawfully entitled. So that the Army can adequately protect its interests in this matter, I request that you respond to this letter as soon as possible.

If you have any questions, please call me at 202-782-1686.

Sincerely,

Scott O. Murdoch
Attorney at Law
Chief, Claims

2

# EXHIBIT 2



**AFRH**

The Premier
Retirement Community
for America's Veterans

FISCAL YEAR *2004*

*Annual Performance and Accountability Report*



ARMED FORCES RETIREMENT HOME



*"I can't imagine being happier and living anywhere else."* —Resident Norman Godfrey

## VISION STATEMENT

Provide an environment that nurtures the Health and Wellness philosophy of aging
and that provides a continuum of residential Life Care Services in a community setting for our Nation's Heroes.

## MISSION STATEMENT

The mission of the Armed Forces Retirement Home is to fulfill our Nation's commitment to provide care through a comprehensive range of services for America's Armed Forces Veterans. We support our residents' independence, dignity, distinction, heritage, and future of continued life-enriching experiences. Together, the AFRH family of residents and staff create a place of caring and continual learning. We are committed to providing the best housing and support services possible and creating a true community of accomplished, independent residents, who are free to explore their talents, pursue their interests, and follow their dreams.

## STRATEGIC GOALS

Create financial net growth and stability for the trust fund.

Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives.

Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization.

Promote professional development and personal excellence for all personnel.

Foster a commitment to service and quality and an environment of mutual respect and integrity.

# TABLE OF CONTENTS

*Letter from the Chief Operating Officer* ............................................. 5

**MANAGEMENT'S DISCUSSION AND ANALYSIS** ............................. 7

    Organization at a Glance ........................................................ 10
    AFRH's Organizational Model for Success ........................... 11
    Progress Toward Strategic Plan Goals and Objectives ......... 12
        Strategic Goals and Objectives:  A Closer Look .......... 13
    Performance Summary ........................................................... 14
        Performance Validation and Verification ....................... 15
    Responding to Government Initiatives .................................. 16
    The President's Management Agenda ................................... 17
        Strategic Management of Human Capital ..................... 18
        Competitive Sourcing ..................................................... 19
        Improved Financial Performance ................................... 20
        Expanded Electronic Government ................................. 21
        Budget and Performance Integration ........................... 25
    Financial Summary ............................................................... 26

**PERFORMANCE SECTION** ............................................................. 27

    Fostering High Performance ................................................. 28
    Introduction to Performance ................................................ 29
        Performance at AFRH-Gulfport .................................... 32
        Performance at AFRH-Washington .............................. 33
    Providing Opportunities for Active Lifestyles ..................... 34
        Resident Services:  Strategic Goals and Performance Measures ... 35
    Giving Specialized Care in a Safe Environment ................... 36
        Healthcare Services:  Strategic Goals and Performance Measures ... 37
        Campus Operations:  Strategic Goals and Performance Measures ... 38

**FINANCIAL SECTION** .................................................................... 39

    Achieving Financial Integrity ............................................... 40
    Letter from the Chief Financial Officer ............................... 41
    Financial Statements ............................................................ 42

*"The test of our progress is not whether we add more to the abundance of those who have much;
it is whether we provide enough for those who have little."*

— Franklin D. Roosevelt



Timothy Cox, Chief Operating Officer of AFRH, signs the sale of underutilized acreage from AFRH's Washington campus to Catholic University.

# LETTER FROM THE CHIEF OPERATING OFFICER

**FISCAL YEAR 2004 ANNUAL PERFORMANCE AND ACCOUNTABILITY REPORT**



It is my pleasure to present this Annual Performance and Accountability Report, summarizing the achievements and progress made by the Armed Forces Retirement Home in Fiscal Year 2004.

In a year capped by the arrival of Hurricane Ivan at the doorstep of our Gulfport, Mississippi campus, I'm also pleased to say that we not only survived the various challenges we faced, but truly thrived. That's good news for our agency, but it's even better news for the brave men and women of the Armed Forces to whom we are proud to provide a home.

As this report explains in more detail, our change from a position of surviving to one of thriving has occurred on many fronts–from improvements in our core business processes, to difficult decisions about staff size and strategic outsourcing, to reducing the footprint of our campuses by selling portions of our underutilized acreage. In each of these areas, we were driven by an objective to better manage our resources while continuing to provide the highest levels of care and services to our residents.

