# FINANCIAL SUMMARY

At the end of Fiscal Year 2004, AFRH prepared its report of financial position and results of operations of the AFRH. Financial statements were not audited, so AFRH is working with Bureau of Public Debt to arrange for timely audits of Fiscal Year 2005 financial statements.

AFRH prepares its financial information from the books and records of AFRH in conformity with accounting principles generally accepted in the United States, and the Office of Management and Budget (OMB) Bulletin No. 01-09, Form and Content of Agency Financial Statements.

## OVERVIEW OF FINANCIAL POSITION

Fiscal Year 2004 was a positive financial period for AFRH. AFRH is in the unique position of maintaining the Armed Forces Retirement Home Trust Fund that collects the monies, which Congress then appropriates annually to AFRH. The AFRH Trust Fund balance rose dramatically in Fiscal Year 2004 to $118 million, from $94 million in Fiscal Year 2003. This increase was the direct result of disposing of property on both the Washington and Gulfport campuses. In Washington, real estate known as the 49 acres was sold to the Catholic University of America for $22.3 million. In Gulfport, two beachfront properties were sold for approximately $1 million. Revenue has consistently risen since Fiscal Year 2002. In Fiscal Year 2004 it rose significantly due to the change in our strategy of leveraging underutilized assets and sources of revenue. Revenue increased due to resident fees, sale of real estate, and increased fines and forfeitures from active duty soldiers, which collectively put revenue at an all-time high of $92 million. The impetus for change in AFRH was the diminishing resources available in the AFRH Trust Fund starting in the 1990s. That tide has been stemmed. Increases in the Trust Fund balances have been achieved along with decreasing amounts of spending.

### OPPORTUNITIES AND CHALLENGES

Overall, the financial viability of AFRH is improving, and the steps we have taken in Fiscal Year 2004 have already begun solidifying the gains we have made. The dramatic rise in the AFRH Trust Fund in particular is a tremendously positive sign, and one that will continue to provide new options and capabilities to AFRH in years to come.

That being said, there are several challenges and potential threats we must monitor and adapt to. On an internal level, we must continue working to address those parts of our operations that received less than green status in our self assessment. We must also continue to fine-tune our one-model approach to operating our two distinct campuses. And we must remain vigilant to identify new and emerging opportunities for increased cost effectiveness and efficiency wherever they may occur.

On an external level, the entire field of senior living (with all of its subsets), continues to grow more diverse and competitive every day. To continue thriving in this environment, we must ensure that our staff, programs, facilities, and amenities offer as robust and attractive an alternative to potential residents as possible.





# PERFORMANCE SECTION



*Protecting a Promise. Renewing the Trust.*

# FOSTERING HIGH PERFORMANCE



*"As we express our gratitude, we must never forget that the highest appreciation is not to utter words, but to live by them."*

—John F. Kennedy

At AFRH, the members of our dedicated staff assist with the countless daily activities, large and small, that comprise comfortable and satisfying living for our residents. How well residents cope with life's challenges is due in significant part to the empathy, knowledge, and dedication of each staff member. For these reasons, performance in a place like AFRH is very different from other government agencies, where output or bottom line results are key performance factors. Making people's lives as comfortable and productive as possible is the key performance factor at AFRH, and measuring our success at this task has become the focus of our performance management system.

# INTRODUCTION TO PERFORMANCE

AFRH pursued an aggressive action plan in Fiscal Year 2004 to link the AFRH Strategic Plan to the Business Plan for each campus, culminating in a Performance Management Plan. For several years, the top priority management objective in the Executive Branch of the Government has been to  Use performance information to improve program management and make better budget decisions.  AFRH has set this priority at the agency level and pushed its implementation to the campuses starting in Fiscal Year 2004.

The AFRH Strategic Plan developed in November 2002 forms the framework for all initiatives on both campuses. AFRH used the concept of the Balanced Scorecard, introduced in the *Harvard Review* in 1992, to develop its strategic direction. The Balanced Scorecard performance management system is used to align AFRH's vision and mission with customer requirements and day-to-day work, manage and evaluate business strategy, monitor operation efficiency improvements, build organization capacity, and communicate progress to all employees. The scorecard shows the financial and customer results, operations, and organization capacity.

Detailed operational plans for FY 2004-2006 were developed in the AFRH Business Plan based on the strategic goals and objectives as set forth in the Strategic Plan. All operational plans are directly mapped to the strategic plan goals and objectives and numbered as shown below for tracking. The corresponding initiatives are pursued by all divisions, but one division is named as the lead for each initiative. The specific actions in those operational plans will appear in individual performance plans. This linkage aligns employees' performance with the agency strategy.

## GOAL 1: FINANCIAL

Create financial net growth and stability for the trust fund.

OBJECTIVE F1: Increase revenue resulting in a net increase
OBJECTIVE F2: Reduce costs resulting in a net increase

## GOAL 2: CUSTOMER

Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives.

OBJECTIVE C1: Increase customer satisfaction through superior execution of the mission
OBJECTIVE C2: Increase resident retention and resident outreach through positive public relations
OBJECTIVE C3: Assist transitions between levels of care

## GOAL 3: INTERNAL BUSINESS PROCESSES

Design and sustain effective and efficient internal operations that optimize and leverage resources across the entire organization.

OBJECTIVE I1: Increase effectiveness and efficiency of service delivery to our residents
OBJECTIVE I2: Increase timeliness and satisfaction with internal communications

PERFORMANCE SECTION

## GOAL 4: LEARNING AND GROWTH

**Promote professional development and personal excellence for all personnel.**

OBJECTIVE LG1: Provide a comprehensive employee training program tied to performance, competencies, and accountability in compliance with OSHA, JCAHO, and Agency requirements

OBJECTIVE LG2: Inform key AFRH stakeholders of value added programs and initiatives

## GOAL 5: CULTURE

**Foster a commitment to service and quality and an environment of mutual respect and integrity.**

OBJECTIVE CL1: Increase teamwork and cooperation among AFRH employees and residents

OBJECTIVE CL2: Maintain an accurate cross-campus health and wellness model

OBJECTIVE CL3: Attract, develop, and maintain a high-performing workforce

**THE OBJECTIVES MAP TO THE PRESIDENT'S MANAGEMENT AGENDA AS FOLLOWS:**

| STRATEGIC HUMAN CAPITAL | COMPETITIVE SOURCING | IMPROVED FINANCIAL PERFORMANCE | EXPANDED ELECTRONIC E-GOVERNMENT | BUDGET AND PERFORMANCE INTEGRATION |
|---|---|---|---|---|
| IBP2.1 | F2.1 | F1.1 | AGENCY LEVEL INITIATIVE | F1.1 |
| IBP2.2 | F2.3 | F1.2 | F2.2 | F1.2 |
| LG1.1 | | F2.2 | | F1.3 |
| LG1.2 | | F2.4 | | F2.2 |
| LG2.1 | | F2.5 | | F2.4 |
| LG2.2 | | IBP1.2 | | F2.5 |
| CL1.2 | | IBP1.4 | | IBP1.2 |
| CL3.1 | | | | IBP1.4 |

One key piece of performance planning has been to have the correct balance of staff (full-time equivalents, or FTEs) needed to fulfill the mission. AFRH has been pushed over the last several years to streamline the number of employees. Fiscal Year 2004 saw a drop in the number of FTEs aligned with the new strategies. Not only has this focused the staff, but has helped the budget balance.

