UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY, et al.** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **DONALD RUMSFELD,** | ) |
| **Secretary of Defense, et al.,** | ) |
| | ) |
| Defendants. | ) |

### REQUEST FOR HEARING

Pursuant to LCvR 7(f), Plaintiffs respectfully request an oral hearing on Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment.

Respectfully submitted,

/s/ David H. Bamberger
David H. Bamberger (D.C. Bar No. 362285)
J. David Folds (D.C. Bar No. 449791)
Dimitra D. Joannou (D.C. Bar No. 488973)
Mila Z. Zain (D.C. Bar No. 490282)
DLA PIPER RUDNICK GRAY CARY U.S. LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Phone: (202) 861-3900
Fax: (202) 223-2085

Attorneys for Plaintiffs