UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN CODY, et al.                )
                                    )
      Plaintiffs,             )
                                    )
v.                                  )  Civil Action No. 05-1041 (RJL)
                                    )
DONALD RUMSFELD,                    )
Secretary of Defense, et al.,       )
                                    )
      Defendants.             )

**PARTIES' JOINT REPORT PURSUANT TO**
**FED. R. CIV. P. 26 & LOCAL RULE 16.3**

Pursuant to Fed. R. Civ. P. 26 and Local Rule 16.3, the parties held a telephonic conference on September 20, 2005 to discuss matters listed in Rule 16.3(c). Present were David H. Bamberger and Dimitra D. Joannou on behalf of Plaintiffs and Kevin Robitaille on behalf of Defendants. Counsel discussed and resolved the following:

1. Defendants filed a dispositive motion on August 18, 2005, and Plaintiffs filed their opposition on September 26, 2005. The parties disagree on whether discovery and other matters should await the resolution of Defendants' Motion to Dismiss or in the Alternative for Summary Judgment. Plaintiffs submit that discovery should proceed immediately. Defendants submit that discovery should be stayed pending a decision on said Motion.

2. The parties agree that any amendments to the pleadings should be made and any additional parties should be added by December 1, 2005. The parties also agree that, at this time, it is still too early in the proceedings for stipulations as to factual allegations and legal issues.

3. Both parties agree that this case should not be assigned to a Magistrate Judge.

4. Prior to filing this case, Plaintiffs met with representatives of the Department of Defense in an effort to obtain the relief they seek without litigation. That effort did not result in a resolution of the matter. As there has been no significant change in the parties' positions since then, the parties agree that, at least at this time, there is no realistic possibility of settling this case.

5. The parties agree that, while it is still too early in the case for them to benefit from alternative dispute resolution, they are open to facilitating ADR in the future should circumstances change.

6. Defendants filed their Motion to Dismiss or in the Alternative for Summary Judgment on August 18, 2005. Plaintiffs filed their Opposition to that Motion on September 26, 2005. The Court will resolve that Motion in due course. The parties agree that any additional dispositive motions should be filed no later than 45 days after the close of all discovery. If any such motions are filed, the parties believe that the briefing schedule should allow 30 days for the filing of memoranda in opposition and 15 days thereafter for the filing of reply memoranda.

7. The parties stipulate that initial disclosures as required by Fed. R. Civ. P. 26(a) shall be exchanged no later than October 7, 2005.

8. The parties suggest that all factual discovery should be concluded by June 1, 2006. The parties discussed that a protective order may be necessary to protect medical or privacy information that is likely to be a part of discovery in this case. The parties agreed to revisit this issue as discovery develops and, if deemed appropriate, to attempt to file a Stipulated Protective Order.

9. The parties suggest that Plaintiffs provide expert disclosures by June 15, 2006 and Defendants provide expert disclosures by July 17, 2006. The parties further suggest that all expert discovery be concluded by August 17, 2006.

10. Plaintiffs filed a Motion for Class Certification pursuant to Rule 23 on August 22, 2005. Defendants filed their Opposition to that Motion on September 13, 2005, and Plaintiffs filed a Reply on September 20, 2005. As the matter is now fully briefed, the parties await resolution of that Motion by the Court in due course.

11. The parties agree that, at this time, they can identify no reason for bifurcating discovery or the trial in this case.

12. The parties agree that a pre-trial conference should be held on a date after the close of all discovery and after the resolution of all dispositive motions, in accordance with the Court's schedule.

13. The parties agree that the Court should set a firm trial date at the first scheduling conference.

14. The parties cannot identify any other matters that should be included in the Court's scheduling order at this time.

Respectfully submitted,

By: /s/ David H. Bamberger
David H. Bamberger (D.C. Bar No. 362285)
J. David Folds (D.C. Bar No. 449791)
Dimitra D. Joannou (D.C. Bar No. 488973)
Mila Z. Zain (D.C. Bar No. 490282)
DLA PIPER RUDNICK GRAY CARY U.S. LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Phone: (202) 861-3900
Fax: (202) 223-2085
Attorneys for Plaintiffs

/s/ Kevin Robitaille
(by David H. Bamberger w/ authority)
KEVIN ROBITAILLE
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 393-9895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| DONALD RUMSFELD, | ) |
| Secretary of Defense, et al., | ) |
| | ) |
|     Defendants. | ) |

## PROPOSED ORDER

Having reviewed the Joint Report Pursuant to Fed. R. Civ. P. 26 and Local Rule 16.3 submitted by the parties. It is hereby ORDERED:

1. Discovery [shall commence immediately] [shall be stayed until the resolution of Defendants Motion to Dismiss, or in the Alternative, For Summary Judgment];

2. Pleadings shall be amended and any additional parties shall be added no later than December 1, 2005;

3. This case will not be assigned to a Magistrate Judge;

4. The parties shall exchange initial disclosures by October 7, 2005;

5. All factual discovery shall be concluded by June 1, 2006;

6. Plaintiffs shall provide expert disclosures by June 15, 2006. Defendants shall provide expert disclosures by July 17, 2006. All expert discovery shall be concluded by August 17, 2006;

7.   Any additional dispositive motions shall be filed on or before September 16, 2006 discovery. Memoranda in opposition shall be due no later than 30 days after the filing of said Motions, and Reply Memoranda shall be due 15 days thereafter;

8.   As briefing pursuant to Rule 23 is complete, the Court shall dispose of the class certification motion at its earliest convenience; and

9.   A scheduling conference shall be scheduled for _____, at which a firm trial date shall be set.

SO ORDERED.

_____, 2005

_____
United States District Judge