UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, et al., | ) |
|     Plaintiffs, | ) ) ) |
| vs. | ) ) Civil Action No. 05-1041 (RJL) |
| HONORABLE DONALD RUMSFELD, et al. | ) ) |
|     Defendants. | ) ) |

## REPLY MEMORANDUM IN SUPPORT OF
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs submit this Reply Memorandum in support of their Motion for Class Certification and state:

In their initial Memorandum, plaintiffs provided a comprehensive explanation of the reasons and authorities supporting class certification in this matter. In their Response, defendants have not challenged those reasons and authorities in any substantive respect.

Indeed, defendants effectively concede that common questions of law and fact predominate in this matter, noting that the relief sought by plaintiffs will affect all residents of the Home. However, class certification is not thereby "unnecessary," as defendants suggest. Class certification is the only way to ensure that judicial relief will inure to the benefit of all residents of the Home, and it is the only way to avoid the judicial inefficiency that otherwise would result from a proliferation of lawsuits by individual residents.

Citing the D.C. Circuit's decision in *Eubanks v. Billington,* 110 F.3d 87 (D.C. Cir. 1997), defendants request that the class certification Order in this action prohibit opt-out

rights. Their rationale is a stated concern that some residents "may like" what defendants euphemistically characterize as "the changes" in healthcare services that have been implemented by the current administration. Although plaintiffs find defendants' hypothetical rationale implausible, plaintiffs do not have any objection to the prohibition of opt-outs, as requested by defendants.

Finally, defendants suggest that a decision on class certification should be postponed until after a decision on their pending Motion to Dismiss or, Alternatively, for Summary Judgment. Under the current schedule, plaintiffs will be filing their Memorandum in Opposition to that Motion within a week, explaining why that Motion should be denied in all respects. Any Reply by defendants will be due in early October. Given the present briefing schedule, as a practical matter, there is no reason for any significant delay in regard to class certification.

For the reasons set forth in plaintiffs' Memorandum and herein, plaintiffs Motion for Class Certification should be granted.

Respectfully Submitted,

_____/s/_____
David H. Bamberger (D.C. Bar No. 362285)
J. David Folds (D.C. Bar No. 449791)
Dimitra D. Joannou (D.C. Bar No. 488973)
DLA PIPER RUDNICK GRAY CARY U.S. LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Phone: (202) 861-3900
Fax: (202) 223-2085

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2005 a copy of the foregoing Reply Memorandum in Support of Plaintiffs' Motion for Class Certification was sent via e-mail to Kevin K. Robitaille, Esquire, U.S. Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

_____/s/_____
David H. Bamberger