UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE DONALD RUMSFELD** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Defendants' Motion for a Protective Order or in the Alternative for an enlargement of time to respond to Plaintiffs' discovery requests and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2005,

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that discovery is stayed pending resolution of Defendants' dispositive motion.

SO ORDERED.

_____
Richard J. Leon
United States District Judge

Copies to:

David H. Bamberger, Esquire
1200 Nineteenth Street N.W
Washington, D.C. 20036-2412

Kevin K. Robitaille
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530