UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE DONALD RUMSFELD** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Upon consideration of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.

                                                                           Richard J. Leon
                                                                           United States District Judge

Copies to:

David H. Bamberger, Esquire
1200 Nineteenth Street N.W
Washington, D.C.  20036-2412

Kevin K. Robitaille
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530