SEC. 909. IMPROVEMENT IN HEALTH CARE SERVICES FOR RESIDENTS OF ARMED FORCES RETIREMENT HOME.

   (a) Availability of Physicians and Dentists; Medical Care Transportation.--Section 1513 of the Armed Forces Retirement Home Act of 1991 (24 U.S.C. 413) is amended--

   (1) in subsection (a), by striking ``subsection (b)'' and inserting ``subsections (b), (c), and (d)'';

   (2) in the third sentence of subsection (b), by striking ``The'' and inserting ``Except as provided in subsection (d), the''; and

   (3) by adding at the end the following new subsections:

   ``(c) Availability of Physicians and Dentists.--(1) In providing for the health care needs of residents at a facility of the Retirement Home under subsection (b), the Retirement Home shall have a physician and a dentist--

   ``(A) available at the facility during the daily business hours of the facility; and

[Page: H12815]    ``(B) available on an on-call basis at other times.

   ``(2) The physicians and dentists required by this subsection shall have the skills and experience suited to residents of the facility served by the physicians and dentists.

   ``(3) To ensure the availability of health care services for residents of a facility of the Retirement Home, the Chief Operating Officer, in consultation with the Medical Director, shall establish uniform standards, appropriate to the medical needs of the residents, for access to health care services during and after the daily business hours of the facility.

   ``(d) Transportation to Medical Care Outside Retirement Home Facilities.--(1) With respect to each facility of the Retirement Home, the Retirement Home shall provide daily scheduled transportation to nearby medical facilities used by residents of the facility. The Retirement Home may provide, based on a determination of medical need, unscheduled transportation for a resident of the facility to any medical facility located not more than 30 miles from the facility for the provision of necessary and urgent medical care for the resident.

   ``(2) The Retirement Home may not collect a fee from a resident for transportation provided under this subsection.''.

   (b) Comptroller General Assessment.--Not later than 180 days after the date of the enactment of this Act, the Comptroller General shall submit to the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives a report containing--

   (1) an assessment of the regulatory oversight and monitoring of health care and nursing home

care services provided by the Armed Forces Retirement Home; and

(2) such recommendations as the Comptroller General considers appropriate in light of the results of the assessment.