UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>HONORABLE DONALD RUMSFELD, et al.<br><br>    Defendants. | Civil Action No. 05-1041 (RJL) |

**PLAINTIFFS' CONSENT MOTION FOR AN
ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND
TO DEFENDANTS' RENEWED MOTION TO DISMISS**

Plaintiffs respectfully move this Court for an enlargement of time through and including March 1, 2006, in which to respond to Defendant's Renewed Motion to Dismiss. Good cause exists to grant this motion:

1. Plaintiffs' response is presently due to be filed on February 15, 2006.

2. Plaintiffs have been diligently working on this matter; however, plaintiffs need additional time to address the legal and factual matters raised by defendants' Motion.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this action by the plaintiffs. The first related to Defendants' initial Motion to Dismiss Or, In The Alternative, For Summary Judgment.

5. Defendants have consented to this request.

For these reasons, plaintiffs request that the Court grant their Consent Motion for an Enlargement of Time Within Which to Respond to Defendants' Renewed Motion to Dismiss. A proposed Order is included with this Motion.

Respectfully Submitted,

_____/s/_____
David H. Bamberger (D.C. Bar No. 362285)
J. David Folds (D.C. Bar No. 449791)
Dimitra D. Joannou (D.C. Bar No. 488973)
DLA PIPER RUDNICK GRAY CARY U.S. LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Phone: (202) 861-3900
Fax: (202) 223-2085

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2006 a copy of the foregoing Plaintiffs' Consent Motion for an Enlargement of Time Within Which to Respond to Defendants' Renewed Motion to Dismiss and proposed Order was sent via e-mail to Kevin K. Robitaille, Esquire, U.S. Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

                                                     /s/
                                      David H. Bamberger

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No. 05-1041 (RJL) |
| HONORABLE DONALD RUMSFELD, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **ORDER**

Upon consideration of Plaintiffs' Consent Motion for an Enlargement of Time to Respond to Defendants' Renewed Motion to Dismiss, and the entire record of this case, it is hereby

ORDERED that Plaintiff's Consent Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Plaintiffs shall have up to and including March 1, 2006, to respond to Defendants' Motion.

Dated this _____ day of _____, 2006.

_____
Richard J. Leon
United States District Judge

Copies to:

Kevin K. Robitaille, Esquire
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

David H. Bamberger, Esquire
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
Washington, D.C. 20036-2412