UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| DONALD RUMSFELD, | ) |
| Secretary of Defense, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING DEFENDANTS' RENEWED MOTION TO DISMISS

Having considered the Defendants' Renewed Motion to Dismiss (the "Motion"), Plaintiffs' Opposition thereto, all of the parties' submissions in regard to said Motion and the argument of counsel, it is, hereby

ORDERED, that the Defendants' Motion be and hereby is DENIED.


Dated: _____      _____
                            Hon. Richard J. Leon, Judge
                            United States District Court for the District of Columbia

Copies to:

David H. Bamberger (D.C. Bar No. 362285)
DLA PIPER RUDNICK GRAY CARY U.S. LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Attorneys for Plaintiffs


Kevin K. Robitaille
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for Defendants