UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE DONALD RUMSFELD** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS REPLY**

Plaintiffs bring this case alleging that the Armed Forces Retirement Home is violating 24 U.S.C. § 413, which mandates that the home provide health care to its residents in a high quality and cost-effective manner. Defendants filed their renewed motion to dismiss on February 1, 2006 and plaintiff's filed their opposition on March 1, 2006. Defendants' reply is currently due March 13, 2006. Defendants respectfully move this Court for a seven (7) day enlargement of time through and including March 20th, 2006, within which to file their reply. Good cause exists to grant this motion:

1. Counsel for Defendants have been diligently working on this matter; however, other Court obligations, including oral argument in the Court of Appeals for the D.C. Circuit on Friday March 10th in the case Tootle v. Secretary of the Navy, prevents counsel from completing the reply by the deadline

2. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

3. This is the first enlargement of time sought regarding this filing.

4. Plaintiff through counsel has consented to this request.

For these reasons, defendants requests that the Court grant their Motion for Enlargement of Time Within Which to which to file their reply  A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L.  WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R.  CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 353-9895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE DONALD RUMSFELD** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
| **Defendants.** | ) |

**<u>ORDER</u>**

Upon consideration of Defendants' Motion for an Enlargement of Time to file its reply to plaintiff's opposition to defendant's motion to dismiss for lack of jurisdiction, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including March 20th, 2006, to file its reply.

Dated this _____ day of _____, 2006.

_____
Richard J. Leon
United States District Judge

Copies to:

Parties via ECF