UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MARTIN CODY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. Action No. 05-1041 (RJL) |
| DONALD RUMSFELD, Secretary of Defense, et al., | ) |
| Defendants. | ) |

# FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 36th, day of July 2006, hereby

**ORDERED** that defendants' [21] Renewed Motion to Dismiss is GRANTED; it is further

**ORDERED** that plaintiffs' [8] Motion for Class Certification is DENIED AS MOOT; and it is further

**ORDERED** that the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

