UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, et al., )<br>)<br>Plaintiffs, )<br>) | |
| ) | Civil Action No. 05-1041 (RJL) |
| v. )<br>) | |
| DONALD RUMSFELD, )<br>Secretary of Defense, et al., )<br>) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment (Docket No. 29) entered in this action on July 31, 2006. All Plaintiffs are qualified to bring this appeal as representatives of the proposed class.

Respectfully submitted,

_____
David H. Bamberger (D.C. Bar No. 362285)
J. David Folds (D.C. Bar No. 449791)
Mila Z. Zain (D.C. Bar No. 490282)
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street N.W.
Washington, D.C. 20036
Phone: (202) 861-3900
Facsimile: (202) 223-2085