UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARTIN CODY et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1041 (RJL) |
| | ) | |
| **THE HONORABLE** | ) | |
| **DONALD RUMSFELD** | ) | |
| **Secretary of Defense et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Special Assistant United States Attorney Brian C. Baldrate as counsel for defendants in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780