UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARTIN CODY, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05-cv-01041 (RJL) |
| ROBERT M. GATES, Secretary of Defense, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT the office of David H. Bamberger, Esq. of the law firm DLA PIPER US LLP, counsel for Plaintiffs, has relocated. Mr. Bamberger's new contact information is as follows:

> David H. Bamberger
> DLA Piper US LLP
> 500 8th Street, N.W.
> Washington, D.C. 20004
> Tel. (202) 799-4500
> Fax (202) 799-5500

Dated: March 5, 2008                    Respectfully submitted,

                                        _____/s/_____
                                        David H. Bamberger (D.C. Bar No. 362285)
                                        J. David Folds (D.C. Bar No. 449791)
                                        Syma Mirza (D.C. Bar No. 978858)
                                        DLA Piper US LLP
                                        500 8th Street, N.W.
                                        Washington, D.C. 20004
                                        Tel. (202) 799-4500
                                        Fax (202) 799-5500

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2008, I caused a true and correct copy of the foregoing Notice of Change of Address to be served, by the Court's electronic case filing system, on:

>Brian Christopher Baldrate
>Kevin K. Robitaille
>U.S. Attorney's Office for the District of Columbia
>555 Fourth Street, N.W.
>Washington, D.C.  20530

/s/
David H. Bamberger