# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARTIN CODY, *et al.* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:05-cv-01041 (RJL) |
| ROBERT M. GATES, Secretary of Defense, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Plaintiffs respectfully request that the Clerk of the Court enter the appearance of J. David Folds, Esq. of the law firm DLA PIPER US LLP as counsel for Plaintiffs in the above-captioned case.

Dated: March 5, 2008           Respectfully submitted,

/s/
J. David Folds (D.C. Bar No. 449791)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C.  20004
Tel:   (202) 799-4537
Fax:   (202) 799-5537
david.folds@dlapiper.com

Attorneys for Plaintiffs

WASH1\4959889.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served, by the Court's electronic case filing system, on:

>Brian Christopher Baldrate
>Kevin K. Robitaille
>U.S. Attorney's Office for the District of Columbia
>555 Fourth Street, N.W.
>Washington, D.C.  20530

_____/s/_____
J. David Folds

WASH1\4959889.1