## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROBERT M. GATES, )<br>Secretary of Defense, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-01041 (RJL) |

## **NOTICE OF APPEARANCE**

Plaintiffs respectfully request that the Clerk of the Court enter the appearance of Syma Mirza, Esq. of the law firm DLA PIPER US LLP as counsel for Plaintiffs in the above-captioned case.

Dated: March 5, 2008               Respectfully submitted,

                                                            /s/
                                    Syma Mirza (D.C. Bar No. 978858)
                                    DLA PIPER US LLP
                                    500 8th Street, N.W.
                                    Washington, D.C. 20004
                                    Tel:   (202) 799-4529
                                    Fax:   (202) 799-5529
                                    syma.mirza@dlapiper.com

                                    Attorneys for Plaintiffs

WASH1\4959666.2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served, by the Court's electronic case filing system, on:

> Brian Christopher Baldrate
> Kevin K. Robitaille
> U.S. Attorney's Office for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, D.C.  20530

/s/
Syma Mirza