# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5253**                                          **September Term, 2007**

MARTIN CODY, ET AL.,
    APPELLANTS

v.

TIMOTHY C. COX,
CHIEF OPERATING OFFICER, ARMED FORCES RETIREMENT HOME AND
ROBERT M. GATES, SECRETARY OF DEFENSE,
    APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  DEC 1 4 2007

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01041)

Before: GINSBURG, *Chief Judge*, and SENTELLE and BROWN, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Michael C. McGrail
Deputy Clerk

Date: December 14, 2007

Opinion for the court filed by Circuit Judge Brown.
Concurring opinion filed by Chief Judge Ginsburg.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk