UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARTIN CODY, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-01041 (RJL) |
| ROBERT M. GATES,<br>Secretary of Defense, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**CONSENT MOTION TO VACATE ORDER
DENYING MOTION FOR CLASS CERTIFICATION AND FOR RENEWED
CONSIDERATION OF MOTION FOR CLASS CERTIFICATION**

Plaintiffs, through counsel, respectfully request that the Court vacate the portion of the Final Judgment dated July 31, 2006 that denied as moot Plaintiffs' Motion for Class Certification filed with this Court on August 22, 2005, and request that the Court grant renewed consideration of the Plaintiffs' Motion for Class Certification. Defendants consent to the relief requested in this motion. In support of this motion, Plaintiffs state as follows:

On August 22, 2005, Plaintiffs filed a Motion for Class Certification (Docket No. 8) in this case. The Motion for Class Certification was fully briefed by the parties and scheduled for hearing on February 14, 2006. *See* Docket Nos. 11, 16, and Minute Order dated January 25, 2006. On February 1, 2006, Defendants filed a Renewed Motion to Dismiss (Docket No. 21) this action, citing amendments to the statute at issue in this case, 24 U.S.C. § 413. By Minute Order dated February 2, 2006, the scheduled hearing on the Motion for Class Certification was converted to a status hearing regarding the amendments and the Renewed Motion to Dismiss.

By Final Judgment and order dated July 31, 2006, the Renewed Motion to Dismiss was granted, the Motion for Class Certification was denied as moot, and the case was dismissed. (Docket No. 29).  Plaintiffs appealed the dismissal of the case and, on December 14, 2007, the United States Court of Appeals for the District of Columbia Circuit reversed the decision dismissing the case and remanded the case to this Court for further proceedings.

At this juncture, Plaintiffs submit that it is appropriate for the Motion for Class Certification to be considered on the merits.  Plaintiffs hereby request that the Court vacate the portion of the July 31, 2006 order denying the Motion for Class Certification as moot.  As the Motion for Class Certification has already been fully briefed, Plaintiffs further request the Court schedule a hearing on the Motion for Class Certification.

Defendants consent to the relief requested in this Motion.

Respectfully submitted,

          /s/
David H. Bamberger (D.C. Bar No. 362285)
J. David Folds (D.C. Bar No. 449791)
Syma Mirza (D.C. Bar No. 978858)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C.  20004
Tel:    (202) 799-4500
Fax:    (202) 799-5500

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2008, a true and correct copy of the foregoing Consent Motion to Vacate Order Denying Motion for Class Certification and for Renewed Consideration of Motion for Class Certification was served via electronic filing upon the following:

Brian Christopher Baldrate
Kevin K. Robitaille
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530


_____/s/_____
Syma Mirza