UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, *et al.* )<br>  )<br> Plaintiffs, )<br>  )<br> v. )<br>  )<br> ROBERT M. GATES, )<br> Secretary of Defense, *et al.*, )<br>  )<br> Defendants. )<br>  ) | Civil Action No. 1:05-cv-01041 (RJL) |

**REQUEST FOR ENTRY OF DEFAULT**

Plaintiffs, through counsel, pursuant to Fed. R. Civ. P. 55(a), and an affidavit on behalf of Plaintiffs having been filed herewith and incorporated by reference, hereby request an entry of a default against Defendants and state as follows:

1.   Plaintiffs seek the entry of a default against Defendants. Fed. R. Civ. P. 55(a) provides for entry of default by the Clerk when a defendant, having been served, fails to plead a defense or file an answer.

2.   Defendants have failed to plead a defense or answer the Amended Complaint.

WHEREFORE, based on the foregoing and the affidavit filed herewith, Plaintiffs respectfully request that the Clerk enter a default against Defendants.

Respectfully submitted,

_____/s/_____
David H. Bamberger (D.C. Bar No. 362285)
J. David Folds (D.C. Bar No. 449791)
Syma Mirza (D.C. Bar No. 978858)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C.  20004
Tel:    (202) 799-4500
Fax:    (202) 799-5500

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of April, 2008, a true and correct copy of the foregoing Request for Entry of Default, Affidavit in Support of Default, and attachments were served via electronic filing upon the following:

Brian Christopher Baldrate<br>
U.S. Attorney's Office for the District of Columbia<br>
555 Fourth Street, N.W.<br>
Washington, D.C.  20530

                                                               /s/<br>
                                          Syma Mirza