UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN CODY, *et al.*          )
                               )
    Plaintiffs,             )
                               )
v.                             )   Civil Action No. 1:05-cv-01041 (RJL)
                               )
ROBERT M. GATES,               )
Secretary of Defense, *et al.*,)
                               )
    Defendants.             )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I, Syma Mirza, hereby certify under penalty of perjury:

1. I am over eighteen years of age and competent to be a witness in this proceeding.

2. I have personal knowledge of the matters referred to herein by virtue of my position as attorney of record for Plaintiffs in the above-captioned cause.

3. Plaintiffs filed the First Amended Complaint ("Amended Complaint") on March 12, 2008 (Docket No. 36) in this case. Prior to this time, based on a review of docket entries in this case, Defendants had not filed a responsive pleading to the original Complaint in this action. Accordingly, pursuant to Fed. R. Civ. P. 15(a)(1)(A), Plaintiffs were entitled to file the Amended Complaint as a matter of course.

4. The Amended Complaint was served on Defendants by hand delivery on March 11, 2008. The Certificate of Service was filed with the Court with the Amended Complaint on March 12, 2008.

5. Pursuant to Fed. R. Civ. P. 15(a)(3), which states, "[u]nless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 10 days after service of the amended pleading, whichever is later," Defendants were required to file a responsive pleading no later than March 26, 2008.[1]

6. Based on a review of docket entries in this case, Defendants did not file a responsive pleading by March 26, 2008.

7. A status conference was held in this case on April 3, 2008. At that time, Plaintiff noted that Defendants had failed to file a response to the Amended Complaint and that their response was overdue. The Court then stated that Defendants should respond to the Amended Complaint within two weeks:

> "THE COURT: So I will give you why don't we just say two weeks to do everything. Two weeks to...file the Amended Complaint....
>
> MR. BAMBERGER: Your Honor, the Amended Complaint has been filed. I assume you just misspoke. You mean the response?
>
> THE COURT: Answer, file the answer, yes."

(*See* Transcript at 6:4-11, attached hereto). Pursuant to the Court's statement, Defendants were required to file a responsive pleading by April 17, 2008.

8. Based on a review of docket entries to date in this case, Defendants have not yet filed a responsive pleading.

---

[1] In accordance with Fed. R. Civ. P. 6(a)(2), intermediate Saturdays, Sundays, and legal holidays are excluded when calculating any time period less than 11 days.

9. To the best of my knowledge, Defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a default against Defendants.

*(signature)*
Syma Mirza (D.C. Bar No. 978858)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C. 20004
Tel: (202) 799-4529
Fax: (202) 799-5529

*Attorneys for Plaintiffs*

Subscribed and sworn to before me this 24th day of April, 2008

*(signature)*
Notary Public, D.C.
Wendy Jo Scalley
Notary Public, District of Columbia
My Commission Expires 4-14-2010

-3-