Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARTIN CODY, et al.

    Plaintiff(s)

V.

Civil Action No. 05-1041 RJL

TIMOTHY C. COX, et al.

    Defendant(s)

RE: TIMOTHY C. COX and ROBERT M. GATES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 11, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of April, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens

Deputy Clerk