UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE ROBERT M. GATES** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon consideration of Defendants' opposition to Plaintiff's motion for entry of default and motion to set aside the Clerk's entry of default, and the entire record herein, it is, this _____ day of _____, 2008,

    ORDERED that Defendants' motion is GRANTED, and it is further

    ORDERED that entry of default is SET ASIDE, and it is further

    ORDERED that Defendants' dispositive motion is due MAY 19, 2008, and it is further

    ORDERED that Defendants duty to Answer is stayed pending resolution of Defendants' dispositive motion.

SO ORDERED.

 

                                                                            _____
                                                                            Richard J. Leon
                                                                            United States District Judge

Copies to:
Parties via ECF