UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **THE HONORABLE ROBERT M. GATES** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

# PLEASE SEE DOCKET # 40 FOR DUPLICATE IMAGE

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 353-9895