UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05-cv-01041 (RJL) |
| ROBERT M. GATES, Secretary of Defense, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion to Set Aside the Clerk's Entry of Default ("Motion") and Plaintiffs' Response thereto, all of the parties' submissions in regard to said Motion, and any argument of counsel, it is hereby,

ORDERED that Defendants' Motion be and is DENIED; and

ORDERED that Defendants file an Answer to the Plaintiffs' First Amended Complaint within five days.

Dated: _____          _____
Hon. Richard J. Leon, Judge
U.S. District Court for the District of Columbia

Copies to:

David H. Bamberger
J. David Folds
Syma Mirza
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C. 20004

*Attorneys for Plaintiffs*


Brian C. Baldrate
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

*Attorneys for Defendants*