UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1041 (RJL) |
| | ) |
| **ROBERT M. GATES** | ) |
| **Secretary of Defense et. al.** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter comes before the Court on Defendants' Motion for Summary Judgment. Based upon the motion, the opposition thereto, and the entire record herein, it is this \_\_\_\_ day of _____, 20\_\_\_ hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendants, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.

_____
RICHARD J. LEON.
United States District Judge

Copies to:
Parties via ECF