# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN CODY, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-01041 (RJL) |
| ) | |
| ROBERT M. GATES, ) | |
| Secretary of Defense, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAVID H. BAMBERGER
## IN SUPPORT OF PLAINTIFFS' REQUEST FOR DISCOVERY
## PURSUANT TO FED. R. CIV. P. 56(f)

Plaintiffs submit this declaration in support of their request for discovery pursuant to Fed. R. Civ. P. 56(f):

1. My name is David H. Bamberger. I am over eighteen (18) years of age and have personal knowledge of the facts set forth herein.

2. I am a Partner at DLA Piper US LLP, and I am counsel of record for the Plaintiffs in the above-referenced matter.

3. I have read and am familiar with Defendants' Motion for Summary Judgment in this action. As is described below, certain facts relevant to the assertions in the Motion for Summary Judgment have been and remain unavailable to Plaintiffs in the absence of formal discovery.

4.     Plaintiffs' counsel have received informal, unsolicited information from medical personnel with actual knowledge of the medical care provided to the residents at the Armed Forces Retirement Home – Washington, D.C. (the "Home").

5.     Prior to filing this action, Plaintiffs sought to conduct informal discovery through interviewing a former nurse at the Home to discover facts that may be material to this action. On or about December 10, 2004, Plaintiffs' counsel received a letter from the Department of the Army regarding communications with former personnel from the Home. A genuine copy of this letter is attached hereto as Exhibit 1.

6.     In the motion for summary judgment, Defendants make various representations about both the health care services available to residents at the Home and the quality of such services. In so doing, Defendants raise certain questions of fact about the health care at the Home. In order to respond fully to these assertions, Plaintiffs need to have the opportunity to conduct discovery.

7.     Plaintiffs intend to conduct written discovery regarding, among other things, the specific changes in the level of health care that is available to residents at the Home, the policies regarding health care at the Home, information about what health care is actually provided, and reports and investigations as to the health care provided at the Home. Plaintiffs also intend to take deposition testimony from, among others, members of management and policy makers at the Home, health care providers at the Home (or formerly at the Home), and other medical personnel who have knowledge of the health care provided at the Home (such as personnel at Walter Reed).

8.     Denying or continuing Defendants' Motion for Summary Judgment will allow Plaintiffs the opportunity to conduct discovery from Defendants and Defendants' current and

former employees and/or agents as to facts material to this action. Plaintiffs have not had an opportunity to conduct such discovery to date.

9.      Attached hereto as <u>Exhibit 2</u> is a document entitled Bulletin which appears to be a copy of a Bulletin issued at the Home on November 14, 2003. Attached hereto as <u>Exhibit 3</u> is a page entitled "Morning Meeting Minutes 08 July 2004" which appears to be the first page of minutes of a meeting including medical staff at the Home which was conducted on July 8, 2004. Attached hereto as <u>Exhibit 4</u> is a copy of a letter from the Comptroller General to the Secretary of Defense dated March 19, 2007. Attached hereto as <u>Exhibit 5</u> is a genuine copy of the Government Accountability Office Report GAO-07-790R, Armed Forces Retirement Home: Health Care Oversight Should Be Strengthened, dated May 30, 2007, which was obtained from the GAO's web site (<u>www.gao.gov</u>). Attached hereto as <u>Exhibit 6</u> is the Home's Fiscal Year 2004 Annual Performance and Accountability Report, which was also obtained from the Home's web site (www.afrh.gov). Attached hereto as <u>Exhibit 7</u> is a genuine copy of the Home's Fiscal Year 2005 Annual Performance and Accountability Report, which was also obtained from the Home's web site (www.afrh.gov). I hereby declare and affirm, subject to the penalties of perjury, that the foregoing statement is true and correct.


Dated: June 9, 2008

David H. Bamberger

**EXHIBIT 1**



DEPARTMENT OF THE ARMY
NORTH ATLANTIC REGIONAL MEDICAL COMMAND
AND
WALTER REED ARMY MEDICAL CENTER
WASHINGTON, DC 20307-5001

December 10, 2004

REPLY TO
ATTENTION OF

Office of the Center
  Judge Advocate


Alita Dagostino, Esq.                                    **BY FACSIMILE ONLY**
Piper Rudnick
Washington, DC


*RE:*  Request for Interview – Ms. Jane Butler

Dear Ms. Dagostino:

        We have learned that you have contacted Ms. Jane Butler, an employee of Walter Reed
Army Medical Center, to interview her concerning conditions at King Health Care Facility in
relation to an unknown civil suit or other legal action. The identities of the patients or other
information desired, most of which will be subject to the privacy protections of the HIPAA
Privacy Regulation and the Privacy Act (5 USC 552a) has not been disclosed.

        Under 32 C.F.R. §§ 97.6(c), 516.41, and 516.46, you must obtain the Army's
authorization for the appearance of its personnel or the production of official documents in
private litigation. In this case, the Army cannot authorize the appearance of witnesses or
production of documents unless you comply with the following.

        You must request, in writing the production of documents or the appearance of
witnesses in accordance with Department of Defense directives, 32 C.F.R. § 97.6(c), and Army
regulations, 32 C.F.R. §§ 516-40 - 516-56. The request must include the nature of the
proceeding, 32 C.F.R. § 516.42(b), and the nature and relevance of the official information
sought. *Id.* 32 C.F.R. § 516.41(d). Your request cannot be acted on until we receive the
requested information. See, e.g., United States ex rel Touhy v. Ragen, 340 U.S. 462 (1951);
Boron Oil Company v. Downie, 873 F.2d 67 (4th Cir. 1989); United States v. Bizzard, 674 F.2d
1382 (11th Cir. 1982); United States v. Marino, 658 F.2d 1120 (6th Cir. 1981); United States v.
Allen, 554 F.2d 398 (10th Cir. 1977).

        To overcome federal statutory restrictions on the disclosure of personal information
imposed by the Privacy Act, 5 U.S.C. § 552a, you must provide either a written release
authorization signed by the individual to whom the record pertains, or a court ordered release
by a judge of a court of competent jurisdiction. A subpoena signed by a clerk of court, notary
or other official is insufficient. See, for example, Doe v. DiGenova, 779 F.2d 74(D.C. Cir.
1985).

Furthermore, the request must comply with the Health Insurance Portability and Accountability Act (H.I.P.A.A.) privacy rule as required by 45 C.F.R. 164.512(e), and, specifically with 45 C.F.R. 164.508, which details the core elements that must be included in an authorization for release protected health information.

In addition to the above requirements, the supervisor of an employee must approve absence from duty. See 32 C.F.R. § 516.43. If an employee appears as a witness, he or she may only give factual testimony, and may not testify as an opinion or expert witness. This limitation is based on Department of Defense and Army policy that generally prohibits Government employees from appearing as expert witnesses in litigation.

The sole concern in this matter is to protect the interests of the United States Army; the Army will not block access to any witnesses or documents to which you are lawfully entitled. So that the Army can adequately protect its interests in this matter, I request that you respond to this letter as soon as possible.

If you have any questions, please call me at 202-782-1686.

Sincerely,

Scott O. Murdoch
Attorney at Law
Chief, Claims

2

**EXHIBIT 2**



# BULLETIN

Armed Forces Retirement Home - Washington    Number 44
Washington, D.C. 20317    November 14, 2003

## ANNOUNCEMENTS

**TRANSPORTATION:**   Every effort is being made to meet your transportation needs. If you have an appointment or have missed the bus back to the Home, you must call the following numbers for assistance: Mon through Friday between 7:30 a.m. - 4:00 p.m., call the Nursing Office at KHC, Ext. 3313/3350/3316. From 4:00 p.m. - 7:30 a.m., weekends and holidays, call the KHC Information Desk, Ext. 3096, and ask for the Nursing Supervisor.

**TREATMENT ROOM CLOSURE:**   As of 10 November, the Treatment Room will be closed.

**RESIDENT BIRTHDAY CELEBRATION:**   Tuesday, November 18, 2003 from 4:30 p.m. to 6:00 p.m. in Scott and LaGarde Dining Rooms. There will be an evening of fun, decorations and Happy Birthday singing to commemorate those born in November. Birthday celebrations will be honored on the third Tuesday of each month. All Residents are encouraged to attend.

**RESIDENT VOLUNTEERS NEEDED:**   On Tuesday November 18, 2003, Food Service and Recreation Staff will be decorating the dining rooms with balloons and decorative table covers at LaGarde and Scott to celebrate those Residents born in November. Residents who wish to volunteer their services from 2:00 p.m. thru 4:00 p.m. should sign up in The Scott General Mess Business Office or call ext 3198. Volunteers are also needed for pouring wine and serving cake. Be a part of the Birthday Celebration Spirit – Volunteer.

**EMERGENCY INFORMATION:**   Happy Birthday to all Residents whose birthday is in the month of November. Please remember to stop by the Admissions Office, Scott Building, Room 1008, to update your emergency data record.

<div align="center">

9:00AM – 11:00AM
1:30 PM -3:30 PM
Monday thru Friday
(RSD Ext 3449)

</div>

**EXHIBIT 3**

# MORNING MEETING MINUTES
## 08 JULY 2004

➤ *CDR SOARES:*
  ❖ On leave today.

➤ *RICK COLEMAN:*
  ❖ New Safety Officer, Reginal Johnson, visited today and did a walk thru at Sheridan and Scott with Rick. Reginal made observations on sprinkler systems noting that they might be outdated and not within code.
  ❖ He also did a quick inspection of the Dining Hall.
  ❖ Will officially be on board on Monday, 12 Jul 04.
  ❖ A/C at Scott and Dining Hall not functioning properly yesterday.

➤ *CHUCK DICKERSON:*
  ❖ Census is 1016.
  ❖ Will do phone inventory of Scott to determine which phones are missing.

➤ *DAVID ROUSE:*
  ❖ The contract on the maintenance of the golf course was awarded to TKC. Will start 19 Jul 04.

➤ *DR. LINDA RADER:*
  ❖ TDY today.

➤ *DR. A. SISSAY (Substituting for Dr. Rader):*
  ❖ Residents are cold at LaGarde. David already sent someone today to adjust A/C.
  ❖ An issue surfaced this past weekend with one of our residents, i.e., there is no provision to issue medications to outpatients on the weekend, if prescribed by one of our doctors. Dr. Sissay will look into maintaining an emergency box of common medications at Community Health.

➤ *JIM DiMARIA:*
  ❖ Discussed phones in Scott.
  ❖ Discussed new electronic phone book.

➤ *SHEILA MOTLEY:*
  ❖ No comments.

➤ *NICHELLE GOINS (Business Center):*
  ❖ Working with Steve on loading 4th quarter funding.

1 of 3

**EXHIBIT 4**



**United States Government Accountability Office**
**Washington, DC 20548**

March 19, 2007

The Honorable Robert M. Gates
The Secretary of Defense

Dear Mr. Secretary:

In the course of conducting a statutorily required study of the Armed Forces Retirement Home (AFRH), GAO received allegations from health care professionals concerning the quality of health care provided by the home. GAO believes that these allegations should be examined because AFRH residents—a vulnerable population of elderly, enlisted, military retirees—may be at risk. Many of these residents are single or widowed and have no close family members to help ensure that they receive appropriate treatment. As you know, the Secretary of Defense is responsible for appointing the chief operating officer of AFRH, who is subject to the authority, direction, and control of the Secretary of Defense, and is authorized to provide to AFRH support services necessary to enable it to carry out its functions.

The National Defense Authorization Act for Fiscal Year 2006 required GAO to assess the "regulatory oversight and monitoring of health care and nursing home care services" provided by AFRH.[1] Although oversight and monitoring are related to quality of care, we did not expand the scope of our study to include an examination of the quality of health care services provided by AFRH because a 2005 lawsuit concerning access to and quality of care is under appeal with the U.S. Court of Appeals for the District of Columbia Circuit. As a matter of policy, GAO generally avoids addressing matters that are pending in litigation.

However, in the course of our interviews on AFRH oversight, we were referred to health care professionals who expressed serious concerns about the quality of care provided by the home. The health care professionals who raised these concerns have recently treated AFRH residents and said that, in the past, AFRH officials have retaliated against those who questioned AFRH quality of care. Their concerns included:

- A rising number of resident deaths, despite the fact that AFRH is now limiting admissions to relatively healthy retirees.
- Increases in the rates of admission to Walter Reed Army Medical Center from AFRH and in the proportion of residents admitted directly to the intensive care unit.

---
[1] Pub. L. No. 109-163, § 909(b), 119 Stat. 3136, 3405.

- Residents admitted to Walter Reed Army Medical Center with the most serious type of pressure sores and one admission with maggots in the wound. (A pressure sore is a wound that can develop when an individual with impaired mobility receives inadequate care.)
- Failure of AFRH to ensure that a resident with a kidney transplant received appropriate care, resulting in hospitalization.
- Observation of blood-, urine-, and feces-spattered rooms among residents living independently, suggesting that they were inappropriately placed and should reside in either the assisted living or nursing home setting.

We believe that the Department of Defense should immediately undertake an independent investigation of the quality of health care services provided by AFRH. For example, the Department could work with the Centers for Medicare & Medicaid Services, the federal agency responsible for oversight of nursing homes paid under Medicare and Medicaid, to conduct an investigation. We would be happy to discuss other alternatives.

Sincerely yours,

David M. Walker
Comptroller General
of the United States

cc:  Under Secretary of Defense for Personnel and Readiness
     Department of Defense Inspector General
     Chairman and Ranking Minority Member, Senate Armed Services Committee
     Chairman and Ranking Minority Member, Senate Homeland Security and
        Governmental Affairs Committee
     Chairman and Ranking Minority Member, Senate Veterans' Affairs Committee
     Chairman and Ranking Minority Member, House Armed Services Committee
     Chairman and Ranking Minority Member, House Oversight and Government
        Reform Committee
     Chairman and Ranking Minority Member, House Veterans' Affairs Committee

**EXHIBIT 5**



**United States Government Accountability Office**
**Washington, DC  20548**

May 30, 2007

The Honorable Carl Levin
Chairman
The Honorable John McCain
Ranking Member
Committee on Armed Services
United States Senate

The Honorable Ike Skelton
Chairman
The Honorable Duncan Hunter
Ranking Member
Committee on Armed Services
House of Representatives

Subject: *Armed Forces Retirement Home: Health Care Oversight Should Be Strengthened*

The Armed Forces Retirement Home (AFRH), an independent executive branch entity, operates two continuing care retirement communities (CCRC).[1]  It provides care in three settings—independent living, assisted living, and a nursing home—and also operates a health and dental clinic for residents.  The responsibilities of a CCRC generally include (1) appropriately transitioning residents from independent living to other settings as their care needs increase, (2) ensuring the availability of appropriate health services as residents progress to higher-level settings, and (3) ensuring residents' access to community-based or on-site health care.  The law establishing AFRH sets forth the framework for its oversight and management.  The National Defense Authorization Act (NDAA) for Fiscal Year 2006 required GAO to assess the oversight of health care provided by AFRH.[2]

As of 2006, AFRH served about 1,200 individuals at its Washington, D.C., campus who have served primarily as enlisted personnel in the armed forces.  Eighty-three percent of AFRH residents are divorced, widowed, or single; the majority are male and the

---

[1] Hurricane Katrina destroyed the AFRH Gulfport, Mississippi, facility in 2005 and many residents now live at the AFRH Washington, D.C., campus.

[2] Pub. L. No. 109-163, § 909(b), 119 Stat. 3136, 3405.

average age is 79.[3] About 77 percent of residents reside in independent living and the remainder are in either assisted living or the nursing home. While AFRH is required by statute to seek accreditation by a nationally recognized civilian accrediting organization, such as "the Continuing Care Accreditation Commission and the Joint Commission...", the statute does not address the accreditation of specific levels of care.[4] The Joint Commission accredits the nursing home and the AFRH clinic, which provides physician and routine dental services.

AFRH is financed through a dedicated trust fund. The AFRH Trust Fund has several revenue sources, including a 50-cent monthly payroll deduction primarily from enlisted personnel. Concerns about the solvency of the Trust Fund led to the creation in 2001 of a joint military services study group within the Department of Defense (DOD) and, in response to the group's findings, Congress restructured oversight and management of AFRH in the NDAA for Fiscal Year 2002.[5]

The restructuring increased DOD's oversight role by giving it supervisory responsibility over the management of AFRH. The act established a Chief Operating Officer (COO) for AFRH appointed by and reporting to the Secretary of Defense. The COO is required to have experience and expertise in the operation and management of retirement homes and in the provision of long-term medical care for older persons. The COO replaced the National Board; the Board's chairman was the chief executive officer of AFRH and was responsible to the National Board rather than to the Secretary of Defense. Moreover, Local Boards were made advisory to the COO.[6] The Local Boards are required to have at least 11 members, with expertise in areas such as law, finance, nursing home or retirement home administration, and gerontology; several positions are designated for senior representatives of specific military offices, such as a senior representative of a personnel chief of one of the armed forces.

The Secretary of Defense delegated appointment and oversight responsibility to the Under Secretary of Defense for Personnel and Readiness and the Under Secretary's Principal Deputy (PDUS). Under this delegation, the PDUS exercises primary

---

[3]AFRH has few comparable models. According to a 2002 census, there are about 4,000 CCRCs nationwide. A February 2006 AFRH study identified 15 CCRCs as serving military retirees. Other facilities serving veterans focus on nursing home services and are not CCRCs. For example, there are 139 state veterans' homes and the Department of Veterans Affairs operates 133 nursing homes.

[4]The Continuing Care Accreditation Commission was purchased by the Commission on Accreditation of Rehabilitation Facilities in 2003 and is now known as CARF-CCAC. It is an independent, nonprofit accreditor of human service providers, including medical and vision rehabilitation, behavioral health, child and adult day care, and CCRCs. The Joint Commission, formerly known as the Joint Commission on Accreditation of Healthcare Organizations, is a private, nonprofit accreditor of health care organizations and programs, including hospitals and clinical labs and organizations that provide home care, ambulatory care, and long-term care services.

[5]Pub. L. No. 107-107, §§ 1401-1410, 115 Stat. 1012, 1257-67 (2001) (codified, as amended, at 24 U.S.C. §§ 411-423).

[6]Prior to the NDAA for Fiscal Year 2002, the Local Boards exercised operational oversight over AFRH campuses.

oversight responsibility; within the PDUS's office, the Deputy Under Secretary for Military Community and Family Policy's staff for Morale, Welfare, and Recreation Policy interacts more frequently with AFRH. Two other DOD components have oversight responsibilities: (1) the Inspectors General (IG) for the Departments of the Air Force, Army, and Navy alternate inspections of AFRH every 3 years and (2) the DOD IG has authority to conduct investigations of AFRH, including complaints.[7]

The first COO of AFRH, who was appointed in 2002, has changed how AFRH operates. Key COO changes involving health care included (1) remodeling of the health and dental clinics and changing clinic staffing and (2) upgrading transportation for medical appointments through outsourcing to a licensed contractor.[8] In addition, AFRH's 2006 annual report indicated that from fiscal years 2003 through 2006, the Trust Fund increased from $94 million to $146 million. Residents filed a lawsuit in 2005 alleging problems with access to and quality of health care at AFRH. The U.S. District Court for the District of Columbia dismissed the lawsuit.[9] As of May 2007, the residents' appeal was pending in the U.S. Court of Appeals for the District of Columbia Circuit.

The NDAA for Fiscal Year 2006 required GAO to assess the regulatory oversight and monitoring of health care and nursing home care services provided by AFRH. As discussed with the committees of jurisdiction, we focused our review on (1) the standards that could be used to monitor health care provided by AFRH and (2) the adequacy of DOD oversight of AFRH health care. To address these issues, we

- identified existing standards applicable to health services in the three settings at AFRH and similar facilities;
- discussed accreditation process and follow-up between accreditation surveys with officials from standard-setting organizations;
- reviewed the statutory oversight structure for AFRH;
- reviewed relevant DOD and AFRH reports related to oversight issues, including complaints;
- interviewed DOD, DOD IG, and service IG officials involved in oversight, including the PDUS;[10]
- interviewed two civilian experts in health care for the elderly and retirement home administration serving on the AFRH-Washington Local Advisory Board; and
- compared health care-related problems identified during Joint Commission accreditation reviews with those identified during service IG inspections.

---

[7]24 U.S.C. §§ 418, 411(f).

[8]Previously, the vehicles owned and operated by AFRH lacked restrooms.

[9]*Cody v. Rumsfeld*, 450 F. Supp. 2d 5 (D.D.C. 2006). In dismissing the lawsuit, the court cited the NDAA for Fiscal Year 2006, which required the availability of a physician and dentist during daily business hours, daily scheduled transportation to nearby medical facilities, and establishment by the COO of uniform standards for access to health care services.

[10]The current PDUS has been in this position since July 2006.

Because Hurricane Katrina resulted in the closure of AFRH-Gulfport, we focused our review on AFRH-Washington. We did not evaluate the quality of health care provided by AFRH or its compliance with provisions of the NDAA for Fiscal Year 2006 regarding available services because of the pending lawsuit. We conducted our review from November 2006 through May 2007 in accordance with generally accepted government auditing standards.

In April 2007, we briefed your staffs on the results of our work. The briefing slides which have been updated with agency comments are included as enclosure I. This report documents the information we provided in the briefing and transmits our recommendations to the Secretary of Defense.

**Results in Brief**

Several organizations have standards applicable to the health care provided by AFRH, but no single standard-setting organization has standards that cover all such care. The Joint Commission accredits providers of clinic and nursing home services but does not accredit the independent or assisted living settings (see table 1). Oversight of the independent and assisted living settings is important because AFRH—as a CCRC—must ensure that residents are in the appropriate setting as their care needs increase. The Joint Commission conducts on-site surveys of clinic and nursing home services at AFRH every 3 years and investigates complaints. During the most recent AFRH triennial survey in 2005, the Joint Commission cited 10 requirements for improvement in clinic care and 8 in nursing home care, placing it in the bottom quartiles of such facilities surveyed by the Joint Commission that year. Requirements for improvement are among the most serious Joint Commission findings.

**Table 1: AFRH Care Settings and Current Oversight Standards Applied**

| Care setting | Standards applied |
| --- | --- |
| Independent living | None |
| Assisted living | None |
| Nursing home | Joint Commission standards |
| Clinics | Joint Commission standards |

Source: GAO.

Two federal agencies—the Centers for Medicare & Medicaid Services (CMS) and the Department of Veterans Affairs (VA)—also have standards applicable to nursing home care. AFRH is not subject to CMS standards because such standards only apply to facilities paid by Medicare or Medicaid. VA nursing homes are accredited by the Joint Commission, and VA inspects state veterans' homes using standards similar to CMS's. Overall, the standards applied to nursing homes serving veterans include CMS, VA, and Joint Commission standards. While CARF-CCAC has standards applicable to all three care settings at AFRH, it has no standards for clinic services. AFRH has not sought CARF-CCAC accreditation, which would result in inspections

once every 5 years. In general, independent and assisted living facilities are less regulated than nursing homes.

DOD oversight of AFRH health care is inadequate because it is too limited and lacks sufficient independent input. The PDUS—the DOD official who exercises primary oversight over AFRH—told us that he sees the COO as an expert in managing retirement homes and that the COO has health care experts on his staff. The PDUS noted, however, that he recently called on Health Affairs, an office within Personnel and Readiness, for health care expertise. Because he can reach out for health care expertise independent of the COO on an as-needed basis and because he views AFRH as primarily a retirement community for which he must ensure a high quality of life, rather than a health care facility, the PDUS told us that the delegation of AFRH oversight responsibility to his office is the best option within DOD. The PDUS told us, however that the other sources of information independent of the COO that he has to assist him in his oversight of AFRH health care have limitations.

First, he told us that Joint Commission accreditation every 3 years may be insufficient. He recognized that there was no oversight of independent or assisted living and told us he is exploring alternatives. Additionally, service IG inspections occur during the same year as Joint Commission accreditation, resulting in a 3-year gap in scheduled oversight. Second, we found that as a result of direction by the office of the PDUS the service IGs no longer focus their reviews on health care provided by AFRH in all three settings. This 2005 change may result in health care problems remaining unidentified. Our comparison of service IG and Joint Commission inspection reports since 1999 found that the service IGs had concerns about access to outpatient specialty care and about residents residing in settings not staffed to meet their needs—areas not addressed by Joint Commission findings.[11] Moreover, the PDUS and the COO declined to provide the 2005 service IG inspection team with the Joint Commission accreditation report for AFRH-Washington, preventing the team from effective follow-up to ensure AFRH was taking appropriate corrective actions.

Third, the Local Boards, which could be another source of independent information for the PDUS, have met infrequently and have not been allowed to fulfill their advisory roles. While members of the Local Boards include an expert in CCRC administration and a gerontologist, the COO told us that the Local Boards are "not helpful" and lack appropriate expertise. The two Local Board members we interviewed said that meetings consist of presentations by the COO to members rather than requests by the COO for members' advice. Despite the fact that the service IG raised concerns about the functioning of the Local Boards in 2005, PDUS actions to make the Local Boards effective in their advisory role have been limited since then. In March 2007, PDUS directed the COO to recommend new members to serve on the Local Boards before the current board members' terms expire in 2007. At the same time, the PDUS directed the COO to propose how best to make the boards effective in their advisory role.

---

[11]Service IGs examined health care in clinics and all three care settings while the Joint Commission's inspections were more limited.

**Conclusions**

Oversight of health care at AFRH is inadequate. Currently, there are no inspections of AFRH's independent and assisted living settings. Such oversight is important to ensure that residents are receiving appropriate care and are transitioned to other care settings as their care needs increase. Although the primary oversight responsibility for AFRH has been delegated to PDUS, this office's health care oversight has been limited and the sources of independent information to inform PDUS oversight have shortcomings. For example, the Joint Commission and service IG inspections occur triennially in the same year and, according to the PDUS, a Joint Commission inspection once every 3 years may be insufficient. In addition, PDUS shifted the focus of service IG inspections away from health care in 2005, but directed the service IGs to review Joint Commission accreditation reports to ensure AFRH follow-up. Our review of service IG and Joint Commission inspection reports demonstrated that this decision may result in health care problems remaining unidentified. Moreover, according to the service IG team that conducted the 2005 AFRH inspection, it was not provided the data that it needed on Joint Commission findings, such as the full accreditation report, to enable it to provide adequate oversight. Although Local Boards have the potential to assist in the PDUS's oversight, they have not been allowed to fulfill their advisory roles to the COO, which could provide useful information to the PDUS. The PDUS response to the 2005 service IG inspection findings that the Local Boards were not fulfilling their advisory role has been limited. In March 2007, however, the PDUS directed the COO to find ways to effectively use the Local Boards.

**Recommendations for
Executive Action**

To improve health care oversight at AFRH, we recommend that the Secretary of Defense take the following four actions:

- refocus service IG inspections on health care, particularly in the independent and assisted living settings, which are not covered by external accreditation;
- ensure that service IG inspections do not occur in the same year as Joint Commission accreditation;
- ensure that service IGs have access to all relevant data on Joint Commission inspections; and
- ensure that the Local Boards are allowed to fulfill their advisory roles.

**Agency Comments and
Our Evaluation**

We obtained written comments from DOD on our draft report. Agreeing that our recommendations would strengthen health care oversight of AFRH, DOD partially concurred with the first recommendation and concurred with the other three recommendations. Although DOD's response indicated only partial concurrence with our recommendation to refocus service IG inspections on health care, its proposed actions fully meet the intent of our recommendation. Thus, beginning in 2008, DOD

will ensure that the service IG triennial inspections include a comprehensive review of health care services and ensure appropriate follow-up with the independent accreditation of the independent and assisted living and long-term care settings. To address the current lack of oversight of the independent and assisted living settings, DOD said that AFRH is arranging for CARF-CCAC accreditation. According to a DOD official, the partial concurrence reflected a decision to have the service IG inspections continue to examine areas other than health care, which we believe is not inconsistent with our recommendation. DOD comments are included in enclosure II.

In addition, DOD commented on the steps it had taken regarding a letter from the Comptroller General concerning serious allegations by health care professionals about the quality of care provided by the home. We were referred to these health care professionals during the course of our interviews on AFRH oversight. As noted in this report, we did not evaluate the quality of health care provided by AFRH because of a pending lawsuit, and instead brought these allegations to DOD's attention. DOD's comments indicated that it took some immediate steps to investigate these allegations and that follow-up by the DOD IG was still under way.

- - - - -

We are sending copies of this report to the Secretary of Defense and appropriate congressional committees. We will also provide copies to others upon request. In addition, the report will be available at no charge on GAO's Web site at http://www.gao.gov.

If you and your staffs have any questions or need additional information, please contact Kathleen King at (202) 512-7119 or kingk@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. Major contributors to this report were Walter Ochinko, Assistant Director; Carrie Davidson; Joanne Jee; Grace Materon; and Jennifer Whitworth.

Kathleen M. King
Kathleen King
Director, Health Care

Enclosures – 2

Enclosure I



# Armed Forces Retirement Home: Health Care Oversight Should Be Strengthened

## GAO Briefing on
## Study Required by National Defense
## Authorization Act for Fiscal Year 2006

1

Enclosure I



# Key Questions

**As discussed with the committees of jurisdiction, we focused on two questions:**

- **What standards could be used to monitor health care provided by the Armed Forces Retirement Home (AFRH)?**
- **Is the Department of Defense (DOD) providing adequate oversight of AFRH health care?**

2

Enclosure I 

# TABLE OF CONTENTS

- Background

- Finding I: Several Organizations Have Standards Applicable to the Health Care Provided by AFRH, but No Single Standard-Setting Organization Has Standards That Cover All Such Care

- Finding II: DOD Oversight of AFRH Health Care Is Inadequate

- Conclusions

- Recommendations

3

10

**GAO-07-790R  Armed Forces Retirement Home**

Enclosure I

**GAO**
Accountability * Integrity * Reliability

# BACKGROUND

4

Enclosure I  

# AFRH Is a Continuing Care Retirement Community (CCRC)

- AFRH is an independent entity in the executive branch providing care in 3 settings
  - Independent living
  - Assisted living
  - Nursing home
- Responsibilities of a CCRC generally include
  - Appropriately transitioning residents from independent living to other settings as their care needs increase
  - Ensuring availability of appropriate health services as residents progress to higher-level settings
  - Ensuring residents' access to community-based or on-site health care

5

**GAO-07-790R  Armed Forces Retirement Home**

Enclosure I



# AFRH Is a CCRC (continued)

- AFRH is required by law to seek "...accreditation by a nationally recognized civilian accrediting organization, such as the Continuing Care Accreditation Commission and the Joint Commission..."[1]

- Law does not address the accreditation of specific levels of care

- Joint Commission accredits AFRH clinic and nursing home services

---

[1]24 U.S.C. § 411(g).

6

Enclosure I



# AFRH Is a CCRC (continued)

- AFRH serves about 1,200 individuals[1] who have served primarily as enlisted personnel in the armed forces
  - Gulfport campus destroyed by Hurricane Katrina, and many residents moved to D.C. campus
  - 83 percent of residents are divorced, widowed, or single
  - Majority are male and average age is 79
  - About 77 percent of residents reside in independent living

[1]All data on this slide are as of 2006.

7

Enclosure I 

# AFRH Financed through Dedicated Trust Fund

- AFRH Trust Fund has several revenue sources, including a 50-cent monthly payroll deduction primarily from enlisted personnel

- Concerns about solvency of Trust Fund led to creation of a 2001 joint military services study group within DOD

- In response to study group findings, Congress restructured management and oversight of AFRH in the National Defense Authorization Act (NDAA) for FY 2002[1]

[1] Pub. L. No. 107-107, §§ 1401-1410, 115 Stat. 1012, 1257-67 (2001) (codified, as amended, at 24 U.S.C. §§ 411-423).

8

15                                                      GAO-07-790R  Armed Forces Retirement Home

Enclosure I 

# NDAA 2002 Increased Secretary of Defense Oversight Role

## NDAA 2002

- Established Chief Operating Officer (COO), appointed by and reporting to Secretary of Defense
  - COO must have experience and expertise in the operation and management of retirement homes and in the provision of long-term medical care for older persons
  - COO replaced National Board, whose chairman was CEO of AFRH but was not responsible to the Secretary of Defense
- Local Boards, appointed by the Secretary, were made advisory to the COO[1]
  - Law specifies at least 11 members, including senior representatives of a specific military office, e.g., official from one of the chief personnel offices of the armed forces

---

[1]Previously, Local Boards exercised operational oversight.

9

Enclosure I 

# Secretary of Defense Delegated Oversight Responsibility

- Supervisory responsibility over management of AFRH delegated to the Under Secretary of Defense for Personnel & Readiness (P&R) and the Principal Deputy Under Secretary (PDUS)



Sources: GAO analysis of DOD organizational chart and DOD officials.

10

Enclosure I 

# Two Other DOD Components Have Oversight Responsibilities

- Inspectors General (IG) for the Departments of the Air Force, Army, and Navy, which alternate inspections of AFRH every 3 years[1]

- DOD IG has authority to conduct investigations of AFRH and has investigated complaints[1]

[1]24 U.S.C. §§ 418, 411(f).                                                                 11

Enclosure I                                      

# COO Has Changed How AFRH Operates

Administrative
- Made administration of the two campuses consistent
- Reduced staff by contracting for some administrative and maintenance services

Health
- Remodeled health and dental clinic
- Changed clinic staffing so that physician is on duty during business hours and health care professionals are either on duty or on call after hours
- Upgraded transportation for medical appointments through outsourcing to licensed contractor[1]

- Finances
  - AFRH reported that the Trust Fund increased from $94 million in FY 2003 to $146 million in FY 2006

---

[1]Previously, the vehicles owned and operated by AFRH lacked restrooms.

12

Enclosure I 

# Residents Filed Lawsuit Concerning Health Care Quality

## 2005 lawsuit

- AFRH is required by law "to provide for the overall health care needs of residents in a high quality and cost-effective manner"[1]
- Residents alleged problems with access to, and quality of, health care and filed a lawsuit
- U.S. District Court for D.C. dismissed lawsuit, citing NDAA 2006 requiring the availability of a physician and dentist during daily business hours, daily scheduled transportation, and establishment by COO of uniform standards for access to health care services
- As of May 2007, residents' appeal pending in U.S. Court of Appeals for D.C. Circuit

---

[1]24 U.S.C. § 413(b).

13

Enclosure I 

# AFRH Has Few Comparable Models

- CCRCs
  - Approximately 4,000 nationwide[1]
  - 15 identified by a Feb. 2006 AFRH study as serving military retirees

- Other facilities serving veterans focus on nursing home services and are not CCRCs
  - State veterans' homes
    - 139 nationwide
  - Federal Department of Veterans Affairs (VA) facilities
    - 133 nationwide

[1] U.S. Census Bureau, 2002 Economic Census.

14

Enclosure I



# GAO Methodology

- Identified existing standards applicable to health services at AFRH and similar facilities
- Discussed accreditation process and follow-up between accreditation surveys with officials from standard-setting organizations
- Reviewed statutory oversight structure for AFRH
- Reviewed relevant DOD and AFRH reports related to oversight issues, including complaints
- Interviewed DOD, DOD IG, and service IG officials involved in oversight, including the PDUS[1]
- Interviewed two civilian experts in health care for the elderly and retirement home administration serving on AFRH-Washington Local Board

[1]The current PDUS has been in this position since July 2006.

15

Enclosure I 

# GAO Methodology, continued

- Compared health care-related problems identified during Joint Commission accreditation reviews with those identified during service IG inspections
- Focused review on AFRH-Washington because Hurricane Katrina forced closure of AFRH-Gulfport
- Did not evaluate quality of health care provided by AFRH or its compliance with provisions of 2006 law because of pending lawsuit
- Conducted our review from Nov. 2006 through May 2007 in accordance with generally accepted government auditing standards

16

Enclosure I



# Finding I

## Several Organizations Have Standards Applicable to the Health Care Provided by AFRH, but No Single Standard-Setting Organization Has Standards That Cover All Such Care

17

Enclosure I 

# No Single Standard-Setting Organization Has Standards Covering All Health Care at AFRH

- Standard-setting organizations
  - Joint Commission
  - Centers for Medicare & Medicaid Services (CMS)
  - VA
  - Commission on Accreditation of Rehabilitation Facilities-Continuing Care Accreditation Commission (CARF-CCAC)[1]

---

[1]The Commission on Accreditation of Rehabilitation Facilities purchased the Continuing Care Accreditation Commission in 2003.

18

Enclosure I 

# Joint Commission Standards Apply to Some Health Care Provided by AFRH

- AFRH is accredited by Joint Commission
- Joint Commission standards are applied to AFRH's
  - Clinic services
  - Nursing home services
- Compliance with Joint Commission standards results in accreditation
  - On-site surveys occur at least once every 3 years
  - AFRH last accredited in 2005 and next survey will take place in 2008
  - At any time, Joint Commission may conduct a complaint survey
- Joint Commission does not accredit independent living or assisted living
  - Joint Commission ceased accreditation program for assisted living in Jan. 2006
  - Joint Commission offered to reaccredit assisted living until 2008, but AFRH declined

19

Enclosure I 

# Joint Commission (continued)

- Joint Commission survey process
  - On-site triennial survey of facility by trained health care professionals
    - Unannounced visit includes validating implementation of action plans submitted since last review, visits to care areas guided by sample of resident records, and interactive sessions with staff exploring care processes; AFRH surveys have averaged 2 to 3 days
    - Noncompliance with standards results in findings:
      - Requirement for improvement (RFI) is one of the most serious types of findings
      - RFIs require corrective action, including submission of evidence of compliance within 45 days[1]
  - Periodic Joint Commission review of facility's self-assessment of compliance with standards

[1]RFIs may be appealed.

20

Enclosure I                                        **GAO**
                                                  Accountability ★ Integrity ★ Reliability

# Joint Commission (continued)

- Summary of 2005 Joint Commission AFRH surveys
  - Nursing home
    - Complaint survey (June) resulted in 2 RFIs
    - Triennial survey (October) resulted in 8 RFIs, placing AFRH in the bottom quartile of nursing homes it surveyed that year
  - Clinics
    - Triennial survey (October) resulted in 10 RFIs, placing AFRH in the bottom quartile of clinics it surveyed that year
- AFRH provided evidence of corrective actions and retained its accreditation
- AFRH submitted its periodic self-assessments of compliance with standards in Oct. 2006

21

Enclosure I 

# Joint Commission (continued)

- Examples of issues identified in 2005 Joint Commission RFIs
  - Care plans not appropriate, given residents' needs
  - Preventive interventions not performed according to plans of care, resulting in residents with pressure ulcers and fecal impaction
  - Physician ordered referrals for follow-up care not carried out
  - Errors in medication documentation
  - Invasive dental procedures performed without documenting informed consent, confirmation of patient's identity, and pain assessment
  - Insufficient progress since last survey to correct fire safety violations

22

Enclosure I



# Federal Nursing Home Standards Not Applicable to AFRH

- ## CMS
  - Annual inspections[1]
  - Complaint investigations as required
  - AFRH not subject to CMS standards because such standards only apply to facilities paid by Medicare or Medicaid
- ## VA
  - State veterans' homes
    - VA inspects using standards similar to CMS standards
      - Annual inspections
      - Complaint investigations as required
  - VA nursing homes are accredited by the Joint Commission
  - VA standards do not apply to AFRH

---

[1]Statewide average interval must not exceed 12 months and maximum interval between inspections may not exceed 15 months.

