UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARTIN CODY, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:05-cv-01041 (RJL) |
| ROBERT M. GATES,<br>Secretary of Defense, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Having considered the Defendants' Motion for Summary Judgment ("Motion"), Plaintiffs' Opposition thereto, all of the parties' submissions in regard to said Motion and the argument of counsel, it is, hereby

ORDERED, that the Defendants' Motion be and hereby is DENIED.


Dated: _____    _____
                                Hon. Richard J. Leon, Judge
                                United States District Court for the District of Columbia

Copies to:

David H. Bamberger (D.C. Bar No. 362285)
Syma Mirza (D.C. Bar No. 978858)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C.  20004

*Attorneys for Plaintiffs*


Brian C. Baldrate
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530

*Attorneys for Defendants*