UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN CODY et al.** )<br> )<br> **Plaintiffs,** )<br> )<br> v. )<br> )<br> **THE HONORABLE ROBERT M. GATES** )<br> **Secretary of Defense et. al.,** )<br> )<br> **Defendants.** ) | Civil Action No. 05-1041 (RJL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Special Assistant United States Attorney Lanny J. Acosta, Jr. as counsel for defendants in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Brian C. Baldrate.

Respectfully submitted,

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780