These changes are each important in their own way, but their real impact was that they allow us to remain focused on our mission of providing resident-centered services in a quality community setting. Every step we have taken–including the innovative partnerships we have negotiated with other public and private entities–had to first pass the critical test of whether it would help us fulfill this mission. The collective result of these changes and improvements is not only a sound financial picture, but an agency that continues to be a rewarding and meaningful place for our employees to work.

As we move into the new fiscal year, our Trust Fund is in strong shape, and the future is bright. Just as we relied on smart planning and close cooperation to continue operations through the hurricane and its aftermath, the organizational and financial improvements we made will allow us to continue serving our residents as a best-in-class provider in the years to come.

Our residents are remarkable individuals, and they deserve no less than our very best. It is gratifying to see that the changes we have made and the additional improvements we have planned for the near future will help us continue to provide a level of care and community that are unmatched anywhere as the premier retirement home for military retirees and veterans.

*Timothy C Cox*

*Timothy Cox*
*Chief Operating Officer*
*Armed Forces Retirement Home*



# MANAGEMENT'S DISCUSSION AND ANALYSIS



*Protecting a Promise. Renewing the Trust.*

# OFFERING VETERANS AN ENRICHED LIFE



*"We are beneficiaries of the best investment most of us have ever made."*
—AFRH Resident Howard Sweet

The Armed Forces Retirement Home is more than a group of buildings that house soldiers, sailors, marines, and airmen who served our country. AFRH is home to approximately 1,600 veterans, a community of men and women who share a past commitment to their country. To meet the day-to-day needs of these individuals, AFRH strives to enliven daily routines, to challenge mind and body, and to provide companionship and camaraderie in a community setting.

# VISION, MISSION, AND GOALS

For almost 200 years, our nation has recognized the pressing need to offer a home to its eligible veterans. In a variety of locations and in countless ways, we have helped care for tens of thousands of veterans.

## AFRH VISION STATEMENT

Provide an environment that nurtures the Health and Wellness philosophy of aging, and that provides a continuum of residential Life Care Services in a community setting for our Nation's Heroes.

Today, the Armed Forces Retirement Home is the premier retirement community for America's veterans. To ensure that we can provide residential, health care, long-term care, and personal enrichment services of the highest quality, we are guided by a clear vision. More specifically, our mission statement details the key strategies and approaches we employ to ensure that the services and care we provide are of the highest quality.

As we move forward, AFRH will continue its efforts to be customer-focused, quality-driven, and fiscally responsible. To do so, we have developed five comprehensive strategic goals that address the major aspects of our operations - from our agency's financial health and cost effectiveness to the philosophical underpinnings of our approach to assisting residents in their daily lives.

Though we may make modifications from time to time in the types of service and support we provide, based on the needs of our customers and stakeholders, our mission will remain unchanged. We will use compassion, creativity, and innovation to continue to deliver best-in-class service to our veteran residents while ensuring cost-effective, efficient operations.

## AFRH STRATEGIC GOALS

Create financial net growth and stability for the trust fund.

———

Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives.

———

Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization.

———

Promote professional development and personal excellence for all personnel.

———

Foster a commitment to service and quality and an environment of mutual respect and integrity.

## AFRH MISSION STATEMENT

The mission of the Armed Forces Retirement Home is to fulfill our Nation's commitment to provide care through a comprehensive range of services for America's Armed Forces Veterans.

———

We support our residents' independence, dignity, distinction, heritage, and future of continued life-enriching experiences.

———

Together, the AFRH family of residents and staff create a place of caring and continual learning. We are committed to providing the best housing and support services possible and creating a true community of accomplished, independent residents, who are free to explore their talents, pursue their interests, and follow their dreams.

# ORGANIZATION AT A GLANCE

Our country has a long and proud legacy of caring for its veterans, dating back to the War of 1812, when Congress established a home for destitute Navy officers, sailors, and Marines in Philadelphia. Some 40 years later, Congress established an asylum for old and disabled soldiers in Washington, D.C.

Through the proceeding years, the U.S. Naval Home (USNH, which later moved to Gulfport, MS), and the U.S. Soldiers' and Airmen's Home (USSAH, still in Washington), operated separately. One of the most significant changes for both institutions happened only 13 years ago, as a result of the Armed Forces Retirement Home Act, Public Law 101-510. This new law combined the USSAH and the USNH to form the Armed Forces Retirement Home.

Under the Act, Congress incorporated the U.S. Naval Home in Gulfport, and the U.S. Soldiers' and Airmen's Home in Washington, into one entity. The resulting organization, an independent establishment in the Executive Branch of the Federal government, is known as the Armed Forces Retirement Home, or AFRH.