The vision of the AFRH Performance Management Plan is for AFRH to attract, develop, and maintain a high-performing workforce by expecting, rewarding, and recognizing great individual and team performance. Additionally, the vision incorporates the successful implementation and achievement by AFRH employees of the strategic goals and objectives envisioned in the AFRH Strategic Plan.



FTE Employees, FY 2002-2004

**Full-time Equivalent**

736    683    549

2002    2003    2004

To help AFRH control costs, the total number of full-time equivalents has decreased almost 27% since 2002.



# PERFORMANCE AT AFRH-Gulfport

Striving towards the strategic goals at Gulfport, AFRH has achieved significant results in several areas. However, only one goal out of twenty-six received a status rating of "green." Below are the initiatives that have shown the most progress.

| GOALS AND OBJECTIVES | PROGRESS DESCRIPTION |
| --- | --- |
| FINANCIAL GOAL, OBJECTIVE F1.1.<br>**MAXIMIZE AND RETAIN RESIDENT OCCUPANCY.**<br>Staff Lead: Resident Services | The AFRH-Gulfport campus' superb Resident Services staff ensures that occupancy remains at all-time high levels. AFRH-Gulfport is consistently at full capacity of approximately 600. The mild climate and easy access to one of the world's loveliest beaches attracts many retirees to the Gulfport area. Eligible veterans also find the atmosphere of southern hospitality, combined with excellent facilities, an irresistible choice. Resident Services staff encourages tours, visits, and information sharing to all applicants. Their persistence and effort is reflected in the accomplishment of many of their goals. However, work is ongoing to meet other goals to reduce turnaround time for applications, perform surveys, and implement retention strategies. |
| FINANCIAL GOAL, OBJECTIVE F2.3.<br>**INSTITUTIONALIZE A FOCUSED**<br>**MAINTENANCE APPROACH.**<br>Staff Lead: Campus Operations | Campus Operations leads AFRH-Gulfport in an orderly, successful program to preserve existing systems and facilities and respond to personal service requests of residents, creating a more resident-focused maintenance approach. Campus Operations participated in a streamlined competitive sourcing and beat outside vendors. Their goals to complete inventory reduction, increase customer satisfaction, maintain furniture accountability, reduce inventory by 50%, and review cost effectiveness of contracting for routinely purchased services have had all around success. Focused maintenance has the status of "green." |
| INTERNAL BUSINESS PROCESSES GOAL,<br>OBJECTIVE IBP1.3.<br>**STANDARDIZE AND IMPROVE ROOM REPAIR**<br>**PROCESS WITH METRICS AND PROVEN RESULTS.**<br>Staff Lead: Campus Operations | Campus Operations strives to rehabilitate rooms to a like-new condition in a cost-efficient manner. The process has to work as rapidly as possible with little or no disruption to revenue flow. Rooms in a repaired state enhance the first impression of new residents reporting to AFRH-Gulfport. Campus Operations has created processes and procedures that integrate inventory control and furniture accountability components. |
| INTERNAL BUSINESS PROCESSES GOAL,<br>OBJECTIVE IBP1.4.<br>**ESTABLISH EFFECTIVE**<br>**PROPERTY ACCOUNTABILITY.**<br>Staff Lead: Acquisitions and Logistics Manager | Sorting through numerous property documents and bringing them up to date has been necessary to ensure appropriate spending for required items and to liquidate unneeded items. Accomplishments in this area include the appointment of Accountable Officers for each Service, the baselining of the non-expendable property, the completion of a furniture inventory, the drafting of Directive 4400.1, and inventorying of non-expendable property that has been established as accountable. |
| CULTURE GOAL,<br>OBJECTIVE CL1.1.<br>**IMPROVE RESIDENT HEALTH AND**<br>**WELLNESS THROUGH PROMOTING ACTIVITIES**<br>**AND INVOLVEMENT OF VOLUNTEERS.**<br>Staff Lead: Resident Services | One area that has seen many accomplishments on both campuses is the volunteer program. The goal is to build and maintain a premier volunteer program. By empowering and fostering partnerships with individuals and groups, employee workload is being decreased. The program uses innovative solutions, industry benchmarks, and best business practices in health and wellness. The volunteer program creates a healthy climate for residents, staff, and community. |

# PERFORMANCE AT **AFRH-Washington**

AFRH-Washington has different challenges than AFRH-Gulfport, and yet has also shown significant results in key areas. One goal out of twenty-six received a status rating of "green." Below are the initiatives that have shown the most progress.