23

Enclosure I 

## CARF-CCAC Has the Only Standards Applicable to All CCRC Care Settings but Does Not Cover All AFRH-Provided Health Care

- AFRH has not sought CARF-CCAC accreditation[1]
- CARF-CCAC has standards that apply to all three CCRC settings
  - Independent living
  - Assisted living
  - Nursing home
- CARF-CCAC does not have standards applicable to clinic services
- Inspections occur every 5 years
  - Annual compliance review between inspections
  - Complaint investigations

---

[1]CARF-CCAC accredits about 300 of the approximately 4,000 CCRCs nationwide.

24

Enclosure I


# Independent Living and Assisted Living Less Regulated Than Nursing Homes

- Some states license assisted living facilities
- Generally, few federal regulations or standards apply to these two settings

25

Enclosure I 

# Various Standards Applied to Facilities Serving Veterans

- State veterans' homes
  - Some homes bill Medicare and Medicaid for nursing home services and are inspected by CMS
  - VA inspects state veterans' homes using standards modeled after CMS standards
- VA nursing homes
  - Joint Commission accreditation
- Other
  - VA places some veterans in community nursing homes, which are inspected by CMS

26

Enclosure I



# Finding II

## DOD Oversight of AFRH Health Care Is Inadequate

27

Enclosure I



## Oversight by Principal Deputy Under Secretary (PDUS) for P&R Has Been Limited and Lacks Sufficient Independent Input

**Principal Deputy Under Secretary for P&R**

Exercises primary oversight responsibility
• Evaluates performance of COO annually
• Meets with COO monthly and as needed

**Deputy Under Secretary for Military Community and Family Policy's staff for Morale, Welfare, and Recreation Policy**

Has more frequent interactions with COO, e.g.

• Monitors AFRH response to service IG inspection findings

• Coordinates with other entities on issues regarding AFRH's budget

Source: Office of the Principal Deputy Under Secretary for P&R.

28

**GAO-07-790R  Armed Forces Retirement Home**

Enclosure I



# PDUS Oversight (continued)

- PDUS sees the COO as an expert in managing retirement homes who has health care professionals on his staff
- PDUS can turn to other experts within DOD
  - Office of Assistant Secretary for Health Affairs
    - Immediate staff of PDUS do not have health care expertise but in 2007 called on Health Affairs, an office within P&R
  - DOD IG
    - PDUS recently began reviewing all DOD IG hotline complaints concerning AFRH

29

Enclosure I                                    

## PDUS Oversight (continued)

- PDUS has other sources of information independent of the COO to inform AFRH oversight, but these have limitations
  - Joint Commission accreditation
    - PDUS suggested accreditation every 3 years may not be sufficient
    - PDUS acknowledged gap in oversight of independent and assisted living and is exploring alternatives
  - Service IG inspections
    - Occur in same year as Joint Commission inspections
    - No longer focus on health care

30

Enclosure I



## PDUS Oversight (continued)

- Appropriateness of Delegation of Responsibility for Oversight of AFRH

  - Secretary of Defense delegation letter to Under Secretary of Defense for P&R and the PDUS acknowledged that there may be better arrangements for ensuring appropriate management of AFRH

  - According to PDUS, delegation to P&R is best option because AFRH is primarily a retirement community, and oversight has largely to do with quality of life provided to residents

    - No other organization in DOD would be a better fit than P&R

31

Enclosure I 

# Overall, PDUS Weakened Health Care Oversight by Service IGs

- In preparation for 2005 service IG inspection, PDUS made some structural changes

  - Addressed continuity issues stemming from rotation of inspections among the service IGs
    - Began standardization of inspection criteria
    - Included a representative from the service IG responsible for the next inspection on current inspection team

  - Assumed responsibility for follow-up on AFRH responses to service IG findings
    - Previously, neither PDUS nor service IGs followed up to ensure corrective actions were taken

32

Enclosure I



# PDUS and Service IGs (continued)

- Beginning in 2005, PDUS also shifted focus of the service IG inspections and, as a result, the primary responsibility for health care inspections now rests with the Joint Commission

  - Shifted focus to reduce perceived duplication between service IG and Joint Commission inspections
    - Service IG inspections used to focus on health care but now focus on administration and management
    - Service IGs health care oversight responsibility limited to reviewing Joint Commission accreditation reports to ensure AFRH follow-up

33

**GAO-07-790R  Armed Forces Retirement Home**

Enclosure I 

# PDUS and Service IGs (continued)

- For 2005 service IG inspection, PDUS did not provide Joint Commission accreditation report for AFRH-Washington

  - PDUS and COO declined to provide a copy of the accreditation report with findings, including AFRH corrective actions, requested by the service IG team
  - Joint Commission confirmed that information provided to the service IG by PDUS and COO was insufficient for effective follow-up

34

Enclosure I 

# PDUS and Service IGs (continued)

- PDUS decisions to shift focus may result in health care problems remaining unidentified

  - GAO compared service IG inspection and Joint Commission inspection reports since 1999
    - Service IGs examined health care in clinics and all three care settings, while the Joint Commission's inspections were more limited

35

Enclosure I 

# PDUS and Service IGs (continued)

- There were service IG findings in some care areas that were *not* addressed in Joint Commission findings
  - Concerns about access to outpatient specialty care
  - Inadequate number of dental hygienists to meet needs
  - Residents in settings not staffed to meet their needs
  - Outdated Memorandum of Agreement with local medical facility
- There were a few care areas, however, where service IG and Joint Commission findings were similar
  - Poorly maintained medical record documentation
  - Medication delivery system prone to errors
  - Inadequate pharmacy staff involvement

36

Enclosure I



# PDUS and Service IGs (continued)

- Service IG and Joint Commission inspections occur in the same year every 3 years.
  - For the years between inspections, there is no routine, on-site oversight of health care at AFRH

37

**GAO-07-790R  Armed Forces Retirement Home**

Enclosure I                                    

# PDUS Has Not Ensured That Local Boards Perform Advisory Role

- PDUS concurred with COO's actions to limit Local Boards' statutory role of advising COO

- COO told us Local Boards not helpful and lacked appropriate expertise.  However, members with expertise include
    - Representatives from VA regional office and Walter Reed Army Medical Center
    - Legal, finance, and human resources professionals
    - Experts in retirement home administration and gerontology

38

Enclosure I



# PDUS and the Local Boards (continued)

- Two Local Board members who are experts in CCRC administration and gerontology told us that the Local Board for AFRH-Washington was not functioning effectively. For example
    - Their advice was not sought
        - Meetings consisted of presentations
        - No operational committees existed
        - Gerontologist not invited to February 2007 meeting
    - Designated military representatives often sent proxies, who took notes but did not participate

39

Enclosure I 

# PDUS and the Local Boards (continued)

- ## PDUS response to 2005 service IG inspection findings on the Local Boards has been limited
  - In July 2005, service IG found
    - AFRH-Washington Local Board not being used—meetings not held regularly
    - No Local Board existed for AFRH-Gulfport
  - After 2005 service IG inspection
    - P&R allowed COO to continue suspension of meetings for 2005
    - Local Board for AFRH-Gulfport reestablished
  - In June 2006, Local Boards met, but few members attended; most members attended the Feb. 2007 meeting

40

Enclosure I 

# PDUS and the Local Boards (continued)

- Recently, PDUS took steps to improve the effectiveness of the Local Boards, whose current members' terms expire in 2007
  - In March 2007, PDUS directed the COO to complete the following actions by mid-May 2007:
    - Recommend new Local Board members
    - Propose how best to make these boards effective in their advisory role
  - PDUS told us that he expects new appointees to be at a level such that they can attend the meetings themselves

41

Enclosure I                                     **GAO**

# DOD IG Oversight Role Is Limited

- DOD IG hotline received 37 complaints against AFRH over the past 15 years but received fewer more recently.  IG officials said that 7 of the 37 complaints were health care-related but that only 1 was serious
  - The 1 serious health care complaint was referred by a congressional committee
    - DOD IG hired an expert to conduct investigation
    - Complaint was unsubstantiated
  - Other health care-related complaints characterized as minor, e.g., wrong eyeglass frames or generic rather than brand-name drugs

42

Enclosure I                                           **GAO**
                                                     Accountability * Integrity * Reliability

# AFRH IG Serves Internal Audit Function

- AFRH IG position
  - Established administratively in 2005 by COO rather than by statute
  - Performs internal audit function
    - IG lacks indicia of independence described in government auditing standards for reporting to external third parties

- Service IG concerns and recommendation
  - Expressed concerns about
    - Apparent lack of independence and objectivity of the AFRH IG
    - Additional requirements the position placed on already limited administrative staff
  - Recommended AFRH use DOD IG services
    - Secretary authorized to make DOD IG services available to AFRH
    - AFRH response was to shift responsibility from Chief Financial Officer to Chief of Support Services

- AFRH has not prepared annual reports on audit activity as required by the IG Act, as amended

43

Enclosure I 

# Conclusions

- Currently no one inspects independent and assisted living settings at AFRH
- PDUS oversight has been limited, and sources of information independent of the COO to inform PDUS oversight have limitations
  - Joint Commission and service IG inspections occur triennially in the same year
    - Service IG was not provided the data it needed on the 2005 Joint Commission findings, such as the full accreditation report, precluding effective follow-up on the findings
  - Local Boards have not been allowed to fulfill their advisory roles, limiting their potential to inform PDUS oversight
  - PDUS decisions regarding the focus of service IG inspections may result in gaps in the identification of health care problems

44

Enclosure I




# Recommendations

- Secretary of Defense should improve oversight by taking the following four actions:
  - refocus service IG inspections on health care, particularly in the independent and assisted living settings, which are not covered by external accreditation;
  - ensure that service IG inspections do not occur in the same year as Joint Commission accreditation;
  - ensure that service IGs have access to all relevant data on Joint Commission inspections; and
  - ensure that the Local Boards are allowed to fulfill their advisory roles.

45

Enclosure I



# Agency Comments and Our Evaluation

- DOD agreed that GAO's recommendations would strengthen health care oversight of AFRH.
  - DOD partially concurred with the first recommendation to refocus service IG inspections on health care. However, its proposed actions fully meet the intent of our recommendation.
    - Beginning in 2008, DOD will ensure that the service IG triennial inspections include a comprehensive review of health care services and ensure appropriate follow-up with accrediting organizations, including CARF-CCAC, which AFRH is arranging to have accredit the independent and assisted living settings.
    - According to a DOD official, the partial concurrence reflected a decision to have the service IG inspections continue to examine areas other than health care, which we believe is not inconsistent with our recommendation.
  - DOD concurred with our other three recommendations.
  - DOD comments are included in enclosure II.

46

**GAO-07-790R  Armed Forces Retirement Home**

Enclosure II

# Comments from the Department of Defense



**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

PERSONNEL AND
READINESS

MAY 2 4 2007

Ms. Katherine M. King
Director, Health Care
U.S. Government Accountability Office
441G. Street, N.W.
Washington DC 20548

Dear Ms. King:

This is the Department of Defense (DoD) response to the GAO draft report, GAO-07-790R, Armed Forces Retirement Home: Health Care Oversight Should be Strengthened," dated May 10, 2007 (GAO Code 290588)."

DoD agrees that the GAO recommendations will strengthen health care oversight of the Armed Forces Retirement Home (AFRH). It should be noted the leadership of the Defense Department are in regular communication with the Chief Operating Officer at AFRH and the Department has found no evidence of systematic shortcomings in either the conditions or services at AFRH. Reports from every independent review of AFRH have indicated the living conditions and services are within standards. These include both routine and spot inspections by the Joint Commission Accreditation of Health Organizations (JCAHO), the triennial inspections by the Service Inspectors General, the annual independent audit of AFRH financial statements, routine inspections by the Office of Personnel Management, sanitation and Food and Drug inspections by the U.S. Army and a range of internal systems to monitor services, facilities, and the residents' well-being.

Most recently, in response to the Comptroller General's letter of March 19th regarding serious allegations by unnamed healthcare professionals, the Assistant Secretary of Defense for Health Affairs assembled an experienced medical team to conduct an unannounced inspection, within 24 hours, to identify and fix any medical care practices deemed to be substandard, deficient, or that would jeopardize resident health care. During their brief inspection, the team could find no evidence to corroborate inferior care; the facility appeared clean and well-run with well cared-for residents but recommended a more thorough and detailed inspection take place as soon as possible. The Pentagon then notified JCAHO and welcomed a no-notice review by them. JCAHO arrived unannounced the next day to conduct an independent review. There were four unrelated findings but the JCAHO surveyor did not substantiate any of the serious allegations listed in the GAO letter that had not previously been addressed and documented.

Senior DoD leadership personally toured the facility, within 4 days of receipt of the allegations, with professional staff members from the House and Senate Armed Services Committees and House Veterans Affairs Committee and saw no evidence of the substandard conditions alleged in GAO's letter and found the facilities and grounds to be clean and well

54                                                    **GAO-07-790R  Armed Forces Retirement Home**

Enclosure II

maintained. Finally, we asked the Department of Defense Inspector General (DoDIG) to conduct follow-up interviews, which are still underway. In an old historic facility such as AFRH there are many structural problems we need to work on and plans are in place to move forward on these.

As the GAO notes in its report, the Armed Forces Retirement Home is a Continuing Care Retirement Community (CCRC) for eligible retired enlisted military personnel and qualifying veterans. These organized communities provide housing and services to individuals in different settings. The individual can move from independent living to assisted living to nursing home care as needed. A CCRC provides some health care but it is not a health care facility. The AFRH CCRC is unique in the federal government. There are many CCRC's in the private sector, which are regulated by state governments and are not considered health care facilities. AFRH, as a CCRC, does not fit a health care model appropriate for a hospital.

DoD is committed to providing high quality services to AFRH residents. At AFRH-Washington, 77 percent of residents who live in their own rooms in independent living enjoy freedom of choice in selecting health care. Some prefer to use the military health care services at the Walter Reed Army Medical Center while others go to the physicians of their choice using their TRICARE or Medicare insurance benefits. The AFRH provides daily regularly scheduled service for medical appointments. AFRH has made many changes in its health care services in the last four years, which are described in Enclosure 1. Similar services will be available at AFRH-Gulfport when it re-opens in 2010

We appreciate the opportunity to comment on the draft report; our specific comments to the recommendations are attached and supplemented by the enclosures.

Sincerely,

Leslye A. Arsht
Deputy Under Secretary of Defense
(Military Community and Family Policy)

Enclosures:
1. Health Care Services at AFRH-Washington DC
2. Armed Forces Retirement Home (AFRH) Health Services Inspection Guide 2005
   (Draft as of 3 August 2005)

2

Enclosure II

GAO DRAFT REPORT - DATED MAY 10, 2007
GAO CODE 290588/GAO-07-790R

"Armed Forces Retirement Home: Health Care Oversight Should Be Strengthened"

DEPARTMENT OF DEFENSE COMMENTS
TO THE RECOMMENDATIONS

**RECOMMENDATION 1:** The GAO recommends that the Secretary of Defense refocus service IG inspections on health care, particularly in the independent and assisted living settings, which are not covered by external accreditation.

**DOD RESPONSE: Partially concur.** Because nothing is more important that the health and well-being of our military veterans, DoD is taking steps to improve oversight of the assisted and independent living services. Since JCAHO stopped accrediting assisted living facilities, AFRH is arranging for the Commission on Accreditation of Retirement Facilities/Continuing Care Accreditation Commission (CARF-CCAC) to conduct independent reviews of assisted living and independent living. This recently combined organization provides accreditation services for all aspects of a retirement community associated with long term care, assisted living dementia care, ambulatory care, independent living, medical rehabilitation, etc. To become accredited by CARF-CCAC a minimum of six months is required, prior to the site survey, for each service being accredited. CARF-CCAC certification is every 3 years.

As evidence by Tab K – the Medical section of the 2005 Triennial Inspection Report, the Air Force Inspection Agency (AFIA) did review medical services but had no findings since JCAHO accreditation had already been awarded. However, beginning in 2008, DoD will ensure the Military Inspectors General (IG) Triennial Inspection conduct a comprehensive review of health care services and ensure appropriate follow-up with the independent accreditation of independent, assisted living and long-term care. AFIA prepared draft procedures for these medical reviews (see Enclosure 2), which will be provided to the Army Inspector General for their review/update/use next year. Additionally, consistent with DoD Instruction 4161.03, *"Triennial Inspection of the Armed Forces Retirement Home,"* dated June 26, 2006, the IG team will review admissions/eligibility, civil engineering, human resources management, information technology, records management, resident services, safety, security, and senior management. This will maintain a standardized approach to the triennial IG inspections.

**RECOMMENDATION 2:** The GAO recommends that the Secretary of Defense ensure that the service IG inspections do not occur in the same year as Joint Commission accreditation.

**DOD RESPONSE: Concur.** DoD will ensure the Service IG inspections occur the year following the independent accreditation reviews, as soon as schedules can be synchronized and remain consistent with statute (e.g., statute requires the IG review be completed every three years; the next one is scheduled for 2008).

**RECOMMENDATION 3:** The GAO recommends that the Secretary of Defense ensure that service IGs have access to all relevant data on Joint Commission inspections.

3

Enclosure II

**DOD RESPONSE:  Concur.**  DoD will ensure the Service IG teams have access to all relevant data on all independent accreditation inspections.

**RECOMMENDATION 4:**  The GAO recommends that the Secretary of Defense ensure that the Local Boards are allowed to fulfill their advisory roles.

**DOD RESPONSE:  Concur.**  Consistent with statute, DoD will appoint new members to the local boards to be effective at the next meeting scheduled for September, 2007, outline their expected roles and responsibilities, and ensure appropriate follow-up.

4

Enclosure II

## Enclosure 1.  Health Care Services at AFRH-Washington DC

**Wellness Center and Community Health Clinic**:  AFRH revised its approach to health care services to embrace the concept of wellness, an approach followed by the best assisted living facilities in the private sector. The goal is to keep all of our residents active and healthy with an emphasis on preventive health care. Residents are encouraged to eat well and exercise and Home staff helps them obtain medications needed to manage chronic medical conditions. The Wellness Center is located in the Scott Building, the geographic center for our resident population in independent living, and consolidates Dentistry, Optometry, Community Health, Ambulatory Care and Medical Records all in the same area. These services had been spread among three buildings which were a significant distance from each other.  The residents say they welcome the convenience and availability of centralized care.

**Treatment Room**: A physician is assigned to the Community Health Clinic, Monday through Friday, from 7:30 am until 12 noon to see all walk-in residents. The medical doctor sees patients for scheduled appointments from 1:00 pm to 4:00 pm every weekday.  After hours, a geriatric nurse practitioner is on duty at the Wellness Center, from 4:00 pm until 7:30 am, to assess and assist residents in the independent setting.  The nurse practitioner assesses the resident's medical status, treats the resident or calls 911 in the event of a medical emergency. In case of an emergency; i.e., shortness of breath or chest pain, we encourage residents to call 911 and not wait for the nurse.  A physician is on-call between the hours of 4:00 pm until 7:30 am seven days a week for consultation with the Nurse Practitioner.  Assisted living and long term care residents have round the clock nursing coverage independent from the coverage listed above.

**Doctors on Staff**: AFRH has 4 physicians and 2 Nurse Practitioners.  All residents are assigned to one of these providers when entering the home to maintain quality care for each resident.  Appointments are set up with their providers through a centralized in-house appointment system.  The Medical Director on staff works with both internal and external providers when needed.  Residents have access to physicians at the Walter Reed Medical Center, the Veterans Administration and local hospitals.  Residents also have freedom of choice in choosing physicians in the private sector.  In the past, the Home employed five Physician Assistants who were neither certified nor in compliance with required health care standards. This lack of certification was specifically challenged by the Inspector General. Now all residents see a fully qualified medical doctor.

**Pharmaceuticals**:  The independent living building has a medication room for medications pick-up obtained through prescription from Walter Reed.  Independent residents can receive their medication within 24 hours. Refills take three days, which is consistent with the service delivery model used throughout the military.  Residents are responsible for ensuring that they have a seven day reserve of medications at all times.  In the private sector, an on-site pharmacy is not available for residents in independent living.  Long Term Care residents receive their medication through a contract pharmacy called Neighborcare.  Medications come in unit-dose packaging which provides a safe and accurate administration system.  Residents' supplemental insurance is billed for the medications monthly.  Medication costs for those residents who do not have supplemental insurance are paid by the home.

Enclosure II

**X-Rays and EKGs**: In 2003 AFRH Washington discontinued the use of available in-house X-Ray equipment because the outdated equipment was very old, could not be repaired, and posed a potential health hazard to residents and staff. Since May 1, 2005, a contract vendor who comes to the resident's bedside or room provides X-Ray services. The resident's insurance is billed for the services and the Home pays for the service for those without insurance. EKG services are available upon physician's request and are provided by the home. Residents with chest pain are immediately sent to the Emergency Room.

**Dental Services**: Dental Care is provided on a routine basis for assisted living and long term care residents. Emergency walk-in clinic is handled every morning on a daily basis. Residents in Independent Living receive check-ups when requested by appointment. To accommodate the resident needs, the dental clinic was relocated to the primary independent living building to provide enhanced and more accessible dental services. Residents in Long Term Care receive annual check-ups. Extensive dental needs are handled by referrals to experts in the private sector. A new mobile Dental Clinic has been established in the Lagarde Building to serve residents in assisted living, the dementia unit, and long-term care.

**Long Term Care and Assisted Living**: Although residents are expected to live independently when they first come to the Home, many require additional services as they age. The Home provides a continuum of care for its residents guaranteeing them appropriate services for the entire time they live at AFRH. The Home has a 200 bed long term care and assisted living facility accredited by the Joint Commission for Health Care Organizations and staffed 24 hours a day by nurses and certified nursing assistants. Long term plans call for construction of a new state of the art long term care facility in the northern portion of the campus. There are also 100 assisted living units on a floor of the main independent living building. Those residents get assistance in at least two activities of daily life from trained staff.

2

Enclosure II

**Enclosure 2. Armed Forces Retirement Home (AFRH) Health Services
Inspection Guide 2005
(Draft as of 3 August 2005)**

**The Medical Manager portion of the AFRH inspection process will consist of the
following:**

1. Address the standards for Assisted Living (AL) accreditation according to the guidance
   and direction given by the Joint Commission on Accreditation of Healthcare
   Organizations (JCAHO). DOD Directive referencing the AFRH Act of 1991, Public
   Law 101-510 (see Ch 10, sec 418 of title 24, US Code, notes the requirement for the
   AFRH to be accredited by the JCAHO or comparable civilian-accrediting agency.
   Details regarding JCAHO's purpose and scope of inspection can be found in the current
   AL Survey and Accreditation Process Guide (pub. Mar 2003) on pages 7 – 13. The AL
   accreditation program/process has been in place since May 2000. Long term care
   services also undergo applicable inspection based on standards from the manuals listed
   in the ALSPG on page 12 (see list of resources below). The JCAHO has conducted
   several accreditations on the AFRH (Gulfport and Washington DC), but until this
   document, no formal DOD HSI Guide existed for the AFRH.
2. Note the organization's level of performance in specific areas on what it actually does
   based on maximum achievable expectations for activities that affect the quality of
   resident care. These issues are depicted and summarized below:
3. Summarize the ARFH's actions and activities to note progression, discrepancies, or
   deviations from the previous DOD triennial survey. *The intent of this guide is not to
   repeat a JCAHO inspection, but to verify that follow-up is being accomplished in the
   key areas related to healthcare services of the AFRH. Some areas may require more
   focus than what is evaluated in the JCAHO arena to balance the "findings" pointed out
   in the JCAHO report and to provide an extensive outlook (both positive and negative)
   in several areas.
4. In addition to inspection areas #2 and #3 above, the overall goals of the Healthcare
   Summary should provide the following:
   a. To annotate issues in service opportunity
   b. To note updates and changes made by the facilities
   c. To recommend avenues and options for growth
   d. To cover other non-JCAHO associated aspects involved with potential political
      healthcare sensitivities involved in these special facilities.
5. Designated Service inspector composition (Two Medical Personnel, grade 0-5 or
   higher: Preferably 1 Physician and 1 Nurse/Healthcare Administrator; Suggestion is
   that one team member have experience in Public Health, Occupational/Preventive
   Medicine, or Family Practice. Additional members consisting of the liaisons of sister
   services should also be considered.
6. Areas of Inspection:
   a. **Gulfport:**
      i. Ambulatory Health Care
      ii. Long Term Care (inpatient/dependent care)
      iii. Home Care/Hospice

Enclosure II

        iv.  Assisted Living Facility (includes dementia patients)
- b. **Washington:**
  - i.  Ambulatory Health Care
  - ii.  Long Term Care (and Special Dementia Care)
  - iii.  Assisted Living Facility
7. Review previous JCAHO survey issues regarding the following to ensure that no interim or sentinel event/occurrence has taken place:
   - a. Provider Competency – Current licensure, certification, or registration
   - b. Evaluated quality of care
   - c. Planning Care, Treatment, and Services – to include risk assessment of inpatients and demented patients
   - d. Behavior management for long term care patients
   - e. Infection Control
   - f. Patient Satisfaction
   - g. Medication Management
   - h. Community Health and Wellness Programs
   - i. Environment of Care
   - j. Pharmacy Services
   - k. Relevant Lab, Dental, and Consultative/Referral issues
   - l. Sustained Performance
   - m. Adverse outcomes
   - n. National Patient Safety Goals (i.e. suicide prevention)

**Resources for the Medical Manager Inspector:**
1. JCAHO Standards for Long Term Care Manual (Current version; 2005 – 2006)
2. AL Survey and Accreditation Process Guide (pub. Mar 2003)
3. Accreditation Manual for Assisted Living (Current version; 2003 – 2005)
4. Current Physician's Desk Reference or Medication handbook
5. List of approved abbreviations for medications
6. Medical care Reference book (i.e. Harrison's Principles of Internal Medicine)
7. DOD Directives, Regulations, and/or References regarding The AFRH Act of 1991, Public Law 101-510. (see Ch 10, sec 418 of title 24, US Code [currently in draft Dec 2004]; and Title XIV sec 1401 – 1515)
8. Gather any formal litigation or complaints regarding health services, patient treatment, safety, or risk
9. Previous AFRH Survey/Inspection with Healthcare Services Summary
10. AFRH Healthcare Services Report Template (Attached to this Guide)

11. **Items and request list for the Medical Manager/Inspector:**
1. Preparation of an overview or briefing summarizing general Healthcare Services of the facility (briefing should attempt to cover the following areas)
   - a. Services
   - b. Metrics
   - c. Health and Wellness/Promotion Activities
   - d. Medical Demographics

2

Enclosure II

     e. Access to care measures
     f. Case management Program
     g. Emergency Care
     h. Healthcare Strategic Plan
     i. Decision-making processes
     j. Staffing and Funding
     k. Resident Satisfaction

2. Key personnel available for tour of the following facilities:
     a. Clinical Services
     b. Dental
     c. Nursing Services (resident wards – AL, LTC, and IL)
     d. Nutritional Services/Dining facilities
     e. Pharmacy
     f. Laboratory Services

3. Current or most recent JCAHO Inspection Report with listing of Requirement(s) for Improvement (RFI).

4. Recent (last JCAHO) Individual findings for tracer reports that been acted upon with an action plan and process in place to correct discrepancies?

5. Executive Committee Minutes and Progress reports/binders reflecting evidence of action, discussion, and/or resolution of standards of compliance for the RFIs. Applicable time allotted is determined by the JCAHO Report. Sufficient progress in the areas noted must be apparent or a formal write-up in the HSI report as well as notification to JCAHO will be made.

6. Healthcare Strategic Plan Binder, Minutes, or Notes; Medical care policy letters

7. A list of the scope of medical services provided; i.e. Internal Medicine, Family Practice, Rehab, Optometry, Dentistry, Podiatry, etc

8. Provider and staff demographics – Number of Physicians, Nursing (positions authorized and filled); Numbers broken down showing RNs, LPNs, CNPs, Dentists, Technicians and types (i.e. 3 Dental techs and 1 Pharmacy tech)

9. Contract physician services used if any

10. Nursing shifts (i.e. 3 RNs and 6 LPNs on LTC floor during the day shift; 4 LPS and 8 RNs on Assisted Living floor during evening)

11. Number of total residents; males/females, % Caucasians; Average age of males/females

12. Prevalence of chronic conditions

13. Average number of physicals accomplished and by whom (i.e. CNP visits/month, Drs. Visits/month); include agency access to care metrics if any

14. Patient injury lists for the year and incident reports (alcohol-related injuries); Independent residents and Assisted living residents if any

15. Alcohol/tobacco use rates if any

16. Information on who performs public health/sanitation inspections and industrial hygiene surveillance

17. Two Long Term Care patient records. These will be inspected for basic documentation of care, legibility, and medication use.

18. Two LTC outpatient records

19. Organizational layout depicting Medical Director oversight – describe the decision-making chain of hierarchy

3

Enclosure II

20. The two most recent community or town hall meeting minutes (observe for discussion on medical issues covering complaints, injury reports, safety, and wellness initiatives) Estimates/average number of residents attending Town Hall meetings or forums
21. Resident survey reports for food surveys (the Inspecting Agency may consider sending a survey of its own)
22. Staff BLS training data/rates – general spread sheet
23. Pharmacy prescriptions filled for current year – List other programs or contracting agency education/oversight
24. Any formal (or informal) Memorandum(s) of Understanding or Letters of Agreement between the AFRH and local VA, Military Treatment facilities, or area hospitals.
25. Any local, formal, or on-going litigation or congressional complaints regarding AFRH community issues.
26. Outside medical facilities names used in local network
27. Former DOD AFRH Inspection Report (last accomplished by USN 2002)
28. Contingency Plan for patient evacuation includes renovation during construction efforts; is risk and injury mitigation apparent?
29. Schedule one meeting with 5 – 10 Independent Living (IL) residents to discuss healthcare issues and patient satisfaction/morale
30. Current Annual Performance and Accountability Report
31. Performance Improvement data and discussion information
32. Listing of new medical or healthcare initiatives and/or services
33. Future healthcare plans and concerns – Master Plan for any facility changes or updates

**Important contacts and interviewees;**
1. Chief Operating Officer
2. Site Director
3. Chief Medical Officer
4. Commanding Officer
5. Chief Nurse
6. Administrator
7. Independent Care Residents
8. Public Affairs (optional)
9. Resident Services (optional)
10. Lab, Dental, Clinical Nurses (optional)
11. Optometry (optional)

**Questions to ask and have surveyed:**
1. Have all former inspections' recommendations been addressed regarding healthcare services?
2. Have the former healthcare services been addressed and documented under the guidance of the Executive Management Committee? Are there medical staff leadership minutes?
3. Is there a specific portion of the strategic plan in place for healthcare services?
4. Is there any indication of plans for the quality of life or attention to improve patient care?

4

Enclosure II

5. Have measures been taken to address or discuss patient concerns in open community forum?
6. Are definitive measures in place to reduce employee workload and promote health and wellness activities?
7. What types of innovative solutions are in place?
8. Is the climate of safety apparent?
9. Residents' morale and behavioral health stature
10. Are there any repeat write-ups on healthcare – Focus on previous inspection results also (current - USN 2002 inspection report)
11. Are there any procedures being performed in the AFRH?
    a. Are procedures accomplished only on an outpatient basis?
12. Are any IV antibiotics used?
13. Are there any smoking cessation efforts – in-room risk assessment for smoking in a DOD facility issues?
14. Are there any proactive infection control (IC) proactive risk assessments being done – i.e. epidemic exercises – OSMA (Objective Scope and Monitor Assessments)?
15. Is there a definitive IC coordinator with a position description showing delegation of responsibility?
16. Are there any Pharmaceutical processes – risk assessments for adverse events; management plan present?
17. Does a Natural Disaster Plan and contingency events plan exist?
18. Have issues from the last DOD triennial assessment been addressed, discussed, and followed up by the Executive Management Committee?
19. How do residents receive healthcare service(s) information?

**General Report Issues**
Overall – US Code requirements → Accreditation Medical Requirements
Resolution of any "Systems" issues in terms of quality of care
Medical Leadership
Environment of Care
Management of Human Resources
Patient Satisfaction
Independent Resident Living Facilities; Number of Long term Beds; Number of Assisted Living beds
Total residents; Independent Residents; AL and LTC Resident stats
Services/Access to medical treatment facilities or other healthcare facilities
Continuing staff training – in patient assessment, medication error reduction
Pharmacy issues
Risk assessment, admission and discharge issues
Overall health quality and safety issues; activates, inspiration, health promotion and wellness issues
Contract physician availability
Familial support services; Pharmacy Services; Dental Care; Nursing Services; Nutritional Services
Laboratory Services

5

Enclosure II

Medication use
Total providers – Nurses; Doctors
Military medical staffing vs. civilian staffing
List and address each individual JCAHO write-up from the previous inspection
Residents' and Staffs' morale, mental/behavioral health status
Healthcare recommendations

6

(290588)

This is a work of the U.S. government and is not subject to copyright protection in the United States. It may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

| GAO's Mission | The Government Accountability Office, the audit, evaluation and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
|---|---|
| Obtaining Copies of GAO Reports and Testimony | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday, GAO posts newly released reports, testimony, and correspondence on its Web site. To have GAO e-mail you a list of newly posted products every afternoon, go to www.gao.gov and select "Subscribe to Updates." |
| Order by Mail or Phone | The first copy of each printed report is free. Additional copies are $2 each. A check or money order should be made out to the Superintendent of Documents. GAO also accepts VISA and Mastercard. Orders for 100 or more copies mailed to a single address are discounted 25 percent. Orders should be sent to:<br><br>U.S. Government Accountability Office<br>441 G Street NW, Room LM<br>Washington, D.C. 20548<br><br>To order by Phone:  Voice:  (202) 512-6000<br>TDD:  (202) 512-2537<br>Fax:  (202) 512-6061 |
| To Report Fraud, Waste, and Abuse in Federal Programs | Contact:<br><br>Web site: www.gao.gov/fraudnet/fraudnet.htm<br>E-mail: fraudnet@gao.gov<br>Automated answering system: (800) 424-5454 or (202) 512-7470 |
| Congressional Relations | Gloria Jarmon, Managing Director, JarmonG@gao.gov (202) 512-4400<br>U.S. Government Accountability Office, 441 G Street NW, Room 7125<br>Washington, D.C. 20548 |
| Public Affairs | Paul Anderson, Managing Director, AndersonP1@gao.gov (202) 512-4800<br>U.S. Government Accountability Office, 441 G Street NW, Room 7149<br>Washington, D.C. 20548 |

PRINTED ON ♻ RECYCLED PAPER

**EXHIBIT 6**





*2004*

*Annual Performance and Accountability Report*

*Protecting a Promise.  Renewing the Trust.*



*"I can't imagine being happier and living anywhere else."* —Resident Norman Godfrey

## VISION STATEMENT

Provide an environment that nurtures the Health and Wellness philosophy of aging
and that provides a continuum of residential Life Care Services in a community setting for our Nation's Heroes.

## MISSION STATEMENT

The mission of the Armed Forces Retirement Home is to fulfill our Nation's commitment to provide care through a comprehensive range of services for America's Armed Forces Veterans. We support our residents' independence, dignity, distinction, heritage, and future of continued life-enriching experiences. Together, the AFRH family of residents and staff create a place of caring and continual learning. We are committed to providing the best housing and support services possible and creating a true community of accomplished, independent residents, who are free to explore their talents, pursue their interests, and follow their dreams.

## STRATEGIC GOALS

Create financial net growth and stability for the trust fund.

Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives.

Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization.

Promote professional development and personal excellence for all personnel.

Foster a commitment to service and quality and an environment of mutual respect and integrity.

# TABLE OF CONTENTS

**WWW.AFRH.GOV**

| | |
|---|---|
| *Letter from the Chief Operating Officer* | 5 |
| **MANAGEMENT'S DISCUSSION AND ANALYSIS** | 7 |
| Organization at a Glance | 10 |
| AFRH's Organizational Model for Success | 11 |
| Progress Toward Strategic Plan Goals and Objectives | 12 |
| Strategic Goals and Objectives:  A Closer Look | 13 |
| Performance Summary | 14 |
| Performance Validation and Verification | 15 |
| Responding to Government Initiatives | 16 |
| The President's Management Agenda | 17 |
| Strategic Management of Human Capital | 18 |
| Competitive Sourcing | 19 |
| Improved Financial Performance | 20 |
| Expanded Electronic Government | 21 |
| Budget and Performance Integration | 25 |
| Financial Summary | 26 |
| **PERFORMANCE SECTION** | 27 |
| Fostering High Performance | 28 |
| Introduction to Performance | 29 |
| Performance at AFRH-Gulfport | 32 |
| Performance at AFRH-Washington | 33 |
| Providing Opportunities for Active Lifestyles | 34 |
| Resident Services:  Strategic Goals and Performance Measures | 35 |
| Giving Specialized Care in a Safe Environment | 36 |
| Healthcare Services:  Strategic Goals and Performance Measures | 37 |
| Campus Operations:  Strategic Goals and Performance Measures | 38 |
| **FINANCIAL SECTION** | 39 |
| Achieving Financial Integrity | 40 |
| Letter from the Chief Financial Officer | 41 |
| Financial Statements | 42 |

## LETTER FROM THE CHIEF OPERATING OFFICER

*"The test of our progress is not whether we add more to the abundance of those who have much; it is whether we provide enough for those who have little."*

— Franklin D. Roosevelt



Timothy Cox, Chief Operating Officer of AFRH, signs the sale of underutilized acreage from AFRH's Washington campus to Catholic University.

# LETTER FROM THE CHIEF OPERATING OFFICER

**FISCAL YEAR 2004 ANNUAL PERFORMANCE AND ACCOUNTABILITY REPORT**



It is my pleasure to present this Annual Performance and Accountability Report, summarizing the achievements and progress made by the Armed Forces Retirement Home in Fiscal Year 2004.

In a year capped by the arrival of Hurricane Ivan at the doorstep of our Gulfport, Mississippi campus, I'm also pleased to say that we not only survived the various challenges we faced, but truly thrived. That's good news for our agency, but it's even better news for the brave men and women of the Armed Forces to whom we are proud to provide a home.