The facilities continue to be maintained as separate entities for administrative purposes, available to all eligible veterans from all branches of the Armed Forces. A permanent trust fund was established a number of years ago, and it continues to be fed by monthly active duty payroll deductions and fines and forfeitures from the Armed Forces.



*Biddle Hall, Philadelphia, Pennsylvania, 1834*

## THE GULFPORT CAMPUS

Legislation established a home in 1811 for naval personnel in Philadelphia, Pennsylvania to provide a permanent asylum for decrepit and disabled naval officers, seamen, and Marines. Naval personnel who were so injured or infirmed as to be unable to contribute materially to their own support were allowed to live at the home and asked to labor as much as they were able toward the care of it. The oldest veteran retirement home in the country, this facility was relocated almost a century and a half later to its present site in historic Gulfport, Mississippi. The Gulfport campus sits along the Gulf of Mexico, just a short walk to the world's most beautiful and therapeutic beaches.

## THE WASHINGTON CAMPUS

In 1851, legislation established a soldiers' home for Army veterans in a secure, peaceful setting in Northwest Washington, D.C. The Soldiers' Home was established as an asylum for old and disabled veterans. Four of the original buildings still stand, and are listed as national historic landmarks. Since the Home's beginning, operational funding has come from soldiers themselves.



*Sherman Building, Washington, D.C., 1851*

# AFRH's Organizational Model for Success

AFRH has developed a one model approach to operating its homes in Gulfport and Washington, D.C. The desired outcomes of this approach are enhanced accountability and the ability to provide the highest quality service to our residents.

Another benefit of the one model approach has been the establishment of a standard operating environment. The Chief Operating Officer was appointed in September 2002 and began working toward an agency with two distinct campus locations, but one set of standards, policies, and procedures.

Agency oversight is conducted by the Chief Operations Officer, the Chief Financial Officer, and the Corporate Resources team. The Corporate Resources team is comprised of Public Affairs and Marketing, Human Resources, Acquisition and Logistics Management, Equal Employment Opportunity and Affirmative Action,

Master Planning, Dining Services, Information Technology, and Financial Management. The agency directs the activities of both campuses. The management team is identical at both campuses.

The transition to the one model approach requires ongoing oversight, including identification of and improvements to core competencies, and deciding when and where to build internal capacities or outsource functions. In addition, integrated systems are required to reduce errors, duplication of efforts, and uneven workload across the agency.

Likewise, the transition process has allowed a better alignment of staff capabilities with resident needs, which in turn is improving the delivery of services. Management recognizes the need to balance corporate resources between its Gulfport and Washington campuses, and has implemented several new policies to ensure a proper balance is maintained.

### Agency Organization Chart



Agency oversight for the Gulfport and Washington campuses of AFRH is conducted by the Chief Operating Officer.

### Campus Organization Chart



Under AFRH's "one model" approach, both homes use the same organizational structure to ensure accountability, service excellence, and standardized operating procedures.

# PROGRESS TOWARD STRATEGIC PLAN GOALS AND OBJECTIVES



The AFRH Strategic Plan communicates our intentions for managing challenges and exploiting opportunities to remain financially viable and capable of achieving the highest standard of performance. Perhaps the most important expected outcome of the plan is to increase our ability to provide quality services to our residents.

During the past year, we have had noteworthy success on several of our strategic goals. At the top of this list, we made significant progress toward our goal of better integrating and aligning service delivery between our two campuses.

Our strategic plan also describes how we are developing new business practices and implementing automated processes - especially in ways that can improve resident service and organizational efficiency. We are continuing to raise the bar on our customer satisfaction measures, and at the same time are building our capability to expand services and program offerings in the future. We are also conducting an ambitious program of proactive communications and marketing outreach to ensure that the military communities are fully aware of the services we provide. Last, we have redesigned our website (www.afrh.gov) to improve ease-of-use for current and prospective residents and their families, as well as personnel at AFRH.

In performing its mission, the AFRH interacts with other Federal agencies and private organizations. In the past year, we made significant progress in numerous initiatives and ongoing programs involving other agencies, and have laid the groundwork for increasing our outreach and partnerships with other public, as well as private, organizations.