| GOALS AND OBJECTIVES | PROGRESS DESCRIPTION |
|---|---|
| **FINANCIAL GOAL, OBJECTIVE F1.2.** **REDUCE SQUARE FOOTAGE REQUIREMENTS AND IDENTIFY POTENTIAL LEASING OPPORTUNITIES OR MORE EFFICIENT USE OF SPACE.** Staff Lead: Director with Campus Operations | AFRH-Washington is a large campus with many unused and underutilized physical spaces. The goal is to increase revenue through leases by preparing facilities for leasing, and to achieve 90% of 610,000 square footage reduction by September 2005. Almost all excess buildings have been identified and emptied and plans have been made for their disposition. This huge, successful project is extremely well-managed and has a status rating of "green." |
| **FINANCIAL GOAL, OBJECTIVE F2.1.** **EXECUTE POST-COMPETITION ACCOUNTABILITY FOR STREAMLINED AND STANDARD COMPETITIONS PER OMB CIRCULAR NO. A-76.** Staff Lead: Acquisitions and Logistics Manager | As discussed in the section on PMA, Competitive Sourcing, the competitions have been completed. Accountability for these competitions has been established in an orderly and effective manner. Quality Assurance Support Plans are being completed for Facility Maintenance and a process has been established. The accounting for these competitions is a major milestone in achieving strategic goals. |
| **INTERNAL BUSINESS PROCESSES GOAL, OBJECTIVE IBP1.4.** **ESTABLISH EFFECTIVE PROPERTY ACCOUNTABILITY.** Staff Lead: Director with Campus Operations | In concert with AFRH-Gulfport, AFRH-Washington has accomplished the same goals for property accountability. Accomplishments in this area include the appointment of Accountable Officers for each Service and the completion of Directive 4400.1, which allows for the disposal of property. |
| **INTERNAL BUSINESS PROCESSES GOAL, OBJECTIVE IBP1.5.** **ESTABLISH PROCESS FOR RESIDENT CARE DURING CONSTRUCTION EFFORTS.** Staff Lead: Director with Campus Operations | AFRH-Washington has a comprehensive Master Plan to improve facilities. This initiative is to provide a definitive process for managing resident care during construction per the Master Plan. Achievements toward this goal include the initial notification provided to residents concerning the upcoming Scott Dental/Optometry renovation. Campus Operations, along with the Safety Officer, has created a standardized Operational Risk Management system for all facilities projects. |
| **INTERNAL BUSINESS PROCESSES GOAL, OBJECTIVE IBP 2.2.** **ENHANCE COMMUNICATIONS TO IMPROVE TEAMWORK BETWEEN RESIDENTS AND EMPLOYEES AND MEASURE THE COMMUNICATION'S EFFICIENCY AND EFFECTIVENESS.** Staff Lead: Campus Director | AFRH-Washington has made great strides throughout all management areas in communications and teamwork. This goal was to enhance communication from staff to residents by bringing an ombudsman onboard to provide a focal point for Residents to communicate with staff, attending the Resident Advisory Committee meetings, and collecting and distributing comments on various resident issues via an internal TV channel. Responses in a timely manner have been achieved as well as posting questions and answers on a shared folder available to all staff. |
| **CULTURE GOAL, OBJECTIVE CL1.1.** **IMPROVE RESIDENT HEALTH AND WELLNESS THROUGH PROMOTING ACTIVITIES AND INVOLVEMENT OF VOLUNTEERS.** Staff Lead: Resident Services | The number and quality of volunteer opportunities and programs have increased substantially in the past year at AFRH-Washington. Fifteen volunteer job descriptions were written and approved. Hundreds of opportunities for volunteers have been available and widely attended and staffed. Numerous new organizations have flocked to the campus to help in a variety of ways from recreation to communication and assistance to residents. |

# PROVIDING OPPORTUNITIES FOR ACTIVE LIFESTYLES



*"The Wood Hobby Shop is the best. We've got everything we need to work on just about any type of project. You couldn't ask for anything better".* —Resident Alonzo W. Dick

**AFRH** is a model retirement community, complete with facilities and services conveniently located in Gulfport, MS and Washington, DC. Our outstanding services and amenities rival those found throughout the United States, but without costly initiation or registration fees, and with affordable monthly fees. At the Armed Forces Retirement Home, our residents enjoy comfortable rooms with three delicious meals provided in spacious dining rooms. On both campuses, a full service bar and lounge with large-screen televisions are available for residents. Also, residents have use of extensive print, audio, and video libraries as well as state-of-the-art, 24-hour fitness facilities. A main feature of the homes is the availability of accredited assisted living and long-term health care facilities in Washington, and on both campuses pharmacy, clinical, and dental services on site. Both campuses are gated communities with their own security forces. All these amenities give each campus a small town atmosphere with multi-denominational chapels, mail room, and financial institutions.

# RESIDENT SERVICES: STRATEGIC GOALS AND PERFORMANCE MEASURES

Resident Services has the wellness focus of the comprehensive health and wellness strategic initiative. From providing leisure activities such as sports and arts, to mind-stimulating opportunities using computers, library books, and videos, Resident Services has a large responsibility to fulfill the vision of an active lifestyle for residents.

The strategic focus in the transitional Fiscal Year 2004 focused on some very specific goals. Daily business must continue, but the strategic imperatives had to be worked. Those initiatives were as follows:

**FINANCIAL MEASURES. F1.1.** Maximize and retain resident occupancy.
The most crucial financial goal is to increase revenue. Boosting resident occupancy translates to increased for the AFRH Trust Fund. AFRH-Gulfport maintains almost full occupancy, while AFRH-Washington struggles with an excess of 200 rooms. After a year-long struggle with little change in population, the new target for AFRH-Washington is to achieve 100+ net residents (from 1,003 to 1,103) by September 2005. To meet this goal, AFRH-Washington has focused on its admissions process, resident satisfaction surveys, increasing customer services skills, enhancing communications between the admissions team and all affected service divisions, and increasing a sense of urgency for all employees to recruit and retain residents.

**CUSTOMER MEASURES. C2.1.** Enhance and expand resident outreach (community) programs.
The measure of the Outreach program is the number of agencies that partner with AFRH to broaden the services we offer our residents and enhance community friendships and bonds. AFRH has set targets for agency partnerships with governmental agencies, the military, veteran service organizations, and civilian groups that have been met and exceeded for Fiscal Year 2004. The key is to retain these partnerships and measure the satisfaction that residents derive from these programs.

**LEARNING AND GROWTH MEASURES. LG2.1.** Develop and execute an initiative annually.
Resident Services has to add to the communication and learning of staff and residents through an initiative particular to its function. In Fiscal Year 2004, Resident Services set as its measure to implement a new admissions process, build internal and external volunteer programs, and improve the process of morning wellness checks through technology. These measures were met partially and will continue as initiatives through the next fiscal year.

**LG2.2.** Submit to the Agency articles annually for publication in various sources.
The measure was for one article for the year and it was met by both campuses in the *AFRH-Communicator*.

**CULTURE MEASURES. CL 1.1.** Improve resident health and wellness through promoting activities and involvement of volunteers.
Measures included obtaining an exact number of contacts for local high schools, colleges and universities for partnership opportunities, local community and military volunteer coordinators, military bases and Veteran Service Organizations. Other annual measures included attracting 50 new volunteers, creating two new mentorship programs with local community groups, and developing systems for soliciting and gathering employee, resident, and community feedback. AFRH has met and exceeded this goal and has established new stretch goals for Fiscal Year 2005.

PERFORMANCE SECTION

# GIVING SPECIALIZED CARE IN A SAFE ENVIRONMENT



*"And in the end it's not the years in your life that count. It's the life in your years."*

—Abraham Lincoln

Both AFRH campuses provide fine healthcare for the residents. At Gulfport, our accredited on-site medical facility provides pharmaceuticals and quality clinical and dental services at no additional cost to residents. AFRH-Gulfport has 48 long-term care beds for primary, intermediate, and advanced healthcare, as well as 50 assisted living beds, with plans to increase the Home with 64 new units. In addition, the Home operates shuttle buses several times daily to surrounding hospitals and medical centers, Keesler Air Force Base, two Veterans Affairs centers, and several civilian medical facilities in the immediate area.