As this report explains in more detail, our change from a position of surviving to one of thriving has occurred on many fronts—from improvements in our core business processes, to difficult decisions about staff size and strategic outsourcing, to reducing the footprint of our campuses by selling portions of our underutilized acreage. In each of these areas, we were driven by an objective to better manage our resources while continuing to provide the highest levels of care and services to our residents.

These changes are each important in their own way, but their real impact was that they allow us to remain focused on our mission of providing resident-centered services in a quality community setting. Every step we have taken—including the innovative partnerships we have negotiated with other public and private entities—had to first pass the critical test of whether it

would help us fulfill this mission. The collective result of these changes and improvements is not only a sound financial picture, but an agency that continues to be a rewarding and meaningful place for our employees to work.

As we move into the new fiscal year, our Trust Fund is in strong shape, and the future is bright. Just as we relied on smart planning and close cooperation to continue operations through the hurricane and its aftermath, the organizational and financial improvements we made will allow us to continue serving our residents as a best-in-class provider in the years to come.

Our residents are remarkable individuals, and they deserve no less than our very best. It is gratifying to see that the changes we have made and the additional improvements we have planned for the near future will help us continue to provide a level of care and community that are unmatched anywhere as the premier retirement home for military retirees and veterans.

*Timothy C Cox*

*Timothy Cox*
*Chief Operating Officer*
*Armed Forces Retirement Home*



MANAGEMENT'S DISCUSSION AND ANALYSIS

# OFFERING VETERANS AN ENRICHED LIFE



*"We are beneficiaries of the best investment most of us have ever made."*
—AFRH Resident Howard Sweet

The Armed Forces Retirement Home is more than a group of buildings that house soldiers, sailors, marines, and airmen who served our country. AFRH is home to approximately 1,600 veterans, a community of men and women who share a past commitment to their country. To meet the day-to-day needs of these individuals, AFRH strives to enliven daily routines, to challenge mind and body, and to provide companionship and camaraderie in a community setting.

# VISION, MISSION, AND GOALS

For almost 200 years, our nation has recognized the pressing need to offer a home to its eligible veterans. In a variety of locations and in countless ways, we have helped care for tens of thousands of veterans.

## AFRH VISION STATEMENT

Provide an environment that nurtures the Health and Wellness philosophy of aging, and that provides a continuum of residential Life Care Services in a community setting for our Nation's Heroes.

Today, the Armed Forces Retirement Home is the premier retirement community for America's veterans. To ensure that we can provide residential, health care, long-term care, and personal enrichment services of the highest quality, we are guided by a clear vision. More specifically, our mission statement details the key strategies and approaches we employ to ensure that the services and care we provide are of the highest quality.

As we move forward, AFRH will continue its efforts to be customer-focused, quality-driven, and fiscally responsible. To do so, we have developed five comprehensive strategic goals that address the major aspects of our operations - from our agency's financial health and cost effectiveness to the philosophical underpinnings of our approach to assisting residents in their daily lives.

Though we may make modifications from time to time in the types of service and support we provide, based on the needs of our customers and stakeholders, our mission will remain unchanged. We will use compassion, creativity, and innovation to continue to deliver best-in-class service to our veteran residents while ensuring cost-effective, efficient operations.

## AFRH MISSION STATEMENT

The mission of the Armed Forces Retirement Home is to fulfill our Nation's commitment to provide care through a comprehensive range of services for America's Armed Forces Veterans.

We support our residents' independence, dignity, distinction, heritage, and future of continued life-enriching experiences.

Together, the AFRH family of residents and staff create a place of caring and continual learning. We are committed to providing the best housing and support services possible and creating a true community of accomplished, independent residents, who are free to explore their talents, pursue their interests, and follow their dreams.

## AFRH STRATEGIC GOALS

Create financial net growth and stability for the trust fund.

Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives.

Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization.

Promote professional development and personal excellence for all personnel.

Foster a commitment to service and quality and an environment of mutual respect and integrity.

# ORGANIZATION AT A GLANCE

Our country has a long and proud legacy of caring for its veterans, dating back to the War of 1812, when Congress established a home for destitute Navy officers, sailors, and Marines in Philadelphia. Some 40 years later, Congress established an asylum for old and disabled soldiers in Washington, D.C.

Through the proceeding years, the U.S. Naval Home (USNH, which later moved to Gulfport, MS), and the U.S. Soldiers' and Airmen's Home (USSAH, still in Washington), operated separately. One of the most significant changes for both institutions happened only 13 years ago, as a result of the Armed Forces Retirement Home Act, Public Law 101-510. This new law combined the USSAH and the USNH to form the Armed Forces Retirement Home.

Under the Act, Congress incorporated the U.S. Naval Home in Gulfport, and the U.S. Soldiers' and Airmen's Home in Washington, into one entity. The resulting organization, an independent establishment in the Executive Branch of the Federal government, is known as the Armed Forces Retirement Home, or AFRH.

The facilities continue to be maintained as separate entities for administrative purposes, available to all eligible veterans from all branches of the Armed Forces. A permanent trust fund was established a number of years ago, and it continues to be fed by monthly active duty payroll deductions and fines and forfeitures from the Armed Forces.



U. S. NAVAL ASYLUM

*Biddle Hall, Philadelphia, Pennsylvania, 1834*

## THE GULFPORT CAMPUS

Legislation established a home in 1811 for naval personnel in Philadelphia, Pennsylvania to provide a permanent asylum for decrepit and disabled naval officers, seamen, and Marines. Naval personnel who were so injured or infirmed as to be unable to contribute materially to their own support were allowed to live at the home and asked to labor as much as they were able toward the care of it. The oldest veteran retirement home in the country, this facility was relocated almost a century and a half later to its present site in historic Gulfport, Mississippi. The Gulfport campus sits along the Gulf of Mexico, just a short walk to the world's most beautiful and therapeutic beaches.

## THE WASHINGTON CAMPUS

In 1851, legislation established a soldiers' home for Army veterans in a secure, peaceful setting in Northwest Washington, D.C. The Soldiers' Home was established as an asylum for old and disabled veterans. Four of the original buildings still stand, and are listed as national historic landmarks. Since the Home's beginning, operational funding has come from soldiers themselves.



*Sherman Building, Washington, D.C., 1851*

# AFRH's ORGANIZATIONAL MODEL FOR SUCCESS

AFRH has developed a one model approach to operating its homes in Gulfport and Washington, D.C. The desired outcomes of this approach are enhanced accountability and the ability to provide the highest quality service to our residents.

Another benefit of the one model approach has been the establishment of a standard operating environment. The Chief Operating Officer was appointed in September 2002 and began working toward an agency with two distinct campus locations, but one set of standards, policies, and procedures.

Agency oversight is conducted by the Chief Operations Officer, the Chief Financial Officer, and the Corporate Resources team. The Corporate Resources team is comprised of Public Affairs and Marketing, Human Resources, Acquisition and Logistics Management, Equal Employment Opportunity and Affirmative Action,

Master Planning, Dining Services, Information Technology, and Financial Management. The agency directs the activities of both campuses. The management team is identical at both campuses.

The transition to the one model approach requires ongoing oversight, including identification of and improvements to core competencies, and deciding when and where to build internal capacities or outsource functions. In addition, integrated systems are required to reduce errors, duplication of efforts, and uneven workload across the agency.

Likewise, the transition process has allowed a better alignment of staff capabilities with resident needs, which in turn is improving the delivery of services. Management recognizes the need to balance corporate resources between its Gulfport and Washington campuses, and has implemented several new policies to ensure a proper balance is maintained.



MANAGEMENT'S DISCUSSION AND ANALYSIS

# PROGRESS TOWARD STRATEGIC PLAN GOALS AND OBJECTIVES



The AFRH Strategic Plan communicates our intentions for managing challenges and exploiting opportunities to remain financially viable and capable of achieving the highest standard of performance. Perhaps the most important expected outcome of the plan is to increase our ability to provide quality services to our residents.

During the past year, we have had noteworthy success on several of our strategic goals. At the top of this list, we made significant progress toward our goal of better integrating and aligning service delivery between our two campuses.

Our strategic plan also describes how we are developing new business practices and implementing automated processes - especially in ways that can improve resident service and organizational efficiency. We are continuing to raise the bar on our customer satisfaction measures, and at the same time are building our capability to expand services and program offerings in the future. We are also conducting an ambitious program of proactive communications and marketing outreach to ensure that the military communities are fully aware of the services we provide. Last, we have redesigned our website (www.afrh.gov) to improve ease-of-use for current and prospective residents and their families, as well as personnel at AFRH.

In performing its mission, the AFRH interacts with other Federal agencies and private organizations. In the past year, we made significant progress in numerous initiatives and ongoing programs involving other agencies, and have laid the groundwork for increasing our outreach and partnerships with other public, as well as private, organizations.

# STRATEGIC GOALS AND OBJECTIVES: A CLOSER LOOK

**THE STRATEGIC PLAN DESCRIBES SPECIFIC GOALS AND OBJECTIVES AS FOLLOWS:**

**❶ FINANCIAL**

*Create financial net growth and stability for the trust fund.*

AFRH's ability to provide the best services and facilities to its residents is made possible by a commitment to increase revenue and reduce costs. AFRH's fundamental financial strategy is to make effective use of resources, decrease expenditures, increase revenue, and grow net results while maintaining and increasing high standards of services and facilities.

Objective F1: Increase revenue resulting in a net increase
Objective F2: Reduce costs resulting in a net increase

**❷ CUSTOMER**

*Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives.*

AFRH's first responsibility is to ensure the satisfaction and well-being of its residents. AFRH also places high importance on the satisfaction of service partners and other key stakeholders. To engender high levels of customer satisfaction, AFRH aims at continuing positive public relations, and sustains a strategic approach providing quality services and responses to customer needs.

Objective C1: Increase customer satisfaction through superior execution of the mission

Objective C2: Increase resident retention and resident outreach through positive public relations

Objective C3: Assess transitions between levels of care

**❸ INTERNAL BUSINESS PROCESSES**

*Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization.*

AFRH ensures its ability to provide quality services and facilities to America's veterans by maintaining effective, efficient internal business processes. AFRH continually evaluates and improves upon work functions and processes to improve our ability to manage resources, facilitate communication, and promote AFRH team operations.

Objective IBP1: Increase effectiveness and efficiency of service delivery to our residents

Objective IBP2: Increase timeliness and satisfaction with internal communications

**❹ LEARNING AND GROWTH**

*Promote professional development and personal excellence for all personnel.*

AFRH is a learning organization that promotes professional development and excellence for all members of the staff by facilitating ongoing learning, refining skills, building competencies, developing new proficiencies, and encouraging growth for our community. AFRH encourages its employees to continually improve and expand their skills and gain from the experience of serving in our family.

Objective LG1: Provide a comprehensive employee training program tied to performance, competencies, and accountability in compliance with Occupational Safety and Health Administration (OSHA), Joint Commission on Accreditation of Healthcare Organizations (JCAHO), and Agency requirements

Objective LG2: Inform key AFRH stakeholders of value added programs and initiatives

**❺ CULTURE**

*Foster a commitment to service and quality and an environment of mutual respect and integrity.*

AFRH's corporate culture reflects the values of service, quality, mutual respect, and integrity. AFRH maintains a culture of service, quality, and dedication to the veterans.

Objective CL1: Increase teamwork and cooperation among AFRH employees and residents

Objective CL2: Maintain an accurate cross-campus health and wellness model

Objective CL3: Attract, develop, and maintain a high-performing workforce

*"I have always been taken care of when it comes to my medical needs at the AFRH. I receive prompt, courteous and professional care."*

—Resident Mike Longwell

# PERFORMANCE SUMMARY

*"The man of virtue makes the difficulty to be overcome his first business, and success only a subsequent consideration."*
—Confucius

**AFRH's** funding is based on monies collected from monthly active duty payroll deductions, resident fees, fines and forfeitures from the Armed Forces, and interest from the Armed Forces Retirement Home Trust Fund. Congress apportions a budget authority each year for operations at AFRH.

In 2003, AFRH found itself at a crossroads. The Trust Fund balance had declined from $156 million in 1995 to $94 million in 2003 as operating costs outpaced the collection of funds. To remain solvent, the agency needed to change its operating model. Major initiatives were launched in 2003 to change the operating model of the Home from survive to thrive. The Home also embarked on the roadmap to meet the President's Management Agenda. Limited transition efforts began in Fiscal Year 2003, with plans to complete the transition in Fiscal Year 2005.

Fiscal Year 2004 was a transformational year on several levels, with significant changes occurring in almost every aspect of our operations. Using the AFRH Strategic plan developed in November 2002 as a guide, we began implementing a baseline model of operation, a process that will continue for a three-year period.

## MULTIPLE INITIATIVES

The first order of business in this transition has been to bring our costs in line with our revenue, and thus strengthen the Trust Fund. By developing a strategy for asset management that includes reducing the footprint of AFRH's operational facilities, we have reduced operating costs and leveraged the underutilized assets as a source of revenue. It is important to note that the Trust Fund cannot be used as the sole source for capital projects; rather, we must develop other alternatives. A related necessity is that we must show that our finances are in order before we ask others to help.

During 2004, we have been moving to integrate and align the service delivery between the two campuses. As a result of this unprecedented transition, we have now become a single agency called AFRH. For the first time in our history, a single agency directs the activities of both veterans' homes according to one set of standards, policies, and procedures. We must and will ensure that our service delivery model is both financially viable and capable of achieving the high standard of performance.

Additionally, development of the Business Plan has prompted collaboration between the two campuses to better align their service delivery. By balancing corporate resources between the Gulfport and Washington campuses, we are well on our way to our stated goal of 20 to 30% cost savings by Fiscal Year 2005.

At the agency level, we have made great headway in finding a more cost-effective way to deliver the quality services and care that our residents need and deserve. A key step in this process was to identify our core competencies, and then decide where to build internal capacities and where to do competitive outsourcing, as required by the Federal Activities Inventory Reform (FAIR) Act.

By integrating automated systems to reduce redundancy and errors, and better balance workloads across the agency, we have added the power of e-Government capabilities to our services, improving our accessibility to residents, prospective residents, and staff. In addition, by reducing layers of personnel, we have improved our strategic management of human capital.

AFRH embarked upon an aggressive course of linking strategic initiatives at both agency and campus level with achievable objectives. At the agency level, initiatives focused on meeting the President's Management Agenda (as discussed in the Responding to Government Initiatives section below). At the campus level, initiatives focused on the AFRH Business Plan, which links the goals and objectives set forth in the strategic plan to operational plans based on these goals and objectives. Detailed campus level performance information is contained in the Performance section.

# PERFORMANCE VALIDATION AND VERIFICATION

In the past year, AFRH has begun implementing operational plans to meet its strategic goals and objectives.

The measures for success at AFRH include the following:

## MEASURES

### BUSINESS MEASURES

Increases in dollar amounts in the Trust Fund

Increases in the resident population

Savings through competitive outsourcing

Reductions in space and land

Donations from community partnerships, organizations, and foundations

### CUSTOMER SATISFACTION INDEX

Improvements in health and wellness

Improvements in facilities

Improvements in services

### EMPLOYEE SATISFACTION INDEX

Surveys

Performance Evaluations

Integration of the volunteer program

Updates in policies and directives

Performance measurement is determined using data that comes from a variety of sources, as explained below.

### FINANCIAL DATA

In Fiscal Year 2004, AFRH transferred or converted many financial functions to ensure consistent and correct data. For example, AFRH transferred the following functions to the Bureau of Public Debt, (Parkersburg, WV):

    Financial Management Service
    (Accounting, Travel, and Investments)

    Property Management

    Contract/Procurement Management

    Procurement Cards

In addition, AFRH transferred its Payroll, Personnel, and Financial Management Systems to the National Finance Center (New Orleans, LA).

### BENCHMARK DATA FROM EXTERNAL SOURCES

As a provider of healthcare, AFRH is required to meet the standards developed by national organizations that accredit health facilities. AFRH has received a Gold Seal of Approval™ from JCAHO.

In addition, our Dining Services, which have a profound positive affect on the health and well-being of our residents every day, must comply with JCAHO standards for quality of food and preparation and the Food and Drug Administration Food Code. Dining Services also rely on local sanitation manuals that were written based on the Food Code.

### DATA FROM MANUAL OR
### SMALL FEEDER COMPUTER SYSTEMS

To validate each data report, we make sure that more than one person is responsible for compiling it. Likewise, we employ a chain of command review and approval methodology to validate our policies and procedures on everything from food, to health, to recreation.

# RESPONDING TO GOVERNMENT INITIATIVES



*"Excellent firms don't believe in excellence - only in constant improvement and constant change."*
—Tom Peters

Launched in August 2001 as a strategy for improving the management and performance of the Federal Government, the President's Management Agenda (PMA) focuses on the areas where deficiencies are most apparent and where the Government can begin to deliver concrete, measurable results.

## THE FIVE GOVERNMENT-WIDE INITIATIVES ARE:

### STRATEGIC MANAGEMENT OF HUMAN CAPITAL
Having processes in place to ensure that the right person is in the right job, at the right time, and that every employee is not only performing, but performing well;

### COMPETITIVE SOURCING
Generating an estimated $1.1 billion in savings over a 5-year period, using competitive sourcing wherever doing so makes economic and strategic sense;

### IMPROVED FINANCIAL PERFORMANCE
Making prudent financial decisions, and providing timely and accurate accounting on programs to help managers control costs and make better decisions;

### EXPANDED ELECTRONIC GOVERNMENT
Leveraging the Federal Government's investments in information technology (IT) to significantly improve our ability to work with systems that are secure, timely and cost-effective; and

### BUDGET AND PERFORMANCE INTEGRATION
Systematically assessing programs to identify opportunities to improve effectiveness, and using program results to determine future funding.

AFRH has embraced the tenets of the PMA as a means to reduce costs and conduct more efficient operations.

# THE PRESIDENT'S MANAGEMENT AGENDA

*"What matters in the end is completion. Performance. Results. Not just making promises, but making good on promises."*

—President George W. Bush
on the President's Management Agenda



| AFRH'S SELF-ASSESSED STATUS AND PROGRESS | | |
|---|---|---|
| **ELEMENT** | **STATUS** | **PROGRESS** |
| STRATEGIC USE OF HUMAN CAPITOL | ● | ● |
| COMPETITIVE SOURCING | ● | ● |
| FINANCIAL PERFORMANCE | ● | ● |
| E-GOVERNMENT | ● | ● |
| BUDGET AND PERFORMANCE INTEGRATION | ● | ● |

**AFRH** has made significant progress in each of the five initiatives under the President's Management Agenda (PMA). The PMA uses a scorecard which employs a simple traffic light grading system common today in well-run businesses: green for success, yellow for mixed results, and red for unsatisfactory. Scores are based on five standards for success defined by the President's Management Council and discussed with experts throughout government and academe, including individual fellows from the National Academy of Public Administration.

AFRH has not entered its deliverables officially as part of the PMA. A self-assessment was done as of September 30, 2004 for AFRH. The following pages provide a brief description of each initiative, the current status of the management program, and explanations of our progress to get to green as AFRH implements the PMA with the ultimate goal of improving performance and providing better service.

**THE MEANING OF GRADES FOR STATUS AND PROGRESS**

Under each of the five standards, status is green if it meets all of the standards for success, yellow if it has achieved some but not all of the criteria, and red if it has even one of any number of serious flaws.

**DESIGNATIONS OF PROGRESS ARE DEFINED AS FOLLOWS:**



**GREEN**

Implementation is proceeding according to plans



**YELLOW**

Some slippage or other issues requiring adjustment by the agency in order to achieve the initiative objectives on a timely basis



**RED**

Initiative in serious jeopardy. Unlikely to realize objectives absent significant management intervention.

MANAGEMENT'S DISCUSSION AND ANALYSIS

---

● **PROGRESS**    **Strategic Management of Human Capital**    ● **STATUS**

---

*"Never discourage anyone...who continually makes progress, no matter how slow."*
—Plato

**BACKGROUND**

The PMA requires agencies to implement a comprehensive Human Capital Plan that is fully aligned with the agency's mission, strategy, and goals. The Human Capital Plan should include metrics, succession planning, leadership accountability, and plans for continuous improvement.

**STATUS**

In 2004, AFRH underwent a tremendous change in staffing. As part of our strategic efforts in Human Capital Management, we assessed staffing levels for excessive layering and identified a significant number of positions for elimination or competitive sourcing, resulting in a reduction-in-force. During this transitional period, focus was put on other initiatives to reduce costs first. Even so, full-time equivalent positions had to be reduced dramatically from 683 to 549 by the end of Fiscal Year 2004. That being said, because the strategic human capital plan was only initiated in Fiscal Year 2004, the status in this area is "red."

**PROGRESS**

In Fiscal Year 2004, AFRH began development of the AFRH Performance Plan. The plan flows directly from the AFRH campus Business Plans, which are in turn linked to the AFRH Strategic Plan. The AFRH Performance Plan relates to the criteria for successful human capital management as defined by the PMA, as well as the themes used by Office of Personnel Management and the criteria used by Office of Management and Budget.

Those themes/criteria are as follows:

| THEME | AFRH INITIATIVE |
|---|---|
| STRATEGIC ALIGNMENT | AFRH aligns all human capital goals to support the AFRH vision and accomplish the AFRH goals and objectives. |
| STRATEGIC COMPETENCIES | AFRH recruits and retains a diverse workforce competent to accomplish its mission. |
| LEARNING | AFRH promotes a learning culture of continuous process improvement. |
| PERFORMANCE CULTURE | AFRH focuses on results and motivates and rewards employees. |
| LEADERSHIP | AFRH cultivates its leaders to inspire, motivate, and guide others toward their goals. |

Because work is still continuing on the AFRH Performance Plan, the progress score for this category is "yellow."



● **PROGRESS**          **Competitive Sourcing**          ● **STATUS**

## BACKGROUND

PMA cites the use of the A-76 process as a way to improve agency performance by inviting public/private competition for an agency's commercial activities or functions. ARFH actively engaged in this activity in Fiscal Year 2004 by contracting with Management Analysis, Incorporated to conduct A-76 studies in several strategic areas.

## STATUS

AFRH completed seven competitive sourcing studies (six of which were categorized as Streamlined and one as Standard). Collectively, the competitive sourcing opportunities studied will generate approximately $12.6 million in savings over five years.

The A-76 studies that AFRH commissioned included the following:

## WASHINGTON CAMPUS



| | |
|---|---|
| Transportation and Refuse Removal | Savings of $485K over 5 years |
| Grounds Maintenance/Snow Removal | Savings of $974K over 5 years |
| Facility Maintenance | Savings of $1.1M over 5 years |
| Security | In-house award |
| Dining Services | Savings of $10M over 5 years |

The A-76 studies that AFRH commissioned included the following:

## GULFPORT CAMPUS



| | |
|---|---|
| Security | In-house award |
| Facility Maintenance | In-house award |

AFRH has achieved "green" in competitive sourcing, because the agency has completed the required number of sourcing competitions for Fiscal Year 2004.

## PROGRESS

Progress on AFRH's competitive sourcing is "green" with a focus on achieving savings in as many areas as possible. In Fiscal Year 2004, our one Standard competition was started in January 2004 and completed in September 2004, well within the required 12-month timeframe. All six of our Streamlined competitions were completed within a 90-day timeframe. No publicly announced Standard and Streamlined competitions were cancelled.

MANAGEMENT'S DISCUSSION AND ANALYSIS

---

● **Improved Financial Performance** 
PROGRESS                                                           STATUS

---

*"Not everything that counts can be counted, and not everything that can be counted counts."*

—Albert Einstein, on a sign hanging in his office at Princeton

## BACKGROUND

To meet their fiduciary responsibilities, agencies must comply with a variety of applicable laws and regulations. For example, they must meet financial deadlines, comply with the Federal Financial Management Improvement Act, produce accurate financial information on demand, and routinely assess the performance and financial information managers use to make daily decisions. In addition, agencies must avoid having any chronic or significant Anti-Deficiency Act Violations, material internal control weaknesses, and material non-compliance with laws or regulations in annual accountability reports.

## STATUS

As the AFRH Trust Fund balance is central to the financial equilibrium and survival of AFRH, the institution has aggressively moved toward an improved financial state. AFRH is meeting its financial deadlines, working to comply with all relevant regulations, and producing financial information on demand, but our first audit under the CFO act will be completed in Fiscal Year 2005.

On April 1, 2004, the AFRH outsourced the accounting function to the Bureau of Public Debt's (BPD) Administrative Resource Center (ARC). We also outsourced our contracting effort to the ARC in the last quarter of the fiscal year. At that point, we began to work with our accounting and contracting office at ARC to develop a statement of work, and to initiate contractual efforts for an audit of our Fiscal Year 2004 Financial Statements. We requested a quote and subsequently received a proposal from only one company. A delivery order was awarded to that company. Then on October 8th the company notified us that they had misunderstood the requirements and would not be able to meet the contract timeline of November 15, 2004. Their inability to meet the contract requirements was a primary reason we were unable to meet the time frame for our audit; and at that point, there was not enough time to secure another audit firm to meet OMB's due dates.

Although we were unsuccessful in conducting an audit of our Fiscal Year 2004 Financial Statements, despite our best efforts to do so, we have nonetheless made many positive changes to improve our financial management and our ability to produce financial statements. We obtained the Oracle Federal Financials accounting system as a result of our outsourcing of business services to ARC. This system is Joint Financial Management Improvement Plan (JFMIP) certified, and includes the PRISM procurement system, which is integrated into the accounting system. We have also implemented a property management system with ARC, and are migrating to eTravel, which both feed into the financial accounting system. These are just a few of the benefits that we have received through this outsourcing agreement.

Consequently, in Financial Performance, AFRH is "red."

## PROGRESS

AFRH transferred its accounting functions to the BPD ARC as of April 2004 to ensure its compliance with all required accounting functions and applicable laws. This move made AFRH compliant under the JFMIP. Under BPD, managers have access to their individual accounting sheets and balances of their funds at their desktops. This access allows them for the first time to know what their spending is on a daily basis.

AFRH increased the AFRH Trust Fund balance from $94 million in Fiscal Year 2003 to $118 million in Fiscal Year 2004, due to sound financial stewardship and the completion of the sale of portions of the agency's real estate assets.

Because work is continuing and AFRH has only started developing the audit functions, progress is "yellow."

 **PROGRESS**

## Expanded Electronic Government

 **STATUS**

## BACKGROUND

The AFRH has a staff of approximately 549 employees working at the Washington D.C. and Gulfport facilities. Of these, roughly 400 have regular interaction with AFRH Information Technology (IT) Staff, and perform major parts of their day-to-day work using a variety of technologies.

Like many agencies that face the ongoing challenge of keeping pace with technology, AFRH must continually seek ways to use technology efficiently to fulfill its mission. And, like many other agencies, AFRH has recently had to make difficult decisions about how to best leverage its investment in IT.

## RESPONDING TO THE PRESIDENT'S MANAGEMENT AGENDA

The PMA requires a modernization blueprint for Expanded Electronic Government (E-Gov) that focuses on IT investments in important agency functions and that defines how those functions will be measurably improved. For a "green" in E-Gov, acceptable business cases must address such areas as: security, measures of success, program management, risk management, as well as cost, schedule, and performance goals for all major systems.

Additional requirements for a "green" rating in E-Gov are that levels of cost and schedule must be on target, and there must be no overruns and shortfalls greater than 10%. Agencies must contribute to and participate in three of the four categories of E-Gov initiatives rather than creating redundant or agency-unique IT projects. To meet the mandates of the PMA, AFRH conducted an IT assessment and needs analysis in the fall of 2003, the results of which are described below.

## STATUS

AFRH has made enormous strides in E-Gov initiatives. However, as work in this area is not yet complete, the status is "yellow."



MANAGEMENT'S DISCUSSION AND ANALYSIS

## PROGRESS

AFRH is "green" in progress in E-Gov because of the significant work it has done in this area, as described below.

The results of the 2003 IT assessment and needs analysis showed that AFRH's IT platform was fragmented, outdated, out of alignment with the organization's business operations, and unable to meet the increasing demands of federal mandates such as Health Insurance Portability and Accountability Act of 1996 (HIPAA), JCAHO, and E-Gov. The Washington D.C. and Gulfport locations operated largely as independent entities, often having completely separate approaches to technology, business systems, and operational policies.

This fragmented approach to IT meant that there were two completely separate networks, each with aging servers running outdated software and with completely separate support staff. A manual effort was required to merge the information from both sites into management reports to show agency level information. As a result, many of the business processes were redundant and inefficient.

One of the most important results of the study was the creation of a strategic vision for AFRH's technologyplatform that would create business alignment with the agency's mission, take an enterprise approach to implementing technology, and make AFRH a consumer rather than an owner of technology.

The major elements of AFRH's business and technology vision are to develop and utilize:

- Defined business strategy and objectives
- Defined missions and visions for each department
- Performance metrics
- Planned/prioritized technology projects mapped to business objectives
- Migration to enterprise web-based applications
- Detailed IT processes and procedures

In accordance with these goals, AFRH has been working to create a single agency with different campus locations, having a single set of standards, policies, and procedures, eliminating duplication, establishing web-based enterprise systems, and minimizing in-house IT services. The core business of AFRH is running the Premier Retirement Community for America's Veterans—not managing telephone switches, servers, and wide area networks.

The pace of change in technology is reducing the time between technology adoption and obsolescence to the point that it makes sense to lease technology rather than own it. This is



especially true with multi-million dollar investments, such as Private Branch Exchange (PBX) switches. In addition, it makes more sense to utilize industry best practices and industry standard software than to create and maintain an environment that will become obsolete and require a major overhaul every few years.

By utilizing Commercial Off-the-Shelf (COTS) products, AFRH will not only receive annual updates, but will also gain the benefits of enhancements brought about by the demands of a much broader community of users. Additionally, by outsourcing applications, AFRH not only eliminates the need for on-site infrastructure but also the maintenance and continuity of service tasks that go along with that infrastructure (e.g., maintenance, upgrades, disaster recovery, and other processes).

## SOME EXAMPLES OF AFRH'S RECENT SUCCESS TOWARD ACHIEVING THESE GOALS INCLUDE:

PERSONNEL AND PAYROLL SYSTEMS - AFRH has successfully consolidated its previously separate Payroll and Personnel Systems and transferred them to the National Finance Center, which provides web-based interfaces, reduced overall costs of ownership, enhanced reporting capabilities, and an improved level of service.

DINING SERVICES - rather than having two separate systems to manage dining services, AFRH has migrated to the Computrition system at both locations. This provides continuity and ease-of-use through a web-based interface and has lowered overall costs for providing dining services.

ACCOUNTING - AFRH has converted from an obsolete, internally developed and maintained system to a web-based service from the Bureau of Public Debt, which provides a system that is compliant with JFMIP, with enhanced functionality and integration with other systems.

EMAIL AND FILE MANAGEMENT - AFRH has migrated from two obsolete internal email systems, which required different email addresses for Gulfport vs. Washington, and server-based file storage, to a web-based, enterprise class system that provides a single email domain for the entire agency as well as web-based file management that is accessible from any location via a web browser.

PROPERTY MANAGEMENT - AFRH has reduced its dependency on an outdated, internally built system by outsourcing the function of property management to the Bureau of Public Debt. This has saved the agency the need to purchase and maintain bar-coding devices and have dedicated personnel to manage this task.

WEBSITE AND INTRANET - AFRH has outsourced the development and maintenance of its public website and intranet to the Bureau of Public Debt, eliminating the need to have dedicated expertise in designing, managing, and operating these systems.

## AFRH ALSO HAS PLANS FOR THE FOLLOWING AREAS:

LOCAL AND WIDE AREA NETWORK - AFRH has designed and is about to implement a high speed network between the two campuses that will consolidate infrastructures between the two campuses and allow Internet access, desktop support, and video conferencing to be shared between the two campuses. In the future, Voice over IP (VOIP) will be deployed on this network to further reduce telecommunications costs.

CAMPUS OPERATIONS - AFRH has signed a contract with DataStream to migrate its MP2 installations to the 7i product, which is a hosted, web-based enterprise solution to campus operations. Previously, any agency level-reporting would have required the manual consolidation of information from multiple standalone systems. This system will handle purchasing, inventory management, work orders, medical equipment inventory and calibration, costing, and productivity management.

RESIDENT INFORMATION SYSTEM - AFRH is about to replace its antiquated and fragmented systems that handle all aspects of capturing and tracking resident information with a hosted, web-based, enterprise-wide industry standard system that will integrate the functions of public affairs, admissions, resident services, finance, medical, and facilities into a single system.

RESIDENT SECURITY SYSTEM -In Fiscal Year 2005 AFRH will upgrade its antiquated, phone-based resident security system with a state-of-the-art wireless system that will enhance resident safety and response time, in addition to allowing the system to be unbundled from the Washington campus' existing PBX, which is reaching the end of its useful life.

MANAGEMENT'S DISCUSSION AND ANALYSIS

**PHONES** - AFRH is in the planning phases of implementing a VOIP telephone system that will eliminate long distance charges between the campuses, enable 4-digit dialing, and eliminate the future need to undertake very expensive PBX upgrades at both campuses.

**VENDOR MANAGEMENT** - AFRH is implementing the policies and procedures to enable active management of its infrastructure through a planned equipment replacement schedule and documented vendor management strategy. This function will provide oversight to the vendors supplying services to the agency and ensure continuity of service by acting as a liaison between the agency and the vendors.



With the completion of these efforts, AFRH will be a consumer of managed services that will be actively managed and measured for efficiency, alignment with business objectives, and cost effectiveness.



● **Budget and Performance Integration** ●
PROGRESS                                           STATUS

*"Character is like a tree and reputation like its shadow. The shadow is what we think of it; the tree is the real thing."*
—Abraham Lincoln

## BACKGROUND

In this PMA initiative, reports that integrate financial and performance information covering all major responsibilities of the agency are examined quarterly to make decisions regarding program management. Strategic plans contain outcome-oriented goals and objectives. The measures identified using the Program Assessment Reporting Tool (PART) are incorporated in performance outcomes.

## STATUS

The PART holds programs to high standards. Simple adequacy or compliance with the letter of the law is not enough. Rather, a program must show it is achieving its purpose and that it is well managed. AFRH's achieved a Moderately Effective rating (the second highest rating possible) under PART for its asset management of AFRH real property. This rating was achieved by selling underutilized real estate at both the Washington and Gulfport campuses to reduce the footprint of AFRH.

The improvements made in Financial Performance have given managers online access to ARC software packages (including PRISM, Discoverer, CitiDirect, and Gov-Trip). These programs facilitate financial management in the most up-to-date, fastest manner possible. Managers can determine quickly and with confidence what impact their decisions have upon their budgets.

The performance link to individual manager accomplishments is under development via the campus Business Plans and the performance management plan. Launched in June 2004, the Business Plans provide clear direction for managers to achieve success in the strategic initiatives. Because the rollout of the performance management plan was not completed in Fiscal Year 2004, the status for budget and performance integration is "yellow."

## PROGRESS

AFRH has been working on several different fronts to integrate budget and performance. At the agency level, the PMA and the PART have been achieving objectives as stated. At the campus level, the Business Plan for each campus has directly linked performance with strategy. Many of the objectives cited in the campus Business Plans have specific measures to be achieved by certain dates. Campus level activities are discussed in detail in later sections.

With comprehensive planning already underway for performance management and links to individual performance, AFRH is successfully strengthening its integration of budget and performance down to the individual staff member. The rollout of the performance management process is expected to be completed during Fiscal Year 2005. Because the plans are well underway, progress is graded at a "yellow."

# FINANCIAL SUMMARY

At the end of Fiscal Year 2004, AFRH prepared its report of financial position and results of operations of the AFRH. Financial statements were not audited, so AFRH is working with Bureau of Public Debt to arrange for timely audits of Fiscal Year 2005 financial statements.

AFRH prepares its financial information from the books and records of AFRH in conformity with accounting principles generally accepted in the United States, and the Office of Management and Budget (OMB) Bulletin No. 01-09, Form and Content of Agency Financial Statements.

## OVERVIEW OF FINANCIAL POSITION

Fiscal Year 2004 was a positive financial period for AFRH. AFRH is in the unique position of maintaining the Armed Forces Retirement Home Trust Fund that collects the monies, which Congress then appropriates annually to AFRH. The AFRH Trust Fund balance rose dramatically in Fiscal Year 2004 to $118 million, from $94 million in Fiscal Year 2003. This increase was the direct result of disposing of property on both the Washington and Gulfport campuses. In Washington, real estate known as the 49 acres was sold to the Catholic University of America for $22.3 million. In Gulfport, two beachfront properties were sold for approximately $1 million. Revenue has consistently risen since Fiscal Year 2002. In Fiscal Year 2004 it rose significantly due to the change in our strategy of leveraging underutilized assets and sources of revenue. Revenue increased due to

resident fees, sale of real estate, and increased fines and forfeitures from active duty soldiers, which collectively put revenue at an all-time high of $92 million. The impetus for change in AFRH was the diminishing resources available in the AFRH Trust Fund starting in the 1990s. That tide has been stemmed. Increases in the Trust Fund balances have been achieved along with decreasing amounts of spending.

## OPPORTUNITIES AND CHALLENGES

Overall, the financial viability of AFRH is improving, and the steps we have taken in Fiscal Year 2004 have already begun solidifying the gains we have made. The dramatic rise in the AFRH Trust Fund in particular is a tremendously positive sign, and one that will continue to provide new options and capabilities to AFRH in years to come.

That being said, there are several challenges and potential threats we must monitor and adapt to. On an internal level, we must continue working to address those parts of our operations that received less than green status in our self assessment. We must also continue to fine-tune our one-model approach to operating our two distinct campuses. And we must remain vigilant to identify new and emerging opportunities for increased cost effectiveness and efficiency wherever they may occur.

On an external level, the entire field of senior living (with all of its subsets), continues to grow more diverse and competitive every day. To continue thriving in this environment, we must ensure that our staff, programs, facilities, and amenities offer as robust and attractive an alternative to potential residents as possible.





# FOSTERING HIGH PERFORMANCE



*"As we express our gratitude, we must never forget that the highest appreciation is not to utter words, but to live by them."*

—John F. Kennedy

At AFRH, the members of our dedicated staff assist with the countless daily activities, large and small, that comprise comfortable and satisfying living for our residents. How well residents cope with life's challenges is due in significant part to the empathy, knowledge, and dedication of each staff member. For these reasons, performance in a place like AFRH is very different from other government agencies, where output or bottom line results are key performance factors. Making people's lives as comfortable and productive as possible is the key performance factor at AFRH, and measuring our success at this task has become the focus of our performance management system.

# INTRODUCTION TO PERFORMANCE

AFRH pursued an aggressive action plan in Fiscal Year 2004 to link the AFRH Strategic Plan to the Business Plan for each campus, culminating in a Performance Management Plan. For several years, the top priority management objective in the Executive Branch of the Government has been to Use performance information to improve program management and make better budget decisions. AFRH has set this priority at the agency level and pushed its implementation to the campuses starting in Fiscal Year 2004.