# STRATEGIC GOALS AND OBJECTIVES: A CLOSER LOOK

**THE STRATEGIC PLAN DESCRIBES SPECIFIC GOALS AND OBJECTIVES AS FOLLOWS:**

## ❶ FINANCIAL

*Create financial net growth and stability for the trust fund.*

AFRH's ability to provide the best services and facilities to its residents is made possible by a commitment to increase revenue and reduce costs. AFRH's fundamental financial strategy is to make effective use of resources, decrease expenditures, increase revenue, and grow net results while maintaining and increasing high standards of services and facilities.

Objective F1: Increase revenue resulting in a net increase
Objective F2: Reduce costs resulting in a net increase

## ❷ CUSTOMER

*Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives.*

AFRH's first responsibility is to ensure the satisfaction and well-being of its residents. AFRH also places high importance on the satisfaction of service partners and other key stakeholders. To engender high levels of customer satisfaction, AFRH aims at continuing positive public relations, and sustains a strategic approach providing quality services and responses to customer needs.

Objective C1: Increase customer satisfaction through superior execution of the mission
Objective C2: Increase resident retention and resident outreach through positive public relations
Objective C3: Assess transitions between levels of care

## ❸ INTERNAL BUSINESS PROCESSES

*Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization.*

AFRH ensures its ability to provide quality services and facilities to America's veterans by maintaining effective, efficient internal business processes. AFRH continually evaluates and improves upon work functions and processes to improve our ability to manage resources, facilitate communication, and promote AFRH team operations.

Objective IBP1: Increase effectiveness and efficiency of service delivery to our residents
Objective IBP2: Increase timeliness and satisfaction with internal communications

## ❹ LEARNING AND GROWTH

*Promote professional development and personal excellence for all personnel.*

AFRH is a learning organization that promotes professional development and excellence for all members of the staff by facilitating ongoing learning, refining skills, building competencies, developing new proficiencies, and encouraging growth for our community. AFRH encourages its employees to continually improve and expand their skills and gain from the experience of serving in our family.

Objective LG1: Provide a comprehensive employee training program tied to performance, competencies, and accountability in compliance with Occupational Safety and Health Administration (OSHA), Joint Commission on Accreditation of Healthcare Organizations (JCAHO), and Agency requirements
Objective LG2: Inform key AFRH stakeholders of value added programs and initiatives

## ❺ CULTURE

*Foster a commitment to service and quality and an environment of mutual respect and integrity.*

AFRH's corporate culture reflects the values of service, quality, mutual respect, and integrity. AFRH maintains a culture of service, quality, and dedication to the veterans.

Objective CL1: Increase teamwork and cooperation among AFRH employees and residents
Objective CL2: Maintain an accurate cross-campus health and wellness model
Objective CL3: Attract, develop, and maintain a high-performing workforce

*"I have always been taken care of when it comes to my medical needs at the AFRH. I receive prompt, courteous and professional care."*

—Resident Mike Longwell

# PERFORMANCE SUMMARY

*"The man of virtue makes the difficulty to be overcome his first business, and success only a subsequent consideration."*

—Confucius

**AFRH's** funding is based on monies collected from monthly active duty payroll deductions, resident fees, fines and forfeitures from the Armed Forces, and interest from the Armed Forces Retirement Home Trust Fund. Congress apportions a budget authority each year for operations at AFRH.

In 2003, AFRH found itself at a crossroads. The Trust Fund balance had declined from $156 million in 1995 to $94 million in 2003 as operating costs outpaced the collection of funds. To remain solvent, the agency needed to change its operating model. Major initiatives were launched in 2003 to change the operating model of the Home from survive to thrive. The Home also embarked on the roadmap to meet the President's Management Agenda. Limited transition efforts began in Fiscal Year 2003, with plans to complete the transition in Fiscal Year 2005.

Fiscal Year 2004 was a transformational year on several levels, with significant changes occurring in almost every aspect of our operations. Using the AFRH Strategic plan developed in November 2002 as a guide, we began implementing a baseline model of operation, a process that will continue for a three-year period.

## MULTIPLE INITIATIVES

The first order of business in this transition has been to bring our costs in line with our revenue, and thus strengthen the Trust Fund. By developing a strategy for asset management that includes reducing the footprint of AFRH's operational facilities, we have reduced operating costs and leveraged the underutilized assets as a source of revenue. It is important to note that the Trust Fund cannot be used as the sole source for capital projects; rather, we must develop other alternatives. A related necessity is that we must show that our finances are in order before we ask others to help.

During 2004, we have been moving to integrate and align the service delivery between the two campuses. As a result of this unprecedented transition, we have now become a single agency called AFRH. For the first time in our history, a single agency directs the activities of both veterans' homes according to one set of standards, policies, and procedures. We must and will ensure that our service delivery model is both financially viable and capable of achieving the high standard of performance.