At AFRH-Washington, our policy is that every resident, regardless of financial ability, will receive top-rated long-term care when needed. Our on-site 200-bed King Health Center for primary, intermediate, and skilled health care is JCAHO-accredited, and plans are underway to convert Independent Living beds in the Scott Building to Assisted Living. Physical, occupational, and recreational therapists and speech-language pathologists work with residents at the Center. In addition, AFRH-Washington provides scheduled daily transportation to surrounding hospitals, including Walter Reed Army Medical Center and the Washington DC Veterans Affairs Medical Center.

# HEALTHCARE SERVICES: STRATEGIC GOALS AND PERFORMANCE MEASURES

In supporting the comprehensive health and wellness strategic initiative, Healthcare Services has traditionally had a strong focus on residents' health. In the past fiscal year, the agency took major steps to enrich and broaden the services it offers to promote resident wellness. From dental and pharmaceutical services to long-term care, Healthcare Services delivers many critical services for residents, and expenses in this area tend to comprise a large portion of the AFRH budget.

Our strategic focus in Fiscal Year 2004 was on some very specific goals. Because of the vital nature of Healthcare Services' operations and programs, it was essential that while staff initiated new programs to address strategic challenges, daily business continue. New initiatives included:

**FINANCIAL MEASURES. F2.5.** Establish a comprehensive insurance coverage program and electronic fund transfer capabilities for our residents, with metrics and proven results.

Healthcare costs for residents who did not have insurance coverage were cited as a major expenditure of funds that had to be addressed. Healthcare Services and Resident Services worked in tandem to tackle this problem. Together, the two operating units enrolled 570 in-patients in Tricare for Life, tracked the top 100 most expensive medications, and developed and implemented a process to require all residents to have insurance coverage before in-processing. Coordination efforts between local hospitals and VA centers were stepped up to better manage pharmaceutical costs.

**CUSTOMER MEASURES. C3.1.** Standardize and improve levels of care for residents through assessment of health and wellness. (Note: these 2 objectives have the same operational plans, although they fall under different areas.)

**CULTURE MEASURES. CL 2.1.** Maintain an accurate cross-campus health and wellness model

During Fiscal Year 2004, the major thrust in this critical area was to ensure levels of care assessments were done in timely manner. Besides monitoring operational consistency, the initiative also introduced and facilitated increased resident involvement in their own care. New forms for Falls and Psychosocial Assessments were developed and introduced, and 100% of discharge planning and community health assessments were completed. Levels of care were matched between both campuses, for the first time. Medication reviews were completed via NeighborCare, the new pharmaceutical supplier that began serving AFRH residents in April 2004. In addition, every member of our staff attended classes in medication error reduction, pain assessment, and diabetes management.

**INTERNAL BUSINESS PROCESS. IBP1.1.** Provide healthcare more effectively and efficiently.

The focus in this initiative is eventually to make contracted physicians the primary providers of care, and thereby increase revenue. During Fiscal Year 2004, AFRH laid the groundwork needed to accomplish this goal, and has already realized many gains in efficiency and effectiveness as a result.

Additional achievements included obtaining licensure information for physicians, planning for new Ophthalmology, Dental, Ambulatory Care Clinics in the residential Scott Building, hiring a Nurse Practitioner and an additional Dietician for Independent Living, and starting our first Pulmonary program. We also provided services in our Restorative Ambulation and Restorative Nursing programs, and instituted a new diabetic teaching program. Last, we established new contracts for Rehabilitation, Phlebotomy, and Radiology, and converted a 50-bed unit in the LaGarde building to Assisted Living.

**INTERNAL BUSINESS PROCESS. IBP1.2.** Provide more efficient and cost effective medication administration and delivery.

As medication costs skyrocketed, AFRH aggressively pursued a more efficient, more cost effective medication program to decrease medication errors and to meet JCAHO standards. The decision was to contract the Pharmacy to an outside provider to be solely responsible for the delivery of medications to Assisted Living and Long Term Care residents. The end result is that residents are now receiving fewer medications, nurses are ordering medications in a more timely fashion, and documentation and medication assessment is improved. The billing is now completed through resident insurance. The Washington campus contracted successfully with NeighborCare during Fiscal Year 2004. The Gulfport campus will contract with an outside source by early 2005. Training for staff and implementation of the program was at 100% for both.

**LEARNING AND GROWTH MEASURES. LG2.1.** Develop and execute an initiative annually.

The initiatives in Healthcare included contracting out physicians and transferring the pharmacy function to an outside source.

**LG2.2.** Submit to the Agency articles annually for publication in various sources.

The measure was for one article for the year and it was met by both campuses in the *AFRH-Communicator*.

PERFORMANCE SECTION

# CAMPUS OPERATIONS: STRATEGIC GOALS AND PERFORMANCE MEASURES

Campus Operations has focused on the physical plant of both campuses. Having a safe environment for residents includes safety within the buildings, transportation, and on the grounds.

The strategic focus in the transitional Fiscal Year 2004 addressed several specific goals. It was important that life and work on the campuses continue as usual, even while strategic initiatives were introduced. These initiatives were so successful that they were included in the campus performance as well as here:

**FINANCIAL MEASURES. F2.3.** Institutionalize a focused maintenance approach.
The initiative was undertaken to reduce cost of operations for maintaining facilities, and to implement measured, appropriate levels of service provided in a timely and cost effective manner.

Campus Operations leads AFRH-Gulfport in an orderly, successful program to preserve existing systems and facilities and respond to personal service requests of residents, creating a more resident-focused maintenance approach. Campus Operations beat outside vendors in a streamlined competitive sourcing. Their goals are to complete inventory reduction, increase customer satisfaction, maintain furniture accountability, reduce inventory by 50%, and review cost effectiveness of contracting for routinely purchased services have had all around success. At AFRH-Washington, a contracted outside source began operation in January 2004.

**INTERNAL BUSINESS PROCESS MEASURES. IBP 1.3.** Standardize and improve room repair process with metrics and proven results.

To enhance the first impression on new residents, AFRH realized the need for rapid turnaround of vacant rooms for new occupancy. AFRH-Gulfport needs to have a vacant room repaired and ready for furniture within a three (3) day timeframe because of the facility's resident capacity. AFRH-Washington also needs to rehabilitate rooms to a like-new condition in a cost efficient manner as rapidly as possible with little or no disruption to revenue flow as possible. Procedures for room readiness and furniture inventory control have been developed. Room repair is identified as part of the ongoing work in facilities maintenance.

**LEARNING AND GROWTH MEASURES. LG2.1.** Develop and execute an initiative annually.
Focus in Campus Operations has been on the room readiness and facilities maintenance areas with some progress made during Fiscal Year 2004.

**LG2.2.** Submit to the Agency articles annually for publication in various sources.
The measure was for one article for the year and it was met by both campuses in the *AFRH-Communicator*. Campus Operations also published articles in *Dog Fancy* magazine and the Gulfport area *Sun Herald*.