The AFRH Strategic Plan developed in November 2002 forms the framework for all initiatives on both campuses. AFRH used the concept of the Balanced Scorecard, introduced in the *Harvard Review* in 1992, to develop its strategic direction. The Balanced Scorecard performance management system is used to align AFRH's vision and mission with customer requirements and day-to-day work, manage and evaluate business strategy, monitor operation efficiency improvements, build organization capacity, and communicate progress to all employees. The scorecard shows the financial and customer results, operations, and organization capacity.

Detailed operational plans for FY 2004-2006 were developed in the AFRH Business Plan based on the strategic goals and objectives as set forth in the Strategic Plan. All operational plans are directly mapped to the strategic plan goals and objectives and numbered as shown below for tracking. The corresponding initiatives are pursued by all divisions, but one division is named as the lead for each initiative. The specific actions in those operational plans will appear in individual performance plans. This linkage aligns employees' performance with the agency strategy.









**THE OBJECTIVES MAP TO THE PRESIDENT'S MANAGEMENT AGENDA AS FOLLOWS:**

| STRATEGIC HUMAN CAPITAL MANAGEMENT | COMPETITIVE SOURCING | IMPROVED FINANCIAL PERFORMANCE | EXPANDED ELECTRONIC GOVERNMENT | BUDGET AND PERFORMANCE INTEGRATION |
| --- | --- | --- | --- | --- |
| IBP2.1 | F2.1 | F1.1 | AGENCY LEVEL INITIATIVE | F1.1 |
| IBP2.2 | F2.3 | F1.2 | F2.2 | F1.2 |
| LG1.1 |  | F2.2 |  | F1.3 |
| LG1.2 |  | F2.4 |  | F2.2 |
| LG2.1 |  | F2.5 |  | F2.4 |
| LG2.2 |  | IBP1.2 |  | F2.5 |
| CL1.2 |  | IBP1.4 |  | IBP1.2 |
| CL3.1 |  |  |  | IBP1.4 |

One key piece of performance planning has been to have the correct balance of staff (full-time equivalents, or FTEs) needed to fulfill the mission. AFRH has been pushed over the last several years to streamline the number of employees. Fiscal Year 2004 saw a drop in the number of FTEs aligned with the new strategies. Not only has this focused the staff, but has helped the budget balance.

The vision of the AFRH Performance Management Plan is for AFRH to attract, develop, and maintain a high-performing workforce by expecting, rewarding, and recognizing great individual and team performance. Additionally, the vision incorporates the successful implementation and achievement by AFRH employees of the strategic goals and objectives envisioned in the AFRH Strategic Plan.



FTE Employees, FY 2002-2004



# PERFORMANCE AT AFRH-Gulfport

Striving towards the strategic goals at Gulfport, AFRH has achieved significant results in several areas. However, only one goal out of twenty-six received a status rating of "green." Below are the initiatives that have shown the most progress.

| GOALS AND OBJECTIVES | PROGRESS DESCRIPTION |
|---|---|
| **FINANCIAL GOAL, OBJECTIVE F1.1.** <br> **MAXIMIZE AND RETAIN RESIDENT OCCUPANCY.** <br> Staff Lead: Resident Services | The AFRH-Gulfport campus' superb Resident Services staff ensures that occupancy remains at all-time high levels. AFRH-Gulfport is consistently at full capacity of approximately 600. The mild climate and easy access to one of the world's loveliest beaches attracts many retirees to the Gulfport area. Eligible veterans also find the atmosphere of southern hospitality, combined with excellent facilities, an irresistible choice. Resident Services staff encourages tours, visits, and information sharing to all applicants. Their persistence and effort is reflected in the accomplishment of many of their goals. However, work is ongoing to meet other goals to reduce turnaround time for applications, perform surveys, and implement retention strategies. |
| **FINANCIAL GOAL, OBJECTIVE F2.3.** <br> **INSTITUTIONALIZE A FOCUSED MAINTENANCE APPROACH.** <br> Staff Lead: Campus Operations | Campus Operations leads AFRH-Gulfport in an orderly, successful program to preserve existing systems and facilities and respond to personal service requests of residents, creating a more resident-focused maintenance approach. Campus Operations participated in a streamlined competitive sourcing and beat outside vendors. Their goals to complete inventory reduction, increase customer satisfaction, maintain furniture accountability, reduce inventory by 50%, and review cost effectiveness of contracting for routinely purchased services have had all around success. Focused maintenance has the status of "green." |
| **INTERNAL BUSINESS PROCESSES GOAL, OBJECTIVE IBP1.3.** <br> **STANDARDIZE AND IMPROVE ROOM REPAIR PROCESS WITH METRICS AND PROVEN RESULTS.** <br> Staff Lead: Campus Operations | Campus Operations strives to rehabilitate rooms to a like-new condition in a cost-efficient manner. The process has to work as rapidly as possible with little or no disruption to revenue flow. Rooms in a repaired state enhance the first impression of new residents reporting to AFRH-Gulfport. Campus Operations has created processes and procedures that integrate inventory control and furniture accountability components. |
| **INTERNAL BUSINESS PROCESSES GOAL, OBJECTIVE IBP1.4.** <br> **ESTABLISH EFFECTIVE PROPERTY ACCOUNTABILITY.** <br> Staff Lead: Acquisitions and Logistics Manager | Sorting through numerous property documents and bringing them up to date has been necessary to ensure appropriate spending for required items and to liquidate unneeded items. Accomplishments in this area include the appointment of Accountable Officers for each Service, the baselining of the non-expendable property, the completion of a furniture inventory, the drafting of Directive 4400.1, and inventorying of non-expendable property that has been established as accountable. |
| **CULTURE GOAL, OBJECTIVE CL1.1.** <br> **IMPROVE RESIDENT HEALTH AND WELLNESS THROUGH PROMOTING ACTIVITIES AND INVOLVEMENT OF VOLUNTEERS.** <br> Staff Lead: Resident Services | One area that has seen many accomplishments on both campuses is the volunteer program. The goal is to build and maintain a premier volunteer program. By empowering and fostering partnerships with individuals and groups, employee workload is being decreased. The program uses innovative solutions, industry benchmarks, and best business practices in health and wellness. The volunteer program creates a healthy climate for residents, staff, and community. |

# PERFORMANCE AT AFRH-Washington

AFRH-Washington has different challenges than AFRH-Gulfport, and yet has also shown significant results in key areas. One goal out of twenty-six received a status rating of "green." Below are the initiatives that have shown the most progress.

| GOALS AND OBJECTIVES | PROGRESS DESCRIPTION |
|---|---|
| FINANCIAL GOAL, OBJECTIVE F1.2. **REDUCE SQUARE FOOTAGE REQUIREMENTS AND IDENTIFY POTENTIAL LEASING OPPORTUNITIES OR MORE EFFICIENT USE OF SPACE.** Staff Lead: Director with Campus Operations | AFRH-Washington is a large campus with many unused and underutilized physical spaces. The goal is to increase revenue through leases by preparing facilities for leasing, and to achieve 90% of 610,000 square footage reduction by September 2005. Almost all excess buildings have been identified and emptied and plans have been made for their disposition. This huge, successful project is extremely well-managed and has a status rating of "green." |
| FINANCIAL GOAL, OBJECTIVE F2.1. **EXECUTE POST-COMPETITION ACCOUNTABILITY FOR STREAMLINED AND STANDARD COMPETITIONS PER OMB CIRCULAR NO. A-76.** Staff Lead: Acquisitions and Logistics Manager | As discussed in the section on PMA, Competitive Sourcing, the competitions have been completed. Accountability for these competitions has been established in an orderly and effective manner. Quality Assurance Support Plans are being completed for Facility Maintenance and a process has been established. The accounting for these competitions is a major milestone in achieving strategic goals. |
| INTERNAL BUSINESS PROCESSES GOAL, OBJECTIVE IBP1.4. **ESTABLISH EFFECTIVE PROPERTY ACCOUNTABILITY.** Staff Lead: Director with Campus Operations | In concert with AFRH-Gulfport, AFRH-Washington has accomplished the same goals for property accountability. Accomplishments in this area include the appointment of Accountable Officers for each Service and the completion of Directive 4400.1, which allows for the disposal of property. |
| INTERNAL BUSINESS PROCESSES GOAL, OBJECTIVE IBP1.5. **ESTABLISH PROCESS FOR RESIDENT CARE DURING CONSTRUCTION EFFORTS.** Staff Lead: Director with Campus Operations | AFRH-Washington has a comprehensive Master Plan to improve facilities. This initiative is to provide a definitive process for managing resident care during construction per the Master Plan. Achievements toward this goal include the initial notification provided to residents concerning the upcoming Scott Dental/Optometry renovation. Campus Operations, along with the Safety Officer, has created a standardized Operational Risk Management system for all facilities projects. |
| INTERNAL BUSINESS PROCESSES GOAL, OBJECTIVE IBP 2.2. **ENHANCE COMMUNICATIONS TO IMPROVE TEAMWORK BETWEEN RESIDENTS AND EMPLOYEES AND MEASURE THE COMMUNICATION'S EFFICIENCY AND EFFECTIVENESS.** Staff Lead: Campus Director | AFRH-Washington has made great strides throughout all management areas in communications and teamwork. This goal was to enhance communication from staff to residents by bringing an ombudsman onboard to provide a focal point for Residents to communicate with staff, attending the Resident Advisory Committee meetings, and collecting and distributing comments on various resident issues via an internal TV channel. Responses in a timely manner have been achieved as well as posting questions and answers on a shared folder available to all staff. |
| CULTURE GOAL, OBJECTIVE CL1.1. **IMPROVE RESIDENT HEALTH AND WELLNESS THROUGH PROMOTING ACTIVITIES AND INVOLVEMENT OF VOLUNTEERS.** Staff Lead: Resident Services | The number and quality of volunteer opportunities and programs have increased substantially in the past year at AFRH-Washington. Fifteen volunteer job descriptions were written and approved. Hundreds of opportunities for volunteers have been available and widely attended and staffed. Numerous new organizations have flocked to the campus to help in a variety of ways from recreation to communication and assistance to residents. |

# PROVIDING OPPORTUNITIES FOR ACTIVE LIFESTYLES



*"The Wood Hobby Shop is the best. We've got everything we need to work on just about any type of project. You couldn't ask for anything better".* ----Resident Alonzo W. Dick

**AFRH** is a model retirement community, complete with facilities and services conveniently located in Gulfport, MS and Washington, DC. Our outstanding services and amenities rival those found throughout the United States, but without costly initiation or registration fees, and with affordable monthly fees. At the Armed Forces Retirement Home, our residents enjoy comfortable rooms with three delicious meals provided in spacious dining rooms. On both campuses, a full service bar and lounge with large-screen televisions are available for residents. Also, residents have use of extensive print, audio, and video libraries as well as state-of-the-art, 24-hour fitness facilities. A main feature of the homes is the availability of accredited assisted living and long-term health care facilities in Washington, and on both campuses pharmacy, clinical, and dental services on site. Both campuses are gated communities with their own security forces. All these amenities give each campus a small town atmosphere with multi-denominational chapels, mail room, and financial institutions.

# RESIDENT SERVICES: STRATEGIC GOALS AND PERFORMANCE MEASURES

Resident Services has the wellness focus of the comprehensive health and wellness strategic initiative. From providing leisure activities such as sports and arts, to mind-stimulating opportunities using computers, library books, and videos, Resident Services has a large responsibility to fulfill the vision of an active lifestyle for residents.

The strategic focus in the transitional Fiscal Year 2004 focused on some very specific goals. Daily business must continue, but the strategic imperatives had to be worked. Those initiatives were as follows:

**FINANCIAL MEASURES. F1.1.** Maximize and retain resident occupancy.
The most crucial financial goal is to increase revenue. Boosting resident occupancy translates to increased for the AFRH Trust Fund. AFRH-Gulfport maintains almost full occupancy, while AFRH-Washington struggles with an excess of 200 rooms. After a year-long struggle with little change in population, the new target for AFRH-Washington is to achieve 100+ net residents (from 1,003 to 1,103) by September 2005. To meet this goal, AFRH-Washington has focused on its admissions process, resident satisfaction surveys, increasing customer services skills, enhancing communications between the admissions team and all affected service divisions, and increasing a sense of urgency for all employees to recruit and retain residents.

**CUSTOMER MEASURES. C2.1.** Enhance and expand resident outreach (community) programs.
The measure of the Outreach program is the number of agencies that partner with AFRH to broaden the services we offer our residents and enhance community friendships and bonds. AFRH has set targets for agency partnerships with governmental agencies, the military,

veteran service organizations, and civilian groups that have been met and exceeded for Fiscal Year 2004. The key is to retain these partnerships and measure the satisfaction that residents derive from these programs.

**LEARNING AND GROWTH MEASURES. LG2.1.** Develop and execute an initiative annually.
Resident Services has to add to the communication and learning of staff and residents through an initiative particular to its function. In Fiscal Year 2004, Resident Services set as its measure to implement a new admissions process, build internal and external volunteer programs, and improve the process of morning wellness checks through technology. These measures were met partially and will continue as initiatives through the next fiscal year.

**LG2.2.** Submit to the Agency articles annually for publication in various sources.
The measure was for one article for the year and it was met by both campuses in the *AFRH-Communicator.*

**CULTURE MEASURES. CL 1.1.** Improve resident health and wellness through promoting activities and involvement of volunteers.
Measures included obtaining an exact number of contacts for local high schools, colleges and universities for partnership opportunities, local community and military volunteer coordinators, military bases and Veteran Service Organizations. Other annual measures included attracting 50 new volunteers, creating two new mentorship programs with local community groups, and developing systems for soliciting and gathering employee, resident, and community feedback. AFRH has met and exceeded this goal and has established new stretch goals for Fiscal Year 2005.

# GIVING SPECIALIZED CARE IN A SAFE ENVIRONMENT



*"And in the end it's not the years in your life that count. It's the life in your years."*

—Abraham Lincoln

Both AFRH campuses provide fine healthcare for the residents. At Gulfport, our accredited on-site medical facility provides pharmaceuticals and quality clinical and dental services at no additional cost to residents. AFRH-Gulfport has 48 long-term care beds for primary, intermediate, and advanced healthcare, as well as 50 assisted living beds, with plans to increase the Home with 64 new units. In addition, the Home operates shuttle buses several times daily to surrounding hospitals and medical centers, Keesler Air Force Base, two Veterans Affairs centers, and several civilian medical facilities in the immediate area.

At AFRH-Washington, our policy is that every resident, regardless of financial ability, will receive top-rated long-term care when needed. Our on-site 200-bed King Health Center for primary, intermediate, and skilled health care is JCAHO-accredited, and plans are underway to convert Independent Living beds in the Scott Building to Assisted Living. Physical, occupational, and recreational therapists and speech-language pathologists work with residents at the Center. In addition, AFRH-Washington provides scheduled daily transportation to surrounding hospitals, including Walter Reed Army Medical Center and the Washington DC Veterans Affairs Medical Center.

# HEALTHCARE SERVICES: STRATEGIC GOALS AND PERFORMANCE MEASURES

In supporting the comprehensive health and wellness strategic initiative, Healthcare Services has traditionally had a strong focus on residents' health. In the past fiscal year, the agency took major steps to enrich and broaden the services it offers to promote resident wellness. From dental and pharmaceutical services to long-term care, Healthcare Services delivers many critical services for residents, and expenses in this area tend to comprise a large portion of the AFRH budget.

Our strategic focus in Fiscal Year 2004 was on some very specific goals. Because of the vital nature of Healthcare Services' operations and programs, it was essential that while staff initiated new programs to address strategic challenges, daily business continue. New initiatives included:

**FINANCIAL MEASURES. F2.5.** Establish a comprehensive insurance coverage program and electronic fund transfer capabilities for our residents, with metrics and proven results.

Healthcare costs for residents who did not have insurance coverage were cited as a major expenditure of funds that had to be addressed. Healthcare Services and Resident Services worked in tandem to tackle this problem. Together, the two operating units enrolled 570 in-patients in Tricare for Life, tracked the top 100 most expensive medications, and developed and implemented a process to require all residents to have insurance coverage before in-processing. Coordination efforts between local hospitals and VA centers were stepped up to better manage pharmaceutical costs.

**CUSTOMER MEASURES. C3.1.** Standardize and improve levels of care for residents through assessment of health and wellness. (Note: these 2 objectives have the same operational plans, although they fall under different areas.)

**CULTURE MEASURES. CL 2.1.** Maintain an accurate cross-campus health and wellness model

During Fiscal Year 2004, the major thrust in this critical area was to ensure levels of care assessments were done in timely manner. Besides monitoring operational consistency, the initiative also introduced and facilitated increased resident involvement in their own care. New forms for Falls and Psychosocial Assessments were developed and introduced, and 100% of discharge planning and community health assessments were completed. Levels of care were matched between both campuses, for the first time. Medication reviews were completed via NeighborCare, the new pharmaceutical supplier that began serving AFRH residents in April 2004. In addition, every member of our staff attended classes in medication error reduction, pain assessment, and diabetes management.

**INTERNAL BUSINESS PROCESS. IBP1.1.** Provide healthcare more effectively and efficiently.

The focus in this initiative is eventually to make contracted physicians the primary providers of care, and thereby increase revenue. During Fiscal Year 2004, AFRH laid the groundwork needed to accomplish this goal, and has already realized many gains in efficiency and effectiveness as a result.

Additional achievements included obtaining licensure information for physicians, planning for new Ophthalmology, Dental, Ambulatory Care Clinics in the residential Scott Building, hiring a Nurse Practitioner and an additional Dietician for Independent Living, and starting our first Pulmonary program. We also provided services in our Restorative Ambulation and Restorative Nursing programs, and instituted a new diabetic teaching program. Last, we established new contracts for Rehabilitation, Phlebotomy, and Radiology, and converted a 50-bed unit in the LaGarde building to Assisted Living.

**INTERNAL BUSINESS PROCESS. IBP1.2.** Provide more efficient and cost effective medication administration and delivery.

As medication costs skyrocketed, AFRH aggressively pursued a more efficient, more cost effective medication program to decrease medication errors and to meet JCAHO standards. The decision was to contract the Pharmacy to an outside provider to be solely responsible for the delivery of medications to Assisted Living and Long Term Care residents. The end result is that residents are now receiving fewer medications, nurses are ordering medications in a more timely fashion, and documentation and medication assessment is improved. The billing is now completed through resident insurance. The Washington campus contracted successfully with NeighborCare during Fiscal Year 2004. The Gulfport campus will contract with an outside source by early 2005. Training for staff and implementation of the program was at 100% for both.

**LEARNING AND GROWTH MEASURES. LG2.1.** Develop and execute an initiative annually.

The initiatives in Healthcare included contracting out physicians and transferring the pharmacy function to an outside source.

**LG2.2.** Submit to the Agency articles annually for publication in various sources.

The measure was for one article for the year and it was met by both campuses in the *AFRH-Communicator.*

# CAMPUS OPERATIONS: STRATEGIC GOALS AND PERFORMANCE MEASURES

Campus Operations has focused on the physical plant of both campuses. Having a safe environment for residents includes safety within the buildings, transportation, and on the grounds.

The strategic focus in the transitional Fiscal Year 2004 addressed several specific goals. It was important that life and work on the campuses continue as usual, even while strategic initiatives were introduced. These initiatives were so successful that they were included in the campus performance as well as here:

**FINANCIAL MEASURES. F2.3.** Institutionalize a focused maintenance approach.
The initiative was undertaken to reduce cost of operations for maintaining facilities, and to implement consistent, appropriate levels of service provided in a timely and cost effective manner.

Campus Operations leads AFRH-Gulfport in an orderly, successful program to preserve existing systems and facilities and respond to personal service requests of residents, creating a more resident-focused maintenance approach. Campus Operations beat outside vendors in a streamlined competitive sourcing. Their goals are to complete inventory reduction, increase customer satisfaction, maintain furniture accountability, reduce inventory by 50%, and review cost effectiveness of contracting for routinely purchased services have had all around success. At AFRH-Washington, a contracted outside source began operation in January 2004.

**INTERNAL BUSINESS PROCESS MEASURES. IBP 1.3.** Standardize and improve room repair process with metrics and proven results.

To enhance the first impression on new residents, AFRH realized the need for rapid turnaround of vacant rooms for new occupancy. AFRH-Gulfport needs to have a vacant room repaired and ready for furniture within a three (3) day timeframe because of the facility's resident capacity. AFRH-Washington also needs to rehabilitate rooms to a like-new condition in a cost efficient manner as rapidly as possible with little or no disruption to revenue flow as possible. Procedures for room readiness and furniture inventory control have been developed. Room repair is identified as part of the ongoing work in facilities maintenance.

**LEARNING AND GROWTH MEASURES. LG2.1.** Develop and execute an initiative annually.
Focus in Campus Operations has been on the room readiness and facilities maintenance areas with some progress made during Fiscal Year 2004.

**LG2.2.** Submit to the Agency articles annually for publication in various sources.
The measure was for one article for the year and it was met by both campuses in the *AFRH-Communicator*. Campus Operations also published articles in *Dog Fancy* magazine and the Gulfport area *Sun Herald*.



# ACHIEVING FINANCIAL INTEGRITY



*"The highest use of capital is not to make more money, but to make money do more for the betterment of life."*
—Henry Ford

AFRH exists to take care of America's eligible veterans. Year after year veterans grow older and more in need of AFRH's services. The money to take care of them has to be managed effectively so the services will be there when most needed.

# LETTER FROM THE CHIEF FINANCIAL OFFICER



**FISCAL YEAR 2004 ANNUAL PERFORMANCE AND ACCOUNTABILITY REPORT**

It is my pleasure to present the Armed Forces Retirement Home's financial statements for Fiscal Year 2004. This past fiscal year was a transitional period for AFRH, in several dimensions. From a financial perspective, the strategies we developed in the previous year are on track and helping us move forward. We were confident that our changes would improve our bottom line—and we succeeded! We worked smarter, and we produced better results.

As this report explains, in the past fiscal year we continued in our transition from an agency that "survives" to one that "thrives." In planning and implementing this transition, we were guided by the President's Management Agenda (PMA). The PMA presents recommendations and guidance on a broad variety of functions that together improve an agency's cost effectiveness. Just as important, PMA presents a clear path toward improving an agency's ability to fulfill its mission efficiently.

As a result of the various financial and organizational decisions we made in the past fiscal year, we collected $92 million in revenue - the highest amount in our recent history. At the same time, we succeeded in reducing expenses with a balanced combination of alterations to our operations. These changes included transferring certain business functions to other agencies, greater efficiencies brought about by improved business processes and innovative changes to the way we use

information technology, and more. In addition, with the sale of acreage from both of our campuses, we converted underutilized assets into a healthier Trust Fund balance. In the process, we also significantly reduced associated operating costs for our properties in such areas as facilities and grounds management, power and utilities, and snow removal. We also conducted several studies of additional functions for outsourcing, which point to even greater cost savings in the near future.

These changes are helpful in their own right. But more importantly, they all add up to improvements in what we regard as our real bottom line: our ability to provide quality care to our residents and a safe, resident-centered community environment.

The accomplishments of the past fiscal year bode well for our continued financial health—and therefore the ability of our residents to continue to thrive in our communities. What's more, the strategic decisions and commitments we have made will continue to improve our financial viability in the years to come.

*Steven D. McManus*

Steven G. McManus
*Chief Financial Officer*
*Armed Forces Retirement Home*

FINANCIAL SECTION

# PRINCIPAL FINANCIAL STATEMENTS

## ARMED FORCES RETIREMENT HOME BALANCE SHEET

AS OF SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 |
|---|---|
| **ASSETS** | |
| Intragovernmental | |
| Fund Balance With Treasury (Note 1) | $   6,741,059 |
| Investments (Note 2) | 114,815,789 |
| Accounts Receivable (Note 3) | 1,850,099 |
| Total Intragovernmental | 123,406,947 |
| Accounts Receivable (Note 3) | 160,413 |
| General Property, Plant and Equipment, Net  (Note 4) | 86,902,106 |
| Total Assets | $210,469,466 |
| **LIABILITIES** | |
| Intragovernmental | |
| Unfunded FECA  (Note 5) | $   1,583,697 |
| Other (Note 5) | 264,615 |
| Total Intragovernmental | 1,848,312 |
| Accounts Payable (Note 5) | 1,324,554 |
| Other (Note 5) | 3,770,864 |
| Total Liabilities | 6,943,730 |
| **NET POSITION** | |
| Cumulative Results of Operations | 203,525,736 |
| Total Net Position | $203,525,736 |
| Total Liabilities and Net Position | $210,469,466 |

The accompanying notes are an integral part of these statements.



## ARMED FORCES RETIREMENT HOME STATEMENT OF NET COST

FOR THE YEAR ENDED SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 |
|---|---|
| **PROGRAM COSTS** | |
| Intragovernmental Gross Costs | $ 8,074,660 |
| Less: Intragovernmental Earned Revenue | (3,875,287) |
| Intragovernmental Net Costs | 4,199,373 |
| Gross Costs With the Public | 68,984,361 |
| Less: Earned Revenues From the Public | (13,946,506) |
| Net Costs With the Public | 55,037,855 |
| Total Net Cost | 59,237,228 |
| Costs Not Assigned To Programs | - |
| Less Earned Revenues Not Attributable To Programs | (21,075,680) |
| Net Cost Of Operations | $ 38,161,548 |

The accompanying notes are an integral part of these statements.

## ARMED FORCES RETIREMENT HOME STATEMENT OF CHANGES IN NET POSITION

FOR THE YEAR ENDED SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 Cumulative Results Of Operations |
|---|---|
| Beginning Balances | $188,165,867 |
| Prior Period Adjustments |  |
| Beginning Balances, as Adjusted | 188,165,867 |
|  |  |
| Budgetary Financing Sources |  |
| Nonexchange Revenue | $ 50,145,519 |
| Donations and Forfeitures of Cash and Cash Equivalents | 953,073 |
|  |  |
| Other Financing Sources |  |
| Imputed Financing from Costs Absorbed by Others | 2,422,825 |
| Total Financing Sources | $ 53,521,417 |
|  |  |
| Net Cost of Operations | 38,161,548 |
|  |  |
| Ending Balance | $203,525,736 |

The accompanying notes are an integral part of these statements.

## ARMED FORCES RETIREMENT HOME STATEMENT OF BUDGETARY RESOURCES

FOR THE YEAR ENDED SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 |
|---|---|
| **BUDGETARY RESOURCES** | |
| Budget Authority: | |
| Appropriations | $70,093,141 |
| Unobligated Balance | |
| Beginning of Period | 22,887,730 |
| Spending Authority from Offsetting Collections | |
| Earned | |
| Collected | 4,739 |
| Anticipated for Rest of Year, Without Advances | - |
| Subtotal | 92,985,610 |
| Recoveries of Prior-Year Obligations | |
| Actual | 4,379,861 |
| Temporarily Not Available | (385,146) |
| Total Budgetary Resources | $96,980,325 |

## STATUS OF BUDGETARY RESOURCES

|  |  |
|---|---|
| Obligations Incurred | |
| Direct | $76,318,803 |
| Reimbursable | - |
| Subtotal | 76,318,803 |
| Unobligated Balance | |
| Apportioned | 20,661,522 |
| Unobligated Balance Not Available | |
| Total Status of Budgetary Resources | $96,980,325 |

The accompanying notes are an integral part of these statements.

## ARMED FORCES RETIREMENT HOME STATEMENT OF BUDGETARY RESOURCES

FOR THE YEAR ENDED SEPTEMBER 30, 2004
(In Dollars)

|  | 2004 |
|---|---|
| **RELATIONSHIP OF OBLIGATIONS TO OUTLAYS** | |
| Obligated Balance, Net, Beginning of Period | $12,437,249 |
| Obligated Balance, Net, End of Period | |
| Undelivered Orders | (12,595,019) |
| Accounts Payable | (3,563,243) |
| Outlays | |
| Disbursements | 68,217,929 |
| Collections | (4,739) |
| Subtotal | 68,213,190 |
| Less: Offsetting Receipts | - |
| Net Outlays | $68,213,190 |

The accompanying notes are an integral part of these statements.

## ARMED FORCES RETIREMENT HOME STATEMENT OF FINANCING

FOR THE YEAR ENDED SEPTEMBER 30, 2004

(In Dollars)

|  | 2004 |
|---|---|
| **Resources Used to Finance Activities** | |
| Budgetary Resources Obligated | |
| Obligations Incurred | $76,318,803 |
| Less: Spending Authority from Offsetting Collections and Recoveries | (4,384,601) |
| Obligations Net of Offsetting Collections and Recoveries | 71,934,202 |
| Other Resources | |
| Imputed Financing from Costs Absorbed by Others | 2,422,825 |
| Net Other Resources Used to Finance Activities | 2,422,825 |
| | |
| Total Resources Used to Finance Activities | 74,357,027 |
| | |
| **Resources Used to Finance Items not Part of the Net Cost of Operations** | |
| | |
| Change in Budgetary Resources Obligated for Goods, Services and Benefits Ordered But Not Yet Provided | (1,549,904) |
| Budgetary Offsetting Collections that Do Not Affect Net Cost of Operations | (48,105,347) |
| Resources That Finance the Acquisition of Assets | 4,609,759 |
| Total Resources Used to Finance Items Not Part of the Net Cost of Operations | (45,045,492) |
| | |
| Total Resources Used to Finance the Net Cost of Operations | 29,311,535 |
| | |
| **Components of the Net Cost of Operations That will not Require or Generate Resources in the Current Period** | |
| Components Requiring or Generating Resources in Future Periods: | |
| Increase in Annual Leave Liability | 1,796,790 |
| Other | 315,857 |
| Total Components of Net Cost of Operations That will not Require or Generate Resources in the Current Period | 2,112,647 |
| | |
| Components Not Requiring or Generating Resources: | |
| Depreciation and Amortization | 6,755,867 |
| Other | (18,501) |
| Total Components of Net Cost of Operations That will not Require or Generate Resources | 8,850,013 |
| | |
| **Net Cost of Operations** | $38,161,548 |

The accompanying notes are an integral part of these statements.

FINANCIAL SECTION

# NOTES TO THE FINANCIAL STATEMENTS

## NOTE 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### A. Reporting Entity

The Armed Forces Retirement Home (AFRH) was incorporated on November 1, 1991, by section 411(a) of 24U.S.C. The AFRH is an independent agency in the executive branch of the Federal Government. The AFRH has two facilities. One is located in Washington, D.C. and the other is located in Gulfport, MS.

The mission of the Armed Forces Retirement Home is to fulfill our Nation's commitment to provide care through a comprehensive range of services for America's Armed Forces Veterans. We support our residents' independence, dignity, distinction, heritage, and future of continued life-enriching experiences. Together, the AFRH family of residents and staff create a place of caring and continual learning. We are committed to providing the best housing and support services possible and creating a true community of accomplished, independent residents, who are free to explore their talents, pursue their interests, and follow their dreams.

In performing its mission, the AFRH interacts with many Federal Agencies and/or private organizations. Our primary partnerships are with the Office of Management and Budget, the Department of Defense, the Department of Treasury (Bureau of Public Debt), the Department of Agriculture (National Finance Center), the General Services Administration, the Smithsonian, U.S. VETS, the Catholic University of America, and the Washington Hospital Center.

The 1991 Defense Authorization Act created an Armed Forces Retirement Home Trust Fund (Trust Fund). Governed by limitations determined annually by the U.S. Congress, the Trust Fund is used to finance operating expenses as well as capital expenditures of the AFRH on an annual and no year basis.

### B. Basis of Presentation

These financial statements are provided to meet the requirements of the Accountability of Tax Dollars Act of 2002. The statements consist of the Balance Sheet, Statement of Net Cost, Statement of Changes in Net Position, Statement of Budgetary Resources, and Statement of Financing.

These financial statements have been prepared to report the financial position and results of operations of the AFRH. These statements were prepared from the books and records of AFRH in conformity with accounting principles generally accepted in the United States, and the Office of Management and Budget (OMB) Bulletin No. 01-09, Form and Content of Agency Financial Statements.

### C. Basis of Accounting

Transactions are recorded on an accrual accounting basis and a budgetary basis. Under the accrual method, revenues are recognized when earned and expenses are recognized when liabilities are incurred, without regard to receipt or payment of cash. Budgetary accounting measures the appropriations and consumption of budget authority and other budgetary resources and facilitates compliance with legal constraints and controls over use of Federal funds.

To assist OMB in recommending and publishing comprehensive accounting standards and principles for agencies of the Federal Government, the Secretary of the Treasury, the Comptroller of the United States, the Director of OMB, and the Joint Financial Management Improvement Program established the Federal Accounting Standards Advisory Board (FASAB) in 1990. The American Institute of Certified Public Accountant's Council designated FASAB as the accounting standards authority for Federal government entities.

### D. Exchange Revenue, Non-Exchange Revenue, and other Financing Sources

#### EXCHANGE REVENUE

Exchange revenues are inflows of resources to a government entity that the entity has earned. Exchange revenue is derived from the rendering of services, the sale of resources, and the use by others of entity assets yielding interest or dividends.

The AFRH's exchange revenue consists primarily of resident fees, rental income, subsistence for food service employees, custodial services, meal tickets, and interest earned on Treasury securities. Revenue from resident fees is recognized when services are provided and is invested for future funding requirements.

#### NON-EXCHANGE REVENUE

Non-Exchange revenues are inflows of resources the government demands or receives by donation. Such revenue is recognized when a specifically identifiable, legally enforceable claim to resources arises, to the extent that the collection is probable and the amount is reasonably estimated.

The AFRH's non-exchange revenue consists of military fines and forfeitures, monthly payroll withholdings from enlisted military personnel, bequests, and donations. Non-exchange revenue is recognized when collected.

#### FINANCING SOURCES

The AFRH receives the majority of funding needed to support operations and capital expenditures from the Trust Fund. The Trust Fund is financed by military fines and forfeitures, monthly payroll deductions from enlisted military personnel, resident fees, interest earned on Treasury securities, and donations.

### E. Fund Balance with Treasury

Resident fees receipts collected by the AFRH are processed by a commercial bank for deposit at the U.S. Department of the Treasury (U.S. Treasury). The U.S. Treasury as directed by the authorized certifying officer processes cash receipts and disbursements. Funds with the Department of the Treasury primarily represent funds that are available to pay current liabilities and finance authorized purchase commitments. The AFRH has a fund balance with Treasury totaling $6,741,059 at September 30, 2004.

### F. Investments

Trust Fund balances may only be invested in interest bearing debt securities issued by the Bureau of the Public Debt. The AFRH's investments are purchased exclusively through the Bureau of the Public Debt's FEDINVEST system. These securities are market based Treasury securities issued without statutorily determined interest rates and consist of Treasury bills and notes.

The AFRH classifies these investments as held-to-maturity at the time of purchase. The investments are stated at acquisition cost plus or minus any premium or discount. Premiums and discounts are amortized over the life of the Treasury security using the interest method. The AFRH's intent is to hold the investments to maturity, unless securities are needed to sustain operations. No provision is made for realized gains or losses on these securities due to the fact that they are held-to-maturity. Interest is received semi-annually on the held-to-maturity investments. This interest is accrued monthly until it is received.

The AFRH also has an investment in a one-day certificate issued by the Bureau of the Public Debt. The interest earned on the certificate is reinvested in the certificate on a daily basis. These investments are classified as trading securities. The income



from the daily interest earned is recorded on a monthly basis. See Note 2 for additional information.

### G Accounts Receivable

The AFRH records accounts receivable as services are provided to residents. All amounts are considered collectible; therefore, no estimate is formulated for the allowance of uncollectible accounts. Generally, accounts receivable consists of either amounts receivable from federal agencies for payroll withholdings, fines and forfeitures, or fees due from residents of the home. See Note 3 for additional information.

### H. General Property, Plant, and Equipment, Net

The AFRH owns the land and buildings in which both homes operate. The majority of the property, plant, and equipment is used to provide residential and health care to members and is valued at cost. Equipment purchased, transferred, or donated with an acquisition cost greater than or equal to $50,000 per unit is capitalized. Routine maintenance is expensed when incurred. Construction costs are capitalized as construction-in-progress until the asset is completed then transferred to the appropriate property account. Depreciation expense is recognized on property, plant, and equipment with the exception of construction-in-progress. Depreciation is recognized using the straight-line method over the assets' useful lives. Other equipment is expensed when purchased. The useful lives used when recording depreciation on property, plant, and equipment are as follows:



| DESCRIPTION | LIFE |
| --- | --- |
| Land Improvements | 10-20 |
| Buildings and Improvements | 20-40 |
| Equipment | 5-10 |

### I. Liabilities

Liabilities represent the amount of monies or other resources likely to be paid by AFRH as a result of transactions or events that have already occurred. No liability can be paid, however, absent an apportionment. Liabilities for which an apportionment has not been enacted are, therefore, classified as not covered by budgetary resources, and there is no certainty that the apportionment will be enacted. Also, the Government, acting in its sovereign capacity, can abrogate liabilities. See Note 5 for additional information.

### J. Accounts Payable

Accounts payable consists of amounts owed to other federal agencies and trade accounts payable.

### K. Annual, Sick, and Other Leave

Annual leave is accrued as it is earned, and the accrual is reduced as leave is taken. Each year, the balance in the accrued leave account is adjusted to reflect current pay rates. To the extent current or prior year apportionments are not available to fund annual leave earned but not taken, funding will be obtained from future financing sources. Sick leave and other types of nonvested leave are expensed as taken.

### L. Retirement Plans

Most AFRH employees hired prior to January 1, 1984 participate in the Civil Service Retirement System (CSRS). On January 1, 1984, the Federal Employees Retirement System (FERS) went into effect pursuant to public law 99-335. Pursuant to this law, FERS and Social Security automatically cover most employees hired after December 31, 1983. Employees hired before January 1, 1984 elected to join either FERS and Social Security or remain in CSRS.

All employees are eligible to contribute to the Thrift Savings Plan (TSP). For those employees participating in the FERS, a TSP account is automatically established and AFRH makes a mandatory 1 percent contribution to this account. In addition, AFRH makes matching contributions, ranging from 1 to 4 percent, for FERS eligible employees who contribute to their TSP accounts. Matching contributions are not made to the TSP accounts established by CSRS employees. FERS employees and certain CSRS reinstatement employees are eligible to participate in the Social Security program after retirement. In these instances, AFRH remits the employer's share of the required contribution.

AFRH does not report on its financial statements information pertaining to the retirement plans covering its employees. Reporting amounts such as plan assets, accumulated plan benefits, and related unfunded liabilities, if any, is the responsibility of the Office of Personnel Management.