Additionally, development of the Business Plan has prompted collaboration between the two campuses to better align their service delivery. By balancing corporate resources between the Gulfport and Washington campuses, we are well on our way to our stated goal of 20 to 30% cost savings by Fiscal Year 2005.

At the agency level, we have made great headway in finding a more cost-effective way to deliver the quality services and care that our residents need and deserve. A key step in this process was to identify our core competencies, and then decide where to build internal capacities and where to do competitive outsourcing, as required by the Federal Activities Inventory Reform (FAIR) Act.

By integrating automated systems to reduce redundancy and errors, and better balance workloads across the agency, we have added the power of e-Government capabilities to our services, improving our accessibility to residents, prospective residents, and staff. In addition, by reducing layers of personnel, we have improved our strategic management of human capital.

AFRH embarked upon an aggressive course of linking strategic initiatives at both agency and campus level with achievable objectives. At the agency level, initiatives focused on meeting the President's Management Agenda (as discussed in the Responding to Government Initiatives section below). At the campus level, initiatives focused on the AFRH Business Plan, which links the goals and objectives set forth in the strategic plan to operational plans based on these goals and objectives. Detailed campus level performance information is contained in the Performance section.

# PERFORMANCE VALIDATION AND VERIFICATION

In the past year, AFRH has begun implementing operational plans to meet its strategic goals and objectives.

The measures for success at AFRH include the following:

## MEASURES

### BUSINESS MEASURES

Increases in dollar amounts in the Trust Fund

Increases in the resident population

Savings through competitive outsourcing

Reductions in space and land

Donations from community partnerships, organizations, and foundations

### CUSTOMER SATISFACTION INDEX

Improvements in health and wellness

Improvements in facilities

Improvements in services

### EMPLOYEE SATISFACTION INDEX

Surveys

Performance Evaluations

Integration of the volunteer program

Updates in policies and directives

Performance measurement is determined using data that comes from a variety of sources, as explained below.

### FINANCIAL DATA

In Fiscal Year 2004, AFRH transferred or converted many financial functions to ensure consistent and correct data. For example, AFRH transferred the following functions to the Bureau of Public Debt, (Parkersburg, WV):

Financial Management Service
(Accounting, Travel, and Investments)

Property Management

Contract/Procurement Management

Procurement Cards

In addition, AFRH transferred its Payroll, Personnel, and Financial Management Systems to the National Finance Center (New Orleans, LA).

### BENCHMARK DATA FROM EXTERNAL SOURCES

As a provider of healthcare, AFRH is required to meet the standards developed by national organizations that accredit health facilities. AFRH has received a Gold Seal of Approval™ from JCAHO.

In addition, our Dining Services, which have a profound positive affect on the health and well-being of our residents every day, must comply with JCAHO standards for quality of food and preparation and the Food and Drug Administration Food Code. Dining Services also rely on local sanitation manuals that were written based on the Food Code.

### DATA FROM MANUAL OR
### SMALL FEEDER COMPUTER SYSTEMS

To validate each data report, we make sure that more than one person is responsible for compiling it. Likewise, we employ a chain of command review and approval methodology to validate our policies and procedures on everything from food, to health, to recreation.

# RESPONDING TO GOVERNMENT INITIATIVES



*"Excellent firms don't believe in excellence - only in constant improvement and constant change."*
—Tom Peters

Launched in August 2001 as a strategy for improving the management and performance of the Federal Government, the President's Management Agenda (PMA) focuses on the areas where deficiencies are most apparent and where the Government can begin to deliver concrete, measurable results.

**THE FIVE GOVERNMENT-WIDE INITIATIVES ARE:**

STRATEGIC MANAGEMENT OF HUMAN CAPITAL
Having processes in place to ensure that the right person is in the right job, at the right time, and that every employee is not only performing, but performing well;

COMPETITIVE SOURCING
Generating an estimated $1.1 billion in savings over a 5-year period, using competitive sourcing wherever doing so makes economic and strategic sense;

IMPROVED FINANCIAL PERFORMANCE
Making prudent financial decisions, and providing timely and accurate accounting on programs to help managers control costs and make better decisions;

EXPANDED ELECTRONIC GOVERNMENT
Leveraging the Federal Government's investments in information technology (IT) to significantly improve our ability to work with systems that are secure, timely and cost-effective; and

BUDGET AND PERFORMANCE INTEGRATION
Systematically assessing programs to identify opportunities to improve effectiveness, and using program results to determine future funding.