# FINANCIAL SECTION



*Protecting a Promise. Renewing the Trust.*

FINANCIAL SECTION

# ACHIEVING FINANCIAL INTEGRITY



*"The highest use of capital is not to make more money, but to make money do more for the betterment of life."*
—Henry Ford

AFRH exists to take care of America's eligible veterans. Year after year veterans grow older and more in need of AFRH's services. The money to take care of them has to be managed effectively so the services will be there when most needed.

# LETTER FROM THE CHIEF FINANCIAL OFFICER



**FISCAL YEAR 2004 ANNUAL PERFORMANCE AND ACCOUNTABILITY REPORT**

It is my pleasure to present the Armed Forces Retirement Home's financial statements for Fiscal Year 2004. This past fiscal year was a transitional period for AFRH, in several dimensions. From a financial perspective, the strategies we developed in the previous year are on track and helping us move forward. We were confident that our changes would improve our bottom line—and we succeeded! We worked smarter, and we produced better results.

As this report explains, in the past fiscal year we continued in our transition from an agency that "survives" to one that "thrives." In planning and implementing this transition, we were guided by the President's Management Agenda (PMA). The PMA presents recommendations and guidance on a broad variety of functions that together improve an agency's cost effectiveness. Just as important, PMA presents a clear path toward improving an agency's ability to fulfill its mission efficiently.

As a result of the various financial and organizational decisions we made in the past fiscal year, we collected $92 million in revenue - the highest amount in our recent history. At the same time, we succeeded in reducing expenses with a balanced combination of alterations to our operations. These changes included transferring certain business functions to other agencies, greater efficiencies brought about by improved business processes and innovative changes to the way we use information technology, and more. In addition, with the sale of acreage from both of our campuses, we converted underutilized assets into a healthier Trust Fund balance. In the process, we also significantly reduced associated operating costs for our properties in such areas as facilities and grounds management, power and utilities, and snow removal. We also conducted several studies of additional functions for outsourcing, which point to even greater cost savings in the near future.

These changes are helpful in their own right. But more importantly, they all add up to improvements in what we regard as our real bottom line: our ability to provide quality care to our residents and a safe, resident-centered community environment.

The accomplishments of the past fiscal year bode well for our continued financial health–and therefore the ability of our residents to continue to thrive in our communities. What's more, the strategic decisions and commitments we have made will continue to improve our financial viability in the years to come.

*Steven G. McManus*

Steven G. McManus
*Chief Financial Officer*
*Armed Forces Retirement Home*

# PRINCIPAL FINANCIAL STATEMENTS

## ARMED FORCES RETIREMENT HOME BALANCE SHEET

AS OF SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 |
|---|---|
| **ASSETS** | |
| Intragovernmental | |
| Fund Balance With Treasury (Note 1) | $ 6,741,059 |
| Investments (Note 2) | 114,815,789 |
| Accounts Receivable (Note 3) | 1,850,099 |
| Total Intragovernmental | 123,406,947 |
| Accounts Receivable (Note 3) | 160,413 |
| General Property, Plant and Equipment, Net (Note 4) | 86,902,106 |
| Total Assets | $210,469,466 |
| **LIABILITIES** | |
| Intragovernmental | |
| Unfunded FECA (Note 5) | $ 1,583,697 |
| Other (Note 5) | 264,615 |
| Total Intragovernmental | 1,848,312 |
| Accounts Payable (Note 5) | 1,324,554 |
| Other (Note 5) | 3,770,864 |
| Total Liabilities | 6,943,730 |
| **NET POSITION** | |
| Cumulative Results of Operations | 203,525,736 |
| Total Net Position | $203,525,736 |
| Total Liabilities and Net Position | $210,469,466 |

The accompanying notes are an integral part of these statements.



# ARMED FORCES RETIREMENT HOME STATEMENT OF NET COST

FOR THE YEAR ENDED SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 |
|---|---|
| **PROGRAM COSTS** |  |
| Intragovernmental Gross Costs | $ 8,074,660 |
| Less: Intragovernmental Earned Revenue | (3,875,287) |
| Intragovernmental Net Costs | 4,199,373 |
|  |  |
| Gross Costs With the Public | 68,984,361 |
| Less: Earned Revenues From the Public | (13,946,506) |
| Net Costs With the Public | 55,037,855 |
| Total Net Cost | 59,237,228 |
|  |  |
| Costs Not Assigned To Programs | - |
|  |  |
| Less Earned Revenues Not Attributable To Programs | (21,075,680) |
|  |  |
| Net Cost Of Operations | $ 38,161,548 |

The accompanying notes are an integral part of these statements.

# ARMED FORCES RETIREMENT HOME STATEMENT OF CHANGES IN NET POSITION

FOR THE YEAR ENDED SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 Cumulative Results Of Operations |
|---|---|
| Beginning Balances | $188,165,867 |
| Prior Period Adjustments |  |
| Beginning Balances, as Adjusted | 188,165,867 |
| Budgetary Financing Sources |  |
| Nonexchange Revenue | $ 50,145,519 |
| Donations and Forfeitures of Cash and Cash Equivalents | 953,073 |
| Other Financing Sources |  |
| Imputed Financing from Costs Absorbed by Others | 2,422,825 |
| Total Financing Sources | $ 53,521,417 |
| Net Cost of Operations | 38,161,548 |
| Ending Balance | $203,525,736 |

The accompanying notes are an integral part of these statements.

# ARMED FORCES RETIREMENT HOME STATEMENT OF BUDGETARY RESOURCES

FOR THE YEAR ENDED SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 |
|---|---|
| **BUDGETARY RESOURCES** | |
| Budget Authority: | |
|     Appropriations | $70,093,141 |
| Unobligated Balance | |
|     Beginning of Period | 22,887,730 |
| Spending Authority from Offsetting Collections | |
|     Earned | |
|     Collected | 4,739 |
|     Anticipated for Rest of Year, Without Advances | - |
| Subtotal | 92,985,610 |
| Recoveries of Prior-Year Obligations | |
|     Actual | 4,379,861 |
| Temporarily Not Available | (385,146) |
| **Total Budgetary Resources** | **$96,980,325** |

## STATUS OF BUDGETARY RESOURCES

|  | |
|---|---|
| Obligations Incurred | |
|     Direct | $76,318,803 |
|     Reimbursable | - |
|     Subtotal | 76,318,803 |
| Unobligated Balance | |
|     Apportioned | 20,661,522 |
| Unobligated Balance Not Available | |
| **Total Status of Budgetary Resources** | **$96,980,325** |

The accompanying notes are an integral part of these statements.