### M. Imputed Costs / Financing Sources

Federal Government entities often receive goods and services from other Federal Government entities without reimbursing the providing entity for all the related costs. In addition, Federal Government entities also incur costs that are paid in total or in part by other entities. An imputed financing source is recognized by the receiving entity for costs that are paid by other entities. AFRH recognized imputed costs and financing sources in fiscal year 2004 to the extent directed by the OMB.

### N. Use of Estimates

The preparation of financial statements requires management to make estimates and assumptions that affect amounts reported in the financial statements and accompanying notes. Such estimates and assumptions could change in the future as more information becomes known, which could impact the amounts reported and disclosed herein.

### O. Commitments and Contingencies

Contingent liabilities are recognized when a past event or exchange transaction has occurred, a future outflow or other sacrifice of resources is probable, and the future outflow or sacrifice of resources is measurable.

### P. Federal Employment Compensation Act

The Federal Employees Compensation Act (FECA) provides income and medical cost protection to covered Federal civilian employees injured on the job, employees who have incurred a work related occupational disease, and beneficiaries of employees whose death is attributable to a job related injury or occupational disease. The total liability should consist of an actuarial and accrued portion. However, because the Department of Labor does not calculate the liability for small agencies, the future commitment for the AFRH's actuarial FECA liability for fiscal year 2004 is unknown.

The accrued FECA liability as of September 30, 2004 represents claims incurred for benefits administered and paid by DOL to AFRH employees. The AFRH will reimburse DOL for these claims in future periods. See Note 5 for additional information.

FINANCIAL SECTION

## NOTE 2. INVESTMENTS

**SCHEDULE OF INVESTMENTS AS OF SEPTEMBER 30, 2004**

| | AMORTIZED COST (In Dollars) | REPORTED AMORTIZATION Method | PREMIUM (In Dollars) | VALUE (In Dollars) |
|---|---|---|---|---|
| MK Note Matures 11/15/2004 | $15,000,000 | interest | $ 72,076 | 15,072,076 |
| MK Note Matures 2/15/2005 | 20,698,000 | interest | 281,268 | 20,979,268 |
| MK Note Matures 10/15/2006 | 36,726,000 | interest | 1,349,958 | 38,075,958 |
| One Day Certificate | 38,955,715 | n/a | n/a | 38,955,715 |
| Accrued Interest | 1,732,772 | n/a | n/a | 1,732,772 |
| Total Investments | $113,112,487 | | $ 1,703,302 | $ 114,815,789 |

## NOTE 3. ACCOUNTS RECEIVABLE

**SCHEDULE OF ACCOUNTS RECEIVABLE AS OF SEPTEMBER 30, 2004**

| (In Dollars) | |
|---|---|
| Intragovernmental | |
| Army Pay Withholding | $ 209,832 |
| Army Fines and Forfeitures | 1,090,388 |
| Marines Pay Withholding | 87,002 |
| Marines Fines and Forfeitures | 462,877 |
| Total Intragovernmental | 1,850,099 |
| Resident Fee Receivables | 160,413 |
| Total Accounts Receivable | $ 2,010,512 |

## NOTE 4. GENERAL PROPERTY, PLANT, AND EQUIPMENT, NET

### SCHEDULE OF PROPERTY, PLANT, AND EQUIPMENT AS OF SEPTEMBER 30, 2004

| Description | Acquisition Cost (In Dollars) | Accumulated Depreciation (In Dollars) | Net Book Value (In Dollars) |
|---|---|---|---|
| Land and Improvements | $ 10,982,370 | $ (9,059,393) | $ 1,922,977 |
| Buildings and Improvements | 166,447,948 | (114,554,983) | 51,892,965 |
| Equipment | 3,761,873 | (2,357,497) | 1,404,376 |
| Construction in Progress | 31,681,788 | - | 31,681,788 |
| TOTALS | $ 212,873,979 | $ (125,971,873) | $ 86,902,106 |

## NOTE 5. LIABILITIES

The accrued liabilities for the AFRH are comprised of program expense accruals, payroll accruals, unfunded annual leave earned by employees, and unfunded FECA liability owed to the Department of Labor. Program expense accruals represent expenses that were incurred prior to year-end but were not paid. Similarly, payroll accruals represent payroll expenses that were incurred prior to year-end but were not paid.

### SCHEDULE OF LIABILITIES AS OF SEPTEMBER 30, 2004

| (In Dollars) | |
|---|---|
| Intragovernmental | |
| Accrued Liabilities | $    69,193 |
| Payroll Taxes Payable | 195,422 |
| Unfunded FECA Liability | 1,583,697 |
| Total Intragovernmental | 1,848,312 |
| | |
| Accounts Payable | 1,324,554 |
| Accrued Liabilities | 1,078,276 |
| Accrued Funded Payroll & Taxes | 871,957 |
| Payroll Taxes Payable | 23,841 |
| Unfunded Annual Leave | 1,796,790 |
| | |
| Total Liabilities | $ 6,943,730 |

**EXHIBIT 7**

# AFRH

**ARMED FORCES RETIREMENT HOME**

Protecting a promise | Renewing a trust.

FISCAL YEAR

05

Annual Performance and Accountability Report

# The Strength To Endure

*"When Katrina hit, you could hear debris flying through the air. Trees were snapping like twigs and came crashing to the ground.*



**ON THE COVER:**

*More than a century old and over 50 feet tall, this mighty oak on our Gulfport campus is known as "The Graduation Tree." It once presided over young cadets in the Gulf Coast Military Academy ... and it has been quietly watching over our Veterans since 1976. This oak has weathered countless hurricanes, including the fierce, Category 4 winds of Katrina. Today it still stands tall — a proud symbol of our venerable Home, its resilient members and our resourceful staff.*

**The Armed Forces Retirement Home (AFRH)**

The Fiscal Year 2005 Performance and Accountability Report is published by the Armed Forces Retirement Home, Office of the Chief Financial Officer.

An electronic version is available on the World Wide Web at: http://www.afrh.gov/files/afrhpar.htm

**At a Glance:**

Authority:
Armed Forces Retirement Home Act of 1991 (Amended 2002)

Locations:
- Gulfport, MS
- Washington, DC

Capacity: 1880 Veterans
- 609 in Gulfport, MS
- 1285 in Washington, DC

Strategic Goal Areas:
- Financial
- Customer
- Internal Business Processes
- Learning and Growth
- Culture

www.afrh.gov

AFRH

i

*It seemed like the end of the world ..."*



## TABLE OF CONTENTS

*... by 3 a.m.
the wind
subsided and there
was a dead calm.
You could see that trees
had toppled onto the
ground. Cars were lying on
top of each other. Beach
Drive in front of the Home
had large holes in it – with
slabs of road sticking up in
the air. Our front fence was
knocked over. And at the
main gate, the guard build-
ing was gone ... along
with most of the small
buildings."*

— Robert Bowic, Goldpant resident

Introduction to AFRH Performance and Accountability Report for FY 2005          1

### Part 1: MANAGEMENT'S DISCUSSION AND ANALYSIS          3

Message from the Chief Operating Officer          5
Vision, Mission and Goals          7
AFRH Organization          8
2005 Performance Achievement Highlights          14
   2005 Performance Measures          18
   The President's Management Agenda          19
   The Challenges to Manage          24
Renewing a Trust:  2005 Financial Summary          30
   Management Controls, Systems and Compliance          32
   Existing Uncertainties and Risks          37

### Part 2: 2005 PERFORMANCE SECTION          39

Introduction: 2005 Performance Section          40
Strategic Goal 1:  Financial          44
Strategic Goal 2:  Customer          46
Strategic Goal 3:  Internal Business Processes          47
Strategic Goal 4:  Learning and Growth          48
Strategic Goal 5:  Culture          49
The Aftermath of Katrina          51

### Part 3: 2005 FINANCIAL SECTION          55

Message from the Chief Financial Officer          56
Audits          60
Financial Statements          63

### APPENDICES

Appendix A – Glossary of Acronyms          77

MAJOR ACHIEVEMENTS: FISCAL YEARS 2002 - 2004

**2002**

*Commenced operating under the provisions of The National Defense Authorization Act of 2002*
This Act mandated creating the full-time position of Chief Operating Officer. Therefore, the Secretary of Defense appointed a COO responsible for the management of the two facilities that comprise the Home (AFRH-Gulfport and AFRH-Washington). The Secretary of Defense had the flexibility of filling the Director and Deputy positions at each facility with either military members (from any Branch of Service) or civilian experts from the private sector any time after December 31, 2004.

*Commenced operating under the concept of "One Model"*
At the direction of the COO, both campuses were aligned under one set of processes to maintain accountability, achieve results and provide superior service to our retired Veterans.

**2003**

*Created the AFRH Strategic Plan*
An extensive Plan was created to fulfill our Nation's Promise to provide advanced care and comprehensive services for its Veterans. This plan also helped us tackle the challenges facing our aging population in an ever-changing world.

**2004**

*Expanded our Strategic Plan with in-depth business and operational plans*

*Reduced the "footprint" of both campuses*
The AFRH sold some underutilized acreage — including a 3-acre parcel in Gulfport and a 49-acre parcel in Washington. The combined sales generated a one-time revenue gain of $23 million — the highest gain in our recent history.

*Lowered expenses*
Several cost-cutting measures were taken, such as improving core business processes, streamlining our staff via strategic outsourcing and making innovative changes in information technology.

*Significantly reduced operating costs*
We drastically lowered the associated costs to maintain our vast properties, in areas such as facilities and grounds management, power and utilities, plus snow removal.

*Evaluated our staff for excessive layers*
We identified a significant number of positions that could be eliminated without reducing our quality of service.

*Crafted the AFRH Performance Plan*
This detailed Plan links individual employee performance directly to the AFRH Business Plans. In turn, the Business Plans are firmly linked to the broader AFRH Strategic Plan.

*Improved Financial Performance*
Transferring many of the Home's accounting functions to the Bureau of Public Debt in April 2004 helped boost our performance. This move gave managers online access to an integrated financial management system — including payroll, travel, procurement actions, credit card purchases and a reporting tool.

*Initiated the development a capital Real Estate Master Plan for AFRH-Washington*
This key endeavor helped us identify real property essential to the core mission of the AFRH. At the same time, it helped us identify non-critical facilities, target them for lease and establish a revenue stream for the future. Specifically, the Lessee revenue will enable us to renovate our aging buildings.

*Partnered with Federal Agencies*
We further reduced our overhead by realigning costly, non-core operations with Federal strategic partners. They include the Department of Defense, Department of Treasury (Bureau of Public Debt), Department of Agriculture (National Finance Center), General Services Administration and the Office of Management and Budget.

*Achieved a "Moderately Effective" rating*
We earned the second highest possible rating (under the Program Assessment Rating Tool, or PART) for the asset management of AFRH real property.

*Reduced square footage requirements and identified potential leasing opportunities.*
AFRH-Washington achieved 90% of its goal to reduce 610,000 square footage.

*The Government Performance and Results Act, the Chief Financial Officers Act of 1990, the Accountability of Tax Dollars Act of 2002, the Federal Managers Financial Integrity Act of 1982, the Federal Financial Management Improvement Act of 1996, the Government Management Reform Act and the Inspector General Act.



Case 1:05-cv-01041-RJL     Document 45-3     Filed 06/06/2008     Page 140 of 219

# The              to Endure

Welcome to the Armed Forces Retirement Home (AFRH). For nearly two centuries, this has been a haven for many of our Nation's war heroes in retirement. Our attentive staff proudly serves these Veterans with the same level of honor and commitment in which they served our beloved Country. Generations ago, our Nation made a promise to safeguard its Veterans, as well as the Trust Fund that ensures them an affordable retirement alternative. We are pleased to report that now, more than ever, the AFRH is … *Protecting a Promise and Renewing a Trust*.

Today, our facility is the premier retirement community. It is also the provider of choice in continuing care for eligible US Armed Forces Veterans. This Performance and Accountability Report (PAR) serves as a tool to share the status of our organization with the AFRH community and to meet various US Government reporting requirements*. Yet, this book also presents us with a tremendous opportunity to tell the American people about our organization, its recent progress … and our latest challenges.

Presently, the AFRH is standing tall in the wake of Hurricane Katrina. This unprecedented storm slammed our pristine Gulfport, Mississippi campus on August 29, 2005. This disaster forced the temporary closing of all buildings and the relocation of some 351 southern residents to our Washington, DC campus. Ironically, our DC campus was *also* hit by strong torrential winds in late July — toppling some 300 mature trees. These major events have dramatically shifted our focus from long-range goals to short-term necessities. Many of us are still recovering from the storms of this past summer. Yet, we remain resolute — and look forward to the dawn of a new era at the AFRH, where we may rebuild anew.

In the coming pages, we will provide a detailed account of our performance in FY 2005. We will outline our progress in achieving the annual goals and long-term objectives for our programs, management and budget. This PAR also includes detailed performance information and financial statements. Plus, it features our management's challenges — and the plans and efforts to overcome them. The storm's impact on our Home and its residents will be discussed as a part of the required reporting. The architecture of this PAR entails three key sections:

*I chose to stay on the Coast, despite warnings. But there were no restaurants left — so we dined on two slices of bread, a sliver of spam and prayer. I asked God to forgive me for being so stubborn. And, ever since our arrival in DC, we have been treated with the greatest courtesy, hospitality and generosity I've ever experienced.*

— AFRH Gulfport resident

---

### Part 1: Management Discussion and Analysis

This section is a broad portrait of our performance achievements. We will showcase the efforts, accomplishments and resources of our premier facility. Part 1 will address our response to challenges and high-risk areas identified by our staff and outside organizations. Also included is our progress on implementing the President's Management Agenda.

### Part 2: Performance

This section provides detailed information on our progress in achieving milestones and goals as defined in the Strategic Plan and the FY 2005 Performance Management Plan. Part 2 also describes the actions that AFRH will take in the future to achieve those goals that have not been met in FY 2005.

### Part 3: Financial

This section includes the AFRH financial statements. Also included is an in-depth audit of these statements by independent accountants, in accordance with government auditing standards.



2

# The *Stamina* to succeed

Management's Discussion and Analysis

*Suddenly the skylights in the Wellness Center blew out – and the front doors blew open! Lady Katrina was in the house …"*

# A lady named Katrina

*I*t was late Sunday evening, August 28. The rain was just beginning. Mary Kay Gominger, our Public Affairs Specialist, asked if I would do an interview on the national Weather Channel. Anchor Jim Cantore had a crew parked in back of the Home – and they were ready. I don't remember exactly what I said in that interview … but I think I conveyed to the Nation that our Hurricane plan at the Home was complete – and we were going to "ride out" the storm. Good thing our staff made a maximum effort to see to our safety and well-being. All I could think was "Wow! What a great group."

It was up early Monday, as Katrina began to make herself known. You could feel the howling winds. From my room on the 10th floor, I saw rain pounding down on the windows so heavy you couldn't see a thing outside. In between gusts, we could see the destruction. Debris was flying everywhere. But we couldn't see what was being ripped apart. Then, that monster we all heard about hit full force. The seawater surged up to the shore – 25-30 feet capped by giant 21-foot waves. A clean parking lot swiftly flooded and cars were submerged. Soon cars began to move - tumbling banging into one another like toys.

Suddenly the skylights in the Wellness Center blew out – and the front doors blew open! Lady Katrina was in the house. Rachel Hatten, Director of Dining Services, had her crew in hip deep water trying to save as much food as possible. And we saw another maximum effort to get Long Term Care patients to safety as the first floor completely flooded. From the second floor, we saw the guardhouse at the front gate blow by. Then the Cabana, Wood Shop, And Quarters A and B – all totally destroyed. Someone hollered, "The water tanks coming down!" Finally, she began to quiet down. But we had no power, no water and we still had to use the toilets. Soon the stench was overpowering.

About 8 a.m. Tuesday, we got word to move outside. The sun was out and you could see destruction everywhere. All of a sudden we got word that buses would be coming to take us away, to AFRH Washington. Everyone was allowed to go inside to pick one bag. Before we knew it, the buses arrived, twelve in all. And we quickly loaded up. When we got to Interstate 10, four police cruisers - with sirens blaring and lights flashing – passed us and dropped into position in front of the convoy. They stayed right there with us, till we were forced to detour around the convoy was across the Pascagoula Delta, I think and hope those cruisers were Gulfport PD … wishing us "Bon Voyage," as we headed to our new home in Washington."





*MESSAGE FROM THE CHIEF OPERATING OFFICER*
Management's Discussion and Analysis

# The *Compassion* to care

I am pleased to present the Armed Forces Retirement Home FY 2005 PAR – created to show Congress, the Administration and public how we provide superior shelter, sustenance and care for our nation's Veterans. With the help of our dedicated staff, the Home also provides quality healthcare, enjoyable activities and volunteer opportunities to former military enlisted personnel. All from two dynamic campus environments: Gulfport, Mississippi and Washington, DC.

### Evolving to a Unified Agency

I earned the appointment of COO in September 2002. Back then AFRH had two distinct locations that lacked a sole set of standards, policies and procedures to operate as a unified agency. So I rapidly advocated the "One Model" approach – to enhance accountability and promote exceptional service to residents in a standard operating environment. This model was embraced and embodied in our strategic goals and objectives. Recently, we identified our "core competencies" and decided whether to build internal capacities or outsource various functions. Also, we integrated many systems to reduce errors, duplication of efforts and uneven workloads, agency-wide. Ultimately, we identified 2004 and 2005 as key transition years.

In FY 2005, we had outside inspectors test the progress of our one model. An Inspector General team from the US Air Force called on both campuses in the summer, giving favorable feedback. The Joint Commission on Accreditation of Healthcare Organizations (JCAHO) conducted a survey at Gulfport in March and awarded the Gold Seal of Approval'. Plus, two on-the-spot surveys on each campus resulted in no change in our compliance. An independent audit of financial operations for FY 2005 gave us an unqualified audit opinion. These positive verifications affirmed the strength of the one model as a driving force to transform the Home. Truly, we have shown great progress and have stayed on track with our objectives through many changes.

### Performing at a Higher Level

We began 2005 energized to continue progress and meet objectives in all strategic focus areas: financial, customer, internal business processes, learning and growth and culture. We mitigated financial risks and boosted revenues with a variety of cost-cutting measures. Our real estate Master Plan is now underway to revitalize our balance sheet as we develop our greatest asset – our vital location in Washington, DC. Our resident-focused activities rival private-sector retirement homes. Plus, every staff member relates their role to our vision and mission in AFRH operations. Now, our staff – in tandem with our outsourcing contractors – can focus on the Home's core competency: operating a thriving retirement community.

### Weathering Many Storms

Our Home emerged from severe natural disasters on both campuses in 2005. Hurricane Katrina wrought havoc our Gulfport, MS campus on August 29 – forever changing the landscape, operations and resident composition. Thankfully, we took swift measures to evacuate every resident on campus 24 hours after the storm subsided. Our refugees were embraced with open arms by a virtual legion of volunteers and neighbors in the DC community. This sight was, in a word, heartwarming. This PAR was developed by our devoted staff and outside contractors who helped with editorial assistance and graphic design. We will discuss our proud accomplishments and lessons learned. Also, we must forecast how Katrina disrupted our achievements – and how we will refocus our energy to regain momentum.

### Marching Forward to 2006

Next year presents many challenges. We must renew the faith in our ability to remain financially independent. And continue to uphold The Promise to care for our war heroes. Also, we must quickly reevaluate our strategic direction in light of the events of 2005. The key to progress lies with the Master Plan in Washington, which offers the surrounding area some exciting changes. This Plan holds the promise to raise sufficient capital to meet the needs of the next generation of Veterans – those bold men and women who are fighting for freedom this moment in Iraq, Afghanistan and beyond. Given our dedicated staff and proficient management, their future is looking very promising, indeed.

If there were medals for bravery during natural disasters, they'd be given to our dedicated staff – in Gulfport and Washington. They worked long, hard hours during Katrina and the torrential summer storm in DC. Our staff rose above adversity to safeguard our Veterans – and in the process wrote heroic battle stories that ended in success. Their selfless efforts are the ultimate expression of The Promise to repay our Veterans ... and their actions are a bold reminder to us all that we are eternally in their debt.

*Timothy C Cox*

Timothy Cox
**Chief Operating Officer, AFRH**

November 15, 2005



*We have extensive damage in Gulfport. But the immediate need for our Veterans is shelter, safety and security. So, we're bringing them to DC."*

Tim Cox, COO
in the aftermath of Katrina

# The *Duty* to repay

What does it mean when we say we're "Protecting a Promise and Renewing a Trust?" It means we are defending The Promise America made two centuries ago to care for its Veterans. It also means preserving the Trust Fund that supports and operates our premier retirement community.

You see, our nation has a long and proud legacy of caring for its Veterans. The Promise dates back to the legislation of 1811, when Congress established a home for destitute Navy officers, sailors and Marines in Philadelphia. Some 40 years later, Congress created an asylum for "old and disabled soldiers" in Washington, DC.

Today's modern Armed Forces Retirement Home is a dynamic community. "A city within a city," if you will, it provides our Veterans with everything from residential and social amenities to cultural and health services. Rooted in a tradition that dates back nearly two centuries, our Home is the living embodiment of The Promise to take care of our Veterans. All told, the AFRH is home to about 1,600 former soldiers, sailors, Marines and airmen who all share a passionate commitment to country.

AFRH is an independent establishment of the executive branch of the Federal Government – and is financially independent. A permanent Trust Fund was established over 150 years ago to support the Home. This Trust Fund continues to be fed by active duty enlisted and Warrant Officer monthly payroll deductions, fines and forfeitures from all branches of the Military, monthly resident fees, the sale or lease of underutilized land and buildings, gifts and bequeaths and interest gained on the Trust Fund balance. Moving forward, we relish the responsibility to manage the Trust Fund and keep it viable – so we may continue to support The Promise.

## STRATEGIC GOALS

**Financial:**
Create financial net growth and stability for the AFRH Trust Fund.

**Customer:**
Deliver exceptional service and programs that attract residents and enrich their lives.

**Internal Processes:**
Design and sustain effective operations that maximize organizational resources.

**Learning and Growth:**
Promote professional development and personal excellence for all staff.

**Culture:**
Foster a dedication to service by creating an environment of mutual respect and integrity.



After Katrina, the residents were evacuated from the ravaged Gulfport campus. Meanwhile, the Gulfport staff and Seabees went to work immediately to minimize the environmental damage to the building. Truly, the courage of our staff has helped the entire Home regain the strength to endure.

*VISION, MISSION AND GOALS*

Management's Discussion and Analysis

## VISION STATEMENT

The AFRH provides an environment that nurtures the Health and Wellness philosophy of aging and that provides a continuum of residential Life Care Services in a community setting for our Nation's Heroes.

## MISSION STATEMENT

The mission of the AFRH is to fulfill our Nation's commitment to provide care through a comprehensive range of services for America's Armed Forces Veterans. We support our residents' independence, dignity, distinction, heritage and future of continued life-enriching experiences. Together, the AFRH family of residents and staff create a place of caring and continual learning. We are committed to providing the best housing and support services possible and creating a true community of accomplished, independent residents who are free to explore their talents, pursue their interests and follow their dreams.

## STRATEGIC PLANNING

Our strategic plan stems from our Vision and Mission Statements. Together, all three permeate AFRH from the corporate level down to each individual performance plan. Likewise, all AFRH staff members share a commitment to be customer-focused, quality-driven and fiscally responsible. So, we have developed five strategic goals that drive our major operations – from financial health and cost effectiveness, to our daily actions and philosophy to nurture each resident.

Our weary Gulfport residents arrived in DC via bus on September 1st.

7

# The *Structure* to succeed

The AFRH is driven to fulfill The Promise and renew The Trust. To effectively achieve this, our organization has developed a "One Model / One Process" framework for two very diverse homes – one in Gulfport, MS and one in Washington, DC. The desired outcomes of the "One Model" approach are to maintain accountability, achieve results and provide superior service to our residents.





**The COO is responsible for the overall direction, operation and management of both campuses.**

| Support Staff | Resident Services | Healthcare Services | Campus Operations |
|---|---|---|---|
| Public Affairs Office | Admissions | Nursing | Facility Maintenance |
| Business Center | Leisure and Wellness | Social Services | Transportation |
| | Volunteer Coordination | Community Health | Logistics |
| | Security | Dental Clinic | Grounds |
| | Dining Services | Optometry Clinic | Utilities |
| | Religious Activities | Nutrition | |
| | Custodial Services | Medical records | |
| | | Pharmacy Services | |
| | | Assisted Living | |
| | | Long Term Care | |
| | | Memory Support | |



# The *Locations* to live

### SCENIC GULFPORT, MS

This attractive campus spans 47 acres of oceanfront property on the Gulf of Mexico. Our Home was originally established by legislation in 1811 as the Naval Home in Philadelphia, Pennsylvania – designated "to provide a permanent asylum for decrepit and disabled Naval Officers, Seamen and Marines." Naval personnel who were "so injured or infirmed as to be unable to contribute materially to their own support" were allowed to live at the Home and were asked to labor as much as they were able toward its care. The Home was relocated over a century and a half later to its present site in historic Gulfport, Mississippi. Today, it remains the oldest Veteran retirement home in the country.

### HISTORIC WASHINGTON, DC

The original 320-acre DC campus broke ground in 1851 as a Military Asylum. Back then, land was plentiful, so Congress helped create a home for Army Veterans in a secure, peaceful setting in Northwest Washington, DC. It was billed as "an asylum for old and disabled Veterans." Four original buildings still stand – and they are listed as National Historic Landmarks. In fact, President Lincoln's summer cottage is still a featured attraction. Today, AFRH now resides on 272 lush acres that host over 100 structures – namely the "National Landmark District" on the grounds of the AFRH. Currently, the AFRH is preparing a master plan to guide the wise future use of this valuable resource.

### Together, a Safe Haven

Before Hurricane Katrina, The Washington campus was home to roughly 1,000 military Veterans, while Gulfport proudly cared for more than 550 Veterans. Both campuses featured a skilled staff and an array of amenities – such as private rooms, commercial banks, chapels, exchange services, mail rooms, laundry facilities, a barbershops and beauty salon, dining rooms, fishing ponds and 24-hour security.

A unique perk at the Washington campus is the 9-hole golf course. Meanwhile, the Gulfport campus boasted a 50-meter covered swimming pool. Truly, the AFRH is the ultimate retirement experience.



*There's so much to do and see in DC. I love jazz night at the Westminster Presbyterian Church ... and my volunteer work keeps me busy."*

Charlie Felder, DC resident

The Sherman Building on our Washington, DC campus is a National Historic Landmark.



*AFRH PEOPLE - THE RESIDENTS AND STAFF*
Management's Discussion and Analysis

# The *Courage* to carry on

**The Resident Profile**

Our residents are a very dynamic group of individuals. All their lives, they have overcome adversity in their service to our nation. This year is no different. It has been a very emotionally challenging year for all our residents, as they have experienced great changes. And we salute them for their resiliency.

The AFRH provides great care and extensive services for eligible Veterans, as authorized by the Armed Forces Retirement Home Act of 1991. So, our residents expect The Promise to be upheld. Our Veterans may choose to live at either of our two distinct campuses (space permitting): AFRH-Gulfport and AFRH-Washington.

Veterans are eligible to become residents here if their active duty service in the military was at least 50 percent enlisted (Warrant Officer or limited duty officer). They are also eligible if they are:

- *60+ years of age, with 20 or more years of active duty service*

- *Unable to earn a livelihood due to a service-connected disability*

- *Unable to earn a livelihood due to non service-connected disability, yet served in a war theater or received hostile fire pay*

- *Female Veterans who served prior to 1948*

- *Deemed eligible for admission under rules of the COO due to compelling personal circumstances*

## Gulfport Resident Capacity



Long Term Care 20
Assisted Living 56
Independent Living 495
4%
10%
86%

## Washington Resident Capacity



Long Term Care 173
Assisted Living 71
Independent Living 1017
14%
6%
80%

At full capacity, both Gulfport and Washington can comfortably house 1800+ Veterans. Both offer Independent Living, Assisted Living and Long Term Care.

*Nearly a Paradise Lost*

Thousands of fellow Americans living on the Gulf Coast were devastated by the Category 4 winds of Hurricane Katrina. Our Gulfport residents were no exception. They, too, nearly lost everything. In a mere 48 hours, this massive disaster created the most emotionally trying battle our Veterans would ever fight. When the storm subsided, the Veterans of Gulfport suddenly became refugees – and were forced to relocate. But, as any Veteran can tell you, we are a resilient corps of people. Just as these Vets fought bravely in World War II, the Korean War and Vietnam, they have confronted this personal loss head on and overcome it to enjoy the sweet taste of victory in their new home of Washington, DC.

## A Swift Evacuation

The damage from Hurricane Katrina left us with no choice but to evacuate our Gulfport residents. This process began with the 10 most fragile residents who were moved to a temporary nursing home in Mobile, Alabama – before final transport to AFRH-Washington. The second group of assisted living residents was bused to Maxwell Air Force base 908th Air Reserve Wing in Montgomery, Alabama and later airlifted to Andrews Air Force Base near Washington, DC. In a mere 24-hours, a full-scale evacuation was executed via bus, airlift and residents' privately operated vehicles.

### Gulfport Residents During Hurricane Katrina



On leave or off campus 142 — 26%

Rode out the storm 414 — 74%

**More than 74% of Gulfport residents were in the building during Katrina. Others were on leave, in a medical facility or visiting friends and relatives.**



*The support and focus of our residents made a world of difference. As long as they knew what was going on, they were a force multiplier."*

— Steve McManus, CEO

*Chelsea's bright smile made all our troubles fade away."*

Nelson Jamison, DC resident

Miss USA, Chelsea Cooley, poses with Nelson Jamison while on her tour to welcome Gulfport residents to Washington.

# The *Grit* to overcome

### An Outstanding Effort

Naturally, resident occupancy in Washington expanded dramatically in September. Our resourceful staff met this challenge head on – and swiftly prepared for our new arrivals with amazing proficiency. In a mere two-days, supplies were gathered and a closed building was reopened. By September 1st, many of the Gulfport residents arrived in Washington. By September 30, a total of 351 Gulfport residents (or 62%) had relocated to Washington. The transfer of residents was in constant flux, with 38% changing their status at various times from "Resident" to "Discharged" "Delayed Reentry" or "On Leave." Most likely, these numbers will continue to fluctuate throughout the next fiscal year.

## BEFORE KATRINA

### Gulfport Almost at Capacity



Before Katrina, the resident capacity at AFRH-Washington was more than 79%.

### Washington Under Capacity



Before Katrina, the resident capacity at AFRH-Gulfport was over 96%.

## Once Again, a Paradise Found

The arrival in Washington was emotion filled. After a two-day journey, the buses pulled into the front gate. Some 350 Gulfport refugees were greeted by a band of staff, neighbors, military and volunteers. As our Vets walked off the buses, the crowd formed a human gauntlet for them to walk through – welcoming them to their new home. American flags were waving and our Vets gained hugs from every direction. A diverse mix of 250 volunteers showed up that day to help our Veterans settle in. Many stayed into the night and continue to help to this day. This show of support is a testimony to the American spirit and our country's sense of duty. One young lady summed it up best when she said "We're helping them now, because they have helped us immensely."

## AFTER KATRINA



**Washington Now Overcapacity**

After Katrina, the actual number of residents exceeded official capacity at AFRH-Washington



**Full Time Equivalent Employees**

*It was like coming home to friends and family, although we didn't even know them. They were wonderful and they even prayed for us. I am very touched."*

*2005 PERFORMANCE ACHIEVEMENT HIGHLIGHTS*
Management's Discussion and Analysis

# The *Ideals* to improve



### 2004: Good Progress All-around

One of our biggest challenges in recent years has been managing change – and ensuring that our care and services meet or exceed those in private sector retirement homes. As reported in the FY 2004 Performance and Accountability Report (PAR), we made significant improvements in all strategic goals. FY 2005 was our scheduled year to continue moving ahead.

### 2005: Ongoing Goals and Objectives

Our facility has five main strategic goals that drive the organization (see next page). These goals are comprised of 12 performance objectives. Likewise, within those 12 performance objectives are 27 specific key actions. Detailed action plans have been developed for all 27 key actions – for both campuses – resulting in a total of 54 key actions for the entire Home. We are pleased to report that good progress was made in all of these actions before Hurricane Katrina. In fact, we only failed to make significant progress in less than one percent of our key actions.

### September 05: the Katrina Setback

As a result of the chaos caused by Katrina, we regret no progress was made at Gulfport in September and all actions are Off Track. In Washington, all strategic goals now have barriers and new issues to resolve – given the sudden transfer of 351 Gulfport residents. So, our strategic goals will now be reviewed and revised as a first order of business in FY 2006. The chart to the right outlines our progress in FY 2005.

### Summary: AFRH Performance Highlights

As you can see, solid progress was made with a "moderately successful" status on most efforts throughout FY 2005. At the Gulfport campus, 93% of key actions were on track with about 44% still having barriers to total success. Meanwhile, at the Washington campus, only one key action ("Admissions for Residency.") was showing unsatisfactory progress before the Hurricane. Overall, Washington has 67% satisfactory progress – despite the fact that over 93% of our key actions had barriers and issues keeping them from satisfactory progress.



William Abernathy, 92, completes his glory march in June after walking 10,000 miles in only four years. "Abby" is a member of the AFRH-Washington walking program and a Master Sergeant Retired - US Marine Corps.

For details, please see the "Performance Section."



## AFRH Performance Highlights

| Key Actions | August 2005 | | | | September 2005 | |
|---|---|---|---|---|---|---|
| | Gulfport Progress | Gulfport Status | Washington Progress | Washington Status | Gulfport Status | Washington Status |
| **Overall** | 93 | 94 | 67 | 35 | 100 | 100 |

### Financial
Create financial net growth and stability for the trust fund.

**F1** Increase revenue resulting in a net increase.

**F2** ...

### Customer
Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives.

**C1** Increase customer satisfaction through superior execution of the mission.

**C2** Increase resident retention and outreach through positive public relations.

**C3** ...

### Internal Business Processes
Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization.

**IB1** Increase effectiveness and efficiency of service delivery to our residents.

**IB2** Increase ...

### Learning and Growth
Promote professional development and personal excellence for all personnel.

**LG1** Provide a comprehensive employee training program tied to performance, competencies and accountability in compliance with OSHA, JCAHO, and Agency requirements.

**LG2** Inform key AFRH stakeholder ...

### Culture
Foster a commitment to service and quality and an environment of mutual respect and integrity.

**CL1** Increase teamwork and cooperation among employees and residents.

**CL2** Maintain an accurate cross-campus health and wellness model ...

■ The initiative is on track.   ■ The initiative has barriers and/or issues.   ■ The initiative is off track.

Management's Discussion and Analysis

# STRATEGIC GOALS

## 1. FINANCIAL

*Create financial net growth and stability for the Trust Fund.*

### FINANCIAL MANAGEMENT:
The outsourcing of financial management system to the Bureau of Public Debt (BPD) was fully operational throughout FY 2005. This gave managers online access to their accounts and kept AFRH compliant with regulations.

### COMPETITIVE SOURCING:
In FY 2005, management monitored contractual savings as the results of seven competitive awards made in the previous year, FY 2004. A contract for Dining Services was awarded in October 2004. And a new maintenance award for the DC campus was made in the summer of 2005.

### THE MASTER PLAN:
The Home held public meetings to review a proposed real estate Master Plan for the DC campus. This plan will guide the long-term use and development of the site by AFRH and others.

### "ONE MODEL" OPERATIONS:
In FY 2005, the One Model alignment of both campuses involved creating and updating directives that apply to both campuses. Such alignment includes obtaining a single Dining Services vendor for both campuses, centralizing the admissions process at our DC headquarters and developing a cohesive and targeted marketing campaign.

## 2. CUSTOMER

*Deliver exceptional service and programs in an environment that attracts residents and enriches their lives.*

### PERFORMANCE MANAGEMENT PLAN:
Each employee received a performance plan in January 2005 under a pilot program to link performance with strategy. 100 percent of our employees were evaluated on generic standards that included customer service responsiveness and expectations for resident-focused performance.

### RESPONSE TO HURRICANE KATRINA:
We are very pleased to report that no lives were lost as a result of a Category 4 hurricane striking the Gulfport, Mississippi campus on August 29, 2005. The analysis of the overall impact to our operations in Washington is now underway. At present, our entire infrastructure is being affected, contracts are being changed, employees are being shifted around and the "One Model" is being tested.

## 3. INTERNAL BUSINESS PROCESSES

*Design and sustain effective internal operations that maximize and leverage resources across the organization.*

### PROTECTING RESIDENTS DURING FACILITY IMPROVEMENTS:
Our extensive, careful planning helped ease residents through a major renovation in Washington—which involved moving many of the residents to another building. Renovations were successfully completed in June 2005 for a new Dental Clinic and the Community Health unit. Concurrently, the Pipes Building was mothballed in anticipation of being leased under the Master Plan.



Also, plans were being developed to protect residents while a new space for Assisted Living was being constructed in Gulfport.

### AFTERMATH OF HURRICANE KATRINA:

Pipes was reopened DC within 72 hours after the storm to house over 100 independent Living residents evacuated from Gulfport.

The Gulfport facility is not accessible to residents until further notice.

# 4. LEARNING AND GROWTH

*Promote professional development and personal excellence for all staff.*

### JOINT COMMISSION ACCREDITATION OF HEALTHCARE ORGANIZATIONS (JCAHO):

During FY 2005, AFRH-Gulfport underwent a full review of its healthcare facilities and received its accreditation in March 2005. Two unannounced, on-the-spot surveys were conducted in June and July at both Gulfport and Washington. Both unannounced surveys were conducted with no deficiencies reported.

### KEY STAKEHOLDERS:

The flow of information to key AFRH stakeholders via publications and group activities was a significant key action. Both campuses easily exceeded the minimum requirements of one initiative during the year and one article for publication. Further, numerous activities and articles also appeared to publicize campus events.

### AFTERMATH OF HURRICANE KATRINA:

The public outpouring of support for AFRH has been overwhelming. Donations of clothes and personal items have flowed in so fast and in such great quantities that a Mini-Mall for clothing was created. Warehouse 77, previously mothballed, has been reopened to handle this large amount of donations.

# 5. CULTURE

*Foster a commitment to service and quality in an environment of mutual respect and integrity.*

### PERFORMANCE-BASED MANAGEMENT:

Part of our strategic planning process entails identifying the Performance Management Plan. This Plan was developed and implemented during FY 2005. Subsequently, a pilot of the new system was launched in January 2005, while preliminary results were reported in July 2005.

### VOLUNTEERS:

Our Gulfport and Washington campuses have been very successful with resident volunteer programs. Both campuses have dynamic volunteer coordinators and dedicated residents that have logged countless hours helping others. All of which has contributed to AFRH being a dynamic and active retirement community.