AFRH has embraced the tenets of the PMA as a means to reduce costs and conduct more efficient operations.

# THE PRESIDENT'S MANAGEMENT AGENDA



*"What matters in the end is completion. Performance. Results. Not just making promises, but making good on promises."*

—President George W. Bush
on the President's Management Agenda

## AFRH'S SELF-ASSESSED STATUS AND PROGRESS

| ELEMENT | STATUS | PROGRESS |
|---|:---:|:---:|
| STRATEGIC USE OF HUMAN CAPITOL | ● | ◉ |
| COMPETITIVE SOURCING | ● | ● |
| FINANCIAL PERFORMANCE | ● | ◉ |
| E-GOVERNMENT | ◉ | ● |
| BUDGET AND PERFORMANCE INTEGRATION | ◉ | ◉ |

**AFRH** has made significant progress in each of the five initiatives under the President's Management Agenda (PMA). The PMA uses a scorecard which employs a simple traffic light grading system common today in well-run businesses: green for success, yellow for mixed results, and red for unsatisfactory. Scores are based on five standards for success defined by the President's Management Council and discussed with experts throughout government and academe, including individual fellows from the National Academy of Public Administration.

AFRH has not entered its deliverables officially as part of the PMA. A self-assessment was done as of September 30, 2004 for AFRH. The following pages provide a brief description of each initiative, the current status of the management program, and explanations of our progress to get to green as AFRH implements the PMA with the ultimate goal of improving performance and providing better service.

### THE MEANING OF GRADES FOR STATUS AND PROGRESS

Under each of the five standards, status is green if it meets all of the standards for success, yellow if it has achieved some but not all of the criteria, and red if it has even one of any number of serious flaws.

### DESIGNATIONS OF PROGRESS ARE DEFINED AS FOLLOWS:



**GREEN**

Implementation is proceeding according to plans



**YELLOW**

Some slippage or other issues requiring adjustment by the agency in order to achieve the initiative objectives on a timely basis



**RED**

Initiative in serious jeopardy. Unlikely to realize objectives absent significant management intervention.

● PROGRESS                    **Competitive Sourcing**                    ● STATUS

**BACKGROUND**

PMA cites the use of the A-76 process as a way to improve agency performance by inviting public/private competition for an agency's commercial activities or functions. ARFH actively engaged in this activity in Fiscal Year 2004 by contracting with Management Analysis, Incorporated to conduct A-76 studies in several strategic areas.

**STATUS**

AFRH completed seven competitive sourcing studies (six of which were categorized as Streamlined and one as Standard). Collectively, the competitive sourcing opportunities studied will generate approximately $12.6 million in savings over five years.

The A-76 studies that AFRH commissioned included the following:

**WASHINGTON CAMPUS**

| | |
|---|---|
| Transportation and Refuse Removal | Savings of $485K over 5 years |
| Grounds Maintenance/Snow Removal | Savings of $974K over 5 years |
| Facility Maintenance | Savings of $1.1M over 5 years |
| Security | In-house award |
| Dining Services | Savings of $10M over 5 years |

The A-76 studies that AFRH commissioned included the following:

**GULFPORT CAMPUS**

| | |
|---|---|
| Security | In-house award |
| Facility Maintenance | In-house award |

AFRH has achieved "green" in competitive sourcing, because the agency has completed the required number of sourcing competitions for Fiscal Year 2004.

**PROGRESS**

Progress on AFRH's competitive sourcing is "green" with a focus on achieving savings in as many areas as possible. In Fiscal Year 2004, our one Standard competition was started in January 2004 and completed in September 2004, well within the required 12-month timeframe. All six of our Streamlined competitions were completed within a 90-day timeframe. No publicly announced Standard and Streamlined competitions were cancelled.

 PROGRESS

## Expanded Electronic Government

 STATUS

## BACKGROUND

The AFRH has a staff of approximately 549 employees working at the Washington D.C. and Gulfport facilities. Of these, roughly 400 have regular interaction with AFRH Information Technology (IT) Staff, and perform major parts of their day-to-day work using a variety of technologies.

Like many agencies that face the ongoing challenge of keeping pace with technology, AFRH must continually seek ways to use technology efficiently to fulfill its mission. And, like many other agencies, AFRH has recently had to make difficult decisions about how to best leverage its investment in IT.