FINANCIAL SECTION

# ARMED FORCES RETIREMENT HOME STATEMENT OF BUDGETARY RESOURCES

FOR THE YEAR ENDED SEPTEMBER 30, 2004
(In Dollars)

| | 2004 |
|---|---|
| **RELATIONSHIP OF OBLIGATIONS TO OUTLAYS** | |
| Obligated Balance, Net, Beginning of Period | $12,437,249 |
| Obligated Balance, Net, End of Period | |
|     Undelivered Orders | (12,595,019) |
|     Accounts Payable | (3,563,243) |
| Outlays | |
|     Disbursements | 68,217,929 |
|     Collections | (4,739) |
|     Subtotal | 68,213,190 |
| Less: Offsetting Receipts | - |
| Net Outlays | $68,213,190 |

The accompanying notes are an integral part of these statements.

# ARMED FORCES RETIREMENT HOME STATEMENT OF FINANCING

FOR THE YEAR ENDED SEPTEMBER 30, 2004

(In Dollars)

|  | 2004 |
|---|---|
| **Resources Used to Finance Activities** | |
| Budgetary Resources Obligated | |
|     Obligations Incurred | $76,318,803 |
|     Less: Spending Authority from Offsetting Collections and Recoveries | (4,384,601) |
|     Obligations Net of Offsetting Collections and Recoveries | 71,934,202 |
| Other Resources | |
|     Imputed Financing from Costs Absorbed by Others | 2,422,825 |
|     Net Other Resources Used to Finance Activities | 2,422,825 |
| | |
| Total Resources Used to Finance Activities | 74,357,027 |
| | |
| **Resources Used to Finance Items not Part of the Net Cost of Operations** | |
| | |
| Change In Budgetary Resources Obligated for Goods, Services and | |
|     Benefits Ordered But Not Yet Provided | (1,549,904) |
| Budgetary Offsetting Collections that Do Not Affect Net Cost of Operations | (48,105,347) |
| Resources That Finance the Acquisition of Assets | 4,609,759 |
| Total Resources Used to Finance Items Not Part of the Net Cost of Operations | (45,045,492) |
| | |
| Total Resources Used to Finance the Net Cost of Operations | 29,311,535 |
| | |
| **Components of the Net Cost of Operations That will not Require or** | |
| **Generate Resources In the Current Period** | |
| Components Requiring or Generating Resources In Future Periods: | |
|     Increase in Annual Leave Liability | 1,796,790 |
|     Other | 315,857 |
|     Total Components of Net Cost of Operations That will not Require or | |
|         Generate Resources In the Current Period | 2,112,647 |
| | |
| Components Not Requiring or Generating Resources: | |
|     Depreciation and Amortization | 6,755,867 |
|     Other | (18,501) |
|     Total Components of Net Cost of Operations That will not Require or | |
|         Generate Resources | 8,850,013 |
| | |
| **Net Cost of Operations** | **$38,161,548** |

The accompanying notes are an integral part of these statements.

FINANCIAL SECTION

# NOTES TO THE FINANCIAL STATEMENTS

## NOTE 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### A. Reporting Entity

The Armed Forces Retirement Home (AFRH) was incorporated on November 1, 1991, by section 411(a) of 24U.S.C. The AFRH is an independent agency in the executive branch of the Federal Government. The AFRH has two facilities. One is located in Washington, D.C. and the other is located in Gulfport, MS.

The mission of the Armed Forces Retirement Home is to fulfill our Nation's commitment to provide care through a comprehensive range of services for America's Armed Forces Veterans. We support our residents' independence, dignity, distinction, heritage, and future of continued life-enriching experiences. Together, the AFRH family of residents and staff create a place of caring and continual learning. We are committed to providing the best housing and support services possible and creating a true community of accomplished, independent residents, who are free to explore their talents, pursue their interests, and follow their dreams.

In performing its mission, the AFRH interacts with many Federal Agencies and/or private organizations. Our primary partnerships are with the Office of Management and Budget, the Department of Defense, the Department of Treasury (Bureau of Public Debt), the Department of Agriculture (National Finance Center), the General Services Administration, the Smithsonian, U.S. VETS, the Catholic University of America, and the Washington Hospital Center.

The 1991 Defense Authorization Act created an Armed Forces Retirement Home Trust Fund (Trust Fund). Governed by limitations determined annually by the U.S. Congress, the Trust Fund is used to finance operating expenses as well as capital expenditures of the AFRH on and annual and no year basis.

### B. Basis of Presentation

These financial statements are provided to meet the requirements of the Accountability of Tax Dollars Act of 2002. The statements consist of the Balance Sheet, Statement of Net Cost, Statement of Changes in Net Position, Statement of Budgetary Resources, and Statement of Financing.

These financial statements have been prepared to report the financial position and results of operations of the AFRH. These statements were prepared from the books and records of AFRH in conformity with accounting principles generally accepted in the United States, and the Office of Management and Budget (OMB) Bulletin No. 01-09, Form and Content of Agency Financial Statements.

### C. Basis of Accounting

Transactions are recorded on an accrual accounting basis and a budgetary basis. Under the accrual method, revenues are recognized when earned and expenses are recognized when liabilities are incurred, without regard to receipt or payment of cash. Budgetary accounting measures the appropriations and consumption of budget authority and other budgetary resources and facilitates compliance with legal constraints and controls over use of Federal funds.

To assist OMB in recommending and publishing comprehensive accounting standards and principles for agencies of the Federal Government, the Secretary of the Treasury, the Comptroller of the United States, the Director of OMB, and the Joint Financial Management Improvement Program established the Federal Accounting Standards Advisory Board (FASAB) in 1990. The American Institute of Certified Public Accountant's Council designated FASAB as the accounting standards authority for Federal government entities.

### D. Exchange Revenue, Non-Exchange Revenue, and other Financing Sources

**EXCHANGE REVENUE**

Exchange revenues are inflows of resources to a government entity that the entity has earned. Exchange revenue is derived from the rendering of services, the sale of resources, and the use by others of entity assets yielding interest or dividends.

The AFRH's exchange revenue consists primarily of resident fees, rental income, subsistence for food service employees, custodial services, meal tickets, and interest earned on Treasury securities. Revenue from resident fees is recognized when services are provided and is invested for future funding requirements.

**NON-EXCHANGE REVENUE**

Non-Exchange revenues are inflows of resources the government demands or receives by donation. Such revenue is recognized when a specifically identifiable, legally enforceable claim to resources arises, to the extent that the collection is probable and the amount is reasonably estimated.

The AFRH's non-exchange revenue consists of military fines and forfeitures, monthly payroll withholdings from enlisted military personnel, bequests, and donations. Non-exchange revenue is recognized when collected.

**FINANCING SOURCES**

The AFRH receives the majority of funding needed to support operations and capital expenditures from the Trust Fund. The Trust Fund is financed by military fines and forfeitures, monthly payroll deductions from enlisted military personnel, resident fees, interest earned on Treasury securities, and donations.