### ACTIVITIES BETWEEN RESIDENTS AND EMPLOYEES:

The goals for activities among residents and employees have been exceeded for both campuses.

### AFTERMATH OF HURRICANE KATRINA:

Our staff successfully protected the Gulfport residents and each other during this horrific storm – and ensured their safe transport to DC. Some staff members are scheduled to relocate to Washington in FY 2006 to augment operations on what has become a densely populated campus.

*I've been here over three years. I shoulda been here 10 years ago! It's great."*

— Daniel Toole, DC resident

# The *Targets* to aim for

Achieving the performance measures to the left is critical for the success of the organization. The actual quantitative measurement of our performance is determined by data that comes from a variety of sources:

*2005 PERFORMANCE MEASURES*

**BUSINESS MEASURES**
- *An increase in the Trust Fund value*
- *Growth of the resident population*
- *Savings through competitive outsourcing*
- *Reductions in space & land usage*
- *Donations from community partnerships, nonprofits & foundations*

**CUSTOMER SATISFACTION**
- *Improvements in health & wellness*
- *Enhancements to the facilities*
- *Supplements to our services*

**EMPLOYEE SATISFACTION**
- *An increase in completed Surveys*
- *A boost in Performance Evaluations*
- *Integration of Volunteer Program*
- *Updated policies & directives*

## Our Financial Data

In FY 2004, AFRH transferred or converted many financial functions to ensure consistent and correct accounting. The following functions were transferred to the Bureau of Public Debt in Parkersburg, West Virginia:

- *Financial Management Service (Accounting, Travel and Investments)*
- *Property Management*
- *Contract/Procurement Management*
- *Purchase Cards*

Further, AFRH transferred its Payroll, to the National Finance Center (formerly in New Orleans, Louisiana – now working out of a disaster recovery center in Philadelphia with business operations in Dallas).

## External Benchmarks

As a healthcare provider, AFRH is required to meet the standards developed by national organizations that accredit health facilities. AFRH has received a Gold Seal of Approval' from JCAHO at AFRH-Gulfport – and received positive feedback during two separate on-the-spot inspections at AFRH-Gulfport and AFRH-Washington.

Lastly, our Dining Services division has a profound and positive affect on the health of our residents. As such, this division must comply with JCAHO standards for quality of food and preparation – as well as the Food and Drug Administration Food Code. Dining Services also abides by local sanitation manuals that were written based on the Food Code.

## Our Computer Data

To validate each data report, we make sure that more than one person is responsible for compiling it. Likewise, we employ a chain of command review and approval to validate our policies and procedures – on everything from food and healthcare, to recreation and support services.



*I find it exciting to live here, where President Lincoln spent his summer months. I am completely at peace with my surroundings – and myself."*

John Beaty, DC resident

# The *Resolve* to lead

### True Progress

The AFRH is pleased to report it has made significant progress in each of the five initiatives under the President's Management Agenda (PMA). The Home has not officially entered its deliverables as part of the PMA, as of this writing. However, we did conduct a self-assessment as of August 30, 2005. A comparison of our Status between FY 2004 and FY 2005 shows improvement in two areas and no improvement in a third area.

Due to the impact of Hurricane Katrina, all initiatives must be reworked. The following pages provide a brief description of each initiative, the current status of the management program and explanations of our progress to "Get to Green." AFRH is implementing the PMA with the ultimate goal of improving performance and providing superior service.

### Proper Methodology

The PMA measures the Government's progress toward these goals through the use of the Executive Branch Management Scorecard. Under each of the five standards, an agency is "green" if it meets all of the standards for success, "yellow" if it has achieved some but not all of the criteria and "red" if it has but one of a number of serious flaws.

## AFRH Self-Assessed Status & Progress

| Initiative | Status FY 2004 | Status FY 2005 | Progress FY 2005 |
|---|---|---|---|
| Human Capital | ■ | ■ | ■ |
| Competitive Sourcing | ■ | ■ | ■ |
| Financial Performance | ■ | ■ | ■ |
| E-Government | ■ | ■ | ■ |
| Budget and Performance Integration | ■ | ■ | ■ |

■ The initiative is on track.   ■ The initiative has barriers and/or issues.   ■ The initiative is off track.

> *What matters*
>
> *in the end is*
>
> *completion.*
>
> *Performance.*
>
> *Results.*
>
> *Not just*
>
> *making promises,*
>
> *but making good*
>
> *on promises.*
>
> —President George W. Bush



*THE PRESIDENT'S MANAGEMENT AGENDA*
Management's Discussion and Analysis

# STRATEGIC HUMAN CAPITAL

**PROGRESS:** ▉

**STATUS:** ▉

## Background

The PMA requires agencies to implement a comprehensive Human Capital Plan that is fully aligned with the agency's mission, strategy and goals. The Human Capital Plan should include metrics, succession planning, leadership accountability and plans for continuous improvement.

## Progress

### PERFORMANCE-BASED MANAGEMENT PLAN:

This Plan was developed and implemented in FY 2005. It flows directly from the AFRH campus Business Plans – which are linked to the AFRH Strategic Plan. The Performance Plan relates to the criteria for successful human capital management as defined by the PMA, the themes used by Office of Personnel Management as well as the criteria used by Office of Management and Budget. Following best practices, this Plan links corporate strategies, goals and objectives with each employee's performance standards. A pilot performance appraisal program was started for a period from January to July 2005 and the results are still being analyzed.

### JOINT COMMISSION ACCREDITATION OF HEALTHCARE ORGANIZATIONS (JCAHO):

Part of the AFRH strategic plan includes the training of all staff to meet standards set by outside organizations such as JCAHO. During FY 2005, AFRH-Gulfport underwent a full review and received JCAHO's Gold Seal of Approval™ in March 2005 – signifying full compliance with all applicable standards. Unannounced on-the-spot surveys were also conducted in June and July at AFRH-Gulfport and AFRH-Washington. Both unannounced surveys verified our full compliance with the applicable standards.

### Status

Since all of the PMA criteria have not been achieved via the AFRH Performance Plan, the progress and status scores for this initiative are both "Yellow."

### Aftermath of Hurricane Katrina:

Our staff successfully protected the Gulfport residents and each other during this ferocious storm – and ensured their safe transport to DC. No loss of life occurred as a direct result of this storm. Operational decisions for the Gulfport campus will be made during FY 2006.

# COMPETITIVE SOURCING

**PROGRESS:**  ▉

**STATUS:** ▉

## Background

The PMA cites the use of the A-76 Process as a way to improve agency performance. This entails inviting public/private competition for an agency's commercial activities or functions. So, the ARFH has actively engaged in competitive sourcing since FY 2004. Local contractor Management Analysis, Incorporated assisted the AFRH in conducting seven competitive sourcing studies (six in FY 2004 that were categorized as "Streamlined." And one in FY 2005 classified as "Standard"). These studies enabled AFRH to successfully focus on its own internal core competencies – and outsource various Support Services. To that point, no Healthcare Services were outsourced. According to our estimates, the competitive sourcing contracts now in place for FY 2005 will generate approximately $18.7 Million in savings over five years. Those contracts include:

- *Grounds, Golf Course and Snow Removal*
- *Transportation and Refuse Removal*
- *Facilities Maintenance*
- *Food Services*
- *Security Services in Gulfport*
- *Security Services in Washington*
- *Campus Operations in Gulfport*

# *IMPROVED FINANCIAL PERFORMANCE*

### Background

To meet their fiduciary responsibilities, agencies must comply with a variety of applicable laws and regulations. For example, they must meet financial deadlines, comply with the Federal Financial Management Improvement Act, produce accurate financial information on demand and routinely assess the performance and financial data managers use to make daily decisions. Further, agencies must avoid chronic or significant Anti-Deficiency Act Violations, material internal control weaknesses as well as material non-compliance with laws or regulations in annual accountability reports.

### Progress

#### *FINANCIAL MANAGEMENT:*

Progress will remain "Green" as we continue in compliance. The outsourcing of financial services to BPD has enabled the agency to manage and monitor all expenditures. Now, managers have online access to their accounts through a variety of online programs.

#### *THE REAL ESTATE MASTER PLAN:*

This Plan strives to provide sufficient revenue to support our goal of resident-focused care — while also replenishing the partially depleted Trust Fund. This Plan also seeks to attract development at a fair market value that is compatible with the mission of the AFRH. So, an open participatory process with the residents and the neighboring community began in the summer of 2005.

### Status

The AFRH Trust Fund balance is central to the financial vitality and survival of AFRH. So, the institution has aggressively made moves to improve its financial state. In FY 2004, AFRH outsourced the accounting and contracting functions to the Bureau of Public Debt's (BPD) Administrative Resource Center (ARC). Currently, the Home is meeting its financial deadlines, working to comply with all relevant regulations and producing financial information on demand. Also, the first audit under the CFO Act was completed for Fiscal Year 2005 and AFRH received an unqualified audit opinion.

### Aftermath of Hurricane Katrina:

Admissions to Gulfport are closed. Current revenue from that campus is about 60% of what it should be. The cost of renovations to the Gulfport campus is now being estimated. Meanwhile, renovations for the Pipes Building on the Washington campus will now be required and those costs are being developed as well.

**PROGRESS:** ■

**STATUS:** ■

### Progress

Progress on the AFRH competitive sourcing is also "Green". The competitive bid for Dining Services at the Washington campus was awarded in October 2004. In FY 2005, our managers monitored the performance results of awards made in 2004. As a result, several changes occurred in the status of the AFRH Competitive Sourcing data for FY 2005. Those changes occurred in Grounds, Golf Course and Snow Removal, Transportation and Refuse Removal, as well as Facilities Maintenance.

### Status

AFRH has achieved "Green" in competitive sourcing.

### Aftermath of Hurricane Katrina:

A change in the Transportation contract was required at the Washington campus due to the increased numbers of riders after Katrina. Most contracts at the Gulfport campus have been cancelled.



# EXPANDED ELECTRONIC GOVERNMENT

PROGRESS: ■

STATUS: ■

## Background

The PMA requires agencies to furnish a modernization blueprint for Expanded Electronic Government (E-Gov). The blueprint should focus on IT investments in key agency functions and define how those functions will be measurably improved. To achieve a "Green" in E-Gov, an agency's plan must address a variety of areas. They include security, success measures, program management, performance goals, risk management, as well as cost schedule for all major IT systems. Additional requirements for a "Green" rating in E-Gov stipulate that cost and schedule must be on target — and there must be no overruns or shortfalls greater than 10%. Agencies must contribute to and participate in three of the four categories of E-Gov initiatives (rather than create redundant or agency-unique IT projects.) To meet the mandates of the PMA, the Home conducted a thorough IT Assessment and Needs Analysis in the fall of 2003.

## Progress

FY 2005 was the first full year for all the enhancements suggested and implemented in FY 2004. For residents, plans for Voice over Internet Protocol (VoIP) were underway, so they could make free long-distance calls on their computers. The current direction is to create an "AFRH Environment" which drastically improves financial outcomes. This Environment will provide better information to our community at lower cost — and with greater simplicity, accuracy and availability.

Our focus is a universal Resident Information System (RIS). This will provide enhanced caregiver productivity, business office efficiency and enterprise decision-making. The RIS will consist of a broad range of routine and specialized functions currently performed by multiple organizations within the Home. These functions include Pre-Admissions, Admissions, Medical Assessments, Billing, Care Plans, Quality Indicators, Nursing Statistics and various associated reports to name a few. The AFRH signed an agreement in FY 2005 to adopt Monette as its off-the-shelf software. Yet, due to limited resources, those planned improvements will start in FY 2006.

During and immediately after Hurricane Katrina, the AFRH website served as a key portal of information to family, relatives and friends regarding the status of residents. Likewise, afrh.gov was critical in tracking items that were needed for donations and it served as a point of contact for many people.

Currently, progress in this area remains "Yellow."

## Status

AFRH had made enormous strides in E-Gov initiatives in FY 2004. However, in FY 2005, the IG cited many areas for improvement because work in this area is not yet complete. Therefore, the status is "Yellow."

## Aftermath of Hurricane Katrina:

The IT infrastructure at Gulfport was severely damaged. Estimates for repair will be reported in FY 2006. With the transfer of Gulfport residents to Washington, this VoIP planning is being revisited.

*Every year, we get together and watch the Super Bowl. I always watch for the long bomb."*

—Louie Aiello, DC resident
retired Air Force

# INTEGRATED BUDGET AND PERFORMANCE

## Background

This PMA initiative calls for quarterly examinations of reports that integrate agency financial and performance information for major responsibilities. This helps an agency make informed decisions regarding its program management. As always, Strategic Plans must contain outcome-oriented goals and objectives.

## Progress

The AFRH has been working on several different fronts to integrate budget and performance. At the agency level, initiatives for the PMA have been achieving objectives as stated. At the campus level, the Business Plan for each campus has directly linked performance with strategy. Many of the objectives cited in the campus Business Plans have specific measures to be achieved by certain dates. Campus level activities are discussed in detail in later sections.

At present, our progress remains "Yellow."

## Status

In FY 2005, the AFRH did not submit any actions for assessment in the PART. The performance link – from strategy to individual manager accomplishments – was tested this fiscal year through the new appraisal system executed in our Performance Management Plan.

Since results were not finalized, the status for budget and performance integration remains "Yellow."

## "One Model" Operations

In FY 2005, additional progress was made in the One Model alignment. This includes creating and updating directives that apply to both Homes – such as obtaining a single Dining Services vendor for both campuses, centralizing the admissions process at corporate headquarters and developing a cohesive and targeted marketing campaign.

## DC Campus Upgrades in 2005

Early in the year, planned renovations in Washington were completed for a new Dental Clinic, the new Optometry Clinic and a new Community Health unit. Meanwhile, the Pipes Building was mothballed in anticipation of being leased under the Master Plan.

## Aftermath of Hurricane Katrina:

Then in-depth analysis of Katrina's impact to our Washington operations is underway. Presently, all contracts are being altered to accommodate the additional residents from Gulfport. Many staff members are being shifted around. Plus, the "One Model" is being put to the test. Specifically, the Pipes Building was reopened within 72 hours after the storm to house more than 100 Independent Living residents from Gulfport.

On the Gulfport campus, the Cabana, Wood Hobby Shop and water tower were all demolished. The living quarters near the entrance were lost. And major damage occurred on the first floors of the Resident Tower, the Administration Building and the Campus Operations Building. Further, all vehicles left on the grounds were completely lost. As of this writing, the Gulfport campus still has limited electrical power and no running water. Yet, we are hopeful that the Gulfport facility can be refurbished and that it may be reopened within a year.

PROGRESS: ■

STATUS: ■





# The *Challenges* to manage

The Home faced a variety of challenges this year, coming from many fronts. In August, Hurricane Katrina left a wake of destruction in Gulfport. And in July, tornado-like winds toppled 300 some mature trees in Washington. Paying for the cleanup after these disasters strained our budget – and our funding would have been nearly wiped out if it weren't for Congressional support.

Another challenge we faced was creating a new branding and marketing campaign to boost admissions. Nearly a year after the campaign was launched, the results fell far short of our expectations.

**COUNTDOWN TO KATRINA:**

**OCTOBER 2004**
- *Continued competitive sourcing in two innovative new ways:*
  - *Public-to-public contracting with BPD for financial services and contracting*
  - *Public-to-private contracting for all food services*

**JANUARY 2005**
- *Began the Performance Management pilot*

**MARCH 2005**

*AFRH-Washington Achievements*
- *Moved Memory Support & Assisted Living (from Pipes to LaGarde & Scott Buildings)*
- *Moved Dental and Optometry Clinic (from Barnes and Forwood to renovated space in Scott)*
- *Celebrated the completion of Lincoln Cottage exterior*

*AFRH-Gulfport Advancements*
- *Planned to expand Assisted Living quarters and clinics on 2nd floor*
- *Welcomed a new Healthcare Administrator*
- *Received JCAHO Gold Seal of Approval™ at AFRH-Gulfport*

24

Despite the chaos from the hurricane and the loss of some key records, we still adhered to federal guidelines, complied with regulations and hosted the auditors and inspectors. All the while, we still achieved our strategic objectives for 2005.

Yet, our greatest challenge today is to remain financially independent. We must develop innovative ways to increase admissions in Washington – our sole campus for now – in order to fulfill our financial obligations. At present, the AFRH is working hard to rejuvenate its infrastructure and reenergize its resident programs. In FY 2006, we will refocus our efforts toward revitalizing the Home's financial situation … so that we may continue to endure.

**APRIL 2005**
- Conducted climate surveys on both campuses by Defense Equal Opportunity Management Institute (DEOMI)

**JUNE 2005**
- Mothballed Pipes, Barnes & Forwood buildings in Washington
- Hosted public hearing for the AFRH Real Estate Master Plan
- Received Auditors
- Welcomed new military personnel at both campuses

**JULY 2005**
- Sustained storm damage in Washington to 300+ trees
- Fulfilled inspection by USAF Inspector General team (for Triennial Review)
- Hosted JCAHO on-the-spot inspections on both campuses
- Welcomed several new doctors in Gulfport

**AUGUST 2005**
- Survived Hurricane Katrina in Gulfport:
  - Sustained major damage to campus
  - Safely evacuated all residents
  - Reopened closed buildings in DC to house displaced residents

**SEPTEMBER 2005**
- Minimized environmental damage to Gulfport campus
- United all AFRH residents in Washington
- Placed majority of Gulfport staff on Administrative Leave due to hurricane damage and temporary closure of campus





25

*There was worse devastation than in any war - and more wide-spread damage than in Pearl Harbor. If I could go back to help, I would in a minute."*

Bruce Love, Gulfport resident

## Gulfport: nowhere to hide

The Gulfport campus lies 20 feet above sea level. But, Hurricane Katrina still unleashed plenty of damage. Her wrath destroyed buildings. Decimated homes. Flooded buildings. Soaked utilities. Totaled vehicles. And toppled a 100,000-gallon water tank. To add insult to injury, extreme summer temperatures magnified problems on the flooded first floor of the resident tower. Since the average age of our residents is 78 and several have unique health concerns – we had no

choice but to leave. In a mere 24 hours, we completed a full-scale evacuation of 433 veterans on 12 buses. As we pulled out of Gulfport, we silently gazed at dozens of cars, stacked along the west boundary of the campus – tossed about by Katrina's ferocious wind and tidal surge. That ugly sight was a dramatic, haunting illustration of her power. And to this day, that vision serves as a vivid reminder of how lucky we are to be alive.



Management's Discussion and Analysis

# The *Resiliency* to act

A well-prepared staff, combined with excellent contract and Seabee support, assured our Gulfport residents a safe passage out of harm's way. In fact, our evacuation plan was executed hours after a loss of power and surge of floodwater in the residents' home. Without such a high level of preparedness, our residents may have suffered the unfortunate fate of thousands of other victims in New Orleans and the surrounding areas.

### A Smart Emergency Plan

It all began with our goal to be prepared for any natural disaster. Early in FY 2005, AFRH updated its directives for an emergency response (including Agency Directive 6-3, Emergency Preparedness and Response). In general, our plan classified the probability of a major hurricane, power outage and flooding at Gulfport as "High" – but the probability of water shortage as "Low." Therefore, we concluded our 11-story resident tower would be self-sufficient in a prolonged disaster – given our generator, stockpiles of food and supplies, plus direct access to an independent water tower on campus.

Our Plan also stated: "Due to the strength of the facility and available emergency utility systems, there is little chance that a mass evacuation of AFRH would be necessary." Nonetheless, routine drills were *still* incorporated into our emergency planning procedure. And for good reason. The experience and knowledge gained from those drills made our planned response a tremendous success.

### A Swift Emergency Response

Given our sound Plan, 414 out of 556 total residents chose to stay in the Gulfport resident tower for the hurricane. (The other 142 residents were on leave, in a medical facility, or away visiting family or friends.)

Hours after Katrina hit, our Gulfport and Washington staff rapidly coordinated with BPD. Their swift efforts ensured the safety of our residents and they helped troubleshoot problems that came up. The result: in less than 24 hours, a full-scale evacuation of all residents was complete. The outstanding coordination and effort at BPD Contracting literally saved lives. BPD's Division of Procurement (DOP) worked with our staff at both campuses to contract vital goods and services.* In fact on August 30, the day after the hurricane, our staff made arrangements for a timely emergency food shipment from U.S. Foods, DOP's prime vendor.

*Under the authority of FAR 6.302-2, 41 USC 428a and the emergency procedure authorities authorized by Section 1443 of Services Acquisition Reform Act.*

### BPD Rapidly Arranged:

- *Buses for resident evacuation*
- *Lodging arrangements in Atlanta*
- *Meals for residents during the trip*
- *Nursing services for pre- and post-transport to Atlanta*
- *Medical transport for residents requiring care*

*The good news is we survived this natural disaster and all our residents and staff are safe. Now we can move on to next steps."*

Tim Cox, COO
September 30, 2005



*27*

STAFF REACTION
Management's Discussion and Analysis

To accommodate the residents en route to Washington, we re-opened empty rooms in the Scott, Sheridan and LaGarde Buildings. Plus, we reopened the shuttered Pipes Building with help from BPD. Many goods and services were needed ASAP to make these rooms comfortable and many more would be needed in the coming weeks. Fortunately, hundreds of civilians and military personnel answered the call for volunteers – and helped us re-open closed buildings, clean the facilities and gather supplies for the coming residents.

The buses headed to Washington arrived after two days, including a layover in Atlanta. As the convoy pulled in the main gate, the residents were met with cheers and applause from some 200 volunteers. In the coming days, our Washington residents gave a tremendous show of emotional support to their Gulfport counterparts. In fact, they helped organize and run a donation center to supply basic clothing and personal items for their new friends.

Meanwhile, BPD began terminating most of the Gulfport contracts. To help restore partial power there, BPD purchased one generator, leased a second and leased a chiller. These items were needed to help regulate the rising temperatures in the damaged resident tower. All through September, Gulfport would continue to have limited electrical power and no running water. In the end, the support of so many kind people helped us get through this crisis. And it gave us the strength to endure the remainder of 2005.

| Evacuation Order: | Destination: | Outcome: |
|---|---|---|
| Long Term Care residents (1 bus) | Mobile, AL Nursing Home | Living comfortably until further notice |
| Assisted Living residents (2 buses) | Montgomery, AL – Maxwell AFB, 908th Air Reserve Wing (assessed for air lift to DC) | 3 residents unfit to fly; moved to Mobile nursing home via Montgomery VA Hospital |
| Independent Living residents (7 buses) | AFRH-Washington – via stay in Atlanta, GA | All residents alive and well |
| Independent Living residents that wouldn't leave MS (1 bus) | Seabee base - Gulfport, MS | Mission Accomplished |
| Emergency Reserve (1 bus) | ~ | ~ |



**BPD Helped Us Acquire:**

- *Air conditioning units*
- *Linens & towels*
- *Bed frames & mattresses*
- *Additional nursing services*
- *Extra custodial services and*
- *Supplemental food services*

**BPD Helped Us Purchase / Contract:**

- *Pajamas*
- *Refrigerators*
- *Washers & dryers*
- *Pillows*
- *Picnic tables & umbrellas*
- *Convection ovens (moved from Scott to LaGarde)*
- *Added security services in DC*
- *Social workers (to assist with family contact / financial guidance)*
- *More on- and off-campus services*
- *An environmental safety study of the Pipes Building\**
- *A structural, mechanical, electrical & environmental study of AFRH-Gulfport\**

**Future Unfulfilled Needs (as of 9-30):**

- *Dental Services*
- *Nursing Home & Assisted Living arrangements*
- *Air transport for long-term care residents (from Mobile to DC)*
- *Lodging for various Gulfport staff in DC*
- *Heat & Phone service in Pipes Building*
- *Repairs for LaGarde kitchen (to serve additional residents)*
- *Wardrobes, credenzas, night stands & lamps*
- *Couches, recliners, high back chairs & TVs for day rooms*

---

*\* Results of this work will be reviewed and funded in FY 2006.*

*I am glad to be here in DC. They will take care of us. They always do."*

—William Thomas
Gulfport resident



*Out of tragedy, comes so much goodness. When we left Gulfport, there were a lot of sad faces. But when we got off the bus in DC, there were many smiling faces — because so many people came here to welcome us."*

Steve McManus, CEO

# The *Responsibility* to protect



*Here, you don't have to worry about your decline eating up the money you've accumulated. I know I won't be a burden to my children."*

—John Smith, DC resident
(on the affordability)

### Assets, Liabilities and Cumulative Results of Operations

For FY 2005, our Consolidated Balance Sheet reflects total assets of $213 million and liabilities of $7.7 million. About 37 percent of the assets are property, plant and equipment (PP&E), with a book value of $77.8 million. This PP&E is located on the Gulfport, MS campus and the Washington, DC campus.

### Limitations of the Principal Financial Statements

The principal financial statements have been prepared to report the financial position and results of operations of AFRH, pursuant to the requirements of 31 U.S.C. 3515(b). Our financial statements were prepared following generally accepted accounting principles as defined by The Chief Financial Officer's Act of 1990 and by the Office of Management and Budget (OMB). These statements are in addition to financial reports prepared from the same books and records used to monitor and control budgetary resources.

We are pleased to report AFRH is in compliance with all relevant laws, statutes and legislation. We accept the responsibility of reporting performance and financial data accurately and reliably. So all data for this report was gathered and reported through systems of rigorous controls and quality checks. AFRH employs the Bureau of Public Debt (BPD) through its Administrative Resource Center (ARC) to perform its financial management. BPD's level of expertise is superb and provides outstanding reporting services to AFRH.

### Financial and Performance Results Integration

The Home's funding always comes through a Congressional appropriation and is solely drawn from the AFRH Trust Fund. This Fund is fed monthly by active duty enlisted payroll deductions, fines and forfeitures from all Branches of the Services, monthly resident fees, the sale or lease of under-utilized land and buildings, gifts and bequeaths, interest gained on the Trust Fund balance and certain one-time amounts in the form of situational gifts and appropriations from Congress.

Congress sent a clear message on their expectations for our purpose and performance by passing the National Defense Authorization Act of 2002. This legislation created the position of Chief Operating Officer (COO) to establish, measure and achieve performance goals for the Home. This person would guarantee that we uphold The Promise to care for our resident Veterans – as well as future generations of soldiers, Marines, sailors and airmen who are in harm's way at this very moment. Led by the vision and mission, our new COO is now ensuring that the Home's carefully crafted strategic plan is directing our staff to improve performance – as well as the bottom-line.

### Trust Fund Balance

In 2003, we saw operating costs significantly increase over previous years, eventually outpacing our revenue stream. The Trust Fund balance declined from $156 million in 1995 to $94 million in 2003. Renewing the Trust Fund became a critical mandate to retain the Home's solvency. So, we concluded that our operating model had to change.

The approach we took followed the Federal Government's lead for an integrated strategy that links planning with budget and performance. From 2003 to 2005, AFRH aggressively pursued a disciplined strategic planning process that netted many improvements and gains. As a result, the new balance of the Trust Fund reached $130 million and was still rising before Hurricane Katrina.



**Revenue**

Likewise, revenue growth has been steadily increasing, along with the Trust Fund balance. In fact, a main source of our increased revenue in FY 2004 was the sale of real estate on both campuses. By FY 2005, the targeted source of income was adequately meeting resident capacity. Our strategy for future increases in revenue lies in the Real Estate Master Plan – discussed in detail in the Performance Section.

**We will achieve this goal via reduced costs & requirements in:**

- *Capital and Infrastructure*
- *Utilities (Gas & Electric)*
- *Facility & Grounds maintenance*
- *Vehicles*
- *Phone Service*
- *Administrative Overhead*
- *Snow Removal and*
- *Refuge Removal*

**The measurement of savings will encompass:**

- *Resident Occupancy*
- *Square footage requirements*
- *Overtime*
- *Staff Nursing Ratio*
- *Nursing Agency Costs*
- *Food Service Subsistence Costs*
- *Post A-76 Requirements*
- *Utilities and*
- *Room turnover repair (timeframe & costs)*

**Streamlining the Staff**

Another big goal in our Strategic Plan was to streamline staff in FY 2005. As a result of the Food Service competitive sourcing, staffing was reduced by 10 percent – from 548 Full-Time Equivalents (FTE) to 447.



**AFRH Trust Fund Balance**

In millions of dollars

FY 2002: $101
2003: $94
2004: $118
2005: $130

After a decline in FY 2003, the Trust Fund balance has been steadily increasing.



**Revenue**

In millions of dollars

FY 2002: $64
2003: $67
2004: $92
2005: $72

FY 2005 Goal: a 20-30 % reduction in costs (from FY 2003).



**AFRH Staffing**

FY 1992: 1063
2002: 736
2003: 683
2004: 548
2005: 447
2006 budgeted: 459

Total staff has been reduced more than 58% since 1992.

*MANAGEMENT CONTROLS, SYSTEMS AND COMPLIANCE*
Management's Discussion and Analysis

# The *Wisdom* to ensure

**This section contains the COO Letter of Assurance and a summary of:**

- *Federal Managers' Financial Integrity Act (FMFIA – Management Controls)*

- *Federal Financial Management Improvement Act (FFMIA – Financial Systems)*

- *Financial Management Systems Framework*

Early in FY 2003, AFRH conducted a public-to-public transfer of the accounting function to the Bureau of Public Debt's (BPD) Administrative Resource Center (ARC). The goal was to give managers online access to an integrated financial management system – including payroll, procurement actions, credit card purchases, travel, investments and a reporting tool. Although the transfer date was initially scheduled for October 1, 2003, ARC was unable to meet this date and AFRH was rescheduled for April 1, 2004. Prior to this transfer we were limited by a legacy financial system that had little integration with other systems and AFRH received a qualified opinion on our last audit.

FY 2005 marks the Home's first audit under the CFO act and the Agency's first full year of accounting support from the BPD. Although a contract was in place and a delivery order was awarded for a company to conduct an independent audit in FY 2004, the company notified us on October 8th that they misunderstood the requirements and would not be able to meet the contract timeline of November 15, 2004. This untimely contract termination resulted in our inability to secure another audit firm that could meet OMB's submission date – and is the primary reason AFRH was unable to satisfy the audit requirement.

The AFRH has evaluated its management controls and compliance with Federal financial systems standards for FY 2005. The results of an independent audit were considered as part of AFRH's evaluation process. As a result of our evaluations AFRH can provide reasonable assurance that the objectives of the Federal Mangers' Financial Integrity Act (FMFIA) and the Federal Financial Management Improvement Act (FFMIA) have been achieved. Without question, our public-to-public transfer of the accounting function to the BPD's experienced, well-qualified accountants – coupled with an integrated financial management system – marked a turning point in the Agency's Financial Performance.

Further, I am confident that AFRH's progress will continue in FY 2006.

Sincerely,

*Timothy C Cox*

Timothy Cox
Chief Operating Officer, AFRH
November 15, 2005

*"This entire evacuation was nothing short of a miracle."*

— Kanny Johnson
BPD contracting official

## THE FEDERAL MANAGER'S FINANCIAL INTEGRITY ACT (FMFIA)

**OBJECTIVES:**

- To make sure programs achieve their intended results
- To make resources consistent with our overall mission
- To keep programs & resources free of waste, fraud and mismanagement
- To see that our Laws and regulations are followed
- To help minimize improper or erroneous payments
- To ensure performance information is reliable
- To keep system security in compliance with all requirements
- To reduce risk to reasonable levels through major operations planning
- To ensure financial management complies with Federal standards

**2005 STATUS:**

**No "Material Weaknesses" Were Identified**

Deficiencies that affect an agency's ability to meet the objectives are considered material weaknesses.

Yet, the Home's Triennial Inspector General's Review by the Department of Defense (DoD) did identify a few areas for improvement – which we are now actively pursuing. These DoD inspections serve as a litmus test to target areas for improvement and motivate management action. And we take these recommendations seriously. While the official report is still in draft form, the following positive quote comes from the Executive Summary:

*"Overall, the inspection team found that AFRH provided quality care and a comfortable resident living environment; AFRH personnel managed the Home effectively and were committed to their core business—running the premiere retirement community for America's Veterans. Moreover, AFRH experienced a significant operations transformation in the services provided to the residents and in the working environment for the staff. The change was positive as AFRH evolved from inefficient management practices of the past to the 'one model' approach of the future."*

— *Inspector General Review excerpt from Executive Summary*



# FEDERAL FINANCIAL MANAGEMENT IMPROVEMENT ACT (FFMIA)



This Act is a mandate for agencies to "implement and maintain financial management systems that comply with the Federal financial management systems requirements, applicable Federal accounting standards and the United States Government Standard General Ledger at the transaction level." The FFMIA also requires that remediation plans be developed for any agency that is unable to report substantial compliance with these requirements.

## 2005 STATUS:
### Substantial Compliance with FFMIA Requirements

As we serve our Veterans with advanced care, the Home still strives to be as efficient and economical as possible. We rely on the

BPD Oracle Federal Financials 11i – an advanced system of management controls. This system provides reasonable assurance that our financial obligations comply with applicable laws, our valued assets are protected and our business functions are properly accounted for. In FY 2006, we will add another integrated application of Oracle Financials 11i to our system: Oracle Assets.

This tool will automate asset management and give us greater visibility into all of our assets. Plus, it will simplify accounting tasks even further. Now, standard management tasks, such as asset transfers, disposals, reclassifications and financial adjustments, will be streamlined with automated business flows.

# FINANCIAL MANAGEMENT SYSTEMS FRAMEWORK

In 2002, when the COO and CFO took the helm at AFRH, the financial management systems were outdated legacy and manual systems with little integration. Since that time, AFRH has transitioned to the current automated system operated by their partner BPD. Today, our new financial management systems reside within the BPD Oracle Federal Financials 11i – a commercial-off-the-shelf certified core financial system – which is compliant with the Joint Financial

Management Improvement Act (JFMIP).

Oracle Federal Financials 11i include other financial applications that provide purchasing, accounts payable, accounts receivable, general ledger and budget execution. BPD personnel operate and maintain the system, ensuring top-notch support. Plus, they also developed and implemented several interfaces into Oracle Federal Financials to integrate key activities – such as e-payroll, procurement, purchase card, e-travel, Federal investments and Intragovernmental Payment and Collection System (IPAC) transactions. Ultimately, BDP is responsible for the financial security and integrity of the system.



## AFRH Financial Management Systems Framework

| 2002-2003 | Transition | 2004-2005 |
|-----------|------------|-----------|

**Universe**
Microsoft Access
Accounts receivable/billing
→
**Monette (future)**
Accounts receivable/billing

**Oracle Financials 11i**
Core accounting functons integrated
Cost allocation
Asset management (future)
Data store
(financial, labor, payroll, travel)
Business intelligence functions
Analysis functions

**FFS 1995 Version**
Core accounting functions
Limited detail & summary
query functions
→

**Discoverer**
Query & reporting functions

**DFAS**
Payroll functions
Not integrated
2 regions vice single source
→
**NFC (payroll)**
Payroll functions integrated

Investments - manual
→
FedInvest

Credit cards - manual
→
Credit cards - integrated

Travel management &
reimbursement (authorizations
& vouchers) - manual
→
e-Travel (outsourced, government-
wide solution) - integrated
Authorizations
Reservations
Vouchers

Electronic time & attendance
→
**STAR integrated**
Time & attendance

# IMPROPER PAYMENTS INFORMATION ACT (IPIA)



Through our partnership with BPD, each AFRH business program was reviewed to estimate the amount of potential improper and erroneous payments. One such improper payment was found. BPD made 7 payments of $500 to FitnessWorks, one of several entities affiliated with Gold's Gym. All of these entities have the same TIN number and different DUNS numbers and apparently BPD selected an incorrect DUNS number. Currently, FitnessWorks has paid back $500 to AFRH, leaving the balance due on this account receivable at $3,000. Ongoing efforts to recoup this money are still underway.

# ADDITIONAL PLANS FOR FY 2006

AFRH and BPD plan to expand efforts to uncover Improper Payments in FY 2006. We have targeted a more comprehensive asset management control system using Oracle Federal Financial 11i. Monette, an integrated resident-focused software package, along with the ULTRACare application, are set for installation in FY 2006 as part of the Resident Information System (RIS).

The new RIS will consist of a broad range of routine and specialized functions now performed by multiple organizations within AFRH. These functions include but are not limited to Pre-Admissions, Admissions, Medical Assessments, A/R Billing, Care Plans, Quality Indicators, Nursing Statistics and various associated reports. Next year, additional modules will be added to our robust system to expand our capabilities even further. Should any systems require corrective action in FY 2006, the responsible official will develop a plan in accordance with Public Law 107-300.



*EXISTING UNCERTAINTIES AND RISKS*
Management's Discussion and Analysis

# The *Management* of risk



In the mid- to late-1990s, the balance of the Trust Fund shrank dramatically. This was mostly due to downsizing of the military at the end of the Cold War (which naturally decreased funding to the Home). Additional revenues were vital to continue a sustainable retirement home for our Veterans. So, Congress provided us with swift legislative support by enacting the National Defense Authorization Act for FY 2002. This allowed us to sell, lease or otherwise dispose under-utilized buildings and property.* This legislation was as bold and brave as the law that originally established and funded the Home back in 1851.

### The Real Estate Master Plan

Now, the proceeds from any real estate trans-actions can help replenish the AFRH Trust Fund – and sustain the vitality of our Home. To implement this new authority, we have been developing a Real Estate Master Plan for AFRH-Washington. This Plan will guide the long-term use and development of the entire facility. The key objectives of this proactive Plan are cited below:

*\*Requires Secretary of Defense approval and 120 days notification.*

**Objectives:**

- *To preserve and improve the facility for residents and the community*
- *To provide a sufficient revenue stream to support our resident-focused care*
- *To replenish the depleted Trust Fund*
- *To grow the Trust Fund to meet the needs of current and future residents*
- *To attract development at fair market value that is compatible with our mission and*
- *To ensure an open participatory process with residents and the general community*

### Aftermath of Hurricane Katrina

In September 2005, a Structural and Environmental Study was performed at AFRH-Gulfport to guide decisions on the cost of refurbishment, construction and loss. In the interim, various Gulfport staff will join the Washington staff to provide additional services – so we can care for all residents as one stronger, united team. All financial decisions are dependent on sustain-ing this new mix of Gulfport/DC residents and staff. Reworking the business plan accordingly is one of the first orders of business in FY 2006.

*The evacuation was a long and arduous process. It would not have happened without the invaluable assistance of rescue workers and the cooperation of the residents."*

— Steve McManus, CEO



# The *Will* to succeed



2005 Performance Section

39

*T*his section of the PAR details the linking of our strategic goals and objectives to staff performance. On the whole, the Home's strategy is implemented through performance objectives, performance outcomes, action plans and performance results. We developed our Strategic Plan in 2002 - 2003. In early 2004, a Business Plan was developed for both campuses – and through early 2005, each facility was mapping out an action plan to achieve targeted milestones.