### RESPONDING TO THE PRESIDENT'S MANAGEMENT AGENDA

The PMA requires a modernization blueprint for Expanded Electronic Government (E-Gov) that focuses on IT investments in important agency functions and that defines how those functions will be measurably improved. For a "green" in E-Gov, acceptable business cases must address such areas as: security, measures of success, program management, risk management, as well as cost, schedule, and performance goals for all major systems.

Additional requirements for a "green" rating in E-Gov are that levels of cost and schedule must be on target, and there must be no overruns and shortfalls greater than 10%. Agencies must contribute to and participate in three of the four categories of E-Gov initiatives rather than creating redundant or agency-unique IT projects. To meet the mandates of the PMA, AFRH conducted an IT assessment and needs analysis in the fall of 2003, the results of which are described below.

### STATUS

AFRH has made enormous strides in E-Gov initiatives. However, as work in this area is not yet complete, the status is "yellow."



AFRH's previous IT environment was decentralized and fragmented

## PROGRESS

AFRH is "green" in progress in E-Gov because of the significant work it has done in this area, as described below.

The results of the 2003 IT assessment and needs analysis showed that AFRH's IT platform was fragmented, outdated, out of alignment with the organization's business operations, and unable to meet the increasing demands of federal mandates such as Health Insurance Portability and Accountability Act of 1996 (HIPAA), JCAHO, and E-Gov. The Washington D.C. and Gulfport locations operated largely as independent entities, often having completely separate approaches to technology, business systems, and operational policies.

This fragmented approach to IT meant that there were two completely separate networks, each with aging servers running outdated software and with completely separate support staff. A manual effort was required to merge the information from both sites into management reports to show agency level information. As a result, many of the business processes were redundant and inefficient.

One of the most important results of the study was the creation of a strategic vision for AFRH's technology platform that would create business alignment with the agency's mission, take an enterprise approach to implementing technology, and make AFRH a consumer rather than an owner of technology.

The major elements of AFRH's business and technology vision are to develop and utilize:

Defined business strategy and objectives

Defined missions and visions for each department

Performance metrics

Planned/prioritized technology projects mapped to business objectives

Migration to enterprise web-based applications

Detailed IT processes and procedures

In accordance with these goals, AFRH has been working to create a single agency with different campus locations, having a single set of standards, policies, and procedures, eliminating duplication, establishing web-based enterprise systems, and minimizing in-house IT services. The core business of AFRH is running the Premier Retirement Community for America's Veterans–not managing telephone switches, servers, and wide area networks.

The pace of change in technology is reducing the time between technology adoption and obsolescence to the point that it makes sense to lease technology rather than own it. This is



especially true with multi-million dollar investments, such as Private Branch Exchange (PBX) switches. In addition, it makes more sense to utilize industry best practices and industry standard software than to create and maintain an environment that will become obsolete and require a major overhaul every few years.

By utilizing Commercial Off-the-Shelf (COTS) products, AFRH will not only receive annual updates, but will also gain the benefits of enhancements brought about by the demands of a much broader community of users. Additionally, by outsourcing applications, AFRH not only eliminates the need for on-site infrastructure but also the maintenance and continuity of service tasks that go along with that infrastructure (e.g., maintenance, upgrades, disaster recovery, and other processes).

## SOME EXAMPLES OF AFRH'S RECENT SUCCESS TOWARD ACHIEVING THESE GOALS INCLUDE:

**PERSONNEL AND PAYROLL SYSTEMS** - AFRH has successfully consolidated its previously separate Payroll and Personnel Systems and transferred them to the National Finance Center, which provides web-based interfaces, reduced overall costs of ownership, enhanced reporting capabilities, and an improved level of service.

**DINING SERVICES** - rather than having two separate systems to manage dining services, AFRH has migrated to the Computrition system at both locations. This provides continuity and ease-of-use through a web-based interface and has lowered overall costs for providing dining services.

**ACCOUNTING** - AFRH has converted from an obsolete, internally developed and maintained system to a web-based service from the Bureau of Public Debt, which provides a system that is compliant with JFMIP, with enhanced functionality and integration with other systems.

**EMAIL AND FILE MANAGEMENT** - AFRH has migrated from two obsolete internal email systems, which required different email addresses for Gulfport vs. Washington, and server-based file storage, to a web-based, enterprise class system that provides a single email domain for the entire agency as well as web-based file management that is accessible from any location via a web browser.

**PROPERTY MANAGEMENT** - AFRH has reduced its dependency on an outdated, internally built system by outsourcing the function of property management to the Bureau of Public Debt. This has saved the agency the need to purchase and maintain bar-coding devices and have dedicated personnel to manage this task.