### E. Fund Balance with Treasury

Resident fees receipts collected by the AFRH are processed by a commercial bank for deposit at the U.S. Department of the Treasury (U.S. Treasury). The U.S. Treasury as directed by the authorized certifying officer processes cash receipts and disbursements. Funds with the Department of the Treasury primarily represent funds that are available to pay current liabilities and finance authorized purchase commitments. The AFRH has a fund balance with Treasury totaling $6,741,059 at September 30, 2004.

### F. Investments

Trust Fund balances may only be invested in interest bearing debt securities issued by the Bureau of the Public Debt. The AFRH's investments are purchased exclusively through the Bureau of the Public Debt's FEDINVEST system. These securities are market based Treasury securities issued without statutorily determined interest rates and consist of Treasury bills and notes.

The AFRH classifies these investments as held-to-maturity at the time of purchase. The investments are stated at acquisition cost plus or minus any premium or discount. Premiums and discounts are amortized over the life of the Treasury security using the interest method. The AFRH's intent is to hold the investments to maturity, unless securities are needed to sustain operations. No provision is made for realized gains or losses on these securities due to the fact that they are held-to-maturity. Interest is received semi-annually on the held-to-maturity investments. This interest is accrued monthly until it is received.

The AFRH also has an investment in a one-day certificate issued by the Bureau of the Public Debt. The interest earned on the certificate is reinvested in the certificate on a daily basis. These investments are classified as trading securities. The income

from the daily interest earned is recorded on a monthly basis. See Note 2 for additional information.

### G. Accounts Receivable

The AFRH records accounts receivable as services are provided to residents. All amounts are considered collectible; therefore, no estimate is formulated for the allowance of uncollectible accounts. Generally, accounts receivable consists of either amounts receivable from federal agencies for payroll withholdings, fines and forfeitures, or fees due from residents of the home. See Note 3 for additional information.

### H. General Property, Plant, and Equipment, Net

The AFRH owns the land and buildings in which both homes operate. The majority of the property, plant, and equipment is used to provide residential and health care to members and is valued at cost. Equipment purchased, transferred, or donated with an acquisition cost greater than or equal to $50,000 per unit is capitalized. Routine maintenance is expensed when incurred. Construction costs are capitalized as construction-in-progress until the asset is completed then transferred to the appropriate property account. Depreciation expense is recognized on property, plant, and equipment with the exception of construction-in-progress. Depreciation is recognized using the straight-line method over the assets' useful lives. Other equipment is expensed when purchased. The useful lives used when recording depreciation on property, plant, and equipment are as follows:

| DESCRIPTION | LIFE |
|---|---|
| Land Improvements | 10-20 |
| Buildings and Improvements | 20-40 |
| Equipment | 5-10 |

### I. Liabilities

Liabilities represent the amount of monies or other resources likely to be paid by AFRH as a result of transactions or events that have already occurred. No liability can be paid, however, absent an apportionment. Liabilities for which an apportionment has not been enacted are, therefore, classified as not covered by budgetary resources, and there is no certainty that the apportionment will be enacted. Also, the Government, acting in its sovereign capacity, can abrogate liabilities. See Note 5 for additional information.

### J. Accounts Payable

Accounts payable consists of amounts owed to other federal agencies and trade accounts payable.

### K. Annual, Sick, and Other Leave

Annual leave is accrued as it is earned, and the accrual is reduced as leave is taken. Each year, the balance in the accrued leave account is adjusted to reflect current pay rates. To the extent current or prior year apportionments are not available to fund annual leave earned but not taken, funding will be obtained from future financing sources. Sick leave and other types of nonvested leave are expensed as taken.

### L. Retirement Plans

Most AFRH employees hired prior to January 1, 1984 participate in the Civil Service Retirement System (CSRS). On January 1, 1984, the Federal Employees Retirement System (FERS) went into effect pursuant to public law 99-335. Pursuant to this law, FERS and Social Security automatically cover most employees hired after December 31, 1983. Employees hired before January 1, 1984 elected to join either FERS and Social Security or remain in CSRS.

All employees are eligible to contribute to the Thrift Savings Plan (TSP). For those employees participating in the FERS, a TSP account is automatically established and AFRH makes a mandatory 1 percent contribution to this account. In addition, AFRH makes matching contributions, ranging from 1 to 4 percent, for FERS eligible employees who contribute to their TSP accounts. Matching contributions are not made to the TSP accounts established by CSRS employees. FERS employees and certain CSRS reinstatement employees are eligible to participate in the Social Security program after retirement. In these instances, AFRH remits the employer's share of the required contribution.

AFRH does not report on its financial statements information pertaining to the retirement plans covering its employees. Reporting amounts such as plan assets, accumulated plan benefits, and related unfunded liabilities, if any, is the responsibility of the Office of Personnel Management.

### M. Imputed Costs / Financing Sources

Federal Government entities often receive goods and services from other Federal Government entities without reimbursing the providing entity for all the related costs. In addition, Federal Government entities also incur costs that are paid in total or in part by other entities. An imputed financing source is recognized by the receiving entity for costs that are paid by other entities. AFRH recognized imputed costs and financing sources in fiscal year 2004 to the extent directed by the OMB.

### N. Use of Estimates

The preparation of financial statements requires management to make estimates and assumptions that affect amounts reported in the financial statements and accompanying notes. Such estimates and assumptions could change in the future as more information becomes known, which could impact the amounts reported and disclosed herein.

### O. Commitments and Contingencies

Contingent liabilities are recognized when a past event or exchange transaction has occurred, a future outflow or other sacrifice of resources is probable, and the future outflow or sacrifice of resources is measurable.

### P. Federal Employment Compensation Act

The Federal Employees Compensation Act (FECA) provides income and medical cost protection to covered Federal civilian employees injured on the job, employees who have incurred a work related occupational disease, and beneficiaries of employees whose death is attributable to a job related injury or occupational disease. The total liability should consist of an actuarial and accrued portion. However, because the Department of Labor does not calculate the liability for small agencies, the future commitment for the AFRH's actuarial FECA liability for fiscal year 2004 is unknown.

The accrued FECA liability as of September 30, 2004 represents claims incurred for benefits administered and paid by DOL to AFRH employees. The AFRH will reimburse DOL for these claims in future periods. See Note 5 for additional information.