As always, our mission is to protect The Promise to military Veterans that a national retirement home will be available for many generations. To achieve this, the AFRH Trust Fund must be continually replenished to keep both campuses independent and self-sufficient. By meeting its targeted goals and objectives, the AFRH will ultimately fulfill its mission.

**Partially Reliable Performance Data**

AFRH implemented its Business Plans in FY 2004 with one Director overseeing both campuses. However, in FY 2005, we underwent changes in Director positions at both campuses. The Gulfport campus had an interim director, while the Washington campus had the Deputy Director manage its Business Plan. Having two separate Directors created variance in the accurate measurement of performance outcomes for each campus.

Throughout this section, we designate our performance outcomes with green, yellow and red, so they may be easily adapted to the President's Management Agenda (PMA). Since two different people made these designations at various times throughout the year, we believe the data is only partially complete. Nonetheless, the reliability of the information in this report is the best that could be garnered, given the circumstances.

**Limited Availability of Yearly Data**

Since our Business Plans were only implemented in the past two years, it is not possible to provide four years of performance information.

**Performance Management**

Employee performance standards were linked to the strategic plan and deployed in 2005. Our new staff "performance appraisal form" states the vision and mission of AFRH and lists the following initiatives – our strategic goals and objectives – that apply to all staff members:

*I have been here 4 years and I like it because I can be independent. I go when I want – and I can do my painting here. Plus, my schoolmate that I have known for 28 years is here down the hall.*

—Alice L. Cairnmore, PC resident

AFRH Strategic Goals & Objectives

| Initiative | Goal 1: | FINANCIAL: Create financial net growth and stability for the trust fund. |
|---|---|---|
| | Objective F1: | Increase revenue resulting in a net increase |
| | Objective F2: | Reduce operations cost resulting in a net performance |

| F2.2 | Improve financial performance |
|---|---|

| | Goal 2: | CUSTOMER: Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives. |
|---|---|---|
| | Objective C1: | Increase customer satisfaction through superior execution of the mission |
| | Objective C2: | Increase resident retention and outreach through positive public relations |
| | Objective C3: | Assess transitions between phases of care |

| C1.1 | Respond to resident needs in a timely and effective manner |
|---|---|
| C1.2 | Provide top quality services to residents |

| | Goal 3: | INTERNAL BUSINESS PROCESSES: Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization |
|---|---|---|
| | Objective IBP1: | Increase effectiveness and efficiency of service delivery to our residents |
| | Objective IBP2: | Enhance communications and increase use of internal communications |

| IBP2.1 | Enhance communications to improve teamwork among employees and measure its efficiency and effectiveness |
|---|---|
| IBP2.2 | Enhance communications to improve teamwork between residents and employees and measure its efficiency and effectiveness |

| | Goal 4: | LEARNING & GROWTH: Promote professional development and personal excellence for all personnel. |
|---|---|---|
| | Objective LG1: | Provide a comprehensive employee training program tied to performance, competencies and accountability in compliance with OSHA, JCAHO and Agency requirements |
| | Objective LG2: | Inform our AFRH stakeholders of value-added programs and initiatives |

| LG1.1 | Display linkage between results and performance appraisals |
|---|---|
| LG1.2 | Establish measurable, results-oriented training programs |

| | Goal 5: | CULTURE: Foster a commitment to service and quality in an environment of mutual respect and integrity. |
|---|---|---|
| | Objective CL1: | Increase teamwork and cooperation among AFRH employees and residents |
| | Objective CL2: | Maintain an accurate cross-campus health and wellness model |
| | Objective CL3: | Attract, develop, and maintain a high-performing workforce |
| CL1.1 | Promote activities between employees and residents |

Performance Section

### Official Launch of Performance Standards

In early 2005, a pilot program was initiated to firmly connect each employee's performance standards with the Home's performance goals and objectives on the previous page. Those applicable objectives were firmly linked to the AFRH generic standards (below) in a rating section on each employee's individual appraisal form. As such, all staff members were rated on these generic standards:

**1. COMPLIANCE** Generally supports AFRH initiatives C1.2 and LG1.2 by providing quality services in accordance with guidance and rules and by actively participating in required training.

**2. IMPROVEMENT** Generally supports AFRH initiatives C1.2, IBP2.1, CL1.2, and CL.3.1 by improving teamwork among employees and by promoting activities between employees and residents.

**3. RESPONSE** Generally supports AFRH initiatives C1.1 and IBP 2.2 by responding to resident needs in a timely and effective manner and by enhancing communications to improve teamwork between residents and employees.

**4. EFFICIENCY** Generally supports AFRH initiatives F2.2 and LG1.1 by improving financial performance and by displaying the link between performance and results.

**5. MANAGEMENT** *(for supervisory positions only)* Generally supports AFRH initiatives LG1.1, LG1.2, and CL3.1 by displaying the link between performance and results, by actively providing and maintaining employees' required training and by expecting stewardship and performance of organizational and team performance.

### SUMMARY:

Preliminary results were available in September 2005 and most staff appraisals followed these guidance standards. In fact, the Inspector General cited Performance Management as a positive AFRH management initiative.

### Changes

Given that two natural disasters hit both campuses, all existing plans have been altered. Currently, a preliminary assessment of the direction AFRH will follow is being explored with leadership at the Office of the Secretary of Defense (OSD).

42



# *"Catch Me at My Best"*

A new winter program was launched to help employees head into new positive directions for all members who gave their usual service and help. The program was named "Catch Me at My Best" says Liam, during seven meetings, said "Mary Kay is more. Paula Affairs specialist of the department is just about to first introduced the program in the summer of FY 2002.

For contest, the narrative to consider how you think and act in any type of daily challenges possible. I reflected on how we think, programming, create a sales contact or message on the phone or as thank you for services during the meeting. Just as our dreams fulfill our person being organized and praised by MKH company.

# The *goals* to thrive

## *STRATEGIC GOAL 1: FINANCIAL*

**Create Financial Net Growth and Stability for the Trust Fund.**

We are driven to provide the best services and facilities to our residents. This is only possible through vigilant, widespread efforts to increase revenue and reduce costs. Similarly, our fiduciary responsibility and financial accountability helps maximize our available resources – further ensuring the best interests of our residents and key stakeholders. Yet, the key component of the Home's basic financial strategy is to realize significant net growth in the Trust Fund – so that we may continue to raise our high standards to even greater heights.

### *RESULTS AND IMPROVEMENTS:*

As you can see in the comparisons below, most areas show improvement in the overall status. In fact, certain areas showed remarkable progress, stretching the agency to "reach green" in its outcomes.



**AFRH Performance Objectives**

| Objective F1<br>Increase revenue resulting in a net increase | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| F1.1 Maximize and retain resident occupancy | ■ | ■ | ■ | | ■ | ■ | ■ | ■ |
| F1.2 Reduce square footage requirements an identify potential leasing opportunities or more efficient use of space | | ■ | ■ | | | ■ | ■ | |

| Objective F2<br>Reduce costs resulting in a net increase | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| F2.1 Execute post competition accountability for streamlined and standard competitions per OMB Circular No. A-76 | ■ | ■ | ■ | | ■ | ■ | ■ | |
| F2.2 Improve financial performance | ■ | ■ | ■ | | ■ | ■ | ■ | |
| F2.3 Institutionalize a focused maintenance approach | ■ | ■ | ■ | | ■ | ■ | ■ | |
| F2.4 Establish an effective energy conservation program with in-bries and growth capital | | ■ | ■ | | ■ | ■ | ■ | |

*STRATEGIC GOALS*
**Performance Section**



### Increasing Revenue

This objective involves two main initiatives: increasing admissions to achieve resident capacity at each campus and leasing unused space. In the summer of FY 2005, admissions at Gulfport were at an all-time high with a waiting list. In Washington, the resident numbers had dipped to under 1000, from a previous high of more than 1200. So, we spearheaded new initiatives to boost admissions. We consolidated all admissions for both campuses and then launched a brand new marketing campaign.

Our efforts began to show results, such as reduced infrastructure. Likewise, open property and buildings were identified as candidates for financial resources. Altogether, the objectives of the AFRH Master Plan alternatives are:

- *To preserve and improve the Home for the residents and the community*
- *To provide sufficient revenue that supports our goal of resident-focused care*
- *To replenish the partially depleted Trust Fund*
- *To grow the Trust Fund so it meets the needs of today's residents and tomorrow's war heroes*
- *To attract development at fair market value that is compatible with our mission and*
- *To ensure an open, participatory process with residents and the community at large*

### Reducing Costs

Our focus has been in several key areas — including energy, competitive sourcing of support services, resident health insurance premiums and manager financial performance. First off, substantial energy savings were realized on the Washington campus by closing underutilized and vacant buildings. Also, an evaluation of our steam systems was conducted in February 2005 and this prompted further energy cuts. Our overall energy costs were reduced — but the rising price of utilities has undercut those savings. Meanwhile, added savings were realized in our competitive sourcing contracts — yet modifications to our transportation contracts caused overall costs to rise. Finally, unexpected costs were incurred when large-scale natural disasters hit both the Gulfport and Washington campuses in the summer of 2005.

### LACK OF PROGRESS

Overall costs increased in FY 2005. In short, rising utility costs undercut the proposed savings that we envisioned. Furthermore, progress in resident admissions was slow in Washington. No new income was generated in FY 2005 from the Master Plan.

*We made a commitment to our residents and we never looked back. We could only look forward to getting to DC."*

— *Rachel Batten, Dining Service Administrator*



# STRATEGIC GOAL 2: CUSTOMER

**Deliver Exceptional Service and Programs in an Environment that Attracts Residents and Enriches Their Lives.**

Our first and foremost responsibility is to ensure the satisfaction and well-being of our residents. At the same time, we also place high importance on the satisfaction of our service partners and key stakeholders. To create higher levels of overall customer satisfaction, we will continue positive public relations. Plus, we will maintain a strategic approach to providing quality service while responding to the needs of our customers.

### RESULTS AND IMPROVEMENTS:

**Performance Management Plan**

Each employee received our new performance standards in January 2005. Page two of the form includes the Vision, Mission and Generic Goals of the Home. Page three lists the Generic Standards based on the strategic performance outcomes for which every employee is responsible. All employees must be appraised on those Generic Standards — which include high expectations in customer service responsiveness and resident-focused performance.

**Community and Outreach Programs**

On both of our campuses, we extended the number and variety of programs for residents to interact with the community. These new programs help create value for society. Plus, they boost social interaction and brighten the lives of our residents. All of which ties in directly with our corporate Mission.

In Gulfport, these community and military programs involved Keesler Air Force Base, the Naval Construction Battalion (Seabees), Coast Guard, Army, Marine Corps, Air National Guard, Stennis Space Center, William Carey College, the Girl Scouts, Boy Scouts, Gulf Coast Senior Games, the National Barbershop Quartet Federation, local recreation departments and more. Ongoing events included VA Medical Center therapeutic swimming trips, free resident tax services by AARP and Pet Partners to name a few.

In Washington, we focused on partnering with local elementary and high schools, plus City, County and private agencies. We also found a variety of educational opportunities for our residents through

| Objective C1 Increase customer satisfaction through superior execution of the mission | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| C1.1 Respond to resident needs in a timely and effective manner | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| C1.2 Provide top quality services to residents | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

| Objective C2 Increase resident retention and outreach through positive public relations | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| C2.1 Enhance and expand resident outreach (community) programs | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| C2.2 Establish and conduct semiannual programs | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |



| Objective C3<br>Assess transitions between levels of care | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| **C3.1** Standardize and improve levels of care for residents through assessment of health and wellness | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

swimming, cultural, theatrical, social and mentoring events. Our residents got involved with military bands and choirs, the new basketball program at Catholic University and exchanges with Walter Reed Military Hospital. We partnered with Veterans of Foreign Wars (VFW) and the American Legion. Plus, we created an inter-generational bowling program. Altogether, these programs created a very positive experience for both residents and the community at large.

### Setbacks from Hurricane Katrina

When the storm struck the Gulfport campus on August 29, it altered our operations and halted all community involvement among residents. We are pleased to report that the community, in turn, gave back plenty of support and assistance in helping the Home through this very traumatic event.

### LACK OF PROGRESS:

Currently, all community outreach programs in Gulfport are suspended due to the damage from Hurricane Katrina and the subsequent evacuation. Having the displaced Gulfport residents in Washington means we must step up efforts here for additional community outreach. By helping our new residents integrate with the Washington community, we can give their lives an even stronger purpose and meaning. To support our residents in this transition, we also plan to relocate certain Gulfport staff to the Washington campus.

## STRATEGIC GOAL 3: IMPROVED BUSINESS PROCESSES

### Design and Sustain Effective Internal Operations that Maximize and Leverage Resources Across the Organization.

Providing quality services and facilities to America's Veterans is our top priority. One major way to achieve this is to maintain efficient internal business processes. Therefore, we continually evaluate and improve upon our processes to effectively manage resources, facilitate communication and promote team operations.

| Objective IBP1<br>Increase effectiveness and efficiency of service to our residents | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| **IBP1.1** Provide healthcare more effectively and efficiently | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **IBP1.2** Provide more efficient and cost effective medication administration and delivery | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **IBP1.3** Standardize and improve room repair process with metrics and proven results | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **IBP1.4** Establish effective property accountability | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **IBP1.5** Establish a process for resident care during construction | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

| Objective IBP2 Increase timeliness and satisfaction with internal communications | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| **IBP2.1** Enhance communications to improve teamwork among employees and measure its efficiency and effectiveness | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **IBP2.2** Enhance communications to improve teamwork between residents and employees and measure its efficiency and effectiveness | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

### Results and Improvements:

We spearheaded a new process to protect residents during many facility improvements. In Washington, extensive planned renovations were completed in 2005 for a new Dental Clinic, an Optometry Clinic and a new Community Health unit. Also, the Pipes Building was mothballed in anticipation of being leased under the Master Plan. In Gulfport, plans were underway to construct new space for Assisted Living. Throughout all renovations, carefully executed plans were made to ensure minimum disruption of residents' living space and lifestyle. These plans in Washington were successfully carried out to the satisfaction of everyone, whereas in Gulfport, our plans are now on hold.

### Lack of Progress:

The inability to measure communication for the effectiveness of our plans was evident throughout FY 2005. A review of the action plans in this area is required.

## STRATEGIC GOAL 4: LEARNING AND GROWTH

### Promote Professional Development and Personal Excellence for All Staff.

The Home prides itself on professional development and excellence for all staff members. We achieve this through continual learning, skills refinement, competency building, proficiency development and growth programs for the entire community. We encourage staff to regularly improve and expand their skills – and gain from the experience of serving our family of residents.

### RESULTS AND IMPROVEMENTS:

The Joint Commission Accreditation of Healthcare Organizations (JCAHO) is an independent, not-for-profit organization. It was established more than 50 years ago to set the standards by which health care quality is measured, globally. To earn and maintain accreditation, we must have an extensive, on-site review by a team of JCAHO professionals at least once every three years. The purpose of the review is to evaluate performance in areas that affect resident care. In March 2005, AFRH-Gulfport underwent a thorough review – and received JCAHO's Gold Seal of Approval™. This award is only given to organizations that meet the Commission's highest standards. What's more, two unannounced, on-the-spot surveys were conducted in June and July in both Gulfport and Washington. Both surveys demonstrated that the Home is in full compliance with JCAHO.

### Linkage Between Performance and Results

The pilot program for performance standards was an excellent start for the Home's efforts to incorporate new concepts of human capital management. Many lessons were learned from the pilot program – and our experience here will help improve our system before it is fully implemented in FY 2006.

48

*STRATEGIC GOALS*

Performance Section



| Objective LG1<br>Provide an in-depth employee training program tied to performance, competencies and accountability compliance with OSHA, JCAHO and Agency requirements | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| **LG1.1** Display linkage between results and performance appraisals | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **LG1.2** Establish measurable results oriented | | | | | | | | |

| Objective LG2<br>Inform key AFRH stakeholders of value added programs and initiatives | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| **LG2.1** Develop and execute an initiative annually | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **LG2.2** Submit to the Agency annual articles for publication in various sources | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |



**Key Stakeholders.**

The flow of information to key AFRH stake-holders through publications and involve-ment in activities was a major performance outcome. Both campuses easily exceeded the minimum requirements for one initiative and one article for publication. Numerous activi-ties and articles appeared to publicize cam-pus activities.

**LACK OF PROGRESS:**

Training programs were sufficient to retain accreditations and pass IG inspections. Yet, our managers must develop more in-depth and specific training requirements in the future. This will ensure that the AFRH remains the premier retirement home for Veterans.

## *STRATEGIC GOAL 5: CULTURE*

**Foster a Commitment to Service and Quality in an Environment of Mutual Respect and Integrity.**

Our Home's corporate culture must reflect the core values of service, quality, mutual respect and integrity. To this end, the AFRH promotes and maintains a philosophy of serving its Veterans with unswerving dedication and pride.

| Objective CL1<br>Increase teamwork and cooperation among AFRH employees and residents | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | Progress | | Status | | Progress | | Status | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| **CL1.1** Improve resident health and wellness through promoting activities and involvement of volunteers | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **CL1.2** Promote activities | | | | | | | | |

## STRATEGIC GOALS
Performance Section



| Objective CL 2<br>Maintain an accurate cross-campus health and wellness model | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | **Progress** | | **Status** | | **Progress** | | **Status** | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| CL2.1 See CL3.1 for action plan | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

| Objective CL 3<br>Attract, develop, and maintain a high-performing workforce | Gulfport | | | | Washington | | | |
|---|---|---|---|---|---|---|---|---|
| | **Progress** | | **Status** | | **Progress** | | **Status** | |
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| CL3.1 Expect, reward, and recognize great individual and team performance | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |



### RESULTS AND IMPROVEMENTS:

#### Performance-Based Management

A thorough Plan was developed and implemented during FY 2005. Following "best practices," our Plan linked our corporate strategic goals with employee performance standards. A pilot trial of the new system was launched in January and preliminary results were reported in July. We are pleased to report that the Air Force Inspector General recognized our Plan for its quality. Lessons learned were assessed for a complete rollout in the coming fiscal year. And rewards for outstanding performance will be forthcoming in early FY 2006.

#### Resident Volunteerism

Both campuses have been extremely successful with their resident volunteer programs. In fact, the goals set for each campus have been exceeded. Our Veterans got involved with a variety of organizations, including churches, schools and the military. With dynamic volunteer coordinators on each campus, our tireless residents have logged countless hours – creating an active and vivacious community.

In Gulfport, the Volunteer Coordinator developed descriptions for the following positions: Auto Hobby Shop Attendee, Bike Shop Attendee, Bingo Coordinator, Golf Green Coordinator, Grounds Keeper, Information & Referral Specialist, Lifeguard, Mail Room Assistants, Meal Monitor, Ombudsman, Public Affairs Coordinator, Recycling Assistant, Spiro's Monitor, Swimming Pool Attendant, and Wood Shop Assistant. Furthermore, our Volunteer Coordinators developed Program Instructions for all volunteers, in conjunction with the Directors of Resident Services.

Throughout the year, our residents gave talks to local groups, manned a clothing store, produced craft exhibits and partnered with Walter Reed Hospital and the VA Hospital. In turn, many volunteers from outside community groups, military organizations and religious groups came to AFRH to help our residents in a variety of ways. In April 2005, our community service program culminated with the "Volunteer Celebration Week" in Washington – an enjoyable 5-day event that honored our generous resident volunteers.

#### Activities Between Residents and Employees

Our goals have been met and exceeded for both campuses, thanks to the fine planning efforts of our Volunteer Coordinators.

### LACK OF PROGRESS:

Most performance objectives were addressed. However, we believe a more direct link to individual performance standards will enhance the overall effectiveness of our program.



| Goal | Progress Before the Hurricane | Aftermath of Hurricane Katrina |
|---|---|---|
| **Financial** | To increase revenue, we focused on increasing admissions at both campuses and leasing property through the AFRH Master Plan. Both efforts saw steady progress in FY 2005. Another focus was to reduce costs via energy savings and contracts, which was approved. | Admissions procedures will be revised in FY 2006 due to the closure of Gulfport. Extra expenditures in facilities maintenance, transportation, support services and healthcare are being compiled in order to bolster services on the DC campus. Future of vacant Gulfport will |
| **Customer** | Generic Standards regarding customer service and resident-focused activities were tested through a pilot program. | Many of our residents have been moved to new buildings. Social workers have been hired to assist with the adjustments and to evaluate resident needs. The trauma of the evacuation is yet to be measured in terms of the well-being of our residents. |
| **Internal Business Processes** | Well-executed processes were followed during renovations at the DC campus. The goal was to maintain exceptional care of residents through final construction. Meanwhile, plans to enlarge the Assisted Living area were being mapped out for Gulfport. | The Pipes Building in DC was mothballed in anticipation of being leased through the AFHR Master Plan. But it was reopened within 72 hours after the storm to house over 100 independent living residents evacuated from the Gulfport campus (which is no longer accessible to residents, until further notice). All services and |
| **Learning and Growth** | Maintaining compliance and being highly trained to meet expectations were top priorities. Good progress was being made. And keeping stakeholders informed and involved was moving at a slow, but steady pace. | The public support of AFRH has been tremendous since the evacuation in Gulfport. News reports of the "lucky" ones who were evacuated 24 hours after the storm have garnered steadfast support. The website and toll-free hotlines kept information flowing during the most tenuous hours of resident transfer to DC. Most residents took but one suitcase of belongings to DC. Others brought nothing but the clothes on their backs. All personal items left behind are being guarded in Gulfport. Donations of clothes and personal items have poured in. |
| **Culture** | Teamwork between the staff and residents was progressing through our very successful volunteer programs. And the performance management pilot initiated the link between strategic goals and individual performances. | Cooperation between staff and residents was tested throughout this ordeal. Our staff went beyond their duty to help residents — and relations were cemented. Also, residents from both campuses rallied together when 200+ volunteers came together to help. This harmonious |

*I have no problems with anything here. It's a safe place. I have a nice bed, it's quiet and dinner's always there. I know almost everyone here, too."*

— Henry L. Bradley, Gulfport and DC resident

*PROGRESS CHARTS*
Performance Section

**Progress Charts**

A swift change to our strategy has been mandated, due to the extensive impact of Hurricane Katrina. The columns on the left show the progress being made in FY 2005 before the storm. The columns on the right reveal that all Gulfport's initiatives are Off Track - and all of Washington's initiatives have Barriers and Issues, due to the aftermath of Katrina. In order to fulfill our mission, all barriers and issues must be resolved as quickly as possible.



| Key Actions | August 2005 | | | | September 2005 | |
|---|---|---|---|---|---|---|
| | Gulfport Progress | Gulfport Status | Washington Progress | Washington Status | Gulfport Status | Washington Status |
| **Overall** | 93 | 44 | 67 | 3 | 100 | 100 |

**Financial**
Create financial net growth and stability for the trust fund

**F1** Increase revenue resulting in a net increase.

F1.1

F1.2

**F2** Reduce costs resulting in a net increase

F2.1

F2.2

F2.3

F2.4

**Customer**
Deliver exceptional service and programs in an environment that attracts residents and enriches the quality of their lives

**C1** Increase customer satisfaction through superior execution of the mission.

C1.1

C1.2

**C2** Increase resident retention and outreach through positive public relations

C2.1

C2.2

■ The initiative is on track.  ■ The initiative has barriers and/or issues.  ■ The initiative is off track.

## Internal Business Processes

Design and sustain effective and efficient internal operations that maximize and leverage resources across the entire organization

**IB1** Increase effectiveness and efficiency of service delivery to our residents

| | | | | | | |
|---|---|---|---|---|---|---|
| IB1.1 | ■ | ■ | ■ | ■ | ■ | ■ |
| IB1.2 | ■ | ■ | ■ | ■ | ■ | ■ |
| IB1.3 | ■ | ■ | ■ | ■ | ■ | ■ |
| IB1.4 | ■ | ■ | ■ | ■ | ■ | ■ |
| IB1.5 | ■ | ■ | ■ | ■ | ■ | ■ |

## Learning and Growth

Promote professional development and personal excellence for all personnel

**LG1** Provide a comprehensive employee training program tied to performance, competencies and accountability in compliance with OSHA, JCAHO, and Agency requirements

| | | | | | | |
|---|---|---|---|---|---|---|
| LG1.1 | ■ | ■ | ■ | ■ | ■ | ■ |
| LG1.2 | ■ | ■ | ■ | ■ | ■ | ■ |

**LG2** Inform key AFRH stakeholders of value added programs and initiatives

| | | | | | | |
|---|---|---|---|---|---|---|
| LG2.1 | ■ | ■ | ■ | ■ | ■ | ■ |

## Culture

Foster a commitment to service and quality and an environment of mutual respect and integrity

**CL1** Increase teamwork and cooperation among employees and residents

| | | | | | | |
|---|---|---|---|---|---|---|
| CL1.1 | ■ | ■ | ■ | ■ | ■ | ■ |
| CL1.2 | ■ | ■ | ■ | ■ | ■ | ■ |

**CL2** Maintain an accurate cross-campus health and wellness model

| | | | | | | |
|---|---|---|---|---|---|---|
| CL2.1 | ■ | ■ | ■ | ■ | ■ | ■ |



The *Perseverance* to protect

2005 Financial Section



# The *Vitality* to rebound

*I* am very pleased to present the AFRH financial statements in this PAR for FY 2005. Our report to the President and the American people indicates our stewardship of the public funds to which we have been entrusted. Like our resilient Veterans, the Home itself has rebounded. Overall, the AFRH Trust Fund experienced positive growth for the second consecutive year. This positive upward climb marks a new trend that has not been displayed in over a decade.

AFRH received an unqualified opinion on our FY 2005 financial statements. This demonstrates that the significant changes we have undertaken since 2002 to improve accountability have worked. In partnership with Bureau of Public Debt (BPD) in the Department of Treasury, AFRH is complying with the Federal Mangers' Financial Integrity Act (FMFIA) and the Federal Financial Management Improvement Act (FFMIA) – which are discussed in the Management's Discussion and Analysis Section. A special thanks goes to our financial partners at the BPD, who made this unqualified opinion possible.

Hurricane Katrina's strike to the Gulf Coast set in motion the exodus of long-time residents and staff of the Home in Gulfport, Mississippi. The effects of this storm have only begun to be realized. For the past few years, we have been working towards the "One Model" of operation with mirror image management and services on our two campuses in Gulfport and Washington. Successful changes to our business practices in the past pushed the staff to continuously modify and adapt their day-to-day activities. Then, the storm of the century, Hurricane Katrina, overwhelmed us and forced us to combine residents and staff into one campus in Washington in the final month of FY 2005.

I am proud to acknowledge that our staff fulfilled their part as we strived to meet our strategic goals and objectives – as required by the Government Performance and Results Act (GPRA). We are now poised to continue this good work. Our ultimate plan is to return to Gulfport, yet the new temporary configuration in DC is challenging and thought provoking. We must take a strategic pause and reshape the AFRH Business Plan for FY 2006. All our strategic goals and objectives are affected and must be considered in light of our new circumstances. Rework of our strategy, along with our continued focus on process improvement will continue in FY 2006. Our plan remains to establish Management Boards and assemble teams for continued process improvement and compliance.

In the aftermath of Katrina, we took stock in our great fortune: no life was lost. For this, many thanks are in order. As the former Interim Director of AFRH-Gulfport and a participant in the evacuation, I was witness

> *Like our resilient Veterans, the Home itself has rebounded … This positive upward climb marks a new trend that has not been displayed in over a decade."*
>
> — Steve McManus, CFO

## 2005 FINANCIAL SECTION

The principal Financial Statements have been carefully prepared to report the financial position and operational results of the Home. These statements should be read with an understanding that they are for a component of the US Government, a sovereign entity.

The AFRH financial management activities in FY 2005 – including purchasing, payments, accounting, budget and travel services – were administered by BPD. Our payroll and time/attendance data entry transactions were processed by the Department of Agriculture's (USDA) National Finance Center (NFC)

—

*MESSAGE FROM THE CHIEF FINANCIAL OFFICER*

Financial Section

to the professionalism and hard work of our Gulfport staff. They performed flawlessly according to our emergency plans. The safe movement of our residents is a tribute to their dedication. Further, the rapid response by our Washington staff was equally impressive. We salute them for opening a mothballed building within the week to receive new occupants ... for sponsoring a hearty welcome for the displaced Veterans ... for recruiting on- and off-campus volunteers who helped so effectively ... and for maintaining and expanding operations with such dedication and resolve.

I want to extend a special thanks to the tough and talented Seabees (Navy Construction Battalion) for their unwavering support in Gulfport prior, during and after Katrina. With their help, we were able to prepare for the storm by installing plywood over windows and nailing down loose objects. During the storm, they also quickly moved handicapped residents away from rising waters. Likewise, after the storm they helped clean up debris and guard our campus. In the end, our success was greatly enhanced by their dedication and hard work.

The contract support that AFRH received from the BPD during the evacuation of Gulfport after Katrina is a model for public-to-public competitive sourcing. Starting with our limited connections via cell phone just after the hurricane, BPD acted swiftly and decisively to assess our needs. With amazing efficiency, they procured dozens of requests -- from charter buses, water and food -- to pillows, blankets, and supplies. Thanks to BPD, our residents were out of harm's way within a day after the storm. Truly, the Home is proud to reaffirm their reputation as one of the best customer-service providers in the Federal Government.

FY 2005 was a complex year of reviews, inspections and audits ... as well as natural disasters, challenges and emotions. And we fared very well during all of them. In the wake of the storms, we look forward in FY 2006 to bring many new challenges. As always, we will look to improve our performance as we march with confidence toward our goals and objectives.

*Steven D. McManus*

Steven G. McManus
Chief Financial Officer
Armed Forces Retirement Home
November 15, 2005

The Financial statements in this section include all required Notes plus the following:

- *Trust Fund Balance Sheet*
- *Statement of Net Cost*
- *Statement of Changes in Net Position*
- *Statement of Budgetary Resource*
- *Statement of Financing*
- *Supplementary Stewardship Reporting*

These operations were administered under cross-servicing agreements with the Departments of Treasury and Agriculture. The AFRH relies on information received from BPD and NFC (plus audits and other reviews) in order to execute its management control

# The *Foresight* to Plan

### Our Grand Campus

For nearly a decade now, the Washington, DC Metropolitan Region has been one of the most fastest-growing and thriving economies in the US. The Home sits on a 272-acre site, nestled in the heart of the Nation's Capital — in the desirable Northwest portion of DC. As we look to the future, we must capitalize off this tremendous resource — and take advantage of unused or underutilized real estate.

### Our Grand Plan

Currently, our campus is developed with more than 100 buildings and ancillary structures designated in the National Landmark District. AFRH has been developing a Master Plan for this campus to lead us into the future. This Plan will help generate much needed revenues and ensure the vitality of our Home for generations to come. So that we may continue to protect The Promise to care for our Veterans.

### Our Alternatives

The Home will soon prepare a range of alternatives for future development on the AFRH campus as we finalize our Master Plan. We will also analyze the various impacts of those alternatives — to our residents as well as our bottom line. As required by National Environmental Policy Act of 1969 (commonly referred to as NEPA) the Home will analyze alternative development scenarios. These are referred to as "proposed actions" in NEPA, whereas an alternative with no new development is referred to as the "no-action alternative."

### Our Considerations

Potential development on our expansive campus includes AFRH Facilities, Offices, Residential Quarters, Research and Development Facilities, Medical Related Services, Foreign Missions, Educational Institutions, Cultural Organizations, as well as Institutional and Ancillary Retail Shops. Once we meet with all related community groups and finalize our investors, we will make the most prudent decisions and move forward.

*Here, you get a room, a bed, 3 meals a day, a fitness center, bowling alley, huge library, computers for internet and games, primary care doctors plus trips, movies and base exchange! Everything you could want."*

—Philip Cardinale, DC resident (and Newcomers Volunteer)



Financial Section

*I've been here
five years. This is
my security. I lost
my wife and my
daughter, so now
this is my home."*

—Charles L. Ricks,
DC resident
Navy, Marines, Army -
served 1972

**National Historic Preservation Act - Section 106**

*Section 106 of the National Historic Preservation Act of 1966
requires that Federal agencies take into account the effects of their
actions on any district, site, building, structure, or object listed or
eligible for inclusion in the National Register of Historic Places.
AFRH, in consultation with the District of Columbia Historic
Preservation Office, the Advisory Council on Historic Preservation,
the National Park Service, and consulting parties, is preparing a
Programmatic Agreement to determine how to protect historic
resources and mitigate the impacts from the proposed Master
Plan development.*

59

AUDITS
Financial Section

 **BROWN & COMPANY CPAs, PLLC**

CERTIFIED PUBLIC ACCOUNTANTS AND MANAGEMENT CONSULTANTS

**INDEPENDENT AUDITOR'S REPORT ON THE FINANCIAL STATEMENTS**

U.S. Armed Forces Retirement Home
Washington, D.C.

We have audited the accompanying consolidated balance sheet of the U.S. Armed Forces Retirement Home (AFRH) as of September 30, 2005, and the related consolidated statements of net cost, and changes in net position and of financing and the combined statement of budgetary resources for the year then ended. These financial statements are the responsibility of AFRH's management. Our responsibility is to express an opinion on these financial statements based on our audits. The financial statements of AFRH as of September 30, 2004, were unaudited.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America, and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States; and Office of Management and Budget (OMB) Bulletin 01-02, *Audit Requirements for Federal Financial Statements*. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated and combined statements referred to above present fairly, in all material respects, the financial position of AFRH as of September 30, 2005, and the results of its net costs of operations, changes in its net position, budgetary resources and financing for the year then ended in conformity with accounting principles generally accepted in the United States of America.

In accordance with *Government Auditing Standards*, we have also issued a report dated October 28, 2005 on our consideration of AFRH's internal control over financial reporting and a report dated October 28, 2005 on its compliance with laws and regulations. These reports are an integral part of an audit performed in accordance with Government Auditing Standards and should be read in conjunction with this report in considering the results of our audit.

The information in the Management's Discussion and Analysis and Required Supplementary Information sections is not a required part of the financial statements but is supplementary information required by accounting principles generally accepted in the United States of America or OMB Bulletin No. 01-09, *Form and Content of Agency Financial Statements*. We have applied certain limited procedures, which consisted principally of inquires of management regarding the methods of measurement and presentation of information. However, we did not audit this information and, accordingly, we express no opinion on it.

*Brown & Company*

Largo, Maryland
October 28, 2005

LARGO
9200 BASIL COURT, SUITE 400
LARGO, MD 20774
(240) 492-1400 • FAX: (301) 636-6013
mail@brownco-cpas.com

RICHMOND
100 WEST FRANKLIN STREET, SUITE 102
RICHMOND, VA 23220
(804) 648-2017 • FAX: (804) 648-2018
tdbrowncocpas@aol.com

1



**BROWN & COMPANY CPAs, PLLC**

CERTIFIED PUBLIC ACCOUNTANTS AND MANAGEMENT CONSULTANTS

## INDEPENDENT AUDITORS REPORT ON INTERNAL CONTROL OVER
## FINANCIAL REPORTING

U.S. Armed Forces Retirement Home
Washington, D.C.

We have audited the financial statements of the U.S. Armed Forces Retirement Home (AFRH) as of and for the year ended September 30, 2005 and have issued our report thereon dated October 28, 2005. We conducted our audit in accordance with auditing standards generally accepted in the United States of America, and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States.

In planning and performing our audit, we considered AFRH's internal control over financial reporting by obtaining an understanding of AFRH's internal control, determined whether internal controls had been placed in operation, assessed control risk, and performed tests of controls in order to determine our auditing procedures for the purpose of expressing our opinion on the financial statements. The objective of our audit was not to provide assurance on internal control. Consequently, we do not provide an opinion on internal control.

Our consideration of the internal control over financial reporting would not necessarily disclose all matters in the internal control over financial reporting that might be reportable conditions. Under standards issued by the American Institute of Certified Public Accountants, reportable conditions are matters coming to our attention relating to significant deficiencies in the design or operation of the internal control that, in our judgment, could adversely affect AFRH's ability to record, process, summarize, and report financial data consistent with the assertions by management in the financial statements. Material weaknesses are reportable conditions in which the design or operation of one or more of the internal control components does not reduce to a relatively low level the risk that misstatements in amounts that would be material in relation to the financial statements being audited may occur and not be detected within a timely period by employees in the normal course of performing their assigned functions. Because of inherent limitations in internal controls, misstatements, losses, or non-compliance may nevertheless occur and not be detected. However, we noted no matters involving the internal control and its operation that we considered to be material weaknesses as defined above.

This report is intended solely for the information and use of the management of the U.S. Armed Forces Retirement Home, OMB, and Congress, and is not intended to be and should not be used by anyone other than these specified parties.

*Brown & company*

Largo, Maryland
October 28, 2005

LARGO
9200 BASIL COURT, SUITE 400
LARGO, MD 20774
(240) 492-1400 • FAX: (301) 636-6013
mail@brownco-cpas.com

2

RICHMOND
100 WEST FRANKLIN STREET, SUITE 102
RICHMOND, VA 23220
(804) 648-2017 • FAX: (804) 648-2018
tdbrowncocpas@aol.com

61



AUDITS
Financial Section



**BROWN & COMPANY CPAs, PLLC**
CERTIFIED PUBLIC ACCOUNTANTS AND MANAGEMENT CONSULTANTS

### INDEPENDENT AUDITOR'S REPORT ON
### COMPLIANCE WITH LAWS AND REGULATIONS

U.S. Armed Forces Retirement Home
Washington, D.C.

We have audited the financial statements of the U.S. Armed Forces Retirement Home (AFRH) as of and for the year ended September 30, 2005, and have issued our report thereon dated October 28, 2005. We conducted our audit in accordance with auditing standards generally accepted in the United States of America, and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States.

The management of AFRH is responsible for complying with laws and regulations applicable to AFRH. As part of obtaining reasonable assurance about whether AFRH's financial statements are free of material misstatement, we performed tests of its compliance with certain provisions of laws and regulations, noncompliance with which could have a direct and material effect on the determination of financial statement amounts.

Providing an opinion on compliance with certain provisions of laws and regulations was not an objective of our audit, and, accordingly, we do not express such an opinion. However, we noted no noncompliance with laws and regulations, which could have a direct and material effect on the determination of financial statement amounts.

This report is intended solely for the information and use of the management of the U.S. Armed Forces Retirement Home, OMB, and Congress, and is not intended to be and should not be used by anyone other than these specified parties.