**WEBSITE AND INTRANET** - AFRH has outsourced the development and maintenance of its public website and intranet to the Bureau of Public Debt, eliminating the need to have dedicated expertise in designing, managing, and operating these systems.

## AFRH ALSO HAS PLANS FOR THE FOLLOWING AREAS:

**LOCAL AND WIDE AREA NETWORK** - AFRH has designed and is about to implement a high speed network between the two campuses that will consolidate infrastructures between the two campuses and allow Internet access, desktop support, and video conferencing to be shared between the two campuses. In the future, Voice over IP (VOIP) will be deployed on this network to further reduce telecommunications costs.

**CAMPUS OPERATIONS** - AFRH has signed a contract with DataStream to migrate its MP2 installations to the 7i product, which is a hosted, web-based enterprise solution to campus operations. Previously, any agency level-reporting would have required the manual consolidation of information from multiple standalone systems. This system will handle purchasing, inventory management, work orders, medical equipment inventory and calibration, costing, and productivity management.

**RESIDENT INFORMATION SYSTEM** - AFRH is about to replace its antiquated and fragmented systems that handle all aspects of capturing and tracking resident information with a hosted, web-based, enterprise-wide industry standard system that will integrate the functions of public affairs, admissions, resident services, finance, medical, and facilities into a single system.

**RESIDENT SECURITY SYSTEM** -In Fiscal Year 2005 AFRH will upgrade its antiquated, phone-based resident security system with a state-of-the-art wireless system that will enhance resident safety and response time, in addition to allowing the system to be unbundled from the Washington campus' existing PBX, which is reaching the end of its useful life.

**PHONES** - AFRH is in the planning phases of implementing a VOIP telephone system that will eliminate long distance charges between the campuses, enable 4-digit dialing, and eliminate the future need to undertake very expensive PBX upgrades at both campuses.

**VENDOR MANAGEMENT** - AFRH is implementing the policies and procedures to enable active management of its infrastructure through a planned equipment replacement schedule and documented vendor management strategy. This function will provide oversight to the vendors supplying services to the agency and ensure continuity of service by acting as a liaison between the agency and the vendors.



The envisioned AFRH electronic environment

With the completion of these efforts, AFRH will be a consumer of managed services that will be actively managed and measured for efficiency, alignment with business objectives, and cost effectiveness.



● PROGRESS        **Budget and Performance Integration**        ● STATUS

*"Character is like a tree and reputation like its shadow. The shadow is what we think of it; the tree is the real thing."*

—Abraham Lincoln

**BACKGROUND**

In this PMA initiative, reports that integrate financial and perform-ance information covering all major responsibilities of the agency are examined quarterly to make decisions regarding program management. Strategic plans contain outcome-oriented goals and objectives. The measures identified using the Program Assessment Reporting Tool (PART) are incorporated in performance outcomes.

**STATUS**

The PART holds programs to high standards. Simple adequacy or compliance with the letter of the law is not enough. Rather, a program must show it is achieving its purpose and that it is well managed. AFRH's achieved a Moderately Effective rating (the second highest rating possible) under PART for its asset management of AFRH real property. This rating was achieved by selling underutilized real estate at both the Washington and Gulfport campuses to reduce the footprint of AFRH.

The improvements made in Financial Performance have given managers online access to ARC software packages (including PRISM, Discoverer, CitiDirect, and Gov-Trip). These programs facilitate financial management in the most up-to-date, fastest manner possible. Managers can determine quickly and with confidence what impact their decisions have upon their budgets.

The performance link to individual manager accomplishments is under development via the campus Business Plans and the performance management plan. Launched in June 2004, the Business Plans provide clear direction for managers to achieve success in the strategic initiatives. Because the rollout of the performance management plan was not completed in Fiscal Year 2004, the status for budget and performance integration is "yellow."

**PROGRESS**

AFRH has been working on several different fronts to integrate budget and performance. At the agency level, the PMA and the PART have been achieving objectives as stated. At the campus level, the Business Plan for each campus has directly linked performance with strategy. Many of the objectives cited in the campus Business Plans have specific measures to be achieved by certain dates. Campus level activities are discussed in detail in later sections.

With comprehensive planning already underway for performance management and links to individual performance, AFRH is successfully strengthening its integration of budget and performance down to the individual staff member. The rollout of the performance management process is expected to be completed during Fiscal Year 2005. Because the plans are well underway, progress is graded at a "yellow."