## NOTE 2. INVESTMENTS

SCHEDULE OF INVESTMENTS AS OF SEPTEMBER 30, 2004

| | AMORTIZED COST (In Dollars) | REPORTED AMORTIZATION Method | PREMIUM (In Dollars) | VALUE (In Dollars) |
|---|---|---|---|---|
| MK Note Matures 11/15/2004 | $15,000,000 | interest | $  72,076 | 15,072,076 |
| MK Note Matures 2/15/2005 | 20,698,000 | interest | 281,268 | 20,979,268 |
| MK Note Matures 10/15/2006 | 36,726,000 | interest | 1,349,958 | 38,075,958 |
| One Day Certificate | 38,955,715 | n/a | n/a | 38,955,715 |
| Accrued Interest | 1,732,772 | n/a | n/a | 1,732,772 |
| Total Investments | $113,112,487 | | $ 1,703,302 | $ 114,815,789 |

## NOTE 3. ACCOUNTS RECEIVABLE

SCHEDULE OF ACCOUNTS RECEIVABLE AS OF SEPTEMBER 30,2004

| (In Dollars) | |
|---|---|
| Intragovernmental | |
| Army Pay Withholding | $ 209,832 |
| Army Fines and Forfeitures | 1,090,388 |
| Marines Pay Withholding | 87,002 |
| Marines Fines and Forfeitures | 462,877 |
| Total Intragovernmental | 1,850,099 |
| Resident Fee Receivables | 160,413 |
| Total Accounts Receivable | $ 2,010,512 |

## NOTE 4. GENERAL PROPERTY, PLANT, AND EQUIPMENT, NET

### SCHEDULE OF PROPERTY, PLANT, AND EQUIPMENT AS OF SEPTEMBER 30, 2004

| Description | Acquisition Cost (In Dollars) | Accumulated Depreciation (In Dollars) | Net Book Value (In Dollars) |
|---|---|---|---|
| Land and Improvements | $ 10,982,370 | $ (9,059,393) | $ 1,922,977 |
| Buildings and Improvements | 166,447,948 | (114,554,983) | 51,892,965 |
| Equipment | 3,761,873 | (2,357,497) | 1,404,376 |
| Construction in Progress | 31,681,788 | - | 31,681,788 |
| TOTALS | $ 212,873,979 | $ (125,971,873) | $ 86,902,106 |

## NOTE 5. LIABILITIES

The accrued liabilities for the AFRH are comprised of program expense accruals, payroll accruals, unfunded annual leave earned by employees, and unfunded FECA liability owed to the Department of Labor. Program expense accruals represent expenses that were incurred prior to year-end but were not paid. Similarly, payroll accruals represent payroll expenses that were incurred prior to year-end but were not paid.

### SCHEDULE OF LIABILITIES AS OF SEPTEMBER 30, 2004

| (In Dollars) | |
|---|---|
| Intragovernmental | |
| Accrued Liabilities | $      69,193 |
| Payroll Taxes Payable | 195,422 |
| Unfunded FECA Liability | 1,583,697 |
| Total Intragovernmental | 1,848,312 |
| | |
| Accounts Payable | 1,324,554 |
| Accrued Liabilities | 1,078,276 |
| Accrued Funded Payroll & Taxes | 871,957 |
| Payroll Taxes Payable | 23,841 |
| Unfunded Annual Leave | 1,796,790 |
| | |
| Total Liabilities | $ 6,943,730 |

*Protecting  a Promise.*

*Renewing the Trust.*

AFRH
3700 North Capitol Street, NW
Washington, DC 20011

Phone 202.730.3043
Fax:   202-730-3492
www.afrh.gov

# EXHIBIT 3

# BULLETIN



Armed Forces Retirement Home - Washington    Number 44
Washington, D.C. 20317        November 14, 2003

## ANNOUNCEMENTS

**TRANSPORTATION:**   Every effort is being made to meet your transportation needs. If you have an appointment or have missed the bus back to the Home, you must call the following numbers for assistance: Mon through Friday between 7:30 a.m. - 4:00 p.m., call the Nursing Office at KHC, Ext. 3313/3350/3316. From 4:00 p.m. - 7:30 a.m., weekends and holidays, call the KHC Information Desk, Ext. 3096, and ask for the Nursing Supervisor.

**TREATMENT ROOM CLOSURE:** As of 10 November, the Treatment Room will be closed.

**RESIDENT BIRTHDAY CELEBRATION:**   Tuesday, November 18, 2003 from 4:30 p.m. to 6:00 p.m. in Scott and LaGarde Dining Rooms. There will be an evening of fun, decorations and Happy Birthday singing to commemorate those born in November. Birthday celebrations will be honored on the third Tuesday of each month. All Residents are encouraged to attend.

**RESIDENT VOLUNTEERS NEEDED:**   On Tuesday November 18, 2003, Food Service and Recreation Staff will be decorating the dining rooms with balloons and decorative table covers at LaGarde and Scott to celebrate those Residents born in November. Residents who wish to volunteer their services from 2:00 p.m. thru 4:00 p.m. should sign up in The Scott General Mess Business Office or call ext 3198. Volunteers are also needed for pouring wine and serving cake. Be a part of the Birthday Celebration Spirit – Volunteer.

**EMERGENCY INFORMATION:**  Happy Birthday to all Residents whose birthday is in the month of November.  Please remember to stop by the Admissions Office, Scott Building, Room 1008, to update your emergency data record.

9:00AM – 11:00AM
1:30 PM -3:30 PM
Monday thru Friday
(RSD Ext 3449)

# EXHIBIT 4

# MORNING MEETING MINUTES
## 08 JULY 2004

➤ **_CDR SOARES:_**
- ❖ On leave today.

➤ **_RICK COLEMAN:_**
- ❖ New Safety Officer, Reginal Johnson, visited today and did a walk thru at Sheridan and Scott with Rick. Reginal made observations on sprinkler systems noting that they might be outdated and not within code.
- ❖ He also did a quick inspection of the Dining Hall.
- ❖ Will officially be on board on Monday, 12 Jul 04.
- ❖ A/C at Scott and Dining Hall not functioning properly yesterday.

➤ **_CHUCK DICKERSON:_**
- ❖ Census is 1016.
- ❖ Will do phone inventory of Scott to determine which phones are missing.

➤ **_DAVID ROUSE:_**
- ❖ The contract on the maintenance of the golf course was awarded to TKC. Will start 19 Jul 04.

➤ **_DR. LINDA RADER:_**
- ❖ TDY today.

➤ **_DR. A. SISSAY (Substituting for Dr. Rader):_**
- ❖ Residents are cold at LaGarde. David already sent someone today to adjust A/C.
- ❖ An issue surfaced this past weekend with one of our residents, i.e., there is no provision to issue medications to outpatients on the weekend, if prescribed by one of our doctors. Dr. Sissay will look into maintaining an emergency box of common medications at Community Health.

➤ **_JIM DiMARIA:_**
- ❖ Discussed phones in Scott.
- ❖ Discussed new electronic phone book.

➤ **_SHEILA MOTLEY:_**
- ❖ No comments.

➤ **_NICHELLE GOINS (Business Center):_**
- ❖ Working with Steve on loading 4th quarter funding.