*Brown & Company*

Largo, Maryland
October 28, 2005

**LARGO**
9200 BASIL COURT, SUITE 400
LARGO, MD 20774
(240) 492-1400 • FAX: (301) 636-6013
mail@brownco-cpas.com

**RICHMOND**
100 WEST FRANKLIN STREET, SUITE 102
RICHMOND, VA 23220
(804) 648-3017 • FAX: (804) 648-2018
tdbrowncocpas@aol.com

3

**Armed Forces Retirement Home Consolidated Balance Sheet**
*as of September 30, 2005 and 2004 (In Dollars)*

|  | 2005 | Unaudited 2004 |
|---|---|---|
| **Assets:** |  |  |
| Intragovernmental: |  |  |
| Fund balance with Treasury (Note 2) | $ 6,523,911 | $ 6,741,059 |
| Investments (Note 3) | 124,841,901 | 114,815,789 |
| Accounts receivable, net | 3,168,942 | 1,850,099 |
| Total intragovernmental | $ 134,534,754 | $ 123,406,947 |
| Accounts receivable, net | $ 760,959 | $ 160,413 |
| General property, plant and equipment, net (Note 4) | 77,871,110 | 86,902,106 |
| **Total assets** | **$ 213,166,823** | **$ 210,469,466** |
| **Liabilities:** |  |  |
| Intragovernmental |  |  |
| Other (Note 5) | $ 2,088,914 | $ 1,848,312 |
| Total intragovernmental | $ 2,088,914 | $ 1,848,312 |
| Accounts payable (Note 5) | $ 1,348,501 | $ 1,324,554 |
| Other (Note 5) | 4,394,856 | 3,770,864 |
| Total liabilities | $ 7,832,271 | $ 6,943,730 |
| **Net Position:** |  |  |
| Cumulative results of operations | $ 205,334,552 | $ 203,525,736 |
| Total net position | $ 205,334,552 | $ 203,525,736 |
| **Total liabilities and net position** | **$ 213,166,823** | **$ 210,469,466** |

*The accompanying notes are an integral part of these statements.*

**Armed Forces Retirement Home Consolidated Statement of Net Cost**
*for the years ended September 30, 2005 and 2004 (In Dollars)*

|  | 2005 | Unaudited 2004 |
|---|---|---|
| **Program Costs:** |  |  |
| Intragovernmental gross costs | $ 14,544,577 | $ 8,074,660 |
| Less: Intragovernmental earned revenue | (4,026,112) | (3,875,287) |
| Intragovernmental net costs | $ 10,518,465 | $ 4,199,373 |
| Gross costs with the public | $ 58,167,905 | $ 68,984,361 |
| Less: Earned revenues from the public | (13,928,789) | (35,022,186) |
| Net costs with the public | $ 44,239,116 | $ 33,962,175 |
| Total net cost | $ 54,757,581 | $ 38,161,548 |
| **Net Cost of Operations** | **$ 54,757,581** | **$ 38,161,548** |

*The accompanying notes are an integral part of these statements.*

**Armed Forces Retirement Home Consolidated Statement of Changes in Net Position**
*for the years ended September 30, 2005 and 2004 (In Dollars)*

|  | 2005 | Unaudited 2004 |
|---|---|---|
|  | Cumulative Results of Operations | Cumulative Results of Operations |
| Beginning Balances | $   203,525,736 | $   188,165,867 |
| Prior period adjustments | – | – |
| Beginning balances, as adjusted | $   203,525,736 | $   188,165,867 |
| Budgetary Financing Sources | | |
| Nonexchange revenue | 48,228,592 | 50,145,519 |
| Donations and forfeitures of cash and cash equivalents | 1,006,078 | 953,073 |
| Transfers-in/out without reimbursement | 5,200,000 | |
| Other Financing Sources: | | |
| Imputed financing from costs absorbed by others | 2,131,727 | 2,422,825 |
| Total Financing Sources | $   56,566,397 | $   53,521,417 |
| Net Cost of Operations | 54,757,581 | 38,161,548 |
| Ending Balances | $   205,334,552 | $   203,525,736 |

*The accompanying notes are an integral part of these statements.*



*I have only been here 4 months, but I LOVE it! Good people are here – Vets helping Vets. They don't let anybody get hurt. When the bus pulled up from Gulfport, my heart went "VRRrrrooom" – I was so glad to see them."*

—Louis Di Croce, Jr. DC resident former Navy Seabe

64

*FINANCIAL STATEMENTS*
Financial Section

## Armed Forces Retirement Home Combined Statement of Budgetary Resources
### for the years ended September 30, 2005 and 2004 (In Dollars)

|  |  | 2005 |  | Unaudited 2004 |
|---|---|---|---|---|
| Budgetary Resources: |  |  |  |  |
| Budget authority |  |  |  |  |
| Appropriations received | $ | 66,824,000 | $ | 65,279,000 |
| Unobligated balance: |  |  |  |  |
| Beginning of period |  | 20,661,522 |  | 30,502,132 |
| Spending authority from offsetting collections: |  |  |  |  |
| Earned |  |  |  |  |
| Collected |  | - |  | 4,739 |
| **Subtotal** | $ | 87,485,522 | $ | 95,785,871 |
| Recoveries of prior year obligations |  |  |  |  |
| Actual | $ | 8,496,094 | $ | 4,379,861 |
| Temporarily not available pursuant to Public Law |  | (492,992) |  | (385,146) |
| **Total Budgetary Resources** | $ | 95,488,624 | $ | 99,780,586 |
| Status of Budgetary Resources: |  |  |  |  |
| Obligations incurred |  |  |  |  |
| Direct |  |  |  |  |
| Category A | $ | 58,921,632 | $ | 61,848,761 |
| Category B |  | 3,270,210 |  | 17,270,303 |
| Subtotal | $ | 62,191,842 | $ | 79,119,064 |
| Unobligated balance |  |  |  |  |
| Apportioned |  |  |  |  |
| Balance, currently available | $ | 33,296,782 | $ | 20,661,522 |
| **Total status of budgetary resources** | $ | 95,488,624 | $ | 99,780,586 |
| Relationship of Obligations to Outlays |  |  |  |  |
| Obligated balance, net, beginning of period | $ | 16,158,262 | $ | 9,636,988 |
| Obligated balance, net, end of period |  |  |  |  |
| Undelivered orders |  | 4,720,024 |  | 12,595,019 |
| Accounts payable |  | 4,480,900 |  | 3,563,243 |
| Outlays |  |  |  |  |
| Disbursements |  | 60,653,086 |  | 68,217,929 |
| Collections |  | - |  | (4,739) |
| Subtotal | $ | 60,653,086 | $ | 68,213,190 |
| Less: Offsetting receipts |  |  |  |  |
| **Net Outlays** | $ | 60,653,086 | $ | 68,213,190 |

*The accompanying notes are an integral part of these statements.*

**Armed Forces Retirement Home Consolidated Statement of Financing**
*for the years ended September 30, 2005 and 2004 (In Dollars)*

|  | 2005 | Unaudited 2004 |
|---|---|---|
| **Resources Used to Finance Activities** | | |
| **Budgetary Resources Obligated** | | |
| Obligations incurred | $ 62,191,842 | $ 79,119,064 |
| Less: Spending authority from offsetting collections and recoveries | 8,496,094 | 4,384,600 |
| Obligations net of offsetting collections and recoveries | $ 53,695,748 | $ 74,734,464 |
| Less: Offsetting receipts | | |
| Net obligations | $ 53,695,748 | $ 74,734,464 |
| **Other Resources** | | |
| Imputed financing from costs absorbed by others | 2,131,727 | 2,422,825 |
| Net other resources used to finance activities | $ 2,131,727 | $ 2,422,825 |
| Total resources used to finance activities | $ 55,827,475 | $ 77,157,289 |
| **Resources Used to Finance Items Not Part of the Net Cost of Operations** | | |
| Change in budgetary resources obligated for goods, services and benefits ordered but not yet provided | $ (7,874,994) | $ 4,350,165 |
| Resources that fund expenses recognized in prior periods | 210,482 | |
| Budgetary offsetting collections and receipts that do not affect net cost of operations | | |
| Other | $ 20,404,735 | $ 43,285,622 |
| Resources that finance the acquisition of assets | 3,180,991 | 209,968 |
| Other resources or adjustments to net obligated resources that do not affect net cost of operations | (5,200,000) | - |
| Total Resources Used to Finance Items Not Part of the Net Cost of Operations | $ 10,721,214 | $ 47,845,755 |
| Total Resources Used to Finance the Net Cost of Operations | $ 45,106,261 | $ 29,311,534 |
| **Components of the Net Cost of Operations that will not Require or Generate Resources in the Current Period:** | | |
| **Components Requiring or Generating Resources in Future Periods:** | | |
| Increase in annual leave liability | $ - | $ 1,796,790 |
| Other | 177,234 | 315,857 |
| Total components of Net Cost of Operations that will require or generate resources in future periods | $ 177,234 | $ 2,112,647 |
| **Components not Requiring or Generating Resources:** | | |
| Depreciation and amortization | 5,567,942 | 6,755,868 |
| Revaluation of assets or liabilities | 3,893,878 | |
| Other | 12,266 | (18,501) |
| Total components of Net Cost of Operations that will not require or generate resources | $ 9,474,086 | $ 6,737,367 |
| Total components of Net Cost of Operations that will not require or generate resources in the current period | $ 9,651,320 | $ 8,850,014 |
| **Net Cost of Operations** | $ 54,757,581 | $ 38,161,548 |

*The accompanying notes are an integral part of these statements.*

*FINANCIAL STATEMENTS*
Financial Section

# AFRH - NOTES TO THE FINANCIAL STATEMENTS
**for the years ended September 30, 2005 and 2004**

### Note 1. Summary of significant accounting policies

**A. Reporting Entity** - The Armed Forces Retirement Home (AFRH) was incorporated on November 1, 1991, by section 411(a) of 24U.S.C. The AFRH is an independent agency in the executive branch of the Federal Government. The AFRH has two facilities. One is located in Gulfport, MS and the other is located in Washington, DC.

The mission of the AFRH is to fulfill our Nation's commitment to provide care through a comprehensive range of services for America's Armed Forces Veterans. We support our residents' independence, dignity, distinction, heritage, and future of continued life-enriching experiences. Together, the AFRH family of residents and staff create a place of caring and continual learning. We are committed to providing the best housing and support services possible and creating a true community of accomplished, independent residents, who are free to explore their talents, pursue their interests, and follow their dreams.

The 1991 Defense Authorization Act created an Armed Forces Retirement Home Trust Fund (Trust Fund). Governed by limitations determined annually by the U.S. Congress, the Trust Fund is used to finance operating expenses as well as capital expenditures of the AFRH on an annual and no year basis.

**B. Basis of Presentation** - The financial statements have been prepared to report the financial position, net cost of operations, changes in net position, status and availability of budgetary resources, and the reconciliation between proprietary and budgetary accounts of the AFRH. The statements are a requirement of the Chief Financial Officers Act of 1990, the Government Management Reform Act of 1994, the Accountability of Tax Dollars Act of 2002 and the Office of Management and Budget (OMB) Bulletin Number 01-02, Audit Requirements for Federal Financial Statements. They have been prepared from, and are fully supported by, the books and records of AFRH in accordance with the hierarchy of accounting principles generally accepted in the United States of America, standards approved by the principals of the Federal Accounting Standards Advisory Board (FASAB), OMB Circular A-136, Financial Reporting Requirements and the AFRH accounting policies which are summarized in this note. These statements, with the exception of the Statement of Budgetary Resources, are different from financial management reports, which are also prepared pursuant to OMB directives that are used to monitor and control the AFRH's use of budgetary resources.



The statements consist of the Balance Sheet, Statement of Net Cost, Statement of Changes in Net Position, Statement of Budgetary Resources, and the Statement of Financing. In accordance with OMB Circular A-136, the financial statements and associated notes are presented on a comparative basis. Unless specified otherwise, all dollar amounts are presented in dollars.

**C. Basis of Accounting** - Transactions are recorded on both an accrual accounting basis and a budgetary basis. Under the accrual method, revenues are recognized when earned, and expenses are recognized when a liability is incurred, without regard to receipt or payment of cash. Budgetary accounting facilitates compliance with legal requirements on the use of federal funds.

To assist OMB in recommending and publishing comprehensive accounting standards and principles for agencies of the Federal Government, the Secretary of the Treasury, the Comptroller of the United States, the Director of OMB and the Joint Financial Management Improvement Program established the Federal Accounting Standards Advisory Board (FASAB) in 1990. The American Institute of Certified Public Accountant's Council designated FASAB as the accounting standards authority for Federal government entities.

### D. Exchange Revenue, Non-Exchange Revenue and other Financing Sources

*Exchange Revenues* – are inflows of resources to a government entity that the entity has earned. Exchange revenue is derived from the rendering of services, the sale of resources and the use by others of entity assets yielding interest or dividends.

The AFRH's exchange revenue consists primarily of resident fees, rental income, leases and sales of land, custodial services, meal tickets and interest earned on Treasury securities. Revenue from resident fees is recognized when services are provided and is invested for future funding requirements.

*Non-Exchange Revenues* – are inflows of resources the government demands or receives by donation. Such revenue is recognized when a specifically identifiable, legally enforceable claim to resources arises, to the extent that the collection is probable and the amount is reasonably estimated.

The AFRH's non-exchange revenue consists of military fines and forfeitures, monthly payroll withholdings from enlisted military personnel, bequests and donations. Non-exchange revenue is recognized when collected.



*Financing Sources -* The AFRH receives the majority of funding needed to support operations and capital expenditures from the Trust Fund. The Trust Fund is financed by military fines and forfeitures, monthly payroll deductions from enlisted military personnel, resident fees, interest earned on Treasury securities and donations.

The AFRH recognizes as an imputed financing source the amount of accrued pension and post-retirement benefit expenses for current employees paid on our behalf by the Office of Personnel Management (OPM).

**E. Taxes -** The AFRH, as a Federal entity, is not subject to Federal, State, or local income taxes and, accordingly, no provision for income taxes has been recorded in the accompanying financial statements.

**F. Fund Balance with Treasury -** The U.S. Treasury processes cash receipts and disbursements. Funds held at the Treasury are available to pay agency liabilities. The AFRH does not maintain cash in commercial bank accounts or foreign currency balances. Foreign currency payments are made either by Treasury or the Department of State and are reported by the AFRH in the U.S. dollar equivalents. See Note 2 for additional information.

**G. Investment in U.S. Government Securities -** Trust Fund balances may only be invested in interest bearing debt securities issued by the Bureau of the Public Debt. The AFRH's investments are purchased exclusively through the Bureau of the Public Debt's FEDINVEST system. These securities are market based Treasury securities issued without statutorily determined interest rates and consist of Treasury bills and notes.

The AFRH classifies these investments as held-to-maturity at the time of purchase. The investments are stated at acquisition cost plus or minus any premium or discount. Premiums and discounts are amortized over the life of the Treasury security using the interest method. The AFRH's intent is to hold the investments to maturity, unless securities are needed to sustain operations. No provision is made for realized gains or losses on these securities due to the fact that they are held-to-maturity. Interest is received semi-annually on the held-to-maturity investments. This interest is accrued monthly until it is received.

The AFRH also has an investment in a one-day certificate issued by the Bureau of the Public Debt. The interest earned on the certificate is reinvested in the certificate on a daily basis. These investments are classified as trading securities. The income from the daily interest earned is recorded on a monthly basis. See Note 3 for additional information.

**H. Accounts Receivable -** Accounts receivable consists of amounts owed to the AFRH by other Federal agencies and the public. Amounts due from Federal agencies are considered fully collectible. Accounts receivable from the public include reimbursements from employees. An allowance for uncollectible accounts receivable from the public is established when either (1) based upon a review of outstanding accounts and the failure of all collection efforts, management determines that collection is unlikely to occur considering the debtor's ability to pay, or (2) an account for which no allowance has been established is submitted to the Department of the Treasury for collection, which takes place when it becomes 180 days delinquent. Accounts Receivable balances are $3,929,901 and $2,010,512 as of September 30, 2005 and 2004, respectively.

**I. General Property, Plant and Equipment, Net -** The AFRH owns the land and buildings in which both homes operate. The majority of the property, plant and equipment is used to provide residential and health care to members and is valued at cost. Equipment purchased, transferred, or donated with an acquisition cost greater than or equal to $25,000 per unit is capitalized. Routine maintenance is expensed when incurred. Construction costs are capitalized as part of the construction-in-progress account until the asset is completed then transferred to the appropriate property account. Depreciation expense is recognized on property, plant and equipment with the exception of construction-in-progress. Depreciation is recognized using the straight-line method over the assets' useful lives. Other equipment is expensed when purchased. All the AFRH's heritage assets are multi-use facilities and are classified as general property, plant and equipment. See Note 4 for additional information. The useful lives used when recording depreciation on property, plant and equipment are as follows:

| Description: | Useful Life (in years) |
|---|---|
| *Land Improvements* | *10-20* |
| *Buildings and Improvements* | *20-40* |
| *Equipment* | *5-10* |

**J. Liabilities** covered by budgetary or other resources are those liabilities for which Congress has appropriated funds or funding is otherwise available to pay amounts due.

Liabilities not covered by budgetary or other resources represent amounts owed in excess of available Congressionally appropriated funds or other amounts. The liquidation of liabilities not covered by budgetary or other resources is dependent on future Congressional appropriations or other funding. Intra-governmental liabilities are claims against the AFRH by other Federal agencies. Liabilities not covered by budgetary resources on the Balance Sheet are equivalent to amounts reported as Components requiring or generating resources on the Statement of Financing. Additionally, the Government, acting in its sovereign capacity, can abrogate liabilities. See Note 5 for additional information.

**K. Accounts Payable** consists of amounts owed to other federal agencies and trade accounts payable.

**L. Annual, Sick and Other Leave** is accrued as it is earned and the accrual is reduced as leave is taken. The balance in the accrued leave account is adjusted to reflect current pay rates. Liabilities associated with other types of vested leave, including compensatory, restored leave and sick leave in certain circumstances, are accrued at year-end, based on latest pay rates and unused hours of leave. Sick leave is generally nonvested, except for sick leave balances at retirement under the terms of certain union agreements. Funding will be obtained from future financing sources to the extent that current or prior year appropriations are not available to fund annual and other types of vested leave earned but not taken. Nonvested leave is expensed when used.

**M. Retirement Plans** - Most employees participate in either the Civil Service Retirement System (CSRS) or the Federal Employees' Retirement System (FERS). The employees who participate in CSRS are beneficiaries of the AFRH's matching contribution, equal to seven percent of pay, distributed to their annuity account in the Civil Service Retirement and Disability Fund.

FERS went into effect on January 1, 1987. FERS and Social Security automatically cover most employees hired after December 31, 1983. Employees hired prior to January 1, 1984 elected to join either FERS and Social Security, or remain in CSRS. FERS offers a savings plan to which AFRH automatically contributes one percent of pay and matches any employee contribution up to an additional four percent of pay. For FERS participants, the AFRH also contributes the employer's matching share of Social Security.

FERS employees and certain CSRS reinstatement employees are eligible to participate in the Social Security program after retirement. In these instances, the AFRH remits the employer's share of the required contribution.

The AFRH recognizes the imputed cost of pension and other retirement benefits during the employees' active years of service. OPM actuaries determine pension cost factors by calculating the value of pension benefits expected to be paid in the future and communicates these factors to the AFRH for current period expense reporting. OPM also provides information regarding the full cost of health and life insurance benefits. The AFRH recognized the offsetting revenue as imputed financing sources to the extent these expenses will be paid by OPM.

The AFRH does not report on its financial statements information pertaining to the retirement plans covering its employees. Reporting amounts such as plan assets, accumulated plan benefits and related unfunded liabilities, if any, is the responsibility of the OPM.

**N. Imputed Costs / Financing Sources** - Federal Government entities often receive goods and services from other Federal Government entities without reimbursing the providing entity for all the related costs. In addition, Federal Government entities also incur costs that are paid in total or in part by other entities. An imputed financing source is recognized by the receiving entity for costs that are paid by other entities. The AFRH recognized imputed costs and financing sources in fiscal year 2005 and 2004 to the extent directed by the OMB.

**O. Use of Estimates** - The preparation of financial statements requires management to make estimates and assumptions that affect amounts reported in the financial statements and accompanying notes. Such estimates and assumptions could change in the future as more information becomes known, which could impact the amounts reported and disclosed herein.

**P. Contingencies** - Liabilities are deemed contingent when the existence or amount of the liability cannot be determined with certainty pending the outcome of future events. The AFRH recognizes contingent liabilities, in the accompanying balance sheet and statement of net cost, when it is both probable and can be reasonably estimated. The AFRH discloses contingent liabilities in the notes to the financial statements when the conditions for liability recognition are not met or when a loss from the outcome of future events is more than remote. In some cases, once losses are certain, payments may be made from the Judgment Fund maintained by the U.S. Treasury rather than from the amounts appropriated to the AFRH for agency operations. Payments from the Judgment Fund are recorded as an "Other Financing Source" when made. There are no contingencies that require disclosure.

**Q. Accrued Workers' Compensation** - A liability is recorded for actual and estimated future payments to be made for workers' compensation pursuant to the Federal Employees' Compensation Act (FECA). The actual costs incurred are reflected as a liability because the AFRH will reimburse the Department of Labor (DOL) two years after the actual payment of expenses. Future appropriations will be used for the reimbursement to DOL. The liability consists of (1) the net present value of estimated future payments calculated by the DOL and (2) the unreimbursed cost paid by DOL for compensation to recipients under the FECA. See Note 5 for additional information.





## Note 2.  Armed Forces Retirement Home Fund Balance with Treasury
### as of September 30, 2005 and 2004

|  | 2005 | Unaudited 2004 |
|---|---|---|
| Fund Balance with Treasury | $ 6,523,911 | $ 6,741,059 |
| Investment in US Government Securities | 124,841,901 | 114,815,789 |
| Less: Accrued Interest | (1,095,759) | (1,095,759) |
| Unamortized Premium | (727,909) | (2,340,315) |
| **Total** | **$ 129,542,144** | **$ 118,120,774** |
| Status of Fund Balance with Treasury |  |  |
| Unobligated Balance |  |  |
| Available | $ 33,296,782 | $ 20,661,522 |
| Unavailable | 87,044,438 | 81,300,990 |
| Obligated Balance not yet Disbursed | 9,200,924 | 16,158,262 |
| **Total** | **$ 129,542,144** | **$ 118,120,774** |

*Unobligated fund balances represent the amount of trust fund appropriations for which the period of availability for obligation has expired. These balances are available for upward adjustments of obligations incurred only during the period for which the appropriation was available for obligation, or for paying claims attributable to the appropriations. Unobligated capital fund balances are treated as no year funds. Therefore, there are no period of availability restrictions on these funds.*

## Note 3. Armed Forces Retirement Home Investments in US Government Securities
### Schedule of Investments as of September 30, 2005

| Description | Value at Maturity | Discount/Premium Outstanding | Accrued Interest | Book Value |
|---|---|---|---|---|
| MK Note *Matures October 15, 2006* | $ 36,726,000 | $ 703,243 | $ 1,095,759 | $ 38,525,002 |
| MK Bill *Matures December 29, 2005* | 87,056,000 | (739,975) | - | 86,316,025 |
| One Day Certificate *Matures Daily* | 874 |  |  | 874 |
| **Total Investments** | **$ 123,782,874** | **$ (36,732)** | **$ 1,095,759** | **$ 124,841,901** |

### Investments in US Government Securities
### Schedule of Investments as of September 30, 2004 (Unaudited)

| Description | Value at Maturity | Discount/Premium Outstanding | Accrued Interest | Book Value |
|---|---|---|---|---|
| MK Note *Matures November 15, 2004* | $ 15,000,000 | $ 72,076 | $ 442,969 | $ 15,515,045 |
| MK Note *Matures February 15, 2005* | 20,698,000 | 281,368 | 194,044 | 21,173,312 |
| MK Note *Matures October 15, 2006* | 36,726,000 | 1,349,958 | 1,095,759 | 39,171,717 |
| One Day Certificate *Matures Daily* | 38,955,715 |  |  | 38,955,715 |
| **Total Investments** | **$ 111,379,715** | **$ 1,703,302** | **$ 1,732,772** | **$ 114,815,789** |

*The market values of the trust fund investment portfolio at September 30, 2005 and 2004 are $123,902,126 and $114,703,305, respectively.*

*FINANCIAL STATEMENTS*

Financial Section

### Note 4. Armed Forces Retirement Home General Property, Plant and Equipment
*Schedule of Property, Plant and Equipment as of September 30, 2005*

| Description | Acquisition Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Land & Improvements | $   10,982,370 | $   (9,299,384) | $   1,682,986 |
| Buildings & Improvements | 180,073,394 | (119,160,368) | 60,913,026 |
| Equipment | 3,405,220 | (2,026,123) | 1,379,097 |
| Construction in Progress | 13,896,001 | – | 13,896,001 |
| **Total** | **$   208,356,985** | **$   (130,485,875)** | **$   77,871,110** |

*Schedule of Property, Plant and Equipment as of September 30, 2004*

| Description | Acquisition Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Land & Improvements | $   10,982,370 | $   (9,059,393) | $   1,922,977 |
| Buildings & Improvements | 166,447,948 | (114,554,983) | 51,892,965 |
| Equipment | 3,761,873 | (2,357,497) | 1,404,376 |
| Construction in Progress | 31,681,788 | – | 31,681,788 |
| **Total** | **$   212,873,979** | **$   (125,971,873)** | **$   86,902,106** |

*The General Services Administration periodically holds auctions to sell antiquated and unused property on behalf of the AFRH. When a capitalized asset is sold at an auction, the AFRH decreases the recorded property amount by the cost of the asset and records a corresponding gain or loss depending on the net book value of the asset sold.*

*Due to the damage caused by Hurricane Katrina in August 2005, management decided to revalue the recorded book value of the property, plant and equipment located at the Gulfport, MS campus. After a thorough review, management decided to write-off assets with a total cost of $7,165,804. A loss of $3,893,878 was recorded upon the disposition of these assets.*

### Note 5. Liabilities

*The accrued liabilities for the AFRH are comprised of program expense accruals, payroll accruals and annual leave (funded and unfunded) earned by employees. Program expense accruals represent expenses that were incurred prior to year-end, but were not paid. Similarly, payroll accruals represent payroll expenses that were incurred prior to year-end, but were not paid.*

### Armed Forces Retirement Home Liabilities
*account balances as of September 30, 2005 and 2004*

| | 2005 | 2004 Unaudited |
|---|---|---|
| Intragovernmental | | |
| Accrued Liabilities | $   133,339 | $   69,193 |
| Payroll Taxes Payable | 194,644 | 195,422 |
| Unfunded FECA Liability | 1,760,931 | 1,583,697 |
| **Total Intragovernmental** | **2,088,914** | **1,848,312** |
| Accounts Payable | 1,348,501 | 1,324,554 |
| Accrued Liabilities | 1,911,884 | 1,078,276 |
| Accrued Funded Payroll | 896,664 | 895,798 |
| Unfunded Annual Leave | 1,586,308 | 1,796,790 |
| **Total Liabilities** | **$   7,832,271** | **$   6,943,730** |

*All liabilities are current liabilities.*

*FINANCIAL STATEMENTS*
Financial Section

## Note 6.  Liabilities Not Covered by Budgetary Resources

*The liabilities on the AFRH Balance Sheet, as of September 30, 2005 and 2004, include liabilities not covered by budgetary resources. These are liabilities for which congressional action is needed before budgetary resources can be provided. Although future appropriations to fund these liabilities are likely and anticipated, it is not certain that appropriations will be enacted to fund these liabilities. Further, there are no intragovernmental liabilities not covered by budgetary resources. Other liabilities not covered by budgetary resources consist entirely of unfunded leave and unfunded FECA liability. As of September 30, 2005 and 2004, unfunded leave and FECA liability balances are $3,347,239 and $3,380,487, respectively.*

## Note 7.  Armed Forces Retirement Home Operating / Program Costs
### as of September 30, 2005 and 2004

| Budgetary Object Classifications | 2005 | 2004 Unaudited |
|---|---:|---:|
| Personnel & Benefits | $ 32,687,445 | $ 39,147,929 |
| Travel & Transportation | 338,169 | 451,029 |
| Rents, Communication & Utilities | 4,273,749 | 4,173,577 |
| Printing & Contractual Services | 17,377,325 | 17,002,114 |
| Supplies and Materials | 5,689,488 | 3,711,772 |
| Equipment | 12,337,635 | 12,536,147 |
| Miscellaneous | 8,671 | 36,453 |
| Total | $ 72,712,482 | $ 77,059,021 |

## Note 8. Armed Forces Retirement Home Operating Imputed Financing Sources





*The AFRH recognizes the amount of accrued pension and post-retirement benefit expenses for current employees as imputed financing. The assets and liabilities associated with such benefits are the responsibility of the administering agency – the Office of Personnel Management (OPM). Amounts paid from the US Treasury's Judgment Fund in settlement of claims or court assessments against the AFRH are also recognized as imputed financing. For the fiscal years ended September 30, 2005 and 2004, imputed financing was $2,131,727 and $2,422,825, respectively.*



# The *requirements* to meet

Federal agencies are required to classify and report "heritage assets," in accordance with the requirements of SFFAS No. 8, "Supplementary Stewardship Reporting." Heritage assets include property, plant and equipment that possess one or more of the following characteristics: historical or natural significance, cultural, educational, aesthetic value or architecturally significant.

The cost of heritage assets is usually not determinable. So, the AFRH does not place a value on them – or establish minimum value thresholds for the designation of property, plant and equipment as heritage assets. Further, the useful lives of heritage assets are not reasonably estimable for depreciable purposes. Since the most relevant information about heritage assets is their existence, they are qualified in terms of physical units.

All told, the AFRH has four buildings and structures designated as National Historic Landmarks. However, three of these are considered to be "multi-use" heritage assets – where they are used in day-to-day government operations and not used for heritage purposes. In accordance with SFFAS No. 8, such multi-use heritage assets are accounted for as general property, plant and equipment and are capitalized and depreciated as such.

Roy Pickel, an original member of the WWII "Band-of-Brothers," presents a signed print commemorating the famed Army Airbourne Paratrooper Division.



**Armed Forces Retirement Home Required Supplementary Information**
*Intragovernmental Transactions as of September 30, 2005*

**Intragovernmental Assets**

| Agency | Fund Balance with Treasury | Investments | Accounts Receivable | Total |
|---|---|---|---|---|
| Treasury | $ 6,523,911 | $ 124,841,901 | $ - | $ 131,365,812 |
| Air Force | - | | 514,398 | 514,398 |
| Army Corp of Engineers | - | | 63,136 | 63,136 |
| Marines | - | | 2,591,408 | 2,591,408 |
| Total | $ 6,523,911 | $ 124,841,901 | $ 3,168,942 | $ 134,534,754 |

**Intragovernmental Liabilities**

| Agency | Accounts Payable and Accruals | Payroll Taxes | Other | Total |
|---|---|---|---|---|
| Treasury | $ (29,266) | $ - | $ - | $ (29,266) |
| Treasury General Fund | - | (55,073) | - | (55,073) |
| Army | (44,864) | | - | (44,864) |
| General Services Admininstration | (6,363) | | - | (6,363) |
| Labor | - | | (1,760,931) | (1,760,931) |
| Navy | (7,248) | | - | (7,248) |
| Personnel Management | - | (139,571) | - | (139,571) |
| Secretary of Defense | (19,882) | | - | (19,882) |
| Veteran's Affairs | (25,716) | | - | (25,716) |
| Total | $ (133,339) | $ (194,644) | $ (1,760,931) | $ (2,088,914) |



" I went from DC to Gulfport for the southern

hospitality — where I could walk outside safely.

Now I'm back in DC and I see something is

going on. The streets are clean and very nice."

—William Norvell, Gulfport resident

*FINANCIAL STATEMENTS*
Financial Section

**Armed Forces Retirement Home Required Supplementary Information**
*Intragovernmental Transactions as of September 30, 2004*

**Intragovernmental Assets**

| Agency | Fund Balance with Treasury | Investments | Accounts Receivable | Total |
|---|---|---|---|---|
| Treasury | $ 6,741,059 | $ 114,815,789 | $ - | $ 121,556,848 |
| Army | - | - | 1,300,220 | 1,300,220 |
| Marines | - | - | 549,879 | 549,879 |
| Total | $ 6,741,059 | $ 114,815,789 | $ 1,850,099 | $ 123,406,947 |

**Intragovernmental Liabilities**

| Agency | Accounts Payable and Accruals | Payroll Taxes | Other | Total |
|---|---|---|---|---|
| Treasury | $ (4,818) | $ - | $ - | $ (4,818) |
| Treasury General Fund | - | (51,478) | - | (51,478) |
| Army | (20,158) | - | - | (20,158) |
| General Services Admininstration | (30,871) | - | - | (30,871) |
| Labor | - | - | (1,583,697) | (1,583,697) |
| Personnel Management | - | (143,944) | - | (143,944) |
| Veteran's Affairs | (13,346) | - | - | (13,346) |
| Total | $ (69,193) | $ (195,422) | $ (1,583,697) | $ (1,848,312) |



# The *age* to embrace

*T*his eccentric club began with a few resolute women who decided to greet middle age with verve and humor. So one day, they decided to go to tea, wearing bright red hats and gloves – and the most outlandish purple dresses they could find. The trend took off and the group evolved into a national organization. The official Web site of the Red Hat society says, "We believe silliness is the comedy relief of life, and since we are all in it together, we might as well join red-gloved hands and go for the gusto together." Underneath all the frivolity, these women share a bond of affection and a genuine enthusiasm for wherever life happens to take them next. An AFRH chapter was formed in Gulfport and boasts dozens of members that meet for tea, lunch and folly.

## *"Ode to the Red Hat Society"*

*by Sue Ellen Cooper*

A poet put it very well. She said when she was older,
She wouldn't be so meek and mild. She threatened to get bolder.
She'd put a red hat on her head, and purple on her shoulder.
She'd make her life a warmer place, her golden years much golder.

We read that poem, all of us, and grasped what she is saying.
We do not need to sit and knit, although we all are graying.
We think about what we can do. Our plans we have been laying.
Instead of working all the time, we'll be out somewhere playing.

We take her colors to our hearts, and then we all go shopping
For purples clothes and hats of red, with giant brims a-flopping.
We're tired of working all the time, and staying home and mopping.
We order pies and chocolate fudge, and rich desserts with topping.

We crown ourselves as duchesses and countesses and queens.
We prove that playing dress-up isn't just for Halloween.
We drape ourselves in jewels, feathers, boas, and sateen.
We see ourselves on television and in magazines.

We laugh, we cry, we hug a lot. We keep each other strong.
When one of us goes out for fun, the rest all go along.
We gad about, we lunch and munch, in one big happy throng.
We've found the place where we fit in, the place we all belong.

*APPENDIX A – ACRONYMS*

Financial Section



| Acronym | Meaning |
|---|---|
| **AFRH** | Armed Forces Retirement Home |
| **BPD** | Bureau of Public Debt |
| **CFO** | Chief Financial Officer |
| **COO** | Chief Operating Officer |
| **COTS** | Commercial-Off-The-Shelf |
| **DEOMI** | Defense Equal Opportunity Management Institute |
| **DFAS** | Defense Finance and Acquisition System |
| **DoD** | Department of Defense |
| **FAR** | Federal Acquisition Regulation |
| **FEDInvest** | Federal Investment (software application) |
| **FFMIA** | Federal Financial Management Improvement Act |
| **FISMA** | Federal Information Security Management Act |
| **FMFIA** | Federal Managers Financial Integrity Act |
| **FTE** | Full-time Equivalents |
| **FY** | Fiscal Year |
| **GPRA** | Government Performance and Results Act |
| **IPAC** | Intragovernmental Payment and Collection System |
| **IPIA** | Improper Payments Information Act |
| **IT** | Information Technology |
| **IP** | Internet Protocol |
| **JCAHO** | Joint Commission on Accreditation of Healthcare Organizations |
| **JFMIP** | Joint Financial Management Improvement Act |
| **KHC** | King Health Center |
| **MCOC** | Management Control Oversight Council |
| **NFC** | National Finance Center |
| **NLT** | No Later Than |
| **OMB** | Office of Management and Budget |
| **OSD** | Office of the Secretary of Defense |
| **OSHA** | Occupational Safety and Health Administration |
| **PART** | Program Asset Rating Tool |
| **PPE** | Property, Plant and Equipment |
| **RIS** | Resident Information System |
| **Seabees** | Naval Construction Battalion |
| **STAR** | Systems Time and Attendance Report |
| **U.S.C.** | United States Code |
| **USSGL** | US Standard General Ledger |

*There is comradeship here – you can't match that for any place in the world! I came here for health reasons and I appreciate it more and more. There is always somebody to visit you – and they've gone through the same things. You don't have to say anything; they just know what you have been through."*

Wilfred Lee McCreary, 78. Resident fought in Battle of the Bulge and liberated Mühldorf Concentration Camp.



## WE'D LIKE TO HEAR FROM YOU

*Thank you for reviewing our 2005 PAR. Tell us: did we present information in a useful way? Where did we succeed? And what could we improve? We welcome your input. Simply contact us by US mail or e-mail.*

AFRH
3700 North Capitol Street, NW
Washington, DC 20011-8400

ATTENTION: Chief Financial Officer

E-MAIL: *public.affairs@afrh.gov*

PHONE: 800-422-9988
FAX: 202-730-3492

## WE'D LIKE TO THANK YOU

*To all those who made a difference during and after Hurricane Katrina, the management and staff of the Home would like to extend its sincere appreciation and heartfelt thanks.*

**Many kudos go to the:**

Seabees
Contracting Office
Bureau of Public Debt
Administrative Resource
   Center

*To all those who made timely donations — either financial, clothing, items or personal services — we appreciate your generous support. You have truly given us*

**The Strength to Endure.**



**AFRH**

ARMED FORCES
RETIREMENT HOME

*Now, more than ever, we're...*

## Protecting a promise | Renewing a trust.



**"Graduation Oak"**
**by Brigadier General E.b. Kitchens**
**Gulf Coast Military Academy, Class of 1936**

Ancient oak, I stand in awe and wonder
As I contemplate your
span of life and callings.
Explorers traced the trail beside you
when, as a sapling, you
sought your share of light.
Before you, top gallants above the sea
beyond, the British fleet
sailed in a war that was –
to a battle yet to be at Chalmette.
You saw the island fort, a prize of battle,
become a dungeon hell
for soldiers of the gray.
In a better time, young men named you
as a symbol of a goal to seek.
You served them well, thus your name
will not die with them.
Your strength and massive spread now
legend, you were called
again to a high and worthy purpose.
To shade them as they realize their voyages past,
these old warriors of the sea.
Yes, I stand in awe and wonder, ancient tree.

**AFRH-Gulfport**          **AFRH-Washington**

1800 Beach Drive          3700 North Capitol Street, NW

Gulfport, MS 39507        Washington, DC 20011

P: 800.422.9988   F: 202-730-3492   W: www.afrh